ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Torts Branch, Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: Eric.A.Rey@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JESSICA WHALEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 1: 23-cv-00457-JMS-RT<br><br><br>NOTICE OF RELATED CASE;<br>CERTIFICATE OF SERVICE |

In accordance with Local Rule 40.2 of the Local Rules of Practice for the

United States District Court for the District of Hawai'i ("L.R. 40.2"), Defendant

1

United States of America hereby provides notice that the above-captioned matter is related to four matters currently pending in this district: *Feindt v. United States*, 22-cv-397-LEK-KJM, *Williams v. United States*, 22-cv-00028- LEK-KJM, *Wyatt v. United States*, 23-cv-00065-LEK-KJM, and *Alaimaleata v. United States*, 23-cv-00164-LEK-KJM. The United States requests that this matter be reassigned to Judge Kobayashi and Magistrate Judge Mansfield, as they are presiding over all four of these existing, related matters.

These five cases are related because they all involve claims brought under the Federal Tort Claims Act against the United States, arising from the alleged release of jet fuel at the Red Hill Bulk Fuel Storage Facility and the resulting impact on the Joint Base Pearl Harbor-Hickam's water system. The five cases include claims of negligence and nuisance and seek damages for alleged personal injury and property damage. Indeed, the *Whaley* Plaintiffs are represented by the same counsel as the *Feindt* Plaintiffs and the *Whaley* complaint substantially mirrors the operative complaint in *Feindt*.

These matters are therefore related, as they arise from the same or substantially identical happenings and events and present overlapping and substantially identical questions of law. *See* L.R. 40.2.

This notice is being filed as soon as practicable, in accordance with L.R. 40.2.

Dated: December 1, 2023            Respectfully submitted,

/s/ Eric A. Rey
ERIC A. REY
  (DC Bar No. 988615)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Tort Litigation
1100 L Street, NW
Washington, DC 20005
E-mail: Eric.A.Rey@usdoj.gov
Phone: 202-616-4224
Fax: 202-616-4473

## CERTIFICATE OF SERVICE

I certify that, on December 1, 2023, the foregoing was served electronically on all counsel of record through the Court's CM/ECF.

Dated:     December 1, 2023            /s/ Eric A. Rey
                                       ERIC A. REY