IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JESSICA WHALEY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THE UNITED STATES OF AMERICA.,<br><br>　　　　Defendant. | Civil No. 23-00457 JMS-RT |

## ORDER REASSIGNING CASE

　　This case is REASSIGNED from United States District Judge J. Michael Seabright to United States District Judge Leslie E. Kobayashi and from Magistrate Judge Rom Trader to Chief Magistrate Judge Kenneth J. Mansfield.  The case number shall change on all future filings in this case from Civ. No. 23-00457 JMS-RT to Civ. No. 23-00457 LEK-KJM.

　　IT IS SO ORDERED.

　　DATED:  December 12, 2023 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge