ELLIOT ENOKI #1528,
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232,
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
MARIANNE F. KIES, Trial Attorney
ERIC REY, Trial Attorney
Environmental Tort Litigation Section
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-1819
Email: Marianne.F.Kies@usdoj.gov; Eric.Rey@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA             3964-0
KOURTNEY H. WONG           10827-0
SPENCER J. LAU             11105-0
Hosoda Law Group, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com; khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR          *Pro Hac Vice*
JAMES BAEHR                *Pro Hac Vice*
MARY M. NEUSEL             *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; jim@well.law; maggie@well.law

(*caption continued on next page*)

| | |
|---|---|
| FREDERICK C. BAKER | *Pro Hac Vice* |
| JAMES W. LEDLIE | *Pro Hac Vice* |
| KRISTEN HERMIZ | *Pro Hac Vice* |
| CYNTHIA A. SOLOMON | *Pro Hac Vice* |

MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com; khermiz@motleyrice.com; csolomon@motleyrice.com;

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JESSICA WHALEY et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 1:23-cv-457-LEK-KJM <br><br> STIPULATED ORDER REGARDING EFFECT OF SUPPLEMENTAL BRIEFING ON MOTION TO DISMISS IN RELATED CASE (*FEINDT*) |

# STIPULATED ORDER REGARDING EFFECT OF SUPPLEMENTAL BRIEFING ON MOTION TO DISMISS IN RELATED CASE (*FEINDT*)

The Parties hereby stipulate as follows:

1. On February 14, 2024, this Court requested further briefing in the related case, *Feindt v. United States*, 22-cv-00397-LEK-KJM, on an issue also relevant to the United States' substantially similar pending partial motion to dismiss in this case. *See Feindt*, ECF No. 275; *Whaley*, ECF Nos. 21, 31, and 38.

2. The Parties agree that the supplemental briefing ordered in *Feindt* may be jointly filed in *Whaley*. Specifically, the exact same supplemental briefing filed in *Feindt* may be filed in this case, subject to the same limitations and briefing schedule this Court ordered in *Feindt*, ECF No. 275.

3. The *Whaley* Plaintiffs' agreement to this stipulation shall not be used by the United States in support of any motion for consolidation or motion to stay it may file in the future.

DATED: February 20, 2024

/s/____James Baehr_____  
JAMES BAEHR  
Just Well Law, PLLC  
Attorney for Plaintiffs

/s/____Marianne F. Kies_____  
MARIANNE F. KIES  
Trial Attorney  
Environmental Tort Litigation

2

        Civil Div., U.S. Dep't of Justice
        Attorney for Defendant
        UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Whaley v. United States, The*; 1:23-cv-457-LEK-KJM, STIPULATED ORDER REGARDING EFFECT OF SUPPLEMENTAL BRIEFING ON MOTION TO DISMISS IN RELATED CASE (*FEINDT*)