UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

JESSICA WHALEY, ET AL., ) Case No. 23-CV-00457LEK-KJM
)
Plaintiffs, ) February 14, 2024
) 8:59 a.m.
vs. )
)
UNITED STATES OF AMERICA, )
) U.S. District Court
Defendant. ) 300 Ala Moana Boulevard
) Honolulu, HI 96850
_____ )


TRANSCRIPT OF TELEPHONIC RULE 16 SCHEDULING CONFERENCE
BEFORE THE HONORABLE KENNETH J. MANSFIELD
UNITED STATES MAGISTRATE JUDGE

<u>APPEARANCES:</u>

For Plaintiffs:                Kristina Baehr, Esq.
                              James Baehr, Esq.
                              Just Well Law, PLLC
                              26065 W. 8th Street, Unit 2
                              Austin, TX  78702

For Defendant:                Eric A. Rey, Esq.
                              Caroline Stanton, Esq.
                              Kenneth Alexander Haywood, Esq.
                              DOJ-Civ
                              1100 L Street, NW Suite 7002
                              Washington, D.C.  20005

Transcription Service:        Jessica B. Cahill, CER/CET-708
                              Maukele Transcribers, LLC
                              467 Maukele Place
                              Wailuku, Maui, HI  96793
                              Telephone: (808)298-8633


Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

FEBRUARY 14, 2024                                    8:59 A.M.

THE CLERK:  The United States District Court for the District of Hawaii with the Honorable Kenneth J.  Mansfield, United States Magistrate Judge presiding, is now in session. Civil number 23-00457LEK-KJM, Jessica Whaley, et al. v. United States of America.  This hearing has been called on a telephonic rule 16 scheduling conference.

Counsel, please make your appearance is for the record, starting with the Plaintiffs.

MS. BAEHR:  Kristina Baehr with James Baehr for the Plaintiffs.

THE COURT:  Good morning.

MS. BAEHR:  Good morning.

MS. STANTON:  Caroline Stanton, joined by Eric Rey and Alex Haywood for the United States.  Good morning, Your Honor.

THE COURT:  Good morning to you as well.  Nice to hear from everybody again.

Okay.  So when I reviewed this one, it looked like there are a discreet number of Plaintiffs, from my perspective, such that nothing special was warranted in terms of scheduling. And so the schedule we have sent out is our normal course schedule for trials with Judge Kobayashi, in fact, with any district judge, but our District Judge is Judge Kobayashi.

So we set cases on about a 15 month schedule.  And so that's what you're looking at here with our -- it's really just

our standard schedule.

So let me ask Ms. Baehr how this schedule works for the Plaintiffs.

MS. BAEHR:  This schedule works great for the Plaintiffs.  I do want to make sure you know that we do represent a few hundred other Plaintiffs who are military service members, active service members who will likely join this complaint.

THE COURT:  Okay.  Okay.  I just have to go on the pleading I have now.  I guess if that happens and we need to do something similar like we've done in the other cases, we can do that, but somehow we have to get these cases moving forward, and we can't do 17 people every two years.  We'll be doing this longer than any of us will be around practicing.  So that's my thought for this case as it stands now, and we can take up changes as they occur.

Ms. Stanton, how about from the Government's perspective?

MS. STANTON:  Thank you, Your Honor.  So just as a threshold matter, we have some concerns with Plaintiffs' proposed schedule as detailed in our responsive 26(f) statement that was filed yesterday.  I'm not sure if you have seen that.

THE COURT:  I have.  And really what we're doing is -- I'm not really sort of doing anything different than we do in a normal case.  So I think the Plaintiffs want an accelerated schedule, and the Government wanted the opposite.  So I'm doing

the standard schedule for any new case with Judge Kobayashi.

MS. STANTON:  Understood.  I think our concern on the point Ms. Baehr raised about adding Plaintiffs is that if we are to do a Bellwether process or something like that, that process and discovery needs to start after those Plaintiffs are selected. So, therefore, our proposal was to shift everything until after they amended their complaint to add those plaintiffs, which I understand they would be ready to do that by May, which was why our particular procedure was, but understood that you're just going on the standard schedule.  And we understand that.

THE COURT:  Okay.  Okay.  And then, yeah, if there's an amended complaint in May or thereabouts, then we can take up the bellwether process and hopefully agree upon a schedule like we've done in the other case.  I would be fine with that.  I'm just trying to get us moving forward as to these.  I think it's five people now, if we can.

MS. STANTON:  Your honor, I just had one other question.  Where the United States thinks that Whaley should be consolidated with the remainder of Feindt, and also with -- we understand there's a third case brought by Ms. Baehr's firm.  We haven't been served in that case yet, but we will be, in which case we would propose to consolidate all three of them.

We haven't filed the motion yet because we didn't want to file -- we wanted to file another after we're served in Hughes.  I just want to make sure, like, yo would be willing to

entertain that.  This schedule is not without prejudice.

THE COURT:  I would.  I won't entertain it this morning, and I don't think you're asking me to.  But I'm aware of that issue is out there, and we can take that up when the time is right.  For sure.

MS. STANTON:  Thank you.

THE COURT:  Okay.  If there's nothing further, we will get this scheduling order out.  I understand it may change.  And that's it.  You folks have a good rest of your work day.

MS. BAEHR:  Thank you, your honor.

THE COURT:  Thanks.

MS. STANTON:  Thank you, your honor.

(Proceedings concluded at 9:05 a.m.)

CERTIFICATE

I, Jessica B. Cahill, court approved transcriber, do hereby certify that pursuant to 28 U.S.C. §753, the foregoing is a complete, true, and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated: February 20, 2024

_____
Jessica B. Cahill, CER/CET-708