ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JESSICA WHALEY, et al., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM <br><br> NOTICE OF ORDER <br><br> TRIAL DATE:  May 12, 2025 <br> JUDGE:  Hon. Leslie E. Kobayashi |

**NOTICE OF ORDER**

Pursuant to the Court's February 28, 2024 Executive Order, *Feindt v. United States,* Civil No. 22-cv-00397, ECF No. 290, the United States hereby provides

1

notice of the Court's following order regarding the United States' pending Motion to Consolidate:

| 290 | 02/28/2024 | EO: The Court previously set a hearing on 277 The United States' Motion to Consolidate ("Motion") on 04/10/2024 at 10:00 a.m. in Courtroom 6. ECF No. 287. Pursuant to the parties' 289 joint letter request, the Court CONVERTS the in-person hearing on the Motion to a TELEPHONIC HEARING on the same date and time. Parties are to participate via telephone through the Court's Zoom Teleconference. Call-in information for this hearing is below. Parties must call in at least five (5) minutes prior to the scheduled start time of the hearing. Dial in number: 1-833-568-8864Access Code: 160 8983 1896 Briefing shell remain in accordance with Local Rule 7.2. The Court also DIRECTS Defendant United States to serve a copy of this Entering Order on all plaintiffs in the cases it seeks to consolidate in its Motion. (MAGISTRATE JUDGE KENNETH J. MANSFIELD)(kjm3) (Entered: 02/28/2024) |
|---|---|---|

Dated: February 28, 2024         Respectfully submitted,

                                              BRIAN BOYNTON
                                              Principal Deputy Assistant Attorney
                                              General, Civil Division

                                              J. PATRICK GLYNN
                                              Director

                                              CHRISTINA FALK
                                              Assistant Director

                                              /s/ Eric Rey
                                              ERIC REY (DC Bar # 988615)
                                              Trial Attorney

                      United States Department of Justice
                      Civil Division, Torts Branch
                      Environmental Tort Litigation
                      1100 L Street, NW
                      Washington, DC 20005
                      Phone: 202-616-4224
                      E-mail: eric.a.rey@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on February 28, 2024, a true and correct copy of the foregoing was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

>                    */s/ Eric Rey*
>                    Eric Rey