ELLIOT ENOKI #1528, Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232, Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
MARIANNE F. KIES, Trial Attorney
ERIC REY, Trial Attorney
Environmental Tort Litigation
Torts Branch, Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-1819
Fax: (202) 616-4473
Email: Marianne.F.Kies@usdoj.gov;
Eric.Rey@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA 3964-0
KOURTNEY H. WONG 10827-0
SPENCER J. LAU 11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR *Pro Hac Vice*
JAMES BAEHR *Pro Hac Vice*
MARY M. NEUSEL *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; jim@well.law; maggie@well.law

FREDERICK C. BAKER *Pro Hac Vice*
JAMES W. LEDLIE *Pro Hac Vice*
KRISTEN HERMIZ *Pro Hac Vice*
CYNTHIA A. SOLOMON *Pro Hac Vice*
SARA O. COUCH *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM <br><br> STIPULATED ORDER RELATING TO THE UNITED STATES' DEADLINE TO RESPOND TO COMPLAINT IN *HUGHES* <br><br> FIRST BELLWETHER TRIAL: April 29, 2024 <br><br> SECOND BELLWETHER TRIAL: Not Set <br> JUDGE: Hon. Leslie E. Kobayashi |
| JESSICA WHALEY, et al., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, | CIVIL NO. 23-cv-00457-LEK-KJM <br><br> STIPULATED ORDER RELATING TO THE UNITED STATES' DEADLINE TO RESPOND TO COMPLAINT IN *HUGHES* <br><br> TRIAL DATE: May 12, 2025 |

| | |
|---|---|
| Defendant. | JUDGE: Hon. Leslie E. Kobayashi |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM<br><br>STIPULATED ORDER RELATING TO THE UNITED STATES' DEADLINE TO RESPOND TO COMPLAINT IN *HUGHES*<br><br>TRIAL DATE: Not Set<br>JUDGE: Hon. Leslie E. Kobayashi |

STIPULATED ORDER RELATING TO THE UNITED STATES'
DEADLINE TO RESPOND TO COMPLAINT IN *HUGHES*

With the agreement of the Parties, the Court hereby orders that the United States' deadline to respond to the complaint in *Hughes v. United States* shall be deferred until a date specified in the Court's forthcoming scheduling order in the consolidated cases. ECF No. 413, *Feindt v. United States*, 22-cv-397 (April 11, 2024).

DATED: April 16, 2024

                                                By /s/ *Marianne F. Kies*
                                                    MARIANNE F. KIES
                                                    Trial Attorney
                                                    Environmental Tort Litigation
                                                    Civil Div., U.S. Department of Justice
                                                    Attorney for Defendant
                                                    UNITED STATES OF AMERICA

/s/ *Kristina S. Baehr*
KRISTINA S. BAEHR
JUST WELL LAW, PLLC
Attorney for Plaintiffs

APPROVED AND SO ORDERED:

Dated: Honolulu, Hawaii, April 16, 2024.



Kenneth J. Mansfield
United States Magistrate Judge

Hughes vs. United States of America, The; 24-cv-59-LEK-KJM; "Stipulated Order Relating to the United States' Deadline to Respond to Complaint in *Hughes*"

Whaley vs. United States of America, The; 23-cv-00457-LEK-KJM; "Stipulated Order Relating to the United States' Deadline to Respond to Complaint in *Hughes*"

Feindt vs. United States of America, The; 22-cv-00397-LEK-KJM; "Stipulated Order Relating to the United States' Deadline to Respond to Complaint in *Hughes*"