UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

> FILED IN THE
> UNITED STATES DISTRICT COURT
> DISTRICT OF HAWAII
> **Apr 23, 2024, 10:44 am**
> Lucy H. Carrillo, Clerk of Court

The undersigned requests that the court allow blogging during the proceeding(s) described below.  Requests must be emailed to the presiding judge's email address for orders.  For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding.  For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: **Feindt et al v. USA**            Case No. **22-cv-00397-LEK-KJM**

Presiding District or Magistrate Judge: **Kobayashi**

Media Outlet: **Stars & Stripes newspaper**

Representative(s): **Wyatt Olson**

Email Address To Send Completed Request Form: olson.wyatt@stripes.com

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 4/29/24 - ongoing | 9 am | civil trial |
|  |  |  |
|  |  |  |
|  |  |  |

DATED: **4/23/2024**    SIGNATURE: *Wyatt Olson*

Digitally signed by Wyatt Olson
DN: cn=Wyatt Olson, o=Stars and Stripes, ou=Stars and Stripes, email=olson.wyatt@stripes.com, c=US
Date: 2024.04.23 10:19:24 -10'00'

PRINTED NAME: **Wyatt Olson**

IT IS SO ORDERED.

☑ APPROVED        ☐ APPROVED AS MODIFIED        ☐ DENIED

DATED: **April 23, 2024**    _Leslie E. Kobayashi_