ELLIOT ENOKI #1528, Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232, Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
CAROLINE STANTON, Trial Attorney
ALANNA HORAN, Trial Attorney
Environmental Tort Litigation
Torts Branch, Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-4222
Fax: (202) 616-4473
Email: alanna.r.horan@usdoj.gov;

*Attorneys for the United States of America*

LYLE S. HOSODA 3964-0
KOURTNEY H. WONG 10827-0
SPENCER J. LAU 11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR *Pro Hac Vice*
JAMES BAEHR *Pro Hac Vice*
MARY M. NEUSEL *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; jim@well.law; maggie@well.law

FREDERICK C. BAKER *Pro Hac Vice*
JAMES W. LEDLIE *Pro Hac Vice*
KRISTEN HERMIZ *Pro Hac Vice*
CYNTHIA A. SOLOMON *Pro Hac Vice*
SARA O. COUCH *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., | CIVIL NO. 22-cv-00397-LEK-KJM |
| Plaintiffs, | STIPULATED ORDER RELATING TO THE TRIAL DECLARATION OF MARGOT BURNS (403) |
| v. | |
| UNITED STATES OF AMERICA, | FIRST BELLWETHER TRIAL: April 29, 2024 |
| Defendant. | |
| | JUDGE: Hon. Leslie E. Kobayashi |

STIPULATED ORDER RELATING TO THE TRIAL
DECLARATION OF MARGOT BURNS (ECF 403)

In light of the Court's recent orders, the parties stipulated to the conformed

trial declaration of Margot Burns. (ECF No. 524) Pursuant to that, the parties

hereby stipulate as follows:

1. The conformed declaration of Margot Burns is found at ECF No. 524. Ms. Burn's updated costing opinions consistent with the conformed declaration are attached as Exhibit A.

/s/ *Lyle Hosoda*
LYLE HOSODA
HOSODA LAW GROUP, ALC
Attorney for Plaintiffs

/s/ *Alanna Horan*
ALANNA HORAN
Trial Attorney
Environmental Tort Litigation
Civil Div., U.S. Department of Justice
Attorney for Defendant
UNITED STATES OF AMERICA

DATED: May 2, 2024

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Feindt vs. United States of America*; 22-cv-00397-LEK-KJM; "Stipulated Order Relating To The Trial Declaration Of Margot Burns (ECF 403)"