# TAB A



VOCATIONAL EVALUATION  |  LIFECARE PLANNING  |  EXPERT TESTIMONY

- Vocational Evaluation
- Life Care Planning
- Expert Testimony
- Certified Professional Coach
- Enneagram Teacher/Facilitator

**MARGOT BURNS & ASSOCIATES / MARGOT BURNS COACHING**, Denver, Colorado
*September, 2005 to present*
*Vocational and Life Care Planning Consultant; Professional Coach*

**LOCKWOOD & ASSOCIATES,** Monument, Colorado
*2006 to 2011*
*Independent Vocational Consultant*

**HEALTH & OCCUPATIONAL CONSULTANTS**, Littleton, Colorado
*1998 to 2005*
*Vocational Consultant*

**CRAWFORD AND COMPANY,** Denver, Colorado
*1996 to 1998*
*Vocational Consultant III*

**CORVEL CORPORATION**, Denver, Colorado
*1992 to 1995*
*Consultant and Supervisor of Out-of-State Case Work*

**LEARNING SERVICES CORPORATION**, Madison, Wisconsin
*1990 to 1992*
*Clinical Case Manager*

**NEW MEDICO CORPORATION**, Illinois/Wisconsin
*1986 to 1990*

PLAINTIFF'S
TRIAL EXHIBIT
**PX-1594**

1221 S. Clarkson Street   Suite 222   Denver, CO 80210  |  C 303-████   |  F 303-████
E margot@█████████   |  W margotburnsassoc.com

Stip. re Trial Decl. of Margot Burns
Exhibit A

*Clinical Case Manager, Clinical Supervisor, Behavioral and Vocational Specialist encompassing all phases of brain injury rehabilitation from acute neurobehavioral and coma management to post acute and outpatient, community-based services.*

## EDUCATION

University of Wisconsin - Milwaukee (1988)
*Master of Science in Rehabilitation Counseling*

University of Wisconsin (1986)
*Bachelor of Science in Psychology and English*

University of Florida/Intellicus (2003-04)
*Certification in Life Care Planning*

Institute for Excellence in Professional Coaching (2018-19)
*Professional Coach Training*

## CERTIFICATIONS

Certified Rehabilitation Counselor #0006645, 1988 to present
Certified Life Care Planner, 2004 to present
Certified Enneagram Teacher, 2014 to present
Certified Professional Coach, 2019 to present
(Ongoing Continuing Education up to date as required to maintain certifications)

## COMMUNITY SERVICE / VOLUNTEER WORK

Enneagram Prison Project Coach

Second Saturday Divorce Workshops / Divorce Resource Denver

Center for Work Education and Employment (CWEE)

Mile Hi Youth Corp – job seeking skills training; career development; professional consultation

Americans With Disabilities Act task force, 1993

## PRESENTATIONS/WORKSHOPS

**"Traumatic Brain Injury Education"**; multiple presentations to RTD Customer Service, Denver, CO January 1993

**"How to Write a Functional Job Description"**; Colorado Compensation Insurance Authority Educational Seminar, Denver, CO - April 16, 1996

**"Life Care Planning"**; Pinnacol Assurance, Denver, CO - March 14, 2002

Stip. re Trial Decl. of Margot Burns
Exhibit A

**"Utilizing Experts in Family Law Cases"** - participant in panel discussion for the Colorado Bar Association Spring Family Law Update seminar - April 2009

**Enneagram Panel Series and Workshops** – ongoing since 2013

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB B

Stip. re Trial Decl. of Margot Burns
Exhibit A



VOCATIONAL EVALUATION   |   LIFECARE PLANNING   |   EXPERT TESTIMONY

April 29, 2024

RE:     Feindt, et al, v. United States of America

        Case No. 1:22-cv-00397-LEK-KJM

# FUTURE CARE NEEDS ASSESSMENT
# UPDATED
# RE: Feindt Family

## Introduction

The case regarding the Feindt family was referred to Margot Burns & Associates for the purpose of completing a future care needs assessment related to their exposure to water contaminated with jet fuel while they were living on a military base in Honolulu, Hawaii, after May 2021. Records show they were exposed to the contaminated water through cooking, showering, bathing, air, and drinking water.

Since my previous reports, additional medical records were reviewed as provided by the office of Just Well Law. Those are summarized below. I conducted a telephone interview with Mr. Feindt on 4/01/24 to obtain an update of his and his children's current status. In light of a new ruling related to the inclusion of future medical care in the cost assessment reports, the attached tables and totals have been adjusted.

951 20th Street   Unit 2631   Denver, CO 80201   |   C 303-489-9590
E margot@margotburnsassoc.com   |   W margotburnsassoc.com

## SUMMARY OF 2024 INTERVIEW WITH PATRICK FEINDT

Mr. Feindt stated that overall, they are not doing well. When I had communicated with him in October 2023, Mandy Feindt and P███ were still in Colorado Springs, Colorado, and he and T██ had moved to the Washington D.C. area. In our recent call, Mr. Feindt noted Mandy had been transferred to Fort Belvor, and she now lives on the base. He and the children live in Richmond, Virginia, which is about 75 miles from the base.  He noted the family relocated because of his new job, but unfortunately, he was terminated from his position in December 2023. He stated he is searching for new position and has had about 20 interviews to date, but no offers. When I asked why he was terminated, he noted his employer gave him several reasons related to how he was lacking in performance, particularly that his communication skills were not up to par, and he was not proficient enough with Excel. He did not receive any performance counseling or mentoring. Mr. Feindt stated he had never been terminated from a job before nor had he received negative reviews about his communication or performance. He stated that since the fuel exposure in Hawaii and his subsequent medical symptoms, he "did not have his best" and not sure he was sharp enough to stay on top of things. He stated he is still dealing with cognitive deficiencies, and it feels as if there has been "something missing."  He stated he had to "put on a front" but he did not feel as sharp, has experienced scatteredness and reduced memory challenges with organization, and inconsistent energy. He noted that his own symptoms, combined with the stress of managing the children's schedules and medical care has been very taxing and impacted his performance at work. He stated he needs more resources and tools to deal with his stress and to learn coping strategies for his anxiety, which he stated is significant. He noted he has begun seeing a counselor for this. He has had two sessions to date. He reiterated that, "I'm not the same sharp professional that I was prior to November 2021" and this is distressing to him. He noted he has put his own care on the back burner at times to deal with the children's medical care and needs.

Mr. Feindt indicated that since moving to their current location, he and the two children have had approximately 10 to 20 medical appointments. He noted it took nearly eight months for his Tricare West to transfer to Tricare East, and they all had to reestablish care with new primary

Stip. re Trial Decl. of Margot Burns
Exhibit A

care managers to get new referrals and then wait to see specialists. For instance, he indicated that he made an appointment with a new neurologist in June 2023 but could not be seen until 3/22/24. He noted that the children have been waiting now eight months out for their specialist appointments.

In terms of ongoing care, the following is a summary:

- Mr. Feindt stated his neurologist prescribed a new migraine medication (Topamax) and that he has continued to have a higher frequency of migraines after the fuel exposure than before. He stated he has them every day, even with medication. He noted this affected his vision a few times at work, and "I would just muscle through it."   He has continued pain in his right flank, back, and testicle every day. He noted an injection in his groin helped the testicular pain for six months but the other injections he had did not do anything for his right flank or back pain. He noted it is physically painful to play golf now, which is a major issue given that he is a golf pro. He has a new referral for pain management. He stated he continues to have inconsistent gastrointestinal symptoms, including diarrhea and near incontinence. He has also seen a new allergist who conducted breathing studies and recommended new inhalers related to the breathing studies. He noted his new primary care physician made the referral to behavioral health for counseling, and he also recommended neuropsychological testing for the ongoing brain fog. His primary physician is also managing his antidepressant medication, which was doubled due to Mr. Feint's level of anxiety. He noted the medication helps with his anxiety but has side effects of reduced libido. He noted he still has excessive sweating, even when he is sitting still. He told his former primary physician about this in May 2023, and she had recommended that he see an endocrinologist, but this was "shot down" by Tricare as was a referral his physician made for evaluation at the Mayo Clinic.

- P████, who is now six years of age, has a gastroenterology appointment on 4/01/24 to establish care with a new provider. Mr. Feindt indicated P████ has had ongoing GI issues, such as hard stools and difficulty having bowel movements. He noted her previous doctor had her take a break from cromolyn, but the new GI specialist may be reinitiating it. Mr. Feindt stated she is still struggling with behavioral health issues. She was started on Concerta, which seems to work in the classroom setting but wears off when she gets home,

Stip. re Trial Decl. of Margot Burns
Exhibit A

and then she has difficulty with concentrating and exhibits hyperactivity. Mr. Feindt noted P█████ expressed fear of drinking water and is regularly worried she or someone in the family will become sick from their water. He noted she brings it up nearly every day. Mr. Feindt noted they attended some parent-child interaction therapy but that she needs individual trauma therapy. He stated she has been approved for an individualized educational plan (IEP) in her new school and will be receiving speech therapy and potentially occupational therapy. She already had a 504 plan in place.

- P███████ (T██) is now age four. Mr. Feindt stated he has seen a new pulmonologist and put on a higher dose of Symbicort. He also had two trials of prednisone for the chronic, daily cough he has had since the fuel exposure. He noted T██ has had a lot of behavioral issues given the separation from his mother and starting a new daycare. He had behavioral health play therapy but had started acting out, kicking, and biting. Mr. Feindt reported he had to move T██ into a new school. Mr. Feindt noted T██ is no longer on cromolyn but will be evaluated by a new GI specialist to be restarted. He has had problems with bowel movements.

## REVIEW OF UPDATED MEDICAL RECORDS

*PATRICK FEINDT*
*DOB: 8/12/79*

*Records Reviewed*
Peak Neurology
Pulmonary Associates of Richmond
Skin Care and Dermatology Center of Colorado Springs
The Sleep Well Center
West End Internal Medicine / Bons Secours Medical Group

Stip. re Trial Decl. of Margot Burns
Exhibit A

*Summary*

Records showed that pre-exposure, Mr. Feindt had allergy testing as a child and received shots from ages six to 12. His allergies were affected by climate and location. He was noted to have had asthma since childhood but this improving as an adult. It returned after the exposure and worsened when he moved to Virginia.

On 6/29/22, Martin Harris, MD, Skin Cancer, and Dermatology Center of Colorado Springs, saw Mr. Feindt for a recurrent skin lesion located on the left anterior distal upper arm, which was bleeding and present for years. He presented for a full body skin exam. Actinic damage was diagnosed, indicating reticulated light tan macules in sun distribution on the arms, face, and neck, which were stable. Mr. Feindt was counseled on skin care, and sunscreen was recommended. Benign nevi were distributed on the arms and trunk. Seborrheic keratoses were benign with no treatment needed. Cherry angiomas and solar lentigines were diagnosed but no treatment was rendered for those. Biopsies were performed for the neoplasms on the left anterior distal upper arm and the superior thoracic spine.

On 7/5/22, Michele Gatheridge, MD, Peak Neurology, saw Mr. Feindt for an initial evaluation and noted the jet fuel spill with reported significant gastrointestinal symptoms, including right sided abdominal pain radiating to the right testicle and to his right back; increased headaches including three ocular migraines in the last four to five months, with two in the past two weeks, and forgetfulness, temper changes, insomnia, snoring, numbness around his knee caps, and a low mood.

On 7/17/22, David Slamowitz, MD, The Sleep Well Center, noted a polysomnogram showed the presence of mild sleep apnea of variable origin, which caused mild oxygen desaturation, and a trial of CPAP was warranted.

On 8/28/22 Dr. Gatheridge saw Mr. Feindt and noted that a gastrointestinal work-up and continued left sided abdominal pain down into his testicle. He had one ocular migraine last week and lost peripheral vision, and two headaches with light sensitivity and nausea. The MRI was unremarkable.

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 11/7/22, Dr. Gatheridge saw Mr. Feindt in follow-up for headaches and paresthesia of lower limbs. Mr. Feindt reported headaches two times a week and that Nortriptyline did not help. He reported muffled hearing on the right side, and he was beginning to have tinnitus. He reported a cholecystectomy surgery last week. The plan was for a trial of zonisamide, continue Tylenol, repeat brain imaging, conduct neuropsychological testing, and obtain MRIs for the lumbar and thoracic spine for right flank pain.

On 8/10/23, Meredith McDonald, MD, West End Internal Medicine, saw Mr. Feindt in a new patient visit to establish care, noting review of neurology and primary care. The plan indicated to establish care with a neurologist. He was taking Effexor (venlafaxine), Nurtek (rimegepant), and Maxalt (rizatriptan) as needed for headaches, which were continued until he was seen by neurology. Multiple lab tests were ordered. Advair was prescribed. He was referred to allergy and gastroenterology to establish care and continued cromolyn until he could meet with those specialties. A referral was made to endocrinology for concern for low testosterone and low ACTH. A referral was made for a pain specialist.

On 8/25/23, Dr. McDonald saw Mr. Feindt for gout on the toe of the left foot for one week (the first episode was in late 2020). Colchicine and prednisone were prescribed, and an x-ray was ordered. A referral for genetic testing was made due to his daughter diagnosed with a rare microdeletion syndrome. A referral was made to an allergy specialist.

On 10/17/23, Zeeshan Khakwani, MD, Pulmonary Associates of Richmond, saw Mr. Feindt for allergy symptoms. Lab tests were ordered. The plan indicated diagnoses and treatment including mastocytosis for which blood work was ordered and an EpiPen prescribed; asthma for which he was to continue Advair and use albuterol as a rescue inhaler, increase Allegra, consider a pulmonary function test to assess asthma; allergic rhinitis for which allergy testing was ordered; gout for which he was to continue colchicine and prednisone; migraines for which he was to continue current migraine medications; and vertigo and vestibular dysfunction for which he was to continue physical therapy as needed.  Dr. Khakwani recommended follow-up

6

Stip. re Trial Decl. of Margot Burns
Exhibit A

in two weeks. He saw Mr. Feindt again on 10/31/23 and continued the albuterol for 30 days and started Advair and AUVI-Q injection.

On 11/13/23, Dr. McDonald saw Mr. Feindt in a telemedicine follow-up for migraine headaches. Effexor was increased to 150mg. The record indicated to continue with Nurtec and Maxalt for abortive migraine therapy, establish with neurology, continue Advair, and antihistamines were refilled. He was followed by an allergist and needed to establish with gastroenterologist.

On 1/25/24, Dr. Khakwani saw Mr. Feindt in follow-up, noting a history of mastocytosis, asthma and was currently using fexofenadine, Pepcid and cromolyn. He reported surgeries in the past year for the right flank, testicular area and back. He had seen a pain management specialist and had injections for pain relief. His gall bladder was removed but he continued to experience pain in the same area. Currently, Mr. Feindt reported he had been waking up congested and coughing. Diagnostic tests were reviewed including mast cells with a borderline positive. Mr. Feindt was restarted on albuterol for 30 days, continued Advair, Flonase, and AUVI-Q injection. A pulmonary function test was ordered. Follow-up was for three months.

On 2/19/24, Dr. McDonald, MD saw Mr. Feindt for right side jaw pain for two days, a cough lasting two weeks, otalgia, and shortness of breath. It was noted Mr. Feindt went to urgent care over the weekend and was diagnosed with sinusitis and asthma exacerbation. He was prescribed doxycycline and prednisone, which was not helping. This was discontinued. Albuterol was prescribed as needed and Advair was increased for the next couple of weeks. Warm compresses were indicated for salivary stone pain. Effexor was decreased to 75mg.

On 2/27/24, Dr. McDonald saw Mr. Feindt in a telemedicine follow-up for asthma. The plan indicated to continue Advair and try 250/50 dose. The patient had a urinary tract infection and was improving. His generalized anxiety disorder was not controlled, and Mr. Feindt requested to see a therapist. For the intractable chronic migraine without aura, he established care with a neurologist and would start topiramate. He was continued on Effexor and Maxalt or Nurtec for abortive migraine therapy.

7

Stip. re Trial Decl. of Margot Burns
Exhibit A



*DOB:* ▉▉▉▉

<u>Records Reviewed</u>

Child Development Center of Colorado Springs

Mountain View Medical Group / New West Physicians

Rocky Mountain Poison Center

The Great Plains Laboratory

The Pediatric Center

<u>Summary</u>

On 6/6/22, Robert Jensen, NP, Mountain View Medical Group / New West Physicians, saw P▉▉▉ for a cough and congestion. An acute upper respiratory infection was diagnosed. Influenza, COVID, and RSV were negative. Referrals were made to occupational and speech therapy, dermatology, and psychiatry.

On 6/7/22, The Great Plains Laboratory reported the results of the GPL-TOX profile from a collection on 5/3/22.

On 9/14/22, Margot Crossley, MD, Child Development Center of Colorado Springs, saw P▉▉▉ for an Occupational Therapy Evaluation and Assessment, who presented with difficulties related to fine motor skills, sensory processing/modulation, picky eating, and behavior concerns impacting her participation and performance in age-appropriate learning activities, social interactions, and ADL/IADL.  Recommendations included:

- Direct, skilled, individual medically based occupational therapy services one to two times a week, incorporating caregiver education and home programming.
- Monitor picky eating concerns within therapy and consider feeding therapy as determined warranted by primary treating therapist.

8

Stip. re Trial Decl. of Margot Burns
Exhibit A

- Monitor toe walking concerns and consider physical therapy evaluation; and
- Speech/language therapy evaluation.
- Duration of treatment approximately 12 months with an annual re-assessment to evaluate progress toward goals; 72 visits approved.

P█████ continued to attend occupational therapy sessions every two weeks until 1/25/23, approximately 10 therapy sessions for 30 minutes each. On 5/2/23, P████ was discharged from occupational therapy. The parent reported she had made good progress, and the family's schedule was busy. Several goals were noted to be met and others were ongoing at the time of discharge.

On 9/21/22, Jennifer McKenney, MS Ed, CCC-SLP, Child Development Center of Colorado Springs, saw P████ for a comprehensive speech language evaluation. The summary indicated the following:

- Direct, medically based speech/language therapy was not recommended at this time.
- Reassessment in six months to assure her speech/language skills were developing appropriately.
- Continue occupational therapy informally to assess P█████ skills throughout therapy.
- Continue with all other services in place (occupational therapy and psychiatry/psychology services.

On 12/12/23, Cleome Winters, MD, The Pediatric Center, saw P████ for a six-year well child exam. Vision and hearing screenings were conducted. Immunizations were administered. Referrals were made to psychiatry, pulmonology, gastroenterology, urology, and dermatology. A learning difficulty was noted, she had a 504 plan and was getting an IEP. She was below age level in most subjects. Referrals were made to speech and occupational therapy and psychology.

On 1/16/24, Jadig Garcia, PhD, The Pediatric Center, saw P████ for attention deficit hyperactivity disorder (ADHD). "At this time, they are all together again, P█████ mother travels to Northern Virginia Monday night through Thursday for work. P█████ father spends

9

Stip. re Trial Decl. of Margot Burns
Exhibit A

a majority of the week with P███ and her brother. Of note, the father states that most difficulties at home relate to P███ and her brother's relationship. While it is a typical sibling relationship, they can be physical with each other. There are also times when P███ will need alone time and her brother has a hard time giving her that." P███ was to return for individual short-term therapy, and Dr. Garcia would identify additional resources for occupational and speech therapy and psychiatry. A psychological evaluation was recommended.

On 2/1/24, Dr. Garcia saw P███ for a counseling session focused on developing rapport, noting throughout the session that P███ had difficulty sustaining attention but was engaged and easily redirected. A full evaluation, which could be done through the school, was recommended.

On 2/13/24, Dr. Winters saw P███ for an ADHD medication check, noting she had been on Concerta since October 2023. Concerta was renewed and follow-up with scheduled specialists and speech therapy.

On 2/20/24, Dr. Winters saw P███ for a fever, congestion, runny nose, sore throat, persistent cough, and urinary frequency, noting sickness for three days. Labs were conducted. Dexamethasone and prednisolone were prescribed. Acetaminophen and/or ibuprofen and increased fluids were recommended.

On 2/20/24, Dr. Garcia saw P███ for an individual counseling session, noting she was not feeling well but she agreed to meet and do some drawing.

On 3/7/24, Dr. Garcia saw P███ for an individual counseling session, noting Mr. Feindt reported they had been approved for an IEP (speech/language) and occupational therapy was scheduled for April. The father reported the medication wore off and was causing disruption in the home.

Stip. re Trial Decl. of Margot Burns
Exhibit A



*P⬛⬛⬛ ⬛ F⬛⬛⬛*

*DOB:* ⬛⬛⬛

<u>Records Reviewed</u>

Children's Hospital of Richmond at VCU

Front Range Urgent Care / Quik Care

Rocky Mountain Poison Center

The Pediatric Center

<u>Summary</u>

On 9/6/22, Dr. Crossley saw T⬛ for exposure to chemical inhalation. The chest x-ray indicated peribranchial thickening without focal pneumonia. The cardiothymic, mediastinal contours, and upper abdomen were normal.

On 9/10/22, billing records indicated Steven Weinrich, DO, Front Range Urgent Care / Quik Care, saw T⬛ in a new patient visit with a diagnosis of otitis media left ear and acute upper respiratory infection.

On 10/3/22, Children's Hospital Colorado Springs conducted a CT chest high resolution without contrast as well as flexible bronchoscopy with anesthesia.

On 11/13/22, Children's Hospital Colorado Springs, Emergency Department, saw T⬛ for chronic cough and upper respiratory infection. Supportive measures were discussed and recommended.

On 12/21/22, Children's Hospital Colorado Springs, Emergency Department, saw T⬛ for fever and respiratory breathing difficulty. The ultrasound limited abdomen was negative for appendicitis and no ultrasound findings for intussusception. The chest x-ray was normal. He was discharged home, continue with Flovent and albuterol as needed.

On 2/24/23, x-rays of left tibia/fibula were normal, x-ray left foot normal.

11

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 4/12/23, Dr. Crossley saw T█ and father for concerns of side effects of cromolyn.

On 6/28/23, Wanda Rivadeneira, FNP-BC, The Pediatric Center, saw T█ for nasal congestion, runny nose, cough, and appetite change for the past two days. It was noted he was in a new daycare, and the dad had to pick him up for aggressive behavior. An upper respiratory infection was diagnosed. Medications included albuterol, Flovent, Symbicort and an Aerochamber Plus Flow-Vu, medium mask. Referral were made to pulmonology, ENT, and Pediatric Center Behavioral Health.

On 8/10/23, Jadig Garcia, PhD, The Pediatric Center, saw T█ for an initial psychiatric evaluation. A focused history was obtained. Dr. Garcia agreed to assess for ADHD symptoms, which may be contributing to behavior problems.

On 8/22/23, Dr. Garcia met with Mr. Feindt in a telehealth visit, noting T█ was consistently sent home from daycare due to behaviors. The record indicated, "While patient is exhibiting symptoms of ADHD, they did not meet the clinical cutoff", and this may indicate the behaviors were related to adjustment and poor environmental fit. The father agreed to a new daycare placement.

On 8/29/23, Ms. Rivadeneira saw T█ for a three-year well child exam, noting he had been followed by multiple specialists at Children's Hospital of Colorado and services were being set up at Children's Hospital of Richmond (CHOR). Screening tests conducted for vision indicated right eye farsighted, left eye nearsighted, and possible astigmatism. A referral was made to ophthalmology. Symbicort, Flovent, and albuterol were continued. Testing was conducted for lead. Multidisciplinary follow-up was being coordinated by CHOR.

On 8/29/23, Dr. Garcia saw Mr. Feindt in a telehealth session. The father reported he observed inappropriate behaviors by staff within the daycare setting towards T█ that likely contributed to his behaviors at school. Mr. Feindt stated there was an investigation in the daycare regarding the behaviors from the providers.

12

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 9/21/23, Debra Hearington, NP, Pediatric Neurology, VCU Health System, saw T█, noting a normal neurological exam and normal brain MRI dated 5/8/23. Recommendations included establishing care with sleep medicine, continue with ENT, and a repeat sleep study in February 2024.

On 11/30/23, Jana Shook, MD, The Pediatric Center, saw T█ for a cough, nasal congestion and runny nose, noting he was seeing pulmonology and using inhalers. He was diagnosed with an upper respiratory infection. Referrals were made to gastroenterology, allergy/immunology, and pulmonology. The influenza vaccine was administered.

On 2/2/24, Cleoma Winters, MD, The Pediatric Center, saw T█ for cough and excessive thirst with onset three months ago and symptoms worsening. Polydipsia was diagnosed. Labs were ordered. Continue Symbicort, follow-up with pulmonary at VCU, started on cetirizine and Flonase Allergy Relief.

## DISCUSSION OF FUTURE MEDICAL CARE NEEDS

On 7/17/23, Dr. Andrew Clark provided recommendations for the Feindt children after conducting child psychiatry evaluations to assess any potential psychological, developmental, or psychiatric impacts of the fuel spill in 2021. For P████ and T█ F████, he recommended three hours of tutoring over 60 weeks for educational catch up and 48 sessions of individual therapy for treatment of depressed mood and support. The cost of these services was updated in the tables to reflect 2024 data.

On 6/29/23, I spoke to Dr. Melissa Vargo who had conducted a psychological evaluation with Mr. Feindt and diagnosed posttraumatic stress disorder as related to the contaminated water exposure. Her recommendations included a psychological evaluation and future psychotherapy, and this information is detailed in the attached life care plan tables. Of note is that Dr. Vargo's written recommendations were slightly different than what she relayed to me

Stip. re Trial Decl. of Margot Burns
Exhibit A

verbally. I will defer to her in terms of what treatment she is recommending. The cost of these services was updated in the tables to reflect 2024 data.

The above opinions from Drs. Vargo and Clark were made within a degree of probability for ongoing psychological treatment for each plaintiff. As certified life care planners, we have followed accepted methodology and incorporated these recommendations into each individual future care needs assessment.

Thank you for referring the case regarding The Feindt family for a future care needs assessment. We reserve the right to supplement this report, as necessary.

*Margot M. Burns*

*Valerie S. Cummings*

Margot M. Burns, MS, CRC, CLCP

Valerie S. Cummings, BS, CLCP, CPB

14

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB C

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Patrick Feindt, Jr.

### Projected Evaluations

**DOB:** ▮▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychology Evaluation* | | Beginning | One time | Initial evaluation. | Per Unit | | | Dr. Vargo |
| | 45 | 2024 | | | $278.00 | | | |
| | | | | | to | $291.00 | | |
| | | Ending | | | Per Year | | | |
| | 46 | 2025 | | | $278.00 | | | |
| | | | | | to | $291.00 | | 1 |

Cost Source(s): Medical Fees 2024 - $278;  Physicians' Fee Reference 2024 - $291

Cost ($278.00) x 1 time = $278.00
Cost ($291.00) x 1 time = $291.00
**Unit Cost Average ($284.50) x 1 time  = $284.50**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Patrick Feindt, Jr.

**DOB:** ▮▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water Exposure

### Projected Therapeutic Modalities

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy Individual* | Beginning 45 | 2024 | Two per week for 6 months | Ongoing individual therapy for symptoms attributable to exposure. | Per Unit $191.00 | to $218.00 | Unit cost is for a one hour session. | Dr. Vargo |
| | Ending 46 | 2025 | | | Per Year $9,168.00 | to $10,464.00 | | 2 |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $191

Cost ($191.00) x 2 per week = $382.00 x 4  weeks per month = $1,528.00 x 6 months = $9,168.00
Cost ($218.00) x 2 per week = $436.00 x 4  weeks per month = $1,744.00 x 6 months = $10,464.00
**Unit Cost Average ($204.50) x 2 per week  = $409.00 x 4 weeks per month = $1,636.00 x 6 months = $9,816.00**

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy Individual* | Beginning 46 | 2025 | 24 additional sessions over life (calculation total is for one year) | Ongoing individual therapy for symptoms attributable to exposure. | Per Unit $191.00 | to $218.00 | Unit cost is for a one hour session. | Dr. Vargo |
| | Ending 47 | 2026 | | | Per Year $4,584.00 | to $5,232.00 | | 3 |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $191

Cost ($191.00) x 24 sessions = $4,584.00
Cost ($218.00) x 24 sessions = $5,232.00
**Unit Cost Average ($204.50) x 24 sessions  = $4,908.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Patrick Feindt, Jr.

**DOB:** ██████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water Exposure

### Projected Therapeutic Modalities

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|---|
| *Psychotherapy* *Cognitive Behavioral Therapy* | Beginning 45 | 2024 | One per week for 6 months | Ongoing therapy for symptoms attributable to exposure. | Per Unit $191.00 to $218.00 | Unit cost is for a one hour session. | Dr. Vargo |
| | Ending 46 | 2025 | | | Per Year $4,584.00 to $5,232.00 | | 4 |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $191

Cost ($191.00) x 1 per week = $191.00 x 4  weeks per month = $764.00 x 6 months = $4,584.00
Cost ($218.00) x 1 per week = $218.00 x 4  weeks per month = $872.00 x 6 months = $5,232.00
**Unit Cost Average ($204.50) x 1 per week  = $204.50 x 4 weeks per month = $818.00 x 6 months = $4,908.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

### Patrick Feindt, Jr.

**DOB:** ▮▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water Exposure

## Summary Costs

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| **Projected Evaluations** | | | | | | |
| 1 | Psychology Evaluation | 2024 | 2025 | $284.50 | 1 | $284.50 |
| | | | | **Sub Total** | | $284.50 |
| **Projected Therapeutic Modalities** | | | | | | |
| 2 | Psychotherapy Individual | 2024 | 2025 | $9,816.00 | 1 | $9,816.00 |
| 3 | Psychotherapy Individual | 2025 | 2026 | $4,908.00 | 1 | $4,908.00 |
| 4 | Psychotherapy Cognitive Behavioral Therapy | 2024 | 2025 | $4,908.00 | 1 | $4,908.00 |
| | | | | **Sub Total** | | $19,632.00 |

**Grand Total**    $19,916.50

If any item has periodic replacement, "Grand Total" Cost is annualized.

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB D

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment



### Projected Therapeutic Modalities

**DOB:** ▆▆▆▆▆
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychological Therapy or Cognitive Behavioral Therapy (Individual)* | Beginning 7 | 2024 | 48 sessions | Ongoing individual therapy for symptoms attributable to exposure. | Per Unit $191.00 to $218.00 | | Unit cost is for a one hour session. | Dr. Clark |
| | Ending 8 | 2025 | | | Per Year $9,168.00 to $10,464.00 | | | 1 |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $191

Cost ($191.00) x 48 sessions = $9,168.00
Cost ($218.00) x 48 sessions = $10,464.00
**Unit Cost Average ($204.5) x 48 sessions  = $9,816.00**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Psychological Therapy or Cognitive Behavioral Therapy (Parent/child)* | Beginning 9 | 2026 | 24 sessions | Ongoing therapy for symptoms attributable to exposure. | Per Unit $191.00 to $218.00 | | Unit cost is for a one hour session. | Dr. Clark |
| | Ending 10 | 2027 | | | Per Year $4,584.00 to $5,232.00 | | | 2 |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $191

Cost ($191.00) x 24 sessions = $4,584.00
Cost ($218.00) x 24 sessions = $5,232.00
**Unit Cost Average ($204.50) x 24 sessions  = $4,908.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment



## Educational Plan

**DOB:** ▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Tutoring* | | Beginning | Three hours a week for 60 weeks | Ongoing education assistance for symptoms attributable to exposure. | Per Unit | | | Dr. Clark |
| | 7 | 2024 | | | | $20.00 | | |
| | | | | | to | $75.00 | | |
| | | Ending | | | Per Year | | | |
| | 8 | 2025 | | | | $3,600.00 | | |
| | | | | | to | $13,500.00 | | 3 |

Cost Source(s): Tutor Cruncher - $20 - $75;  Varsity Tutors - $56

Cost ($20.00) x 3 hours per week = $60.00 x 60 weeks = $3,600.00
Cost ($75.00) x 3 hours per week = $225.00 x 60 weeks = $13,500.00
**Unit Cost Average ($47.50) x 3 hours per week  = $142.50 x 60 weeks = $8,550.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

P████ F████

**DOB:** ████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

## Summary Costs

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| | **Projected Therapeutic Modalities** | | | | | |
| 1 | Psychological Therapy or Cognitive Behavioral Therapy (Individual) | 2024 | 2025 | $9,816.00 | 1 | $9,816.00 |
| 2 | Psychological Therapy or Cognitive Behavioral Therapy (Parent/child) | 2026 | 2027 | $4,908.00 | 1 | $4,908.00 |
| | | | | **Sub Total** | | $14,724.00 |
| | **Educational Plan** | | | | | |
| 3 | Tutoring | 2024 | 2025 | $8,550.00 | 1 | $8,550.00 |
| | | | | **Sub Total** | | $8,550.00 |

**Grand Total**      $23,274.00

If any item has periodic replacement, "Grand Total" Cost is annualized.

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB E

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

T  F

## Projected Evaluations

**DOB:** ▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy Evaluation* | | Beginning | One time | Initial evaluation. | Per Unit $278.00 | | | Dr. Clark |
| | 4 | 2024 | | | to $291.00 | | | |
| | | Ending | | | Per Year $278.00 | | | |
| | 5 | 2025 | | | to $291.00 | | | 1 |

Cost Source(s): Medical Fees 2024 - $278;  Physicians' Fee Reference 2024 - $291

Cost ($278.00) x 1 time = $278.00
Cost ($291.00) x 1 time = $291.00
**Unit Cost Average ($284.50) x 1 time  = $284.50**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment



### Projected Therapeutic Modalities

**DOB:** ███████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy Individual* | | Beginning | 48 sessions | Ongoing therapy for symptoms attributable to exposure. | Per Unit $191.00 | to $218.00 | | Dr. Clark |
| | 4 | 2024 | | | | | | |
| | | Ending | | | Per Year $9,168.00 | to $10,464.00 | | 2 |
| | 5 | 2025 | | | | | | |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $191

Cost ($191.00) x 48 sessions = $9,168.00
Cost ($218.00) x 48 sessions = $10,464.00
**Unit Cost Average ($204.50) x 48 sessions  = $9,816.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO 80210
303-489-9590

# Future Care Needs Assessment

T  F

## Educational Plan

**DOB:**
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water
Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Tutoring* | | Beginning | Three hours a week for 60 weeks | Ongoing education assistance for symptoms attributable to exposure. | Per Unit $20.00 | to $75.00 | | Dr. Clark |
| | 3 | 2023 | | | | | | |
| | | Ending | | | Per Year $3,600.00 | to $13,500.00 | | |
| | 4 | 2024 | | | | | | 3 |

Cost Source(s): Tutor Cruncher - $20 - $75;  Varsity Tutors - $56

Cost ($20.00) x 3 hours per week = $60.00 x 60 weeks = $3,600.00
Cost ($75.00) x 3 hours per week = $225.00 x 60 weeks = $13,500.00
**Unit Cost Average ($47.50) x 3 hours per week  = $142.50 x 60 weeks = $8,550.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

T█ F██████

**DOB:** ████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water Exposure

## Summary Costs

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| | **Projected Evaluations** | | | | | |
| 1 | Psychotherapy Evaluation | 2024 | 2025 | $284.50 | 1 | $284.50 |
| | | | | **Sub Total** | | $284.50 |
| | **Projected Therapeutic Modalities** | | | | | |
| 2 | Psychotherapy Individual | 2024 | 2025 | $9,816.00 | 1 | $9,816.00 |
| | | | | **Sub Total** | | $9,816.00 |
| | **Educational Plan** | | | | | |
| 3 | Tutoring | 2023 | 2024 | $8,550.00 | 1 | $8,550.00 |
| | | | | **Sub Total** | | $8,550.00 |

**Grand Total**    $18,650.50

If any item has periodic replacement, "Grand Total" Cost is annualized.

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB F



VOCATIONAL EVALUATION  |  LIFECARE PLANNING  |  EXPERT TESTIMONY

April 29, 2024

RE:   PATRICK FEINDT, JR., Individually, and as Next Friend to his minor children P.G.F. and P.R.F, NASTASIA FREEMAN, individually, and as Next Friend to her minor children, K.F., D.F., and N.F. vs. THE UNITED STATES OF AMERICA

Civil No. 1:22-cv-397

In the United States District Court For the District of Hawaii

# FUTURE CARE NEEDS ASSESSMENT UPDATED

# RE: FREEMAN FAMILY

## Introduction

The case regarding the Freeman family was referred to Margot Burns & Associates for the purpose of completing a future care needs assessment evaluation related to their exposure to fuel-contaminated water on a military base in Honolulu, Hawaii in late 2021. Records show the family was exposed to the contaminated water through cooking, showering, bathing, air, and drinking water.

951 20th Street   Unit 2631   Denver, CO 80201  |  C 303-489-9590
E margot@margotburnsassoc.com  |  W margotburnsassoc.com

Stip. re Trial Decl. of Margot Burns
Exhibit A

Since my previous reports, additional medical records were reviewed as provided by the office of Just Well Law. Those are summarized below. I conducted an updated telephone interview with Ms. Freeman on 4/01/24 to obtain an update of her and her children's current status. In light of a new ruling related to the inclusion of future medical care in the cost assessment reports, the attached tables and totals have been adjusted.

**SUMMARY OF INTERVIEW WITH NASTASIA FREEMAN**

I spoke with Ms. Freeman on 4/01/24, and she reported the following ongoing care for her and the children:

Ms. Freeman stated she has a new neurologist, Dr. Fariba Farhidvash, at the Neuron Clinic. She was recently prescribed rizatriptan 10 mg for migraines, and she confirmed she had not been on any type of headache or migraine medication before the fuel exposure. She noted she continues the lamotrigine for seizure management. She remains restricted from driving. She noted her neurologist provided a referral for a neuropsychological evaluation for mild cognitive impairment. Ms. Freeman also continues in ongoing care with dermatology for ongoing care of her worsened dermatitis and psoriasis. Her medications include Skyrizi injections every three months as well as daily calcipotriene and clobetasol. She sees or has referrals for numerous other specialists, including pulmonology, gynecology, cardiology, urology, gastroenterology, general surgery for a hernia, nephrology, and endocrinology for abnormal thyroid and hyperthyroidism. She noted she completed part of a vestibular evaluation but could not complete it due to her driving restrictions and inability to access the facility.

Ms. Freeman noted D█ has ongoing medical care with pediatric neurology, and he also participates in speech therapy and occupational therapy. He does not take any medication.

She noted K█ has ongoing medical care with specialists including otolaryngology, gastroenterology, and neurology. He continues to take omeprazole and sucralfate. Ms. Freeman noted that K█ had a vestibular evaluation and completed vestibular and occupational therapy during the summer of 2023. He was also able to return to a regular classroom in school.

2

Stip. re Trial Decl. of Margot Burns
Exhibit A

Ms. Freeman stated N███ has ongoing care with neurology for his migraines. This is treated with rizatriptan 10 mg. He no longer takes gabapentin. He also is followed by rheumatology and pulmonology. His additional medications include dicyclomine and ondansetron. N███ also completed a vestibular evaluation and therapy, and this was completed in October 2023. Due to his ongoing pain symptoms, N███ continues to participate in a home hospital school program.

## SUMMARY OF UPDATED MEDICAL RECORDS RECEIVED APRIL 2024

*NATASIA FREEMAN*

*DOB: 11/28/86*

*Records Reviewed*

Amen Clinic

Bill Jou, MD

Candice Kim Cardiology

Complete Sleep Solutions

LoBue Laser & Eye Medical Center, Inc.

Naval Hospital Camp Pendleton

Nephrology Associates Medical Group

NHCP Temecula

The Neuron Clinic

Pacific Dental Group and Orthodontics

Tri Valley Urology Group

*Summary*

On 2/13/22, Erick Armijo, MD, Emergency Department, Henry Mayo Newhall Memorial Hospital, saw Ms. Freeman for dizziness. The CT head was without acute pathology, and the EKG was normal. She was discharged home. Gabapentin, ondansetron, and meclizine were prescribed.

On 4/27/22, Ms. Freeman presented to Temecula Valley Advanced Imaging for a CT urogram with and without contrast for recurrent gross hematuria, which indicated punctate urinary bladder wall calcification and a right ovarian dominant follicular cyst.

On 5/23/22, Eric Yan, MD, Nephrology Associates Medical Group, saw Ms. Freeman for a new patient visit, noting the evaluation at Henry Mayo Hospital. The CT urogram was negative. She also had a full body CT that showed calcifications on the outside of the bladder. The cystoscopy by Tri Valley Urology was negative. Ms. Freeman reported in the morning she saw spotting in the toilet. She reported having back pain from lungs to hips beginning in November (or February) and was taking ibuprofen twice a day since February 2022. Persistent hematuria and low back pain were diagnosed. Labs and imaging were ordered. Dr. Yan stated in the plan that the latest labs do not show any evidence of an acute kidney injury (AKI). Dr. Yan ordered to recheck labs and kidney ultrasound.

On 6/4/22, Ms. Freeman presented for an ultrasound renal and bladder for persistent hematuria, which was unremarkable.

On 7/27-28/22, Ms. Freeman presented to Walter Reed National Military Medical Center, Department of Neurology, for a two-day EEG. The recorded events had no EEG correlation; therefore, are likely non-epileptic in nature.  The EEG was abnormal due to rare left temporal sharps and intermittent left temporal slowing.

On 8/9/22, Varun Talanki, MD, Tri Valley Urology Group, saw Ms. Freeman for follow-up of gross hematuria, noting every morning since February 2022 she had pink urine. She also complained of back pain from flank down into her lower back. The work-up with cystoscopy and CT urogram were negative. The plan indicated a Cxbladder. Follow-up was in three months and return for gross hematuria with clots present. Noted:  she continued with pelvic pain and was seeing a gynecologist, who recommended pelvic floor physical therapy.

On 8/22/22, Dr. Yan saw Ms. Freeman for chronic kidney disease (CKD), noting since the last visit there were no red blood cells in the urinalysis. A renal ultrasound revealed no abnormalities. Autoimmune studies were ordered and pending. If gynecology serologies are negative, follow-up annually. No need for kidney biopsy at this time. Ms. Freeman was advised if the low back pain persists, she should get an MRI lumbar spine. Return to the office as needed.

On 12/30/22, Dr. Talanki saw Ms. Freeman in follow-up for abdominal pain and hydronephrosis, noting similar symptoms in the past until four weeks ago with 8/10 pain with pain progressing in severity over time, which wakes her up at night and with nausea. The May 2022 cystoscopy was negative. Imaging was ordered.

On 1/5/23, Eric Gutflais, MD, UCSD Neurological Institute, saw Ms. Freeman in a new patient office visit to establish care for epilepsy. She reported her first seizures occurred at age eight, secondary to meningitis. She had seizures in 2015 and 2018 and was seizure free until November 2021. While she was stationed in Red Hill, Hawaii, she started having multiple seizures per day. She was followed by neurologist Dr. Brown at Balboa. She started on Keppra, but she was too sedated. She was diagnosed with vestibular disorder. She had chronic back pain and was hospitalized at Camp Pendleton receiving morphine and Toradol. She fell and lost consciousness for three hours. She went back to the hospital. When she woke, she could not see out of her left eye. This had improved. She continued to have a slight headache. She was adamant about not wanting medications and would like surgical treatment options. She was referred to Epilepsy for evaluation and recommendations.

On 1/23/23, Dr. Yan saw Ms. Freeman for chronic kidney disease, noting since the last visit, a renal ultrasound demonstrated interval development of right sided hydronephrosis.

On 2/8/23, David Lee, UC San Diego Health, Neurological Institute – Epilepsy Clinic, saw Ms. Freeman in a new patient visit for focal epilepsy. Dr. Lee discussed VEEG results, diagnosis, and naturally recurring seizures. Lamictal dosing was titrated. The current diagnosis was non-lesional focal epilepsy. Follow-up was in one to four months.

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 3/20/23, Sunitha Nune, MD, Complete Sleep Solutions, saw Ms. Freeman for a transition of care encounter. Ms. Freeman had a history of seizures secondary to meningitis, pulmonary granuloma, GERD, anxiety, and hypothyroidism presenting with a clinical history of snoring, witnessed apneas, sleep fragmentation, unrefreshing sleep, excessive daytime sleepiness, and daytime fatigue. The physical exam findings, crowded oropharynx and overweight, was suggestive of obstructive sleep apnea; however given night sweats and history for seizures, a split night polysomnogram was ordered. Restless legs were discussed with home treatments suggested. Weight loss was discussed.

On 4/26/23, Talha Memon, MD, Complete Sleep Solutions, saw Ms. Freeman who presented for a polysomnogram. The findings indicated snoring was present with some sleep disordered breathing, but overt sleep apnea was not seen.

On 4/26/23, Ms. Freeman presented to UC San Diego Health Radiology for x-rays of the entire spine and scoliosis for low back pain, indicating mild S-shaped scoliosis with dominant right convex thoracic curvature measuring 15 degrees, mild levoconvex lower lumbar curvature.

On 4/26/23, William Taylor, MD, Neurosurgery, UC San Diego Health, saw Ms. Freeman for a new patient visit for multi-year (2014) history of chronic back pain. Treatment was a coccyx injection without relief.

On 5/2/23, Erika Lobo, RDH, Pacific Dental Group and Orthodontics, saw Ms. Freeman for periodontal scaling and root planning, and fluoride treatment. Dr. Alshabeeb saw Ms. Freeman for a comprehensive oral evaluation and CBCT (cone-beam computed tomography) scan with no abnormal findings. Crown work was conducted.

On 5/12/23, Dr. Lee saw Ms. Freeman in a telemedicine follow-up in the Epilepsy Clinic, noting she was under a lot of stress and soon to see a psychiatrist due to her memory problems and brain fog starting again. She had not had any seizures but felt mentally exhausted and needed psychotherapy.

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 5/15/23, Steven Storage, MD, Amen Clinics, had a videoconference with Ms. Freeman, noting she started on Lamictal today with a plan to titrate to a higher dose. She was referred to neurocognitive rehabilitation therapy. Anxiety level was very high in part due to the speech difficulties.  She had been back to work for the last three weeks and currently had 12 clients and was rebuilding her caseload.  She reported brain fog in the evening. She reported she had been detaching in response to the trauma, including watching her children cope with illness. She was taking metoprolol. The thyroid ultrasound showed a goiter. She reported feeling "all over the place" and "no sense of stillness."  Diagnoses were anxiety disorder, contact with exposure to other hazardous chemicals, and attention and concentration deficit. The plan was to start guanfacine ER. Return in six weeks.

On 5/20/23, Steven Belknap, PA-C-MPAS, NHCP Temecula, saw Ms. Freeman for a breast lump. A bilateral mammogram and ultrasound were ordered.

On 6/18(20)/23, Ms. Freeman presented to Temecula Valley Advanced Imaging for an ultrasound pelvis, transabdominal and transvaginal for intermenstrual bleeding, revealing mildly heterogeneous myometrium with adenomyosis, otherwise unremarkable.

On 6/22/23, Candice Kim, MD, Candice Kim Cardiology, saw Ms. Freeman, noting recurrent seizures (last one February 2022). She moved to the mainland in February due to deteriorating health conditions. Ms. Freeman reported she began having palpitations in December 2021, which occurred daily and sometimes multiple times per day lasting a few seconds to a few minutes. She also experienced shortness of breath and lightheadedness. The MRI demonstrated peripheral displacement of pituitary gland due to filling of cervical spinal fluid. She was told there was some restrictive blood flow in her brain. The October 2022 echocardiogram, Zio patch, and carotid ultrasound were normal. She continued to have palpitations and felt like she could not catch her breath, more so lying on her left side than with exertion. The December 2022 treadmill stress testing (TMST) was normal. In January 2023, she went to Camp Pendleton for chest pain; the EKG was normal. She reported back pain and was given multiple pain medications and was sent home. She had a loss of consciousness and altered mental status. The CT head, CTA head and neck were all normal. She was seen by Neurology, who thought it was

Stip. re Trial Decl. of Margot Burns
Exhibit A

medication related and not a seizure/stroke. She continued to have night sweats, left-sided chest pressure, nausea, and hematuria. She had been feeling fatigued. In March 2023, she was started on Metoprolol and palpitations improved. She had them occasionally and was treated for H pylori. Dr. Kim diagnosed palpitations and seizure disorder.

On 6/28/23, Mr. Belknap saw Ms. Freeman in a telemedicine visit for pelvic pain and intermenstrual bleeding, noting the 6/22 visit for uterine punctate lesions and pelvic pain. A referral was made to Gynecology.

On 7/7/23, Dr. Storage had a video conference, noting Ms. Freeman had to have a hysterectomy for calcifications on the uterus. She reported the Lamictal was helpful. She reported her neurologist thought she was having focal awareness seizures, and the neurology EEG from Walter Reed showed some evidence of seizures. She reported overwhelming anxiety, and the guanfacine did not help. Her stamina was improving, and she was still at work. She reported some insomnia and needed to take two naps a day when not working. She had a sleep study in March 2023 with no obstructive sleep apnea. She reported restless legs. Lamictal was continued, but guanfacine was discontinued. Dr. Storage suggested L-theanine gummies and Mendi device and to return in six weeks.

On 7/14/23, Fariba Farhidvash, MD, The Neuron Clinic, saw Ms. Freeman for epilepsy, noting a history of seizures since age eight and noted the description of seizures. She reported she had not had a generalized seizure since February 2022 but stated she had auras every other day. She reported in 2021 that she was having daily seizures. Since the jet fuel exposure, she experienced headaches, diffuse head and ear pressure, blurred vision, photophobia, nausea, imbalance, disequilibrium, and cognitive issues, and a 30-pound weight gain. The Lamictal was titrated, and Dr. Farhidvash opined neuropsychological testing was indicated for cognitive dysfunction, brain fog and speech difficulty. A referral was also made to ophthalmology.

On 7/18/23, Laticia Stewart, MD, Naval Hospital Camp Pendleton, saw Ms. Freeman for breast lumps and nipple discharge. A bilateral MRI of the breast was recommended. On 8/4/23, Ava Armani, MD, UC San Diego Health, saw Ms. Freeman in an office visit noting bilateral breast

8

Stip. re Trial Decl. of Margot Burns
Exhibit A

lumps and clear discharge from the right greater than left nipple for the last year mostly on the right. Labs and diagnostic imaging mammogram, ultrasound, and MRI were ordered.

On 8/10/23, Christine Todd, Platinum Women's Health and Wellness, saw Ms. Freeman for heavy and irregular menses. A history and examination were conducted. The assessment indicated normal endometrial thickness, normal hormone labs, possible adenomyosis, and obesity.

On 8/14/23, Mr. Belknap saw Ms. Freeman for an abnormal thyroid test, noting recurrent minor decreased TSH levels and possible subclinical hyperthyroidism, which was normal in fall of 2022. The fall 2022 ultrasound was normal, other than a mildly enlarged thyroid gland. A referral was made to endocrinology for further evaluation and treatment.

On 8/19/23, Ms. Freeman presented to UC San Diego Health Radiology for a bilateral MRI breast with and without contrast, indicating a negative result. Recommendations were for a diagnostic mammogram and breast ultrasound.

On 8/22/23, Michelle Mohammadi, RDH, Pacific Dental Group and Orthodontics, saw Ms. Freeman for periodontal maintenance and fluoride treatment.

On 8/23/23, Bill Jou, MD, saw Ms. Freeman for an initial thyroid evaluation. TSH was found to be slightly low. She reported palpitations, tremors, increased sensitivity to heat, and increased diaphoresis. She reported a weight gain of 50 pounds over the past 1.5 years without significant change in diet or physical activity. The 9/30/22 thyroid ultrasound showed a diffusely enlarged thyroid gland with no nodules detected. The 7/31/23 MRI showed empty sella, no pituitary tumor. She reported daily menstrual bleeding and was being evaluated by gynecology. She reported increased scalp hair loss from November 2021 to February 2023. She reported petroleum exposure. Thyrotoxicosis unspecified without thyrotoxic crisis or storm and other disorders of pituitary gland were diagnosed. Laboratory tests were ordered.

9

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 8/28/23, Mr. Belknap saw Ms. Freeman for intermenstrual bleeding and pelvic pain. A referral was made to gynecology.

On 9/1/23, Sophia Nooruddin, OD, LoBue Laser & Eye Medical Center, saw Ms. Freeman for bilateral blurry/double vision for one year, which had worsened and was more frequent over the past six months. She reported the episodes were brief and that she could not get her eyes to re-focus. The neurologist wanted her evaluated for a visual disturbance to rule out papilledema. Visual field and optical coherence tomography tests were conducted bilaterally. Ocular health appeared normal on examination. She recommended continued care with neurology.

On 9/12/23, Dr. Nooruddin saw Ms. Freeman for blurry/double vision. A comprehensive examination and refraction were conducted, and the assessment indicated the following: keratoconjunctivitis sicca and artificial tears for treatment, blepharitis on the left upper eyelid and start Ocusoft Hypochlor spray; and accommodative paresis and use specs for reading and computer work.

On 9/21/23, Dr. Kim saw Ms. Freeman in follow-up for palpitations. A one-week Zio patch was repeated.

On 9/23/23, Ms. Freeman presented to UC San Diego Health Radiology for a bilateral ultrasound breast.

On 9/25/23, Dr. Farhidvash saw Ms. Freeman in follow-up for headaches, raised intracranial pressure, intractable idiopathic partial epilepsy, and mild cognitive disorder, noting she remained seizure free on Lamictal with no auras. Migraines were reported as infrequent, two to three a month and relieved with over-the-counter medications. She reported ophthalmology work-up was normal. For the mild cognitive disorder, a case manager was getting a neuropsychological evaluation. Lamictal was continued. For the headaches, Maxalt (rizatriptan) was prescribed as needed.

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 9/26/23, Mustafa Alshabeeb, DDS, Pacific Dental Group and Orthodontics, saw Ms. Freeman to replace a 10-year-old crown.

On 10/10/23, Dr. Alshabeeb saw Ms. Freeman for crown remake.

On 10/26/23, billing records indicated Dr. Nooruddin saw Ms. Freeman for an extended visual field test.

On 10/31/23, Dr. Alshabeeb saw Ms. Freeman for an oral evaluation with x-rays.

On 11/2/23, Dr. Kim saw Ms. Freeman in follow-up for palpitations. She was to continue with the Metoprolol. The palpitations were not bothersome at this point and thought to be improving. Follow-up was in two to three months.

On 11/7/23, Dr. Alshabeeb saw Ms. Freeman for a periodic oral evaluation and x-rays. An initial periodontal assessment was completed.

On 12/22/23, Dr. Farhidvash saw Ms. Freeman in follow-up for headaches noting she was doing better slowly with time. There were no seizures or auras since February 2022. She reported her migraines were under control, and she took Maxalt as needed. She was still waiting for a neuropsychological testing.

On 2/14/24, Dr. Alshabeeb saw Ms. Freeman for dull, intermittent pain. A limited exam and x-rays were reviewed. Treatment indicated she would return in two weeks and if bite marks sustained, then move for a night guard to protect the tongue.

*D___ F_____*
*DOB:* ▮▮▮

*Records Reviewed*

11

Stip. re Trial Decl. of Margot Burns
Exhibit A

Amen Clinic

The Neuron Clinic

Pacific Dental Group and Orthodontics

Rady Children's Hospital

*Summary*

On 3/11/17, Simon Lucio, Emergency Department, Rady Children's Hospital, saw D█ for fever and difficulty breathing for two to six days. Other symptoms were dry cough, vomiting and rhinorrhea. Treatment included albuterol nebulizer with Atrovent and suctioning. There was no clinical evidence of serious bacterial or viral illness. Acute bronchiolitis was diagnosed. Supportive care at home with nasal saline, suctioning, and Tylenol for fever as needed were recommended.

On 3/14/23, Klari Olenski, DO, The Neuron Clinic, saw D█ in an initial visit for a seizure, and noting that while living in Hawaii, he started staring spells and regressing in potty training. It was reported his eyes fluttered and rolled back, he spaced out and could not get [his] attention with episodes lasting seconds, which occurred for about three weeks. He seemed off for a little bit then returned to normal. The teacher's noticed the episodes while he was in school. The record indicated one staring spell a week for the past six months. A developmental pediatrician diagnosed him with autism spectrum disorder. After returning to the mainland, he was enrolled in applied behavior analysis (ABA), and his skills returned. The ABA therapist later stated D█ did not have autism. A routine EEG for seizure prognostication was ordered. Developmental regression, per the mother, "seems to have resolved."  Continue occupational and speech therapy, and ABA as recommended by the primary care physician.

On 4/19/23, Rady Children's Hospital saw D█ for a routine EEG. There were no epileptiform discharges, no electroclinical seizures, and the EEG was considered to be a normal routine awake EEG.

On 5/10/23, Mustafa Alshabeeb, DDS, Pacific Dental Group and Orthodontics, saw D█ in a new patient visit for a comprehensive oral evaluation and x-rays.

12



DOB: ███

<u>Records Reviewed</u>

Amen Clinic

LoBue Laser & Eye Medical Centers, Inc.

The Neuron Clinic

Pacific Dental Group and Orthodontics

Rady Children's Hospital

<u>Summary</u>

On 3/14/23, Klari Olenski, DO, The Neuron Clinic, saw N███ and his mother in an initial visit for headaches. He reported these were occurring twice a week without associated symptoms. The record indicated a couple of months after moving to Hawaii, he started to have consistent headaches, which was thought to be related exposure to jet fuel. New glasses did not improve headaches. He was also diagnosed with amplified muscular pain syndrome and started on gabapentin, but the physician subsequently took him off this medication. He has been followed by a rheumatologist who discovered high cyclic citrullinated peptide (CCP) levels, although scans did not show rheumatoid arthritis. It was noted he also had soft tissue masses that grow and then go away. Dr. Olenski noted an MRI of the brain was unremarkable. Dr. Olenski discussed possible comorbid conditions that could be contributing to the headaches. She did not prescribe preventative medication.

On 5/9/23, Dr. Olenski saw N███ and his father in follow-up, noting the headaches were about the same but were now daily. He had not yet gotten treatment for vitamin D deficiency or his thyroid. It was recommended that he continue with Tylenol for the headaches and follow-up with rheumatology for fatigue and primary care for vitamin D deficiency.

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 5/10/23, Mustafa Alshabeeb, DDS, Pacific Dental Group and Orthodontics, saw N███ for a dental examination, x-rays, tooth extraction, and fluoride treatment.

On 6/13/23, Dr. Olenski saw N███ and his father in follow up, noting three headaches since the last visit with associated nose bleeds. He had tried the rizatriptan, but it was ineffective. He declined preventative medication; therefore, it was recommended that he continue with Tylenol.

On 8/15/23, Dr. Olenski saw N███ and his father in follow up, noting headaches had increased to about two per week. Rizatriptan did not help. He took Tylenol Migraine, which worked within an hour without side effects. He was instructed to continue using Tylenol Migraine and to follow up in six months.

On 9/26/23, Sophia Nooruddin, OD, LoBue Laser & Eye Medical Centers, Inc., saw N███ for a comprehensive eye examination and refraction. Diagnoses were regular astigmatism and myopia in both eyes. A new prescription was given.

On 11/21/23, Grant Christman, DDS, Pacific Dental Group and Orthodontics, saw N███ for a dental examination, x-rays, tooth extraction, and fluoride treatment. N███ returned on 11/22 for sealant treatment.

*K██ F██████* 
*DOB:* ████

*Records Reviewed*
Amen Clinic
LoBue Laser & Eye Medical Center, Inc.
The Neuron Clinic
Pacific Dental Group and Orthodontics
Rady Children's Hospital

Stip. re Trial Decl. of Margot Burns
Exhibit A

United Gastroenterologists

*Summary*

On 8/31/22, Koorosh Kooros, MD, United Gastroenterologists, saw K█ in an initial visit for abdominal pain noting for the past six months K█ had complaints of intermittent abdominal pain on the left side and periumbilical area and vomiting.  The episodes last for a half day and once a week in the morning when he awoke. A kidney, ureter, and bladder (KUB) x-ray was recommended, as well as increasing fluids and using Miralax and Levsin.

On 10/3/22, Temecula Valley Advanced Imaging saw K█ for x-rays of the abdomen, indicating moderate amount of stool throughout the colon.

On 10/19/22, Dr. Kooros saw K█ in follow-up. TrioSmart SIBO breath test with lactulose was prescribed.

On 1/25/23, Dr. Kooros saw K█ in follow-up noting the KUB results indicated large balls of stool in the rectum, moderate stool throughout, and needed clean out. An esophagogastroduodenoscopy (EGD) with MAC (anesthesia) was recommended. Current medications were continued and supportive management for constipation.

On 2/15/23, Dr. Kooros saw K█ for biopsies of the duodenum bulb and second part, stomach antrum, stomach body, and the lower, middle, and upper third esophagus. An EGD was performed.

On 3/1/23, Dr. Kooros saw K█ in follow-up noting the EGD indicated erythema in the antrum compatible with gastritis and erythema in the distal bulb compatible with duodenitis. The plan indicated TrioSmart SIBO test with Lactulose and a celiac panel were ordered, and over-the-counter Carafate and Prilosec were prescribed.

On 3/14/23, Klari Olenski, DO, The Neuron Clinic, saw K█ and his mother in an initial visit for headaches. Also noted were recurrent nausea and vomiting since November 2021. He was being

15

Stip. re Trial Decl. of Margot Burns
Exhibit A

followed by gastroenterology and primary care. The working diagnosis was GERD/gastritis with possible celiac disease. He was prescribed vestibular therapy for dizziness in the car, which is separate from his headaches. He would see hematology for mild anemia. Frequency of headaches was once a month now compared to once every 1.5 to two weeks when K█ was still in Hawaii. The duration of the headaches was a couple of minutes to one hour with nausea, lightheadedness, and photophobia on occasion. Tylenol provided relief. Dr. Olenski diagnosed migraines and recommended using Tylenol.

On 4/12/23, Dr. Kooros saw K█ for nausea and abdominal pain. Diagnoses were small bowel bacterial overgrowth, bloating, constipation, gastritis, and GERD with esophagitis. Metronidazole was prescribed and to start a probiotic. Follow-up was in two months.

On 6/14/23, Dr. Kooros saw K█ for abdominal pain. Recommendations were for a low fermentation diet, maintenance therapy after clean-out with Miralax, behavioral modification techniques, and a high fiber diet.

On 8/23/23, Dr. Kooros saw K█ for abdominal pain. An EGD with MAC was ordered.

On 9/28/23, Sophia Nooruddin, OD, LoBue Laser & Eye Medical Center, saw K█ for a comprehensive eye examination and refraction. Regular astigmatism in both eyes was diagnosed.

On 5/10/23, Pacific Dental Group and Orthodontics saw K█ for a comprehensive oral evaluation, x-rays, fluoride treatment and sealants.

On 11/21/23, Pacific Dental Group and Orthodontics saw K█ for oral evaluation, x-rays, fluoride treatment and prophylaxis.

## DISCUSSION OF FUTURE MEDICAL CARE NEEDS

16

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 7/17/23, Dr. Andrew Clark provided recommendations for the Freeman children after conducting child psychiatry evaluations in order to assess any potential psychological, developmental, or psychiatric impacts of the fuel spill in 2021. For N██ and K█ Freeman, he recommended three hours of tutoring over 60 weeks for educational catch up and 48 sessions of individual therapy for treatment of depressed mood and support. He did not have further recommendations for Dash. Costs related to these recommendations have been updated to 2024 data.

On 6/29/23, I spoke to Dr. Melissa Vargo, who had conducted a psychological evaluation with Ms. Freeman and diagnosed post-traumatic stress disorder as related to the contaminated water exposure. Her recommendations included a psychological evaluation and future psychotherapy, and this information is detailed in the attached cost tables. Costs related to these recommendations have been updated to 2024 data.

The above opinions from Drs. Vargo and Clark were made within a degree of probability for ongoing psychological treatment for each family member. As certified life care planners, we have followed accepted methodology and incorporated these recommendations into each individual future care needs assessment.

Thank you for referring the case regarding the Freeman family for a cost assessment evaluation. We reserve the right to supplement this report, as necessary.

*Margot M. Burns*                              *Valerie S. Cummings*

Margot M. Burns, MS, CRC, CLCP              Valerie S. Cummings, BS, CLCP, CPB

17

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB G

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

## Nastasia Freeman

### Projected Evaluations

**DOB:** ▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychology Evaluation* | | Beginning | One time | Initial evaluation. | Per Unit $306.00 | | | Dr. Vargo |
| | 38 | 2024 | | | to $341.00 | | | |
| | | Ending | | | Per Year $306.00 | | | |
| | 39 | 2025 | | | to $341.00 | | | 1 |

Cost Source(s): Medical Fees 2024 - $306;  Physicians' Fee Reference 2024 - $341

Cost ($306.00) x 1 time = $306.00
Cost ($341.00) x 1 time = $341.00
**Unit Cost Average ($323.50) x 1 time  = $323.50**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Nastasia Freeman

### Projected Therapeutic Modalities

**DOB:** ███████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy* | Beginning 38 | 2024 | Two per week for 6 months | Ongoing individual therapy for symptoms attributable to exposure. | Per Unit $224.00 | to $240.00 | Unit cost is for a one hour session. | Dr. Vargo |
| | Ending 39 | 2025 | | | Per Year $10,752.00 | to $11,520.00 | | 2 |

Cost Source(s): Medical Fees 2024 - $240;  Medical Fees 2024 - $224

Cost ($224.00) x 2 per week = $448.00 x 4 weeks per month = $1,792.00 x 6 months = $10,752.00
Cost ($240.00) x 2 per week = $480.00 x 4 weeks per month = $1,920.00 x 6 months = $11,520.00
**Unit Cost Average ($232.00) x 2 per week  = $464.00 x 4 weeks per month = $1,856.00 x 6 months = $11,136.00**

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy* | Beginning 38 | 2024 | One per week for 6 months | Ongoing cognitive behavioral therapy (CBT) for symptoms attributable to exposure. | Per Unit $224.00 | to $240.00 | Unit cost is for a one hour session. | Dr. Vargo |
| | Ending 39 | 2025 | | | Per Year $5,376.00 | to $5,760.00 | | 3 |

Cost Source(s): Medical Fees 2024 - $240;  Medical Fees 2024 - $224

Cost ($224.00) x 1 per week = $224.00 x 4 weeks per month = $896.00 x 6 months = $5,376.00
Cost ($240.00) x 1 per week = $240.00 x 4 weeks per month = $960.00 x 6 months = $5,760.00
**Unit Cost Average ($232.00) x 1 per week  = $232.00 x 4 weeks per month = $928.00 x 6 months = $5,568.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**

Margot Burns, MS, CRC, CLCP

951 20th Street, Unit 2632

Denver, CO  80210

303-489-9590

# Future Care Needs Assessment

## Nastasia Freeman

### Projected Therapeutic Modalities

**DOB:** ███████

**D/E:** Nov 20, 2021

**Date Prepared:** Apr 30, 2024

**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy* | Beginning 39 | 2025 | 24 additional sessions over life (calculation total is for one year) | Ongoing individual therapy for symptoms attributable to exposure. | Per Unit $224.00 | to $240.00 | Unit cost is for a one hour session. | Dr. Vargo |
| | Ending 40 | 2026 | | | Per Year $5,376.00 | to $5,760.00 | | 4 |

Cost Source(s): Medical Fees 2024 - $240;  Medical Fees 2024 - $224

Cost ($224.00) x 24 sessions = $5,376.00

Cost ($240.00) x 24 sessions = $5,760.00

**Unit Cost Average ($232.00) x 24 sessions  = $5,568.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**

Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Nastasia Freeman
### Transportation

**DOB:** ███████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|---|
| *Personal Care Attendant / Driver* | 38 | Beginning 2024 | 10 hours per week for 2 years | Transportation to and from medical appointments for the years she is restricted from driving due to exacerbated epilepsy. | Per Unit $33.50 | Unit cost is per hour. | Margot Burns, CRC, CLCP |
| | 40 | Ending 2026 | | | Per Year $17,420.00 | | 5 |

Cost Source(s): Genworth Cost of Care Survey 2021 - $33.50

**Unit Cost Average ($33.50) x 10 hours per week  = $335.00 x 52 weeks per year = $17,420.00**

lcp 132  (22)  Copyright 1994-2011 TecSolutions, Inc. All Rights Reserved.    * Dates are inclusive, i.e., 2009-2011 equals 3 years.

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

### Nastasia Freeman

**DOB:** ▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 30, 2024
**Primary Disability:** Jet Fuel Water Exposure

## Summary Costs

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| | **Projected Evaluations** | | | | | |
| 1 | Psychology Evaluation | 2024 | 2025 | $323.50 | 1 | $323.50 |
| | | | | | **Sub Total** | $323.50 |
| | **Projected Therapeutic Modalities** | | | | | |
| 2 | Psychotherapy | 2024 | 2025 | $11,136.00 | 1 | $11,136.00 |
| 3 | Psychotherapy | 2024 | 2025 | $5,568.00 | 1 | $5,568.00 |
| 4 | Psychotherapy | 2025 | 2026 | $5,568.00 | 1 | $5,568.00 |
| | | | | | **Sub Total** | $22,272.00 |
| | **Transportation** | | | | | |
| 5 | Personal Care Attendant / Driver | 2024 | 2026 | $17,420.00 | 2 | $34,840.00 |
| | | | | | **Sub Total** | $34,840.00 |

**Grand Total** $57,435.50

If any item has periodic replacement, "Grand Total" Cost is annualized.

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB H

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment



### Projected Evaluations

**DOB:** ██████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychology Evaluation* | | Beginning | One time | Initial evaluation. | Per Unit $306.00 | | | Dr. Clark |
| | 14 | 2024 | | | to $341.00 | | | |
| | | Ending | | | Per Year $306.00 | | | |
| | 15 | 2025 | | | to $341.00 | | | 1 |

Cost Source(s): Medical Fees 2024 - $306;  Physicians' Fee Reference 2024 - $341

Cost ($306.00) x 1 time = $306.00
Cost ($341.00) x 1 time = $341.00
**Unit Cost Average ($323.50) x 1 time  = $323.50**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment



### Projected Therapeutic Modalities

**DOB:** ▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychological Therapy* | | Beginning | 48 sessions | Ongoing care for psychological symptoms attributable to exposure. | Per Unit $224.00 | to $240.00 | Unit cost is for a one hour session. | Dr. Clark |
| | 14 | 2024 | | | | | | |
| | | Ending | | | Per Year $10,752.00 | to $11,520.00 | | |
| | 15 | 2025 | | | | | | 2 |

Cost Source(s): Medical Fees 2024 - $240;  Physicians' Fee Reference 2024 - $224

Cost ($224.00) x 48 sessions = $10,752.00
Cost ($240.00) x 48 sessions = $11,520.00
**Unit Cost Average ($232.00) x 48 sessions  = $11,136.00**

lcp 132   (22)  Copyright 1994-2011 TecSolutions, Inc. All Rights Reserved.     * Dates are inclusive, i.e., 2009-2011 equals 3 years.

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment



## Educational Plan

**DOB:** ▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Tutoring* | | Beginning | Three hours a week for 60 weeks | Ongoing education assistance for symptoms attributable to exposure. | Per Unit | | | Dr. Clark |
| | 14 | 2024 | | | $20.00 | to | | |
| | | | | | | | $75.00 | |
| | | Ending | | | Per Year | | | |
| | 15 | 2025 | | | $3,600.00 | to | | |
| | | | | | | | $13,500.00 | 3 |

Cost Source(s): Tutor Cruncher - $20 - $75;  Varsity Tutors - $56

Cost ($20.00) x 3 hours per week = $60.00 x 60 weeks = $3,600.00
Cost ($75.00) x 3 hours per week = $225.00 x 60 weeks = $13,500.00
**Unit Cost Average ($47.50) x 3 hours per week  = $142.50 x 60 weeks = $8,550.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

N█████ F████

**DOB:** ████████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

## Summary Costs

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| **Projected Evaluations** | | | | | | |
| 1 | Psychology Evaluation | 2024 | 2025 | $323.50 | 1 | $323.50 |
| | | | | | **Sub Total** | $323.50 |
| **Projected Therapeutic Modalities** | | | | | | |
| 2 | Psychological Therapy | 2024 | 2025 | $11,136.00 | 1 | $11,136.00 |
| | | | | | **Sub Total** | $11,136.00 |
| **Educational Plan** | | | | | | |
| 3 | Tutoring | 2024 | 2025 | $8,550.00 | 1 | $8,550.00 |
| | | | | | **Sub Total** | $8,550.00 |

**Grand Total**      $20,009.50

If any item has periodic replacement, "Grand Total" Cost is annualized.

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB I

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

K F

## Projected Evaluations

**DOB:** ▉
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water
Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychology Evaluation* | | Beginning | One time | Initial evaluation. | Per Unit | | | Dr. Clark |
| | 11 | 2024 | | | | $306.00 | | |
| | | | | | to | $341.00 | | |
| | | Ending | | | Per Year | | | |
| | 12 | 2025 | | | | $306.00 | | |
| | | | | | to | $341.00 | | 1 |

Cost Source(s): Medical Fees 2024 - $306;  Physicians' Fee Reference 2024 - $341

Cost ($306.00) x 1 time = $306.00
Cost ($341.00) x 1 time = $341.00
**Unit Cost Average ($323.50) x 1 time  = $323.50**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

K█ F██████ 

### Projected Therapeutic Modalities

**DOB:** ████████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water
Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychological Therapy* | | Beginning | 48 sessions | Ongoing individual therapy for symptoms attributable to exposure. | Per Unit $224.00 | | Unit cost is for a one hour session. | Dr. Clark |
| | 11 | 2024 | | | to | $240.00 | | |
| | | Ending | | | Per Year $10,752.00 | | | |
| | 12 | 2025 | | | to | $11,520.00 | | 2 |

Cost Source(s): Medical Fees 2024 - $240;  Medical Fees 2024 - $224

Cost ($224.00) x 48 sessions = $10,752.00
Cost ($240.00) x 48 sessions = $11,520.00
**Unit Cost Average ($232.00) x 48 sessions  = $11,136.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment



## Educational Plan

**DOB:** ▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Tutoring* | | Beginning | Three hours a week for 60 weeks | Ongoing education assistance for symptoms | Per Unit $20.00 | to $75.00 | | Dr. Clark |
| | 11 | 2024 | | | | | | |
| | | Ending | | | Per Year $3,600.00 | to $13,500.00 | | |
| | 12 | 2025 | | | | | | 3 |

Cost Source(s): Tutor Cruncher - $20 - $75;  Varsity Tutors - $56

Cost ($20.00) x 3 hours per week = $60.00 x 60 weeks = $3,600.00
Cost ($75.00) x 3 hours per week = $225.00 x 60 weeks = $13,500.00
**Unit Cost Average ($47.50) x 3 hours per week  = $142.50 x 60 weeks = $8,550.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO 80210
303-489-9590

# Future Care Needs Assessment

K█ F██████

**DOB:** ███████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

## Summary Costs

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| | **Projected Evaluations** | | | | | |
| 1 | Psychology Evaluation | 2024 | 2025 | $323.50 | 1 | $323.50 |
| | | | | | **Sub Total** | $323.50 |
| | **Projected Therapeutic Modalities** | | | | | |
| 2 | Psychological Therapy | 2024 | 2025 | $11,136.00 | 1 | $11,136.00 |
| | | | | | **Sub Total** | $11,136.00 |
| | **Educational Plan** | | | | | |
| 3 | Tutoring | 2024 | 2025 | $8,550.00 | 1 | $8,550.00 |
| | | | | | **Sub Total** | $8,550.00 |

**Grand Total**   $20,009.50

If any item has periodic replacement, "Grand Total" Cost is annualized.

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB J

(PLACEHOLDER- NO EXHIBIT)

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB K



VOCATIONAL EVALUATION  |  LIFECARE PLANNING  |  EXPERT TESTIMONY

April 29, 2024

RE:     Feindt, et al, v. United States of America

Case No. 1:22-cv-00397-LEK-KJM

# FUTURE CARE NEEDS ASSESSMENT
# RE: Jessup Family

## Introduction

The case regarding the Jessup Family was referred to Margot Burns & Associates for the purpose of completing a future care needs assessment related to their exposure to water contaminated with jet fuel while they were living on a military base in Honolulu, Hawaii after May 2021. Records show they were exposed to the contaminated water through cooking, showering, bathing, air, and drinking water.

Since my previous reports, additional medical records were reviewed as provided by the office of Just Well Law. Those are summarized below. I conducted an updated telephone interview with Ms. Jessup on 4/04/24 to obtain an update of her and her children's current status. In light of a new ruling related to the inclusion of future medical care in the cost assessment reports, the attached tables and totals have been adjusted.

951 20th Street   Unit 2631   Denver, CO 80201  |  C 303-489-9590
E margot@margotburnsassoc.com  |  W margotburnsassoc.com

## SUMMARY OF INTERVIEW WITH SHEENA JESSUP

Ms. Jessup noted that she continues to experience very heavy bleeding with menstruation, and she has been anemic for the last year and a half. She noted that B█████████ menstrual bleeding has remained very heavy and erratic. For instance, she may have bleeding for six to eight weeks at a time and then her cycle skips a couple of months. She noted B██████ condition is so severe that she is now anemic, and the severity of her symptoms affects her in school and daily life activities. Ms. Jessup noted B█████ is currently being treated with birth control, but she has been referred for further testing. She has not had further workup for the lump on her thyroid. Ms. Jessup noted Beau continues to have neurological symptoms that are progressing. She noted his tremors are now in his legs with exertion, as well as in his hands. She noted he has been waiting close to a year for a neurology appointment. Ms. Jessup noted there was no change in terms of D████ or N█████.

## REVIEW OF UPDATED MEDICAL RECORDS

*SHEENA JESSUP*
*DOB: 11/04/85*

Records Reviewed

AWP

HAIMS

Heatherann Bal

MHS

Michele Martin (Gynecology)

Heart One Associates

Summary

The following is a list of complaints / conditions from the from 1998 to 2000 for which Ms. Jessup was seen: Irritation/discharge of left eye, enlarged tonsils, dermatitis legs, pharyngitis, fatigue, dry cough, fever and sore throat, headaches, anorexia, and low back pain. In 2003 she was seen for pyelonephritis and right flank pain, diarrhea, stomach problems, motor vehicle accident,

upper back neck strain, sore throat. She was started on Zoloft started in 2003. From 2004 to 2012 she was seen for knee pain, pneumonia, painful urination, fatigue, stomach pain, chest pain, irregular menses and premenstrual tension, a toe injury, and right quadrant pain. From 2016 to 2021, she was seen for amenorrhea, left upper quadrant pain, surveillance of contraceptives, skin lesions, contraceptive insertion, anxiety disorder, neoplasm of uncertain behavior of skin, ADHD, anxiety, implant contraceptive removal, right upper abdominal pain, tachycardia, iron deficiency, viral infection, pregnancy, left pelvic pain, ingrown toenail, and postpartum depression.  Testing in mid-2021 for worsened abdominal pain showed possible issues with gall stones. She was prescribed medication for anxiety, depression, and adjustment disorder in early November 2021.

On 12/22/21, Dr. Inae saw Ms. Jessup for right upper abdomen pain and medication follow-up. The physical exam was unremarkable. A referral was made to gastroenterology.

On 1/31/22, Dr. Inae saw Ms. Jessup for skin lesions located on her left elbow and left shin since November. A referral was made to dermatology.

On 2/24/22, Dr. Inae saw Ms. Jessup for hoarse voice and rapid heart rate, noting she reported three to four months of voice hoarseness, worse with talking, and nothing helped. No abnormalities were found on examination. Ms. Jessup reported daily palpitations worse with exertion. A Holter monitor was ordered.

On 4/13/22, Dr. Inae saw Ms. Jessup in follow-up for the Holter monitor. The results indicated she had nine triggered events, six out of nine were normal sinus rhythm. Three appeared to be a PVC (benign). She did not appear to have an underlying cardiac issue.

On 5/2/22, James Grobe, MD, The Queen's Medical Center, saw Ms. Jessup for an upper gastrointestinal endoscopy, which indicated 1cm hiatal hernia, a few gastric polyps, and otherwise normal. The colonoscopy results were normal.

3

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 7/20/22, Heatherann Bal, DO, AMG North Peoria, saw Ms. Jessup in new patient visit to establish care. The history indicated Ms. Jessup had been seen on July 6 in the emergency room for elevated heart rate, feeling shaky, nauseated and shortness of breath beginning in 2019 after having COVID. She reported triggers for her tachycardia include exercise and heat. In late 2019, tachycardia began; she had a severe upper respiratory infection now thought to be COVID. She developed significant dyspnea on exertion, tachycardia, and palpitations worsened after she recovered from the infection. She saw a cardiologist in Hawaii, wore two heart monitors, for one and two weeks without findings other than sinus tachycardia with intermittent PVC. The stress test was normal. In 2020 she was pregnant with her fourth child, and she had cardiac symptoms throughout her pregnancy with another ER visit four months postpartum. There was a third ER visit after having COVID in May 2022. It was noted she had experienced water contamination in Hawaii.

The EKG showed sinus tachycardia with right bundle branch block. She was borderline anemic. Labs were ordered. The office orthostats showed a 20-point increase in heart rate upon standing with normal blood pressure. POTS was suspected from the COVID infection. Dr. Bal recommended to establish care with a cardiologist for further work-up. Follow-up was in six weeks. The MRI knee and x-rays were reviewed. The ultrasound (8/8/22) was reviewed. Labs were ordered. Recommendations were cut off from this document.

On 8/5/22, Rajkumar Sugumaran, MD, Heart One Associates, saw Ms. Jessup in an initial visit for evaluation and to establish cardiac care. He noted a history of tachycardia and iron deficiency anemia, liver cyst, COVID (2020) with eight weeks of sickness. Ms. Jessup reported symptoms of palpitations/elevated heart rate, which never got better. She also complained of dizziness with positional changes. An EKG, stress test, and echocardiogram were ordered.

On 8/8/22, Ms. Jessup presented to SimonMed AZ Sun City West, for an ultrasound abdomen limited indicating there was no evidence of abnormality.

On 8/18/22, Ms. Jessup presented to Heart One Associates for an echocardiogram.

4

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 10/22/21, Juan Perez, MD, Emergency, MHS, saw Ms. Jessup for chest pain and palpitations and associated dizziness since starting Celexa. Cardiac monitoring was ordered.

On 11/1/22, Ms. Jessup presented to Heart One Associates for a stress test, which indicated non-ischemic stress test; the blood pressure was normal, no shortness of breath was recorded, and no chest pain.

On 11/23/22, Dr. Sugumaran saw Ms. Jessup in telemedicine follow-up noting the echocardiogram was normal. He reviewed the results of the stress test and noted she was asymptomatic from an anginal standpoint. Treatment for the tachycardia indicated no restrictions, regular exercise, drink two liters of fluid daily, and add salt to her diet. Follow-up was in three months.

On 1/3/23, Heatherann Bal, DO, AMG North Peoria, saw Ms. Jessup for pain. For the bilateral knee joint pain, trauma and swelling with ecchymosis, bilateral x-rays were ordered. For the chronic hip pain for over two years following the vaginal delivery, bilateral x-rays of the hip/pelvis were ordered. For the dry skin dermatitis, triamcinolone acetonide topical ointment was prescribed. For the menorrhagia, a referral was made to a gynecologist.

On 7/18/23, Michelle Martin, North Valley Women's Care, saw Ms. Jessup for heavy menses and breast leakage. She reported menstrual bleeding lasting nine days. A pelvic ultrasound and bilateral breast ultrasound were ordered.

On 7/6/23, Ms. Jessup presented to SimonMed AZ Sun City West for an MRI without contrast for the right knee, indicating no acute fracture or focal aggressive appearing osseous lesion, and cartilage and soft tissue support structures and neurovascular structures were within normal limits. X-rays of the bilateral knees were normal.

On 8/29/23, Ms. Jessup presented to SimonMed AZ Sun City West, for a bilateral diagnostic mammogram. The impression indicated no mammographic evidence of malignancy in either breast and unremarkable target bilateral breast ultrasound.

Stip. re Trial Decl. of Margot Burns
Exhibit A

On 9/8/23, Ms. Jessup presented to Cerner Imaging for an ultrasound pelvis with transvaginal if indicated, with results indicating an unremarkable evaluation of the uterus and ovaries.

On 10/11/23, Samantha Laisure-Pool, North Valley Women's Care, saw Ms. Jessup in follow-up for heavy bleeding. Ms. Jessup indicated interest in ablation. Limitations were discussed, including surgery at the hospital. Ms. Jessup decided to start Lysteda (tranexamic acid).

On 11/16/23, Dr. Bal saw Ms. Jessup for right knee pain for over a month following a traumatic injury and now worse after trying to exercise. An MRI right knee without contrast was ordered. She had a biopsy several years ago prior to moving to Arizona, thought to be vasculitis. Labs were ordered to check for autoimmune markers. She was referred to Dermatology.



*B███████ J███*
*DOB:* ███████

<u>Records Reviewed</u>
AWP (Tripler AMC)
MH
HAIMS

<u>Summary</u>
Records from 2013 to 2020 showed B████ was treated for childhood illness and diagnoses including fever, wheezing, conjunctivitis, ADHD, abdominal pain, pharyngitis, bronchitis, occasional headaches, and viral infections. Her growth curves and well visit exams were normal.

On 2/7/22, Katherine Rorer, DO, MHS, saw B████ for a routine well child examination, noting she was growing well and developing appropriately. Dr. Rorer discussed with B████ her concerns about depressed mood at times. She did not meet criteria for depressive disorder. The family was working together to make adjustments. She was doing "okay" without ADHD

Stip. re Trial Decl. of Margot Burns
Exhibit A

medication. She had a 504 plan. Acyclovir was refilled. An x-ray spine was ordered and indicated levoscoliosis on the lumbar spine with Cobb angle measuring 15 degrees from the superior aspect of L1 and inferior aspect of L4.



*B███J███*
*DOB:*  ███

<u>Records Reviewed</u>

AWP (Tripler AMC)

MHS

HAIMS

<u>Summary</u>

From 2005 to 2010, Beau was treated for various childhood illnesses including runny nose, congestion, cough, ear pain and infection, irritability, thrush, and fever. He met milestones, and his growth was normal.

On 2/7/22, Katherine Rorer, DO, MHS, saw Beau for an annual wellness examination, noting he was growing well and developing appropriately. He also had concerns about acne on the chest, back, and arms and about anxiety. He was interested in counseling, but the family was moving in three months. He was excited about the move.

## DISCUSSION OF FUTURE MEDICAL CARE NEEDS

On 7/17/23, Dr. Andrew Clark provided recommendations for the Jessup children after conducting child psychiatry evaluations to assess any potential psychological, developmental, or psychiatric impacts of the fuel spill in 2021. His recommendations were:

- *For Breanna:* 40 sessions individual psychotherapy for depression; psychiatric evaluation and 24 follow up sessions for psychopharmacology management, plus 12 sessions parent guidance.

Stip. re Trial Decl. of Margot Burns
Exhibit A

- *For Beau*: 24 sessions individual psychotherapy for anxiety

The costs for the recommended psychotherapy were adjusted to reflect 2024 data.

On 6/29/23, I spoke to Dr. Melissa Vargo who had conducted a psychological evaluation with Ms. Jessup and diagnosed posttraumatic stress disorder as related to the contaminated water exposure. Her recommendations included a psychological evaluation and future psychotherapy, and this information is detailed in the attached cost tables. The costs for the recommended psychotherapy were adjusted to reflect 2024 data.

The above opinions from Drs. Vargo and Clark were made within a degree of probability for future psychological care for each plaintiff. As certified life care planners, we have followed accepted methodology and incorporated these recommendations into each individual future care needs assessment.

Thank you for referring the case regarding the Jessup family for a future care needs assessment. We reserve the right to supplement this report, as necessary.

*Margot M. Burns*

*Valerie S. Cummings*

Margot M. Burns, MS, CRC, CLCP

Valerie S. Cummings, BS, CLCP, CPB

8

# TAB L

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Sheena Jessup
### Projected Evaluations

**DOB:** ▉▉▉▉▉▉
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychology Evaluation* | 39 | Beginning 2024 | One time | Initial evaluation. | Per Unit $278.00 | to $317.00 | | Dr. Vargo |
| | 40 | Ending 2025 | | | Per Year $278.00 | to $317.00 | | 1 |

Cost Source(s): Medical Fees 2024 - $278;  Physicians' Fee Reference 2024 - $317

Cost ($278.00) x 1 time = $278.00
Cost ($317.00) x 1 time = $317.00
**Unit Cost Average ($297.50) x 1 time  = $297.50**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Sheena Jessup
### Projected Therapeutic Modalities

**DOB:** ███████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy Individual* | 39 | Beginning 2024 | Two per week for 6 months | Ongoing therapy for symptoms attributable to exposure. | Per Unit $208.00 to $218.00 | | Unit cost is for a one hour session. | Dr. Vargo |
| | 40 | Ending 2025 | | | Per Year $9,984.00 to $10,464.00 | | | 2 |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $208

Cost ($208.00) x 2 per week = $416.00 x 4 weeks per month = $1,664.00 x 6 months = $9,984.00
Cost ($218.00) x 2 per week = $436.00 x 4 weeks per month = $1,744.00 x 6 months = $10,464.00
**Unit Cost Average ($213.00) x 2 per week  = $426.00 x 4 weeks per month = $1,704.00 x 6 months = $10,224.00**

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy (Cognitive Behavioral Therapy)* | 39 | Beginning 2024 | One per week for 6 months | Ongoing cognitive behavioral therapy for symptoms attributable to exposure. | Per Unit $208.00 to $218.00 | | Unit cost is for a one hour session. | Dr. Vargo |
| | 40 | Ending 2025 | | | Per Year $4,992.00 to $5,232.00 | | | 3 |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $208

Cost ($208.00) x 1 per week = $208.00 x 4 weeks per month = $832.00 x 6 months = $4,992.00
Cost ($218.00) x 1 per week = $218.00 x 4 weeks per month = $872.00 x 6 months = $5,232.00
**Unit Cost Average ($213.00) x 1 per week  = $213.00 x 4 weeks per month = $852.00 x 6 months = $5,112.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Sheena Jessup
### Projected Therapeutic Modalities

**DOB:** ▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy Individual* | Beginning 41 | 2026 | 24 additional sessions over life (calculation total is for one year) | Ongoing therapy for symptoms attributable to exposure. | Per Unit $208.00 to | $218.00 | Unit cost is for a one hour session. | Dr. Vargo |
| | Ending 42 | 2027 | | | Per Year $4,992.00 to | $5,232.00 | | 4 |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $208

Cost ($208.00) x 24 sessions = $4,992.00
Cost ($218.00) x 24 sessions = $5,232.00
**Unit Cost Average ($213.00) x 24 sessions  = $5,112.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

### Sheena Jessup

**DOB:** ▮▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

## Summary Costs

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| **Projected Evaluations** | | | | | | |
| 1 | Psychology Evaluation | 2024 | 2025 | $297.50 | 1 | $297.50 |
| | | | | | **Sub Total** | $297.50 |
| **Projected Therapeutic Modalities** | | | | | | |
| 2 | Psychotherapy Individual | 2024 | 2025 | $10,224.00 | 1 | $10,224.00 |
| 3 | Psychotherapy (Cognitive Behavioral Therapy) | 2024 | 2025 | $5,112.00 | 1 | $5,112.00 |
| 4 | Psychotherapy Individual | 2026 | 2027 | $5,112.00 | 1 | $5,112.00 |
| | | | | | **Sub Total** | $20,448.00 |
| | | | | | **Grand Total** | $20,745.50 |

If any item has periodic replacement, "Grand Total" Cost is annualized.

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB M

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Beau Jessup

### Projected Evaluations

**DOB:** ▮▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychology or Cognitive Behavioral Evaluation* | Beginning 19 | 2024 | One time | Initial evaluation. | Per Unit $278.00 | to $317.00 | | Dr. Clark |
| | Ending 20 | 2025 | | | Per Year $278.00 | to $317.00 | | 1 |

Cost Source(s): Medical Fees 2024 - $278;  Physicians' Fee Reference 2024 - $317

Cost ($278.00) x 1 time = $278.00
Cost ($317.00) x 1 time = $317.00
**Unit Cost Average ($297.50) x 1 time  = $297.50**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Beau Jessup
### Projected Therapeutic Modalities

**DOB:** ▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|---|
| *Psychological Therapy or Cognitive Behavioral Therapy* | Beginning 19 | 2024 | 24 sessions | Ongoing therapy for symptoms attributable to exposure. | Per Unit $208.00 to $218.00 | Unit cost is for a one hour session. | Dr. Clark |
| | Ending 20 | 2025 | | | Per Year $4,992.00 to $5,232.00 | | 2 |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $208

Cost ($208.00) x 24 sessions = $4,992.00
Cost ($218.00) x 24 sessions = $5,232.00
**Unit Cost Average ($213.00) x 24 sessions  = $5,112.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Beau Jessup
### Educational Plan

**DOB:** ▮▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Tutoring* | | Beginning | Three hours a week for 60 weeks | Ongoing education assistance for symptoms attributable to exposure. | Per Unit $20.00 | to $75.00 | | Dr. Clark |
| | 19 | 2024 | | | | | | |
| | | Ending | | | Per Year $3,600.00 | to $13,500.00 | | |
| | 20 | 2025 | | | | | | 3 |

Cost Source(s): Tutor Cruncher - $20 - $75;  Varsity Tutors - $56

Cost ($20.00) x 3 hours per week = $60.00 x 60 weeks = $3,600.00
Cost ($75.00) x 3 hours per week = $225.00 x 60 weeks = $13,500.00
**Unit Cost Average ($47.50) x 3 hours per week  = $142.50 x 60 weeks = $8,550.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

## Beau Jessup

**DOB:** ▮▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

### Summary Costs

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| | **Projected Evaluations** | | | | | |
| 1 | Psychology or Cognitive Behavioral Evaluation | 2024 | 2025 | $297.50 | 1 | $297.50 |
| | | | | | **Sub Total** | $297.50 |
| | **Projected Therapeutic Modalities** | | | | | |
| 2 | Psychological Therapy or Cognitive Behavioral Therapy | 2024 | 2025 | $5,112.00 | 1 | $5,112.00 |
| | | | | | **Sub Total** | $5,112.00 |
| | **Educational Plan** | | | | | |
| 3 | Tutoring | 2024 | 2025 | $8,550.00 | 1 | $8,550.00 |
| | | | | | **Sub Total** | $8,550.00 |

**Grand Total**  $13,959.50

If any item has periodic replacement, "Grand Total" Cost is annualized.

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB N

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

B██████ J██████

## Projected Evaluations

**DOB:** ████████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychology Evaluation* | | Beginning | One time | Initial evaluation. | Per Unit $278.00 | | | Dr. Clark |
| | 16 | 2024 | | | to $317.00 | | | |
| | | Ending | | | Per Year $278.00 | | | |
| | 17 | 2025 | | | to $317.00 | | | 1 |

Cost Source(s): Medical Fees 2024 - $278;  Physicians' Fee Reference 2024 - $317

Cost ($278.00) x 1 time = $278.00
Cost ($317.00) x 1 time = $317.00
**Unit Cost Average ($297.50) x 1 time  = $297.50**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

B J

### Projected Therapeutic Modalities

**DOB:** █████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychological Therapy Individual* | Beginning 16 | 2024 | 40 sessions | Ongoing therapy for symptoms attributable to exposure. | Per Unit $208.00 to | $218.00 | Unit cost is for a one hour session. | Dr. Clark |
| | Ending 17 | 2025 | | | Per Year $8,320.00 to | $8,720.00 | | 2 |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $208

Cost ($208.00) x 40 sessions = $8,320.00
Cost ($218.00) x 40 sessions = $8,720.00
**Unit Cost Average ($213.00) x 40 sessions  = $8,520.00**

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychological Therapy (for the parent)* | Beginning 16 | 2024 | 12 sessions | Ongoing therapy for symptoms attributable to exposure. | Per Unit $208.00 to | $218.00 | Unit cost is for a one hour session. | Dr. Clark |
| | Ending 17 | 2025 | | | Per Year $2,496.00 to | $2,616.00 | | 3 |

Cost Source(s): Medical Fees 2024 - $218;  Physicians' Fee Reference 2024 - $208

Cost ($208.00) x 12 sessions = $2,496.00
Cost ($218.00) x 12 sessions = $2,616.00
**Unit Cost Average ($213.00) x 12 sessions  = $2,556.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment



### Educational Plan

**DOB:** ██████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|---|
| *Tutoring* | | **Beginning** | Three hours a week for 60 weeks | Ongoing education assistance for symptoms attributable to exposure. | **Per Unit**  $20.00  to  $75.00 | | Dr. Clark |
| | 16 | 2024 | | | | | |
| | | **Ending** | | | **Per Year**  $3,600.00  to  $13,500.00 | | |
| | 17 | 2025 | | | | | 4 |

Cost Source(s): Tutor Cruncher - $20 - $75;  Varsity Tutors - $56

Cost ($20.00) x 3 hours per week = $60.00 x 60 weeks = $3,600.00
Cost ($75.00) x 3 hours per week = $225.00 x 60 weeks = $13,500.00
**Unit Cost Average ($47.50) x 3 hours per week  = $142.50 x 60 weeks = $8,550.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

B█████ J██████

**DOB:** ███████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 25, 2024
**Primary Disability:** Jet Fuel Water Exposure

## Summary Costs

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| **Projected Evaluations** | | | | | | |
| 1 | Psychology Evaluation | 2024 | 2025 | $297.50 | 1 | $297.50 |
| | | | | | **Sub Total** | $297.50 |
| **Projected Therapeutic Modalities** | | | | | | |
| 2 | Psychological Therapy Individual | 2024 | 2025 | $8,520.00 | 1 | $8,520.00 |
| 3 | Psychological Therapy (for the parent) | 2024 | 2025 | $2,556.00 | 1 | $2,556.00 |
| | | | | | **Sub Total** | $11,076.00 |
| **Educational Plan** | | | | | | |
| 4 | Tutoring | 2024 | 2025 | $8,550.00 | 1 | $8,550.00 |
| | | | | | **Sub Total** | $8,550.00 |

**Grand Total**   $19,923.50

If any item has periodic replacement, "Grand Total" Cost is annualized.

Stip. re Trial Decl. of Margot Burns
Exhibit A

# TAB O

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**

Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

## Elizabeth Witt

### Projected Evaluations

**DOB:** ███████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 5, 2024
**Primary Disability:** Jet Fuel Water Exposure

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|---|
| *Psychology Evaluation Adult* | 32 | Beginning 2024 | One time | Initial evaluation. | Per Unit $262.00 to $271.00 | | Dr. Vargo |
| | 33 | Ending 2025 | | | Per Year $262.00 to $271.00 | | 1 |

Cost Source(s): Medical Fees 2024 - $262;  Physicians' Fee Reference 2024 - $271

Cost ($262.00) x 1 time = $262.00
Cost ($271.00) x 1 time = $271.00
**Unit Cost Average ($266.50) x 1 time  = $266.50**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment
## Elizabeth Witt

**DOB:** ▮▮▮▮▮▮
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 5, 2024
**Primary Disability:** Jet Fuel Water Exposure

### Projected Therapeutic Modalities

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy* | Beginning 32 | 2024 | One session per week for 6 months | Ongoing care for cognitive behavioral symptoms attributable to exposure. | Per Unit $169.00 | to $195.00 | Unit cost is for a one hour session. | Dr. Vargo |
| | Ending 33 | 2025 | | | Per Year $4,056.00 | to $4,680.00 | | 2 |

Cost Source(s): Medical Fees 2024 - $195;  Physicians' Fee Reference 2024 - $169

Cost ($169.00) x 1 per week = $169.00 x 4 weeks per month = $676.00 x 6 months = $4,056.00
Cost ($195.00) x 1 per week = $195.00 x 4 weeks per month = $780.00 x 6 months = $4,680.00
**Unit Cost Average ($182.00) x 1 per week  = $182.00 x 4 weeks per month = $728.00 x 6 months = $4,368.00**

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| *Psychotherapy* | Beginning 33 | 2025 | 24 sessions over life (calculation total is for one year) | Ongoing care for cognitive behavioral symptoms attributable to exposure. | Per Unit $169.00 | to $195.00 | Unit cost is for a one hour session. | Dr. Vargo |
| | Ending 34 | 2026 | | | Per Year $4,056.00 | to $4,680.00 | | 3 |

Cost Source(s): Medical Fees 2024 - $195;  Physicians' Fee Reference 2024 - $169

Cost ($169.00) x 24 sessions = $4,056.00
Cost ($195.00) x 24 sessions = $4,680.00
**Unit Cost Average ($182.00) x 24 sessions  = $4,368.00**

Stip. re Trial Decl. of Margot Burns
Exhibit A

**Margot Burns & Associates, LLC**
Margot Burns, MS, CRC, CLCP
951 20th Street, Unit 2632
Denver, CO  80210
303-489-9590

# Future Care Needs Assessment

## Elizabeth Witt

**DOB:** ███████
**D/E:** Nov 20, 2021
**Date Prepared:** Apr 5, 2024
**Primary Disability:** Jet Fuel Water Exposure

### Summary Costs

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| **Projected Evaluations** | | | | | | |
| 1 | Psychology Evaluation Adult | 2024 | 2025 | $266.50 | 1 | $266.50 |
| | | | | **Sub Total** | | $266.50 |
| **Projected Therapeutic Modalities** | | | | | | |
| 2 | Psychotherapy | 2024 | 2025 | $4,368.00 | 1 | $4,368.00 |
| 3 | Psychotherapy | 2025 | 2026 | $4,368.00 | 1 | $4,368.00 |
| | | | | **Sub Total** | | $8,736.00 |

**Grand Total**  $9,002.50

If any item has periodic replacement, "Grand Total" Cost is annualized.

Stip. re Trial Decl. of Margot Burns
Exhibit A