FOR OFFICIAL USE ONLY



**NAVFAC HAWAII**
**Joint Base Pearl Harbor – Hickam Water System**

NAVFAC Hawaii owns and operates a total of 4 potable water systems on the island of Oahu. These systems include Joint Base Pearl Harbor – Hickam (JBPHH), NAVMAG & RTF Lualualei, NCTAMS PAC, and Camp Stover.

The largest of these systems is JBPHH, which includes 3 water sources located at Waiawa, Halawa, and Red Hill. The transmission/distribution system needed to convey water throughout the complex consists of approximately 250 miles of pipelines ranging in size from 4 inches to 42 inches in diameter.

Water is stored in two 6 million gallon (MG) reservoirs located at Halawa. Smaller storage tanks are also located at Red Hill and Camp Smith.

On a daily basis, these three sources provide approximately 12 to 22 MG of potable water to customers throughout JBPHH, which includes over 60,000 personnel (military and civilian), and numerous industrial users. *(rev 2018 11 29)*

FOR OFFICIAL USE ONLY



JOINT EXHIBIT
JX-0048



JX-0048_00001