ELLIOT ENOKI #1528, Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232, Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
LUCAS R. WHITE, Trial Attorney
Environmental Tort Litigation
Torts Branch, Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 307-6394
Fax: (202) 616-4473
Email: Lucas.White @usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA 3964-0
KOURTNEY H. WONG 10827-0
SPENCER J. LAU 11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR *Pro Hac Vice*
JAMES BAEHR *Pro Hac Vice*
MARY M. NEUSEL *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; jim@well.law; maggie@well.law

FREDERICK C. BAKER *Pro Hac Vice*
JAMES W. LEDLIE *Pro Hac Vice*
KRISTEN HERMIZ *Pro Hac Vice*
CYNTHIA A. SOLOMON *Pro Hac Vice*
SARA O. COUCH *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com; khermiz@motleyrice.com; csolomon@motleyrice.com; scouch@motleyrice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| PATRICK FEINDT, JR., et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM STIPULATION REGARDING DISCOVERY COORDINATION MEET AND CONFER DEADLINE |
|---|---|
| JESSICA WHALEY, et al., Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |

| | |
|---|---|
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

**STIPULATION REGARDING DISCOVERY COORDINATION MEET AND CONFER DEADLINE**

The parties agree—and the Court orders—that the 14-day deadline in Paragraph D.2 of the April 29, 2024 Discovery Coordination Order (*Feindt v. United States*, ECF No. 498) shall be extended fourteen days from May 13, 2024 to May 27, 2024 for the following good cause shown:

1. On May 3, 2024, counsel for the United States provided a draft Deposition Protocol Order to counsel for the *Feindt/Whaley/Hughes* Plaintiffs, as well as for the *Wyatt*, *Williams*, and *Alaimaleata* Plaintiffs.

2. On May 6, 2024, and May 7, 2024, counsel for *Williams* and *Alaimaleata* indicated that they agree to the United States' draft Deposition Protocol Order.

3. Due to competing demands from the ongoing April 29, 2024 *Feindt* trial and other scheduling demands, counsel for the *Feindt/Whaley/Hughes* Plaintiffs and the *Wyatt* Plaintiffs have not had an opportunity to fully review and provide their position on the draft Deposition Protocol Order.

4. The April 29, 2024 *Feindt* trial will conclude on May 13, 2024.

DATED: May 8, 2024.

| | |
|---|---|
| /s/ *Mary M. Neusel* | /s/ *Lucas R. White* |
| (by LRW with permission) | LUCAS R. WHITE |
| MARY M. NEUSEL | Trial Attorney |
| JUST WELL PLLC | U.S. Department of Justice |
| Attorney for Plaintiffs | Attorney for Defendant |

APPROVED AND SO ORDERED.

Dated:  Honolulu, Hawaii, May 8, 2024.

Kenneth J. Mansfield
United States Magistrate Judge

*Feindt vs. United States of America*; 22-cv-00397-LEK-KJM; *Whaley v. United States*, 23-cv-00457-LEK-KJM; *Hughes v. United States*, 24-cv-00059; "Stipulation Regarding Discovery Coordination Meet and Confer Deadline"