ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ROSEMARY C. YOGIAVEETIL, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
(202) 532-0222
rosemary.c.yogiaveetil@usdoj.gov

*Attorneys for the United States of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., | CIVIL NO. 22-cv-00397-LEK-KJM |
| Plaintiffs, | ORDER GRANTING DEFENDANT UNITED STATES' MOTION FOR ADMISSION OF EXHIBITS |
| v. | |
| UNITED STATES OF AMERICA, | TRIAL DATE: April 29, 2024 TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Leslie E. Kobayashi |

1

## ORDER GRANTING DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR ADMISSION OF EXHIBITS

This matter comes before the Court on the United States' Motion for

Admission of Exhibits, ECF No. [588]. Upon consideration of the Motion, and the

entire record of this case, it is hereby:

ORDERED that the Motion is GRANTED and that the following exhibits

are admitted at trial:

| Ex. No. | DESCRIPTION/NAME |
|---------|------------------|
| DX-3022 | Feindt Travel Voucher Summary; February 14, 2022 *US_RHFTCA_00273364* |
| DX-3023 | Feindt Travel Voucher Summary; March 8, 2022 *US_RHFTCA_00273396* |
| DX-3024 | Feindt Travel Voucher Summary; January 27, 2022 *US_RHFTCA_00273381* |
| DX-3026 | Feindt Travel Voucher Summary; March 8, 2022 *US_RHFTCA_00273340* |
| DX-3066 | Nastasia Freeman Tax Returns *PLAINTIFFS_RH_0106138 - PLAINTIFFS_RH_0106139* |
| DX-3067 | Nastasia Freeman Tax Returns *PLAINTIFFS_RH_0106076* |
| DX-3068 | Nastasia Freeman Tax Returns *PLAINTIFFS_RH_0106126 - PLAINTIFFS_RH_0106170* |
| DX-3161 | U.S. Navy Public Works Center, Pearl Harbor, PWC Environmental Laboratory, Code 330, TOC SOP Rev. 3 *US_Exp_Feindt_00027928* |
| DX-3163 | Dr. Ruck CV *US_Exp_Feindt_00061671* |
| DX-3234 | 3/11/22 Chemical Screening (AKA Biological Monitoring) for Exposures to Petroleum Hydrocarbons in Drinking Water *US_RHFTCA_00310430* |
| DX-3237 | Nastasia Freeman Resume *PLAINTIFFS RH 0106049* |
| DX-3249 | DeLeon Amended LCP Compilation |

IT IS SO ORDERED.

DATED:  May 15, 2024, at Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Feindt v. United States*, Civ. No. 22-cv-00397-LEK-KJM; "Order Granting United States' Motion for Admission of Exhibits"