FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 11, 2025, 4:00 pm (ea)
Lucy H.Carrillo, Clerk of Court

LYLE S. HOSODA 3964-0
SPENCER J. LAU 11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai‘i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com;
sjl@hosodalaw.com

KRISTINA S. BAEHR *Pro Hac Vice*
JAMES BAEHR *Pro Hac Vice*
MARY M. NEUSEL *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Facsimile: (512) 953-7864
Email: kristina@well.law; jim@well.law; maggie@well.law

FREDERICK C. BAKER *Pro Hac Vice*
JAMES W. LEDLIE *Pro Hac Vice*
KRISTEN HERMIZ *Pro Hac Vice*
CYNTHIA A. SOLOMON *Pro Hac Vice*
SARA O. COUCH *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the Plaintiffs*

*(case caption continued on next page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br>JUDGE: Hon. Leslie E. Kobayashi |
| JESSICA WHALEY, AMANDA FEINDT, ELIZABETH THOMPSON-WATSON, BRIAN JESSUP, DUSTIN WALLACE, SUZANNE GAUVIN ABARCA, BRENNAN ALEXANDER ABBOTT, JAMES D. ABBOTT, DAVID J. ABRAMS, JOANNA M. ADAMS, SETH J. ADAMS, ANDREW AHLSTROM, GARTH WOODLAND ALDRICH, ANAMARIA ALEXANDER, SEBASTIAN ALEXANDER, DEVIN DU'PRECE ALEXSON, ADAN ALFARO, PERLA E. ALFARO, AHMEDD ISAIAH PIMENTEL ALFONSO, DWIGHT MAURICE ALLEN, RAYMOND N. ALLEN SR., LUIS FABIAN ALVAREZ, GABRIEL AMAYA, JOSHUA AMMANN, CECIL ANDERSON III, DAVID MICHAEL ANDERSON, WILLIAM M. ANDERSON, ROBERT ANGELL, BRANDON ANTHONY, JON LEIKNELL APONTE-ROSA, DANIEL VINCENT APPLEBY, JOSHUA DAVID ARDOIN, JESSIE ARNOLD, JANE MARIE SANTIAGO ASTACIO, | | CIVIL NO. 1:23-cv-457-LEK-KJM<br>(Federal Tort Claims Act)<br><br>**PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>JUDGE: Hon. Leslie E. Kobayashi |

| ANDRE L. AUSTIN, GRANT AUSTIN, LUIS A. AVILES, CHRISTIAN ARTURO AVINA, ANGEL PEREZ AVITIA, WALTER AYALA, SHAUN MICHAEL BABCOCK, TYLER J. BAILEY, JAMES DANIEL BALHEIMER, JANE BALL, LABRASKE BALL, RACHEL ANN BALL, TYREN BERNARD BALL, DONALD W. BARNARD III, LUCAS BARNETT, EUGENE MICHAEL BARTH, ANDREW DENNIS BARTHOL, MATHEW BARTON, ALEX TIMOTHY BATES, ASHLEE NICOLE BATES, DAKOTA ALEXANDER BAUMBACH, CARLOS BAUTISTA, ZACHARY N. BEAL, CHRISTOPHER BEAN, AMANDA BECK, DAMON AUBREY BECK, ANTHONY KEITH BELL JR., DEWAYNE BELL, KRISTOPHER BENTLEY, BEAU W BERG, TIMOTHY MICHAEL BERLAND, CHRISTIAN H. BERNABE, AARON BETANCOURT, MIGUEL ANGEL MEDINA BETANCOURT, JACQUELINE MARIE BETHEL, MATTHEW SHAWN BIECKER, CHRISTOPHER ANTHONY BIRCH, CORRINE RENE BIRD, DYLAN JAMES CHANNING BIRD, JOE C. BISHOP, SHAWN EDWARD BISHOP, CHRISTOPHER BLANTON, WILLIAM CEPEDA BLAS JR., COREY ALEXANDER BLOOM, ALEXANDER BLOOMFIELD, JOHN BOBRUK, WENDY BOBRUK, DAVID BOONE BORLAND, SHALONDA LEQURITA BOWDEN, GEOFFREY BOWMAN, MATTHEW A. | | |
|---|---|---|

| | | |
|---|---|---|
| BOWSHER, ZACHARY ALAN BRESCOLL, JENNATUL NAIM BRICE, SHANE K. BRITTON, BRITTANY N. BROWN, DAVID J. BROWN, EVAN O. BROWN, PETRINA MONIQUE BROWN-SPURS, BRYAN BRUCE, JOSHUA T. BRUENING, ZACHERY A. BRUMBAUGH, LASHONDA BRYANT, IAN MONROE BUCHANAN, BRADLY PAUL BUCHOLZ, GARRETT CHANDLER BUCKNER, KEVIN ALAN BUCKRUCKER JR., BRYCE BUKOWSKI JR., STEVEN JOSEPH BUNNER, ABBIE C. BUNTING, ALEXA C. BURGER, BRANDON MICHAEL BURHOP, CHARLES KENNETH BUTLER, MATTHEW MICHAEL BYRNE, KENNY DAVID CACERES-MONTUFAR SR., DENISE CADY, ELVIN CAGANAP, RALPH SIMON CALAGUAS, BRADFORD CAMBRA, BRONSON K. CAMBRA, LYNORRA MELANIE CAMPBELL, ADRIANA CANEDO, NATHANIAL MARTIN CANER JR., TIMOTHY JAY CAPPS, JACELYN KELAKE CARAMONTE, GLORIA C. CARGIL-DAVIS, KENNETH J. CARPENTER, DOMENIQUE MARQUEZ CARRILLO, JOSEPH THOMAS CARTER, RAHSHANEY CARTER, LORI BETH CASE, ASHLEY N. CASILLAS, MICHAEL S. CASSELL, JOSE CASTILLA, JANELLE CASTILLERO, CHRISTOPHER CASTILLO, PHILLIP ANDREW CATANACH, MANUEL CECILIO, ANTHONY M. CERCONE, DERRICK | | |

| | | |
|---|---|---|
| JAMES CERVENY, LEILANI RACPAN CESNEROS, NATHAN MOXON CHAPPELLE, ERIC CHATHAM, DAVID BRIAN CHECHILE, CRISTOVAO P. CHEUNG, CHUMA G. CHIBUNDU, MARGARET FARLEY CHOATE, MARK JOEVENS CHUA, ZACHARY R. CLARK, SIMONE DANIELLE CLEGHORNE, KRISTINA MARIA CLEMENTS, REBECCA CLEMMER, PAUL BURTON CLIFFORD, SCOTT CLUTTER, DAVID COAN, ANTHONY COBERLEY JR., AARON COFFEY, KANEN COFFEY, DEANTE COLBERT, KEVIN WILLIS COLBERT, RODNEY L. COLE JR., TERRIONCE JEROME COLE SR., ARTHUR COLEMAN, JACOB OWEN COLLEY, KEVIN JOSEPH CONNOLLY, SEAN M. CONREY, EDUARDO CONTRERAS JR., IESHA COOK, AARON MATTHEW COOPER, ISABELLE E. CORCORAN, BRENDA I. GUTIERREZ CORTEZ, MICHAEL CORUM, KENNETH R. COSGROVE, BRUCE COSMA, MATTHEW SULLY COTTON, RAHIM COULTER, NOAH COUSINO, BENJAMIN JAMES COX, BOBBIE SUE COX, DESIREE KATRINA COX, TIMOTHY JASON COX, BRANDON JOSEPH CRAWFORD, TROY E. CRESS, BRYAN DALE M. CRISOSTOMO, ELISA CRUZ, CAMERON ANDREW CUNNINGHAM, JENNA LEIGH CUNNINGHAM, BRIAN CHRISTOPHER CURNUTT, ELIZABETH TAYLOR CURRIE, | | |

| | | |
|---|---|---|
| WILLIAM HAROLD CUSIC, MARSHA MARISTELA DAMON, WESLEY RAY DARST, JAMES WESLEY DAVEY, JORDAN MARQUANNE DAVEY, ADAM DAVIS, CHRISTOPHER MICHAEL DAVIS, JENNIFER DAVIS, KARLA LOWE DAVIS, RICHARD LEE DAVIS, EDWARD CHRISTIAN DEKOK, DONALD JOHN DELACH, SAMUEL D. DELACRUZ, MARCUS CLEVELAND DELAUNE, JASON M. DELGADO, JUSTIN ROSS DELOSS, JOSEPH L. DEVORE, FERNANDO DIAMANTINO, ALEX JOEL MARRON DIAZ, EDWARD GONZALEZ DIAZ, STEVEN MCKENZIE DICKENS, LINDA S. DICKEY, BRYAN ERIC DIETZ JR., CHRISTIAN DIETZ, BON S. DILEY, NICHOLAS J. DONOVAN, CHRISTOPHER BAKER DOSCHER, CAROLINE DOTSON, EMILY DOUGLAS, KODIE JAIKOB DOWDS, JAMES ROBERT DOWNES, DYAMON M. DRAPER, BRANDON LEE DRIESSEN, JASON DRUMMOND, ERIKA JAZMIN DUARTE, KAI N. DUNLAP, THOMAS A. DUREN, ERIC M. DYAR, KEVIN MICHAEL EAGEN, JORDAN JAMES EARLEY, BLAKE ROBERT EDWARDS, DAVID ALAKA'I EDWARDS, MATTHEW EDWARDS, TERESA EDWARDS, JOHN EGIZII, THEO D. ELISHA, JOHNATHON ELLIS, JOSHUA ELLIS, PAMELA LYNN ELLISON, JASON ENSWEILER, TYLER JOHN ERICKSON, DEVIN ERNE, | | |

| | | |
|---|---|---|
| ANTHONY CHRISTIAN ESCUE, STEVEN C. ESPINET, RICARDO ESPINOZA, JEFFREY ORLANDO ESTIOKO, ZACHARIAH RAY ETHERIDGE, JOSHUA DAVID EVENSEN, KALENA MARIE EXNER, JOSHUA LEE FAILING, STEVEN FAISST, WENDY Y. KUFFEL FALCON, DAVID S. FANELLI, BERNARD BRANDON FAWCETT, CHRISTOPHER S. FENNELL, EVAN LEE FERGUSON, KEVIN FERGUSON, JR., JONATHAN FERNANDEZ, CHARLES FIELDS, CLARISSA L. FIELDS, AMANDA FIGUEROA, DIANA ISABEL FINDLAYTER, JESSE BRYANT FINE, JOHN FISHER, THOMAS M. FITZPATRICK, TERRY D. FLANAGAN, DANA ALLEN FLEMING, RASHIE AHMED FLINTROY, CHRISTHIAN FLORIL, MALIK FLOYD, MICHAEL LIAM FLYNN, MARK FONTANA, DAVID K. FONTENOT, ANDREW FOOR, IVANA FORD, BENJAMIN FORSMAN, JASON EDWARD FOUNTAIN, JAMES LOUIS FOWLER, JOSHUA ALLEN FOX, ARMANDO FRANCO, MICHAEL MATTHEW FREE, SCOTT JAMES FREELAND, KODA FREEMAN, JAYME RYAN ALUMIA FRIANEZA, ANDREW JASON FRY, MARK LANDRUM FULCHER, CARLOS GAITAN, ANDREW GAITHER, MICHAEL ADRIAN C. GARCIA, TORREY TRAVAUGHN GARDINER, RAVEN JAMES GARDNER, MICHAEL M. MARLANDO GAREL, TOMMY JOE | | |

| | | |
|---|---|---|
| GARNER, JOSHUA SAMSON GARRETT, FRANCISCO RENE GAYTAN, DAVID SEBASTIAN GEORGE, TAYLOR J. GERMAIN, JUSTIN ANDRE GHOLSTON, NICHOLAS RICHIE GIAMBATTISTA, PETER GIANGRASSO, PATRICK GIANNICO, ANDREW J. GIBSON, MATTHEW DYLAN GILMORE, NICHOLE MARIE GIOIELLO, LOGAN JOHN GLANCY, ANDREW KENNETH GLASER, JENNIFER LYNN GLICK, MATTHEW LOUIS GLICK, ADRIEL GOMEZ, DONALD ANTHONY GOMEZ, YERANDY GONGORA-CABALLERO, AARON GONZALES, MERCEDES CHAVEZ GONZALES, SAMUEL C. GONZALES, VICTOR ANTONIO GONZALEZ RODRIGUEZ, JESUS FERNANDO GONZALEZ, JASON R. GOODMAN, JOSHUA BRADY GORDON, MICHAEL R. GORDON, RECARDO GRADY, JAMES MARK GRAHAM, JOSEPH P. GRANO, BRIAN JAMES GRAY, TERRIAN R.S GRAY-GHOLSTON, ADAM GREEN, GERALD WADE GREENLEE, EDWARD LEE GRIBBINS, III, JUSTIN GRIFFIN, JOSEPH GRILL, RYAN GRISHAM, CHRISTOPHER GROMMES, JOSHUA GUERRERO, STEVEN GUGLIEMELLI, TROY ALLEN GUNTER, BRANDON A. GUZMAN, GENE PHILIP HAAYER, JEFFREY B. HAINSWORTH, JAMES RYAN HALE, JENEIDA HALL, MARKEL VIZELLS HALL, NATEISHA ASHA HALL, SETH | | |

| | | |
|---|---|---|
| HUDSON HALL, ZACHARY MORGAN HALL, JAMES DONALD HALSELL, ALEXANDER HALVERSON, KAMALU B. HAN, BRIAN HANLEY, WILLIAM M. HARKINS, JESSE HARMS, , NOAH J. HARMS JACOB HARPENAU, JILLIAN LEIGH HARPENAU, NICHOLAS HARRELL, MARCIE KNOX HART, MORGAN HART, THOMAS HART, BENJAMIN RON HARTMAN, DANIEL HARTNEY, DAVONDRA SHAMICE HASLEY, CHRISTOPHER MICHAEL HAUF, SR., SHANNON MARIE HAUSER-CHOATE, ERIC THOMAS HEIM, ALLEN HELENIHI, JAILYN HENDERSON, DONTRELLE HENRY, JEB HEPPNER, CYNTHIA NARIE HERNANDEZ, JAMES LUCAS HERNANDEZ, BRANDON HEWETT, SEAN HIGGINS, JACK HIGH, III, THOMAS HILEMAN, CHRISTIAN NOAH HILL, JACOB HILL, FREDERICK HILLARD, JENNIFER HINKLEY, RICHARD HODGSON, ERIN C. HOLLEY, ERIC ALLEN HOLLINGSWORTH, MICHAEL HOLMES, DAKOTA REED HOOD, JASON HORNE, HAYDEN C. HORNSBY, PHENIZE HOWELL, TIMOTHY CRAIG HOWLAND, JUSTIN HUDGINS, JOSEF HUGHES, KEEGAN DANIEL HUGHES, CARLTON HUGULEY, COREY MICHAEL HUMPHRIES, BRANDON HUNSAKER, SEDALE LOVELL HUNTER, JAMES EDWARD HUTCHINSON, ALDENN T. IGA, ASHLEY NICOLE IHRIG, JOBERLY | | |

| | | |
|---|---|---|
| ANN PIZZUTO IHRIG, MELANIE INGRAM, DAVID LEE ISOTALO, EMILY A. IVES, DWAYNE DWIGHT IVEY, DESMOND ARMAND JACKSON, JEREMY JACKSON, JASON DOUGLAS JACOBS, PETER JACOBS, NISHAI IQUJAH JAMISON, GABRIEL JAQUES, ERIKA JARAMILLO, IAN MACKINNON JARVIS, CHRISTIAN JENKINS, CYNTHIA MARGARITA JENKINS, JEREMY DANIEL JENKINS, THOMAS WALTER JENSEN, ROSENDA L. JIAO, KALIN JIMENEZ, ADRIAN RANIAR JOHNSON, ELI J. JOHNSON, JOHNNY STEVEN JOHNSON, JOSEPH EDWARD JOHNSON, KENNETH JOHNSON, MONICA NICOLE JOHNSON, RODNEY JERMAINE JOHNSON, WAYNE EDWARD JOHNSON, JR., ERIK C. JONES, JUSTIN JONES, KEYONA MONIQUE JONES, KYLE A. JONES, LYNWOOD RAY JONES, ROBERT ADAM JONES, TRAVIS LEE JONES, ZACKERY P. JONES, RYAN ANDREW JOSEPHS, TERRANCE DEMETRIUS JULIUS, RONALD J. JUMBELICK, RUBEN G. JURADO, JEREMIAH G. KACHEL, JAMES J. JR KAIKTSIAN, NICHOLAS R. KARP, AUSTIN WINSLOW KAYS-HENRY, AMANDA LYNN KELLEY, CLARA TAUMALOTO KELLEY, LAVANCE RONDEL KENNAR, JOSEPH A. KEOWN, KRISTIN LEE KERNAN, KARL KAHALEOLU KIDDER, JOHN AUSTIN KIDWELL, ANTONIO KILPATRICK, SEONGMIN KIM, | | |

| | | |
|---|---|---|
| CHRISTOPHER PHILIP KIMBALL, DENNIS DEWITT KIMBROUGH, JR., GORDON KIMURA, JONATHAN KING, CINTHIA KINNEY, AMANDA JOY KINSER, ANDREW SCOTT KINSER, ZACHARY THOMAS KIRCHNER, ANTHONY JOSEPH KIRKEENG, DAVID KIRKPATRICK, JEFFREY C. KISTLER, NICHOLAS FLOYD KIZZIE, MATTHEW KLEMAN, KYLE A. KLINE, CASSANDRA LYNN KOCHERA, CYNDRA KOHFELDT, JOEL THOMAS KOLTERJAHN, RICHARD RYAN KRUER, ERIC MICHAEL KRUK, JOSEPH KRUPSKY, JOSHUA KUEPPER, BRYAN KUTTA, JEREMY KUYKENDALL, RYAN JACOB LACKOVIC, WILLIAM J. LADUKE, JOEL LAMAGNA, BRANDON MICHAEL LAMI, BRIAN CHRISTOPHER LANDRY, JACOB MICHAEL LANE, BRADY J. LANTZ, MITCHELL JOHN LARSEN, ALEXANDER LAW, BRIAN ALLEN LAWTON, CUONG THIET LE, NGOCHANH LE, MARK JULIUS LEANO, JOSEPH ADRIEN DANIEL LECLERC, JORDAN D. LEDBETTER, JUSTIN DAVID LEE, TIARA NICOLE LEE, SHAWN LEONARD, NATHAN ANDREW LEPPERT, AYANA LEVINE, BRYCE LEWIS, KEVIN PATRICK LEWIS, LASHONDRIA LEWIS, MORGAN T. LEWIS, JAMES R. LEY, JAN MICHAEL LIECHTY, DAVID LINCOLN, SHAWN LINDSAY, MEDJINE LINDSEY, DONAVIN PAYTON LINGLEY, CASEY BRIAN LIPE, JUSTIN T. | | |

| | | |
|---|---|---|
| LISSIMORE, MATTHEW SCOTT LITTLEFIELD, STEPHEN CURTIS LOEH, JAQUAN LOFTIN, BRANDON LOGSDON, CLARENCE S. LOMBARD, II, MEL LOUIS LONCARIC, JAMES LONG, STEVEN O'BRIANT LONIX, GRISELDA A. LOPEZ, JANNCOVI LOPEZ, JAVIER LOPEZ, NATHAN D. LOPINTO, RONALD LORENZO, CHAISE EDWARD LOWE, DARIUS LUCKY, TYLER R. LUKASIK, ADONYS B. LUNA, JOHN LUKE LYONS, RAEANN HEATHER MACALMA, AARON MACK, ANTHONY MAGGENTI, THOMAS MAGNESS, CHRISTOPHER MAHMOOD, MIHAELA MALAWEY, REYNALDO G. MALDONADO, JR., DARRIN MALLEIS, ZACHARY GARVIN MANAFORT, JUSTIN MANDELLA, GAETANO C. MANGANO, CHAD RICHARD MANIACE, MELISSA ANNE MANIACE, DEREK THOMAS MANN, KEITH ERIC MARINICS, JOSEPH L. MARKHAM, SASHEL JOHNEL MARQUIS-WEDDERBURN, ISAIAH SAMUEL MARTIN, JAMES HENRY MARTINEAU, FRANK J. MARTINEZ, JOSEPH MARTINEZ, NICHOLAS LEONARD MASTORAKOS, THOMAS ROBERT MATELSKI, LEE OLIQUINO MATEO, SIERRA MATTOS, SEBASTIEN MAURRASSE, JUSTIN TYLER MAXEY, DAVID ALLEN MAY, JOSHUA MAYER, DEVON W. MAYES, PAIGE MCCANN, MATTHEW ROBERT MCCARTHY, MATTHEW ERIC MCCAY, | | |

| | | |
|---|---|---|
| KRISTOPHER A. MCCLAIN, DANIEL A. MCCREADY, JASMINE MCFARLAND, BRADY MCKENZIE, ISAIHA JAMAL MCKENZIE, JOSEPH MCLAUGHLIN, ALEX JAMES MCLOUGHLIN, THOMAS MCMASTER, PAUL K. MCNAIR, LUCY CLAIRE MCNAMEE, , RONTE MCNEILL JAMES MCQUILLAN, BRIAN GILFORD MEACHUM, MARTIN MEDINA, JUSTIN MEDLEN, ERIN E. MEINDERS, SETH PAUL MEITZLER, ASHLEY T. VELAZQUEZ MELENDEZ, DEREK ANTHONY MENDOZA, MICHAEL ANTHONY MERANCIO, ROSS MERRICK, DONALD METCALF, MEGAN RENAE METCALF, MARTIN MEYER, BENJAMIN ALVARO MIKESELL, KENNETH MILAM, BILLY RAY MILES, JUSTIN MEL MILLARD, SR., JARROD MILLER, JOHN MICHAEL MILLER, NATHANIEL MILLER, RUBIN MILLER, ANDREW J. MILTENBERGER, IBRAHIM KAUNDA MINTOUMBA, BRYAN ALEXIS MOLINA, ALAN YADURANI MOLOY, WILLIAM ABRAHAM MONK, MELODY MONTALDI, MICHAEL MONTALDI, WILLIAM RODRIGO MONTENEGRO, RICARDO G. MONTEZ, JAGGER DENNIS MONTGOMERY, TRACY L. MONTGOMERY, JR., AMY ELIZABETH MOORE, BENJAMIN KEITH MOORE, MATTHEW MOORE, RAQMAN SHARRIEFF MOORE, JAMAAL NATIEZ MORAGNE, | | |

| | | |
|---|---|---|
| JUAKITA R. MORAGNE, DANIEL REY MORALES, JUAN MORENO, NELSON MORENO, KEACIA ARREAFIA MORGAN-BROWN, TERRY ROBERT MORPHIS, JAVAN MORRISON, MICHAEL MORRISON, BRITTANY MORROW, JEFFREY MORTER, JEREMY THOMAS MOSELLE, JENNA ELLE MOSS, ANGELITO MOSTAJO, JR., MATTHEW DAVID MULA, MARTIN E. MUNIZ, CARLOS RENATO MUNOZ, OSCAR MUNOZ, OMAR MURILLO, AUSTIN CHARLES MURPHY, STEPHEN CHRISTOPHER NAGLE, KAMUELA K. NAHINU, MARINA LIZ NAU, CONRAD HOWARD NAZAR, JR., ZACHARY BLACKMER NEDWELL, JAMES ROBERT NEFF, ANTHONY NELSON, JR., DEVIN A. NELSON, JULIAN A. NERIS, LUKE BENJAMIN NEWTON, BRET DOUGLAS NEYMAN, DEREK R. NICHOLS, AMANDA LEIGH NIELSEN, ERNIE NIEVES, MELINDA LORRAINE NIXON, NATHAN NIXON, CALEB A. NOBLE, FREDERICK NORMAN, GIOVANNY NUNEZ, CAROLINE OCHOA, DOMINIC EMANUEL OCHOA, NATHAN RONALD O'CONNELL, APOLONIO OLIVAREZ, JR., SANDRA OLMOS, CHAD WILLIAM OLSEN, JOSEPH ISAIAH ORCUTT, DALE ORGAS, NICOLAS D. ORTEGA, JON ORTIGUERRA, JOSHUA A. ORTIZ, NATHAN TYLER OTTERBACHER, JAMES EARL OTTO, KARI JEAN OTTO, ADAM MATTHEW OVERTON, ARMANDO | | |

| | | |
|---|---|---|
| OZUNA, JR., NORMA OZUNA, AMAN NASIR PACE, LEVI DALTON PACSUTA, BRENDAN P. PADELLFORD, CRAIG PAINTER, BRANDON PALMER, MATTHEW M. PALMER, JONATHAN LEE PARIS, BRIAN PATRICK PARMERTER, CHRISTOPHER M. PARRINELLO, BRANDON LEE PATRICK, SEAN PATTON, FRANKIE PAULINO, TYSON L. PAYNE, KEVIN PECCORINI, JONATHAN PEGUERO, EVAN A. PENNINGTON, WILLIAM HOWARD PENROSE, DANIEL A. PEREZ, JR., RICARDO PEREZ, SAVANNAH PEREZ, NICHOLAS R. PERUNOVICH, HUNTER PETRIE, REBECCA LYNNE PETRIE, DAMON MICHAEL PHILIPPS, ROBERT J. PHILLIPS, NICHOLE FERN PIAZZO, FRANCISCO CABRERA PICOS, JUSTIN PILGRIM, AUSTEN PLANT, JOSHUA ADAM PLATT, SAMUEL ADU POKU, JR., ANTHONY JOHN POLIO, ZACHARY CHARLES POLSTER, KENNETH CARL POLSTON, III, DAVID ANTHONY POMORY, BRIAN ALEXANDER PONCE DE LEON, JOSHUA AARON POOTON, JONATHAN POPOVICH, CHRISTOPHER SCOTT POSS, ERIC LEE POSTON, KIRSTEN MCKENZIE POWELL, MICHAEL A. POWELL, CHASE POYNTER, CHRISTOPHER NELSON PRESUME, RYAN PRICE, WALTER HENRY PRIEBE, III, BENJAMIN HOWARD PRIGA, ROBERT JOSEPH PRIGMORE, CASEY PROBERT, NEIL PULVER, EDWARD PYGOTT, KIANDRA | | |

| | | |
|---|---|---|
| MARIE RADAY, DANIEL MICHAEL RAFEL, JOSHUA CHRISTIAN RAKES, AARON RAMIREZ, STEVEN OCHOA RAMOS, MICHAEL SHY RAMSEY, JR., JAMIE LATRICE RANDALL, DALLAS BRIAN RANEY, III, JUSTIN PAUL RANEY, DAVID ERIC RAYMAN, DEVYN LOUIS RECINOS, JOSHUA TYLER REED, SARAH REED, SPENCER JOHN REED, JOHN M. REEVES, CHASE JACOB BYRD REID, CODY REILING, MICHAEL A. REINSHUTTLE, RANDY REITERMAN, JONATHON BRENT REPAK, SAMANTHA RESADA, DANIEL P. REUTER, ANTONIO L. REYNOLDS, DAVID SOUSA RIBEIRO, ALAN DEAN RICKER, TAYLOR SUTTON RIDGE, MONIQUE RINCON, CHAD RIPPETUE, EDWIN RIVAS, JR., GENE RIVERA, DAVID V. RIVERA, , ALEXANDER RYAN RIVES KELLY ROBB, DANIEL CALEB ROBBINS, TRISTAN S. ROBBINS, AMANDA LINN ROBERTS, SAMUEL CALEB ROBERTS, CHRISTOPHER RICHARD ROBINSON, CRISTIAN RODRIGUEZ, LUIS IVAN RODRIGUEZ, NATIVO JARROD RODRIGUEZ, JOSEPH ROGERS, CHRISTOPHER ROMANICK, BRANDON WILLIAM ROMANSKY, JOSEPH ROMBOLD, JUSTIN RICHARD ROMERO, KENT ROMNEY, MATTHEW JOSEPH ROMPCA, CHRISTOPHER G. RONESS, JOSHUA P. ROSALES, JAIME BUCHANAN ROSS, | | |

| | | |
|---|---|---|
| MATTHEW STEPHEN ROSS, AGNES ROWE, IRV S. ROWE, JACOB NEIL RUGGLES, CHRISTOPHER MICHAEL RUIZ, LAWRENCE RUSSELL, PAUL DAVID RUSU, JAMIE FOINN RUTTER, JACOB DARREL RYDZEWSKI, EMERALD ARIANA SABECKY, RONALD SALUM SALATAMOS, RAUL SALAZAR, SHAMOI SAMUEL, DIOMANTINO SAN NICOLAS, DERIC CHRISTOPHER SANDERS, JAMES W. SANDERS, LAURA SANDERS, SHELDON L. SANDERS, MICHAEL D. SANDOVAL, ANDREW M. SANTAMARIA, LUIS R. SANTIAGO, DOMINIC SANTOS, NIOBEL RAFAEL SANTOS, PAUL MARVIN MENDOZA SANTOS, MATTHEW PAUL SATTLER, ARTHUR SAVAGE, BRENT DAVID SAVAGE, EDWARD STEPHEN SAVICH, TRISTION V. SAYSOURIVONG, THOMAS JOSEPH SCHAFHAUSEN, CARL JAMES SCHIMPF, RYAN MICHAEL SCHLESINGER, ALEXANDRA SCHMIDT, , ERICH DAVID SCHMIDT CYNTHIA E. SCHMITZ, JOHN C. SCHNEIDER, PATRICK SCHNEIDER, ANNE SCHOLLMEIER, GREGORY MARK SCHOLLMEIER, AUSTIN SCHOU, CARLOS M. SCHULER, MYLES SCHUMACHER, SEAN W. SCOTT, ZACHARY CHARLES SCOTT, SHAUN PATRICK SEABOLD, SAMANTHA LYNN SEALS, CARSON MAX SEIBERT, MIRANDA ANOSI SELOTI, TITUS DUPREE SERRELL, ANTHONY | | |

| | | |
|---|---|---|
| MICHAEL SERVICE, JOHN ANTHONY SEVERO, JR., STEPHEN ANTHONY SEXTON, DERIC JOHN SHARKUSKI, ANDREW JOSEPH SHAW, CANDACE N. SHAW, KATHRYN SHAYER, MARK E. SHELLY, SHANE SHIBAZAKI, DOUGLAS SIEMENS, KORAK ROBERT SIMMONS, RONNELL LAMONTE SIMMONS, DEONTE TRAVELLE SINGLETON, KRYSTAL SJOSTROM, JOSHUA SLATTERY, ALEXIS JOY SMITH, BRIAN S. SMITH, COURTNEY DANIELLE SMITH, CURTIS WILLIAM SMITH, JUSTIN T. SMITH, KENDALL MARCEL SMITH, MASSINISSA SMITH, WALTER SMITH, DERRICK W. SNELL, ANTHONY SOLIS, JAKE SOLIS, DOMINIC M. SOLOMON, CALEB SOMERS, JONATHAN KYLE SONNIER, STEVEN SOSA, RALPH SOTO, RAHSAAN YACINE SOUCHE, DALTON SOUZA, DAVID SPAIN, DARIUS DE'MARKUS SPARKS, KYNDRA J'COLE SPEAR, BENJAMIN SPIEGEL, LEONARD JOSEPH SPIGIEL, II, TRAVIS DAVID STACHOWSKI, CHRISTOPHER JOSEPH STAFFA, FREDERICK MANANSALA STAINES, DEVRON LEE STANCIL, NATHAN DANIEL STANFIELD, EBO LABARON STANFORD, KATHLEEN STAPLE, BRETT ROBERT STEEN, MARIA KATHLEEN STEEN, NATHAN STEPHENSON, MICHAEL EVERETT STEVENS, ANTHONY M. STEVENSON, RONALD STICKNEY, JAMES CRAWFORD STIRLING, IV, | | |

| | | |
|---|---|---|
| SARAH STIRLING, CHARLES P. STOKES, JEROME ANDREW STRADFORD, JR., CAMERON LEEGH STRAIGHT, AUSTIN A. STRICKLAND, PATRICK STROUSE, BRANDON STUBBS, DAVID SUTER, DAVID L. SWOFFORD, SCOTT A. TADEVICH, DYLAN TALBOT, BRIAN W. TATE, DEXTER AKILI TAYLOR, ERIK MICHAEL TAYLOR, ISAAC L. TAYLOR, NATHANIEL E. TAYLOR, TRUETT C. TAYLOR, JR., AUSTIN WALTER TEMPLE, AMANDA LYNNETTE TENLY, BRENDON ALEC TERRY, CURTIS TERRY, DOUGLAS EDWARD TEUTSCH, JORDAN TEYSHAK, COLTON WARD THOMAS, SAMANTHA THOMAS, BLAKE MATTHEW THOMPSON, SARAH EMMA THOMPSON, DENNIS T. TIANGCO, JONATHAN W. TIPPIT, GRIFFIN RANDALL TOLAND, DAVID TOLEDANO, WALLACE G. TOMASON, III, JOHN MORGAN TOMS, RAYMOND TORRES, YAMIL JORGE TORRES, JOSE RAMON TORRESDIAZ, JOHN ROBERT TRAHAN, DIANN ELAIN TRAINA, SARAH RENEE TRAMBULO, AARON DAVID TRAWICK, NATHANIEL ROBERT TROVINGER, JOHN TUCKER, NANCY IRENE TUCKER, JOSEPH A. TURNAGE, EMILY H. TURNER, ROBYN M. ULMAN, IAN PHILLIP UNDERHILE, MITCHELL UNGER, ROBERT KEITH VAN DEVENDER, MATTHEW VANDERHEYDEN, DAVID VANG, JOSEPH ROBERT VAUGHAN, | | |

| | | |
|---|---|---|
| MICHELE MAE VEVERKA, DANIEL RENE VILLELA, SHANNON MARIE VINSON, SOMSANOUK PETER VIRAVONG, JOHNNY VU VO, JESSE KENNETH VOELK, JERRY E. WAGNER, DENVER C. WAGONER, DEREK WAHL, DEVIN JAMES WALKER, VICTOR H. WALKER, RORY N. WALKLEY, BRITNEY WALLACE, RACHEL C. WALLACE, WILLIAM WALLACE, KELSON WARFORD, AIDEN ROBERT WARNER, RICHARD GRANT WARNER, II, CLARENCE D. WASHINGTON, JR., MARIA GUADALUPE WASHINGTON, AARON WATERS, JOSEPH WATKINS, ZACHARY DAVID WATKINS, CADEN MICHAEL WATSON, STACY WATTS, JACOB AARON WAYNICK, JOHN F. WEAKLEY, JR., STACY WEAVER, DALLAS JAY WEBSTER, JAMACIO LAVONTE WEBSTER, RYAN M. WELLS, PETER JACKMAN WETTERAUER, BRADLEY WHEELER, JOSEPH THOMAS WHEELER, KAROL-ANNE JANEL WHEELER, JAMES R. WHITE, , JOSHUA WHITE RICHARD KENNETH WHITE, JASON A. WHITFORD, BRITAIN F. WILDER, JOHNNIE WILEY, SEAN LOWELL WILKES, JAY THOMAS WILKINSON, KYLE NORRIS WILKINSON, ANTHONY DEWAYNE WILLBANKS, ERNEST R. WILLIAMS, III, EUGENE WILLIAMS, JORDAN WILLIAMS, KAITLIN RENEE WILLIAMS, QUINCY | | |

| | | |
|---|---|---|
| WILLIAMS, TAURI JESSICA WILLIAMS, MATTHEW WILLIS, ANTHONY CALEB WILSON, MATTHEW WILSON, SEAN PATRICK WILSON, BILLY TREVOR GIAN WINFIELD, MOLLY K. WINNENBERG, SYDNEY A. WINNENBERG, ALEXANDER JUSTIN WINTERBERGER, JEFFREY LAMARR WISE, JOSHUA L. WISE, KONNER WITT, SCOTT WITTKOPP, JULIAN WIX, KIMBERLY FRANCES WOJCIECHOWSKI, JAKOB SINKU WON, BROCK WOOD, TYLER C. WOOD, EDWARD WAYNE WOODS, JOHNNIE G. WORSHAM, III, ETHAN WRIGHT, KIRK J. WRIGHT, JACK DAVID WROBEL, STACIE MARIE WROBEL, APRYL WYKE, AJAY KUMAR YADAV, TED T. YANG, CHRIS JAMES YARRINGTON, KYLE AUSTIN YEAGER, NATHAN CHRISTIAN YORDY, TYE JOSEPH YOUMANS, JOSHUA EDWARD YOUNG, JEREMIE ZABKO, MARC ANDREW ZACK, ALDO I. ZAMORACARDONA, JAXON D. ZAMUDIO, CELESTE PAMELA ZAVALA, VANESSA NICOLE ZEIGLER, RYAN ARMSTRONG ZEITLER, JOEY ZHAO, and DANIEL KEITH ZIHLMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | | |

| JACLYN HUGHES, et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | | CIVIL NO. 1:24-cv-59-LEK-KJM<br>(FEDERAL TORT CLAIMS ACT)<br><br><br>JUDGE: Leslie E. Kobayashi |
|---|---|---|

**PLAINTIFFS' FIRST AMENDED COMPLAINT**

In May 2021, federal civilian employees performing a fuel transfer operation in the U.S. Government's massive Red Hill fuel complex near Joint Base Pearl Harbor-Hickam decided to take a shortcut. In violation of their operations orders, the employees misaligned valves and released more than 19,000 gallons of toxic jet fuel and additives into the environment. That fuel was sucked up by an automatic sump pump system and ended up unaccounted for and lodged in retention lines intended to contain used firefighting foam. Months later, in November 2021, a federal civilian employee operating a train cart in the tunnels of the Red Hill facility struck a drooping hand valve of that retention line, breaking the pipe, and blasting thousands of gallons of toxic fuel into the tunnel system. Downhill from that tunnel system lay a public water system that provided the water to around 93,000 people, including military service members assigned to serve their country there. Thousands of gallons of that toxic fuel made its way into the water system, contaminated the water, and harmed the service members and their families.

Neither the federal employees who took the shortcut – nor the one who struck the retention line with the train – were uniformed military personnel. None of them was in the chain of command of any of the plaintiffs in this matter. Neither the specific tortfeasors during their negligence nor the plaintiffs during their injury were performing any military mission, and no issues of military discipline were

implicated by these acts.

Plaintiffs were off duty and many on Thanksgiving holiday leave when the contamination reached their homes. They were not performing a military act when they were contaminated. They were not acting under official orders as they showered, bathed, drank, and cooked food with the contaminated water.

The contamination occurred while plaintiffs were at their homes. This is where plaintiffs lived with their families while they were off duty. Most of these homes were off base and in areas accessible to the general public.

At the time of the contamination, plaintiffs were performing "a non-military job in what was essentially a civilian context" – in other words, living their normal, private lives at their homes and with their families.[1] They were not participating in military or government-sponsored recreation at the time of their injuries.

For its negligent contamination of plaintiffs' water while they were off-duty and performing no military mission, the Government is liable to them under the Federal Tort Claims Act, and no exceptions apply.

---

[1] *Johnson v. United States*, 704 F.2d 1431, 1437 (9th Cir. 1983).

## TABLE OF CONTENTS

**NATURE OF THE CASE..........................................................................1**

**PARTIES ...........................................................................................1**

**FACTUAL BACKGROUND ..................................................................1**

*A. On May 6, 2021, the negligent "operator error" of a federal officer released nearly 20,000 gallons of fuel into the fire suppression system at Red Hill. ..........4*

*B. On November 20, 2021, a federal officer operating a train cart struck and broke a pipe valve that erupted in a blast that injected thousands of gallons of fuel into the Red Hill water system. ..........5*

*C. The Safe Drinking Water Act and EPA regulations required the Navy to warn. ..........10*

*D. After the blast, the Navy failed to warn residents of the danger. .............11*

*E. The Navy did not announce the leak's impact on the water until December 2, 2021— twelve days after the blast. ..........14*

*F. The Navy took responsibility for the blast and failure to warn. ...............15*

*G. The Navy knew it was not safely operating the Red Hill fuel tank system ... 16*

*H. Senior officials apologized for the negligence and promised to fix the problem. ..........19*

*I. The Navy's operations at Red Hill likely violated additional regulations.20*

*J. Affected plaintiffs have suffered extraordinary, compensable harm. .........22*

a. Jessica Whaley ..........24

b. Amanda Feindt ..........26

c. Elizabeth Thompson-Watson ..........29

d. Brian Jessup..........32

e. Dustin Wallace ....................................................................34

**CAUSES OF ACTION .........................................................................434**

COUNT I: NEGLIGENCE .........................................................................434

COUNT II: NEGLIGENT UNDERTAKING ..................................................436

COUNT III: NUISANCE ...........................................................................441

COUNT IV: INFLICTION OF EMOTIONAL DISTRESS .......................................443

COUNT V: PREMISES LIABILITY, DUTY TO CONTROL FORCE ........................444

**CAUSATION ...................................................................................448**

**NO EXCEPTIONS APPLY ......................................................................450**

**JURISDICTION, VENUE & SERVICE ........................................................450**

**CONDITIONS PRECEDENT ....................................................................452**

**DAMAGES .......................................................................................453**

**PRAYER ..........................................................................................454**

This case arises out of the negligence by the United States of America and its agencies that caused the poisoning of the water supply with jet fuel and other contaminants at Red Hill, Hawaiʻi on or around May 6 and November 20, 2021.

The plaintiffs bring this Complaint under the Federal Torts Claims Act, 28 U.S.C. § 2674.

## NATURE OF THE CASE

1. This complaint is filed pursuant to the provisions of the Federal Tort Claims Act, Title 28, U.S.C §§ 1346(b), 2671, *et seq.*, against the United States of America for negligence, negligent undertaking, nuisance, infliction of emotional distress, and premises liability resulting in physical and emotional injuries where the government of the United States of America, if a private party, would be liable to the plaintiffs.

## PARTIES

2. Each of the plaintiffs ingested water provided by the Red Hill shaft that was owned and operated by the United States Department of the Navy during the time frame of the acts or omissions alleged herein.

3. Defendant is the United States of America.

## FACTUAL BACKGROUND

4. On at least two separate occasions, on May 6 and November 20, 2021, United States personnel at Red Hill Bulk Fuel Storage Facility (Red Hill Facility)

made negligent errors that released thousands of gallons of jet fuel and other contaminants into the drinking water of families on the Navy water line on the island of O‘ahu. Because government personnel then failed to disclose those leaks as required, the plaintiffs continued to ingest jet fuel and became sick from that exposure. The plaintiffs continue to suffer from severe illness, inconvenience, trauma, and fear.

5. The needless and foreseeable leaks at the Red Hill Facility were caused by a specific series of negligent actions by federal officers. Congress foresaw and passed laws to avoid precisely this harm, and the Navy is and was bound by specific statutes, regulations, orders, and decrees that were ignored or violated. These statutes, regulations, orders, and decrees also constituted undertakings by Congress and the agencies, negligently conducted. The specific nature and extent of those violations will be further delineated through jurisdictional discovery.

6. The Navy owns and operates the Red Hill Facility on the island of O‘ahu, Hawai‘i to maintain strategic fuel reserves in the Pacific. The facility has been operational since 1943 and consists of 20 steel-lined tanks that measure 100 feet in diameter and 250 feet high and can hold 12.5 million gallons of fuel each. Altogether, these underground storage tanks can store up to 250 million gallons of fuel. The tanks are connected to three pipelines that run 2.5 miles through a

concrete tunnel to fueling piers at Pearl Harbor.

7. The Red Hill Facility currently stores and dispenses at least three types of fuels – necessary for powering military assets but toxic if imbibed by humans. Fuels currently stored in the tanks include marine diesel for ships and two types of jet fuel, Jet Propellant-5 (JP-5) and Jet Propellant-8 (JP-8). "Chemicals of concern" in these fuels include "total petroleum hydrocarbons (TPH), benzene, toluene, ethylbenzene, xylenes, naphthalene, and methylnaphthalenes" according to the Environmental Protection Agency (EPA).

8. EPA Region 9 is responsible for monitoring the Red Hill Facility and ensuring compliance with all federal water regulations.

9. The Navy also owns and operates a water system that pumps water from underground aquifers to provide drinking water to the military community and facilities associated with Joint Base Pearl Harbor-Hickam (JBPHH), including military housing that is run as a public-private venture. Three wells supply the Navy's drinking water system: the Red Hill Shaft, Navy Aiea-Halawa Shaft, and Waiawa Shaft.

10. The Red Hill Facility sits 100 feet above an aquifer that supplies drinking water to hundreds of thousands of O‘ahu residents, according to the EPA.

**A. On May 6, 2021, the negligent "operator error" of a federal officer released nearly 20,000 gallons of fuel into the fire suppression system at Red Hill**

11. On May 6, 2021, a Control Room Operator and civilian United States Government employee at Red Hill failed to follow the required valve opening and closing sequence and released what the Navy then said was approximately 1,618 gallons of jet fuel. An initial command investigation determined that this failure was due to "operator error"—a breach of the standard of care and safety protocol. This safety violation was not discretionary and involved no weighing of policy considerations.

12. The Navy then claimed the majority of the fuel had been recovered and denied that the leak contaminated any drinking water. But at a December 22, 2021, State of Hawaiʻi Department of Health (DOH) hearing, Captain James "Gordie" Meyer, USN, Commander of the Navy Facilities Engineering Command, revised the estimate of the amount spilled from 1,600 gallons to 19,000 gallons.

13. The Navy identified the root cause of the May 6 incident to be a "disregard of proper valve sequencing dictated in the specific Operations Orders," as well as several other factors, all of which could have been prevented by proper adherence to the rules.

14. In an October 27, 2021, interview on Hawaiʻi Public Radio, Captains Gordie Meyer and Albert Hornyak, United States Navy, explained what happened

with the May fuel spill. Captain Hornyak noted that, “[e]rrors on the part of the Red Hill system operator was the primary cause of the release… Specifically, the system operator not clos[ing] all of the valves as specified in the Operations Order before beginning a fuel transfer.” Interview with Navy Capts. Gordie Meyer and Bert Hornyak, Hawai‘i Public Radio (Jan. 12, 2022), *see also* https://fb.watch/fcQOdUe319/. Both men clarified that the acts were committed by government employees, not contractors, with Captain Meyer stating, “The 6 May event was by operators who are government employees…” *Id.* These government employees, however, were not uniformed servicemembers.

15. An October 2021 Mitigations Report in the wake of the May incident prescribed corrective actions, including proper construction of the pipeline system, safety alarms to be restored and updated to proper working order, and clear instructions to follow the existing rules set forth by the Department of Defense. The operators of the Red Hill facility did not implement the corrective actions outlined in the Mitigations Report. The failure to take the required corrective actions led to devastating results a mere month later in November 2021.

**B. On November 20, 2021, a federal officer operating a train cart struck and broke a pipe valve that erupted in a blast that injected thousands of gallons of fuel into the Red Hill water system**

16. On November 20, 2021, a United States Government employee operating a train cart struck a fire suppression discharge pipe that contained the

thousands of gallons of fuel and water from the May 6 error. The damage triggered a catastrophic spill that injected jet fuel into the Red Hill well, the drinking water source for the plaintiffs.

17. Although the Navy initially claimed that there was no video coverage of the event, a source leaked a video:




Civil Beat, *Fuel Leak at the Navy's Red Hill Facility Nov. 20, 2021,* Youtube, https://www.youtube.com/watch?v=GEGohRlLrSA&t=3s.

18. Admiral Samuel Paparo, USN, Commander of the U.S. Pacific Fleet, ordered a command investigation of the incident that was endorsed by him on January 20, 2022, and on June 13, 2022, by the Vice Chief of Naval Operations. The report broadly confirmed the findings of the first investigation. S.J. Paparo, *First Endorsement of RDML Christopher J. Cavanaugh, USN, ltr 5830 of 14 Jan*

*22 w/ encl: Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hill Bulk Fuel Storage Facility*, (Jan. 20, 2022), https://tinyurl.com/CavanaughReport [hereinafter Cavanaugh Report].

19. The report confirmed the Navy's culpability under the FTCA for both incidents. "The Navy is responsible for the 6 May 2021 and 20 November 2021 fuel spills at the Red Hill Bulk Fuel Storage Facility . . . and subsequent water contamination," the Cavanaugh Report reads. "[H]uman error was the primary cause" of both fuel spills "which led to as much as 3,322 gallons[2] of fuel contaminating the Navy drinking water system." *Id.*

20. The human errors (negligence) were further delineated in the Findings of Fact and Opinions (emphases added) in the reports:

> Finding of Fact 41: "On 6 May 2021, Red Hill operators *improperly* executed a fuel transfer procedure, resulting in two piping joint ruptures and subsequent JP-5 fuel spill. Although unknown at the time, a fire suppression system sump pump transferred most of the fuel [up to 16,999 gallons] into a retention line, where it remained until 20 November."
>
> Finding of Fact 174: "On 20 November 2021, the Red Hill rover *inadvertently* struck a fire suppression system retention line drain valve with the passenger cart of a train, cracking the PVC pipe near Adit 3. Although not known at the time, this retention line contained up to 16,999 gallons of JP-5 fuel from the 6 May spill. A portion of this fuel was released to the environment and ultimately entered the Red Hill well and the Navy water distribution system." Appendix C notes: "A total of 3,322 gallons of remain

[2] This amount was later increased to 5,542 gallons (noted as "unrecovered") in the Cavanaugh Report.

unaccounted for, and some or all of that fuel contaminated the Red Hill well and Navy water distribution system."

Opinion 1: "The proximate cause of the fuel spill on 6 May 2021 was *human error*. The [Control Room Operator] and pump operator took *intentional shortcuts* when transitioning between procedures. Their improper valve operations resulted in drawing a vacuum in the JP-5 line, then rapidly pressurizing it. This pressure surge caused mechanical failure of two piping joints. This opinion is consistent with a root cause analysis conducted by Austin Brockenbrough and Associates, LLC, a private engineering and consulting firm."

Opinion 20. "The proximate cause of the fuel spilled from the fire suppression system retention line on 20 November 2021 was a failure to properly account for the fuel spilled on 6 May 2021 (*human error*) . . ."

Opinion 21: "The Red Hill rover *inadvertently* struck the drain valve hand wheel with the passenger cart of a train, causing the PVC pipe to crack and leak. This train is used to transit the tunnel system and likely contacted the valve hand wheel multiple times, weakening and finally cracking the pipe. FLC Pearl Harbor conducted a preliminary inquiry regarding this event, and the report postulates *excessive speed* may have caused the train to jump. The investigation team assesses it is more likely that the weight of fuel in the 14-inch diameter PVC pipe caused it to sag over time. Worn paint on the hand wheel suggests the train rubbed against it on several occasions…"

Opinion 30: "The proximate cause of contaminated drinking water was a failure to properly respond to the fuel spill on 20 November 2021 (*human error*)."

*Id.*

21. These Findings of Fact and Opinions establish negligence and lack of due care on the part of government personnel. The operative actions were not discretionary functions—the federal operators had no discretion to "improperly" transfer fuel by violating a required procedure. There was no weighing of policy or intentional decisions here – just negligence on the part of federal employees.

22. Moreover, the plastic material of the pipes—in defiance of military mandates for fire suppression systems—contributed to the explosion. The Navy violated the Department of Defense requirement to use steel pipes for fuel transmission. The Unified Facilities Criteria specifications for the Department of Defense's Fire Protection Engineering for Facilities, UFC 3-60-01, Section 9-9.2.1 . . . mandates "schedule 40 steel pipe" for such fire suppression systems like the AFFF system at the Red Hill Facility. Department of Defense Fire Protection Engineering for Facilities, UFC 3-60-01 (8 August 2016 as amended in 2020), https://www.wbdg.org/FFC/DOD/UFC/ufc_3_600_01_2016_c6.pdf. The weaker PVC pipes cracked under the pressure when hit by the cart—ultimately leading to the blast and release of tens of thousands of gallons of jet fuel.

23. On Thanksgiving weekend, November 27-28, 2021, residents of military housing neighborhoods began to complain to the Navy and the DOH that their water wasn't right. They could smell fuel. They could see a sheen. The water reacted to flames.

24. But by November 30, ten days after the blast, the Navy had still not advised anyone on their water line that the fuel leak had affected their water source or warned they should not use the water. The Navy held town halls to address the odor in the water but failed to issue a do not use notice for water system users.

**C. The Safe Drinking Water Act and EPA regulations required the Navy to warn**

25. The Safe Drinking Water Act and EPA regulations required the Navy to issue a Tier 1 public notice within 24 hours of knowledge that the Red Hill Shaft had been contaminated with JP-5 fuel. The federal government has expressly waived sovereign immunity under the Safe Drinking Water Act as an operator of a public water system. 42 U.S.C. §§ 300f-300j (1996); SAFE DRINKING WATER ACT AMENDMENTS OF 1996, 1996 Enacted S. 1316, 104 Enacted S. 1316 ("The United States hereby expressly waives any immunity otherwise applicable to the United States with respect to any such substantive or procedural requirement").

26. 40 CFR §141.201 outlines "General public notification requirements:" "Each owner or operator of a public water system . . . *must* give notice for all violations of national primary drinking water regulations (NPDWR). . ." A Tier 1 public notice is required for NPDWR violations and situations with significant potential to have serious adverse effects on human health as a result of short-term exposure, including:

> "occurrence of a . . . waterborne emergency" (such as . . . a chemical spill or unexpected loading of possible pathogens into the source water that significantly increases the potential for drinking water contamination.

40 CFR §141.201.

27. The Navy was required to "[p]rovide a public notice as soon as practical but *no later than 24 hours* after the system learn[ed] of the violation." 40

CFR §141.202(b). The Navy was required to "provide the notice within 24 hours in a form and manner reasonably calculated to reach all persons served. The form and manner used by the public water system are to fit the specific situation, but must be designed to reach residential, transient, and non-transient users of the water system."

28. Minimum notice requirements are laid out in the regulation and the EPA's website:

*There are 10 required elements in a public notice. Notices must contain:*

- A description of the violation that occurred, including the contaminant(s) of concern, and the contaminant level(s);
- When the violation or situation occurred;
- The potential health effects (including standard required language);
- The population at risk, including subpopulations vulnerable if exposed to the contaminant in their drinking water;
- Whether alternate water supplies need to be used;
- What the water system is doing to correct the problem;
- Actions consumers can take;
- When the system expects a resolution to the problem;
- How to contact the water system for more information; and
- Language encouraging broader distribution of the notice.

Public Notification Rule, U.S. Environmental Protection Agency, https://www.epa.gov/dwreginfo/public-notification-rule (last visited Jul. 16, 2025).

**D. After the blast, the Navy failed to warn residents of the danger**

29. The Navy knew of a chemical spill that "significantly increase[d] the

potential for drinking water contamination" on November 20, 2021. But the Navy failed to issue a Tier 1 notice to water system customers.

30. Despite a legal obligation to do so noted by the EPA in their investigation report, the Navy failed to provide notification to water system customers in the required timeframe after "confirming the Red Hill Shaft had been contaminated with JP-5 fuel." *See* Redacted National Enforcement Investigation Center Civil Investigation Report, Joint Base Pearl Harbor-Hickam Public Water System, Environmental Protection Agency at 5, https://tinyurl.com/EPAInvestigation.

31. On November 21, 2021, the Navy public affairs office issued a media release regarding the JP-5 fuel spill, stating that "personnel responded to what was initially assessed as a water leak shortly after 1700 (5:00 pm) on November 20, 2021. This pipe is not connected to the Red Hill Fuel tanks or main fuel pipelines, all of which are secure. Overnight, the release began to contain some amount of fuel which increased into Sunday (November 21, 2021) morning. Approximately 14,000 gallons of a mix of water and fuel was contained in the lower tunnel . . . and has been recovered and transferred to an above-ground storage tank as of midday Sunday. The Navy made initial notification to the DOH Saturday night (November 20, 2021) and is providing updates Sunday. *There are no signs or indication of any releases to the environment and the drinking water remains safe*

*to drink*." *Id.* at 5 (emphasis added).

32. On Saturday, November 27, 2021, at 1817 (6:17 p.m.), a JBPHH housing manager received the first customer complaint of a chemical smell in the water. By 0500 (5:00 a.m.) on November 28, 2021, JBPHH housing managers had received 42 customer complaints regarding water quality. *Id.* at 6.

33. On the evening of Sunday, November 28, 2021, a water sample was collected that "smelled of fuel" and the Red Hill main pump #2 was secured, but the Navy did not notify water customers.

34. On November 29, the Hawai'i DOH put out an advisory to "all Navy water system users avoid using the water for drinking, cooking, or oral hygiene." The advisory covered Aliamanu Military Reservation, Red Hill and Nimitz Elementary schools, and military housing. Officials said that all of the complaints received were from users of the Navy's water system. "As a regulated water system under the jurisdiction of the DOH's Safe Drinking Water Branch, the Navy is responsible for maintaining a safe and reliable source of drinking water to its customers and to provide alternative sources of drinking water for human consumptive uses as deemed necessary," the advisory said.

35. On November 29, by contrast, the Navy stated there was "no immediate indication" that the water was unsafe. Captain Erik Spitzer, USN, Commander of Joint Base Pearl Harbor-Hickam, told residents in military housing

communities on November 29, "My staff and I are drinking the water on base this morning, and many of my team live in housing and drink and use the water as well."

36. Ten days after the blast, on November 30, 2021, the Resident Services Office sent an email to families stating that the Navy had not detected petroleum constitutes in the water. They asked that all JBPHH residents flush their water systems. And they stated that they were still investigating the "source" of the odor.

37. These actions constituted negligent undertaking and failure to warn. The misrepresentations (that the water was safe to drink) were only collateral to the significant operational negligence at play, including the requirement to issue a Tier 1 public notice. These acts are not excepted under the misrepresentation exception. *Holcombe v. United States*, 388 F. Supp. 3d 777, 794 (W.D. Tex. 2019) ("The government is liable for injuries resulting from negligence in performance of operational tasks even though misrepresentations are collaterally involved.") Indeed, the fact that the government chose to misrepresent as to the condition of the water is beside the point. The government had a duty to *warn* affected families of the contamination and failed to do so.

**E. The Navy did not announce the leak's impact on the water until December 2, 2021— twelve days after the blast**

38. On December 2, 2021, the Navy finally announced that it detected petroleum products in its Red Hill Shaft. Rear Admiral Blake Converse stated "We

identified the petroleum products from two different tests. One test was taken on Sunday night shortly after this incident was identified to the Navy. And that test identified trace amounts of very volatile hydrocarbons, which would normally be associated with something like a JP-5 or a diesel fuel," Converse said. The second test found "clear indications of petroleum products in the gas space just above the waterline in the Red Hill well," Converse said. "With both of those, we have pretty conclusive indications that there are volatile petroleum products in the well and we've determined that is the likely source of the contamination of our water distribution system."

39. Follow up tests were no more encouraging. On December 10, test results from the DOH showed that hydrocarbons associated with diesel fuel were detected at **350 times** the level the health department considers safe (the Environmental Action Level). A California lab found 140,000 parts per billion of total petroleum hydrocarbons as diesel or TPH-d. The DOH Environmental Action Level is 400 ppb. The water in the Red Hill shaft also showed gasoline hydrocarbons 66 times higher than the level considered safe. The lab found total petroleum hydrocarbons as gasoline at 20,000 ppb. The Environmental Action Level for TPH-g is 300 ppb.

**F. The Navy took responsibility for the blast and failure to warn**

40. Later, the Navy took responsibility for the failures at Red Hill. In

January 2022, Admiral Blake Converse said, "I want to start by saying that the Navy caused this problem, we own it, and we're gonna fix it." Later, Admiral Paparo reiterated:

> The Navy is responsible for the 6 May 2021 and 20 November 2021 fuel spills at the Red Hill Bulk Fuel Storage Facility (Red Hill) and subsequent water contamination.
>
> The Navy has a moral obligation and ethical duty to fix our mistakes, safeguard the environment, and rebuild trust. We must act.

*See* Cavanaugh Report at 127.

**G. The Navy knew it was not safely operating the Red Hill fuel tank system**

41. The Navy knew that it was not properly operating the Red Hill fuel tank system in a manner that would prevent a fuel leak.

42. In an effort to mitigate the risk associated with inadvertent releases of fuel from the Red Hill facility, the Navy established an agreement with the State of Hawaiʻi in January 2008: "Red Hill Bulk Fuel Storage Facility Final Groundwater Protection Plan" (GPP). The GPP documented leaks from various tanks from the 1940s to the 1980s, totaling up to 200,000 gallons of dangerous fuel. The Plan stated:

> In order to mitigate the risk associated with future releases, the U.S. Navy *will*: Implement a rigorous tank maintenance program, and continue to research and investigate a viable leak detection system for the Facility. . .

Department of the Navy, Commander Naval Facilities Engineering Command, Pacific, *Red Hill Bulk Fuel Storage Facility Final Groundwater Protection Plan: Pearl Harbor Hawai'i* (Jan. 2008), https://tinyurl.com/RHFGPP (emphasis added).

43. The Navy's own audit confirmed that it was not complying with the requirements of the Final Groundwater Protection Plan. Between October 2008 and May 2010, the Navy conducted an audit of the Red Hill facility. In August 2010, the Navy completed its audit report and found "four areas of concern" that included: "groundwater contamination; tank inspection and maintenance requirements and schedule; detection of fuel releases; and completion [non-compliance] of response actions *required* by the GPP." Naval Audit Service, *Audit Report: Department of the Navy Red Hill and Upper Tank Farm Fuel Storage Facilities (Redacted)* at 9 (Aug. 16, 2010) (made available by the Board of Water Supply), https://tinyurl.com/NavyAudit (emphasis added). "Based on the results of the audit work, we determined that the environment and groundwater sources in the Pearl Harbor area have not been sufficiently protected." *Id.* at 11.

44. In January 2014, an improperly repaired fuel tank leaked up to 27,000 gallons of JP-8 jet fuel at the facility. Test results in soil vapor and groundwater in and around the tank indicated a spike in levels of hydrocarbons.

45. In the wake of this error and in order to prevent additional fuel leaks,

the Navy entered into an Administrative Order on Consent (AOC) with agencies including the DOH and the EPA to take steps to ensure that the groundwater resource in the vicinity of the Facility is protected and the Facility is operated and maintained safely—an order that remains in effect to this day.

46. The "Frequently Asked Questions" in the AOC indicated a full awareness of the threats facing the Red Hill facility:

> What is the likelihood of a future catastrophic release at the Facility?
> . . .
> The most likely catastrophic release scenario would be a piping failure with a release into the lower access tunnel. This vulnerability is being addressed by the Navy and DLA with the installation of oil tight doors in the tunnel system, along with a new fire suppression system to reduce the threat of a release caused by fire. Furthermore, the piping in the lower tunnel system is not buried or concealed and is visually inspected daily.

*Red Hill Bulk Fuel Storage Facility – Frequently Asked Questions*, Environmental Protection Agency, https://tinyurl.com/EPARHFAQ.

47. A risk assessment report prepared by the Government's own consultant in 2018 described the chances of future fuel releases at the Red Hill facility as:

> - Greater than 27% probability of a sudden release of between 1,000 and 30,000 gallons of fuel each year.
>
> - Greater than 34% chance of a sudden release of more than 120,000 gallons from the [Red Hill] in the next 100 years.

NAVFAC Pacific, *Quantitative Risk and Vulnerability Assessment Phase 1:*

*Red Hill Bulk Fuel Storage Facility, NAVSUP FLC Pearl Harbor, HI (PRL)* (November 2021) at pp. 12-29, 14-1, https://tinyurl.com/RHRisk.

**H. Senior officials apologized for the negligence and promised to fix the problem**

48. As the extent of the crisis became undeniable, a series of senior U.S. Government officials apologized and promised to make things right. Captain Spitzer, who had previously told families the water was safe to drink, backtracked and apologized, "I regret I did not tell our families not to drink the water." On December 6, Secretary of the Navy Carlos Del Toro, on a previously scheduled visit to Hawaiʻi for the 80th Anniversary of the attack on Pearl Harbor, toured the facility. He publicly apologized for the crisis and said, "We are committed to rebuilding this trust. We're doing everything we can try to fix the problem." He also finally announced to the public that the Navy had temporarily suspended the use of the fuel tank facility nine days earlier on November 27 – days before they warned residents of any toxic danger to their water.

49. On December 14, the Deputy Secretary of the Department of Defense, Dr. Kathleen Hicks, visited. "At DoD, we recognize the need to continue to care for all affected personnel and their families and help them return to their homes in a safe and expeditious manner," she said, "We also recognize we need to double down on our efforts to earn the trust and confidence of the people of Hawaiʻi in our ability to manage this situation. . . I am committed to ensuring the health and well-

being for our Service Members, their families, the people of Hawai‘i, and the environment.” Statement by Deputy Secretary of Defense Dr. Kathleen Hicks Following Her Visit to the Red Hill Bulk Storage Facility in Hawai‘i, (Dec. 14, 2021), https://tinyurl.com/HicksStatement.

**I. The Navy’s operations at Red Hill likely violated additional regulations**

50. Upon information and belief, Navy officers violated additional regulations and mandatory requirements at Red Hill. Investigations are ongoing.

51. Congress foresaw the public health harm posed by hazardous substances such as jet fuel and passed key legislation to prevent toxic exposure. In the 1970s, Congress passed the CWA and the Safe Drinking Water Act (SDWA), 42 U.S.C. §300f et seq, requiring the EPA to establish regulations ensuring clean and safe drinking water for the public. The legislation and implementing regulations are intended to prohibit the discharge of “oil and hazardous substances” into the environment because of the serious and severe threat to public health posed by these substances. *See, e.g.,* 33 U.S.C. § 1321.

52. The SDWA was established to protect the quality of drinking water in the U.S. This law focuses on all waters actually or potentially designed for drinking use, whether from above ground or underground sources. The Act authorizes the EPA to establish minimum standards to protect tap water and requires all owners or operators of public water systems to comply with these

primary (health-related) standards.

53. National Primary Drinking Water Regulations (NPDWRs or primary standards) are legally enforceable standards that apply to public water systems. Primary standards protect public health by limiting the levels of contaminants in drinking water. The EPA provides a table listing the Maximum Contaminant Level (MCL) for various chemicals, the highest level of a contaminant that is allowed in drinking water. MCLs are enforceable standards. The MCL sets enforceable limits for benzene (.005 milligrams per liter), toluene (1 milligram per liter), ethylbenzene (0.7 milligrams per liter), xylene (10 milligrams per liter), and other light petroleum distillates.

54. The State of Hawai‘i has adopted a State Water Code, codified in Chapter 174C of the Hawai‘i Revised Statutes, which states in relevant part:

> **Declaration of policy.** (a) It is recognized that the waters of the State are held for the benefit of the citizens of the State. It is declared that the people of the State are beneficiaries and have a right to have the waters protected for their use.

Haw. Rev. Stat. 174C-2.

55. Hawai‘i law also regulates potable water. The Hawai‘i Department of Health Rules Relating to Hawai‘i Potable Water Systems (Hawai‘i Administrative Rules [HAR] Title 11, Chapter 20) set forth Maximum Contaminant Levels of certain chemicals in public and private drinking water systems. These MCLs are analogous to the National Primary Drinking Water regulations but additional

substances are regulated.

56. Federal and State programs for the management of underground storage tanks such as Red Hill were first published in the 1980s. In January 2000, the State of Hawaiʻi promulgated rules requiring owners and operators of such facilities to report suspected or confirmed releases from USTs.

57. All of these regulations provide mandatory requirements for federal agencies and federal officers, and the extent of the Navy's violations at Red Hill will be subject to discovery.

**J. Affected plaintiffs have suffered extraordinary, compensable harm**

58. The Navy's jet fuel leaks—and conduct thereafter—have resulted in extraordinary inconvenience, illness, economic injury, and fear for each of the affected families. As set forth below, these plaintiffs have experienced trauma not only from the poisoning but also from the aftermath. They were forced back into the homes that made them sick, only to render many of them ill again. Some families then spent their life savings or gave up important careers to uproot their families and move off the island or off the water line. And for many, the search for medical care has been a wild goose chase, as Navy officials continue to proclaim that there is no long term-harm.

59. Initial reported symptoms for these families were wide ranging, including abdominal issues, anxiety, exhaustion, headaches, muscle and joint pain,

skin issues (rashes, blisters, dry skin). Many of these physical symptoms persisted over time, and over 94% of families reported still struggling with anxiety months later.

60. The symptoms these families identified track closely with the symptoms reported in a survey conducted by the Centers for Disease Control:

> Most participants reported experiencing one or more new or worsened symptoms after the incident (1,980; 87%), many of whom reported symptoms lasting ≥30 days (1,493; 75%). The largest percentages of reported symptoms were those related to the nervous system (62%), followed by the gastrointestinal system (58%), skin (58%), ear, nose, and throat (47%), mental health (46%), eyes (42%), and respiratory system (31%).

Alyssa N. Troeschel, et al. *Notes from the Field: Self-Reported Health Symptoms Following Petroleum Contamination of a Drinking Water System — Oahu, Hawai'i, November 2021–February 2022*. MMWR Morb Mortal Wkly Rep 2022;71:718–719. https://pubmed.ncbi.nlm.nih.gov/35617135/.

61. A follow-up survey conducted in September 2022 found continuing problems. 41% of respondents "reported an existing condition that had worsened," "31% reported a new diagnosis" and "25% reported a new diagnosis with no pre-existing condition." Mahealani Richardson, *Alarming new CDC survey shows 'worse health' among those impacted by Red Hill fuel spills*, HAWAI'I NEWS NOW, (Nov. 9, 2022), https://tinyurl.com/CDCRDSurvey. 80% of respondents reported health symptoms in the previous 30 days, and 65% had "high or very high

confidence" the symptoms relate to the water contamination. Navy Water Contamination Follow-Up Survey Results, https://tinyurl.com/CDCFollowUp.

62. Plaintiffs and their families are at increased risk of future medical conditions associated with the components present in their contaminated drinking water and will require, at a minimum, medical monitoring. Several of these families' stories are presented below.

**a. Jessica Whaley**

63. Then Army Colonel Jessica Whaley, her husband, and their four (4) children moved into the Aliamanu Military Reservation military housing community, a community located off base, in May of 2021. A family with special needs, Colonel Whaley and her husband had been intentional about the family's health needs, safety, and home life.

64. During the Thanksgiving holiday, Colonel Whaley had no idea the family's haven had been poisoned by the Navy's jet fuel leak. A medical professional, Colonel Whaley could never pinpoint an obvious cause for the unprecedented health changes she experienced around the time of the contamination.

65. In November and December 2021, her family experienced symptoms of exposure, with Colonel Whaley's symptoms so severe she reported to an emergency department. Joint pain that began after her exposure has continued.

Dental problems have become more common for her entire family who previously had no concerns at all.

66. As the family sought respite from their contaminated military home, it was during their three-month displacement that Colonel Whaley and her family faced multiple traumatic familial events that would live with them forever. As a medical provider, she watched her personal and professional life become unrecognizable. The ability to relax between hospital shifts proved impossible.

67. With the trust and faith, she once held in her government poisoned, Colonel Whaley made the determination to place the health and safety of her family above the career she loved. Despite a recent promotion, she ultimately retired from the service. The family returned to the mainland in October 2023.

68. Her medical knowledge has become a blessing and a curse, as distance from the island has done little to quell neither her continued fears of future health issues nor the families lingering fear of re-exposure.

69. Since leaving Hawaiʻi, now-retired Colonel Whaley continues to struggle with brain fog that has had a lasting impact on her professional capacity. Her cognitive symptoms have rendered her unable to return to clinical practice, given the high stakes of maternal and neonatal care. She has experienced partial improvement in her joint pain and inflammatory symptoms, which are no longer daily but persist episodically. Her children continue to experience health

consequences. Both her daughter and youngest son developed new, persistent acid reflux, and her 15-year-old daughter now suffers from irregular menstrual cycles. Two of her children continue to battle worsening dental issues, including a shattered tooth in her youngest child.

70. The family avoids drinking tap water due to residual trauma. Jessica remains concerned about long-term reproductive impacts, particularly for her daughter. While the family maintains emotional resilience, the exposure has had a permanent effect on their physical health, daily habits, and professional trajectory.

**b. Amanda Feindt**

71. Army Major Amanda Feindt, her husband, and their two children were poisoned in their Ford Island military housing home by the Navy's contaminated water.

72. While on Thanksgiving holiday leave Major Feindt was unaware of the fuel spill and the silent impact it was having on her family's health. Throughout the end of November and early December, Major Feindt received emails that failed to identify her neighborhood as contaminated. For weeks, the family continued to use the water in their home for drinking, bathing, and cooking.

73. In November and December, the Feindt family, Major Feindt included, struggled with symptoms that resulted in multiple military hospital visits: acute symptoms such as nausea, vomiting, and diarrhea. Major Feindt was given a

battery of tests that were denied to her own family.

74. After months of displacement, in April of 2022, the Feindt family transferred off of the island after immense effort and financial and professional sacrifice. New health problems, mental anguish, and fears of future harm have persisted and have prevented her family from returning to normalcy. The impact of her exposure dashed her dreams of finishing her military career as the leader she was trained and hoped to be.

75. Since the Red Hill exposure, Major Feindt has suffered from persistent and debilitating physical injuries. After being diagnosed with an environmental traumatic brain injury, she has received the majority of her care at the military's intrepid spirit center. Major Feindt has experienced brain fog, cognitive deficiency, insomnia, debilitating migraines, vertigo, dizziness, and imbalance issues. She has been diagnosed with vestibular dysfunction, fibromyalgia, chronic fatigue, and a chronic pain disorder that affects her ability to move, balance, and perform everyday tasks. She has dealt with a plethora of dermatological issues. She also sustained permanent hearing loss and has been diagnosed with an ausdiotory processing disorder In addition, she was diagnosed with sleep apnea with chronic respiratory issues. Her symptoms have forced her into long-term rehabilitation, and she continues to receive treatment for her multi-systemic injuries through military medical providers and specialty clinics.

76. In addition to her physical injuries, Major Feindt also continues to endure severe mental health consequences. Prior to the fuel leak, she had no mental health diagnoses. Since her exposure, she has been diagnosed with post-traumatic stress disorder, major depressive disorder, generalized anxiety, and chronic insomnia. She was recently admitted to Home Base, a residential trauma recovery and research center for veterans in Boston, where she received intensive outpatient treatment for several weeks for trauma associated to the Red Hill Water Crisis. Major Feindt has only drank water from a water bottle, she no longer trusts water from an unknown water source. Once a competitive swimmer, she can no longer tolerate exposure to pools or showers without triggering physical and emotional responses. She has not returned to full military duty since early 2023 and has been assigned to the Fort Carson and Fort Belvoir Soldier Recovery Units for continued care. Her daily life is shaped by hypervigilance, emotional exhaustion, and a lasting fear of water exposure. The institutional betrayal she experienced has compounded her trauma, leaving her struggling not only with the health effects of the contamination but with the devastating loss of trust in the very institution she has risked her life for in service to our country.

77. Major Feindt became the target of unlawful retaliation after raising concerns about the government's handling of the water contamination crisis. While serving in a nominative billet at Special Operations Command–Pacific (SOCPAC),

she communicated with senior military officials and members of Congress about the emerging public health threat. Her transparency was met with hostility. A senior officer informed her, “You brought this on yourself when you took this to Congress.” She filed a complaint with the Department of Defense Office of Inspector General under the DOD Whistleblower Protection Act. In July 2025, the Inspector General found her allegations “plausible and credible,” confirming that she had been retaliated against for protected disclosures. Despite the finding, on information and belief, the officer involved has retired without consequence, leaving Major Feindt without accountability or redress.

**c. Elizabeth Thompson-Watson**

78. Army Chief Warrant Officer Elizabeth Thompson-Watson, her husband, and their child lived in the Halsey Terrace military housing community – off-base military housing. With retirement on the horizon, the family hoped to stay in Hawaiʻi until her military career came to an end.

79. Chief Thompson-Watson spent her Thanksgiving holiday leave with no knowledge of the jet fuel leak. She unknowingly used contaminated water to cook, shower, and clean with. In late November she learned her family's safety had been compromised. The family stopped consumption of the water on their own accord.

80. Chief Thompson-Watson’s family was displaced for three months. All

the while she played a critical role on the Army's Veterinary Services response team, as they provided food protection and support to the military and veteran community. For months she faced the unique challenge of responding to a public health crisis in her community, and her own family.

81. In March of 2022, after their neighborhood was deemed "safe," the family returned to their military home. After their exposure, health issues and stress compounded. A new skin growth on her husband was determined to have a medium risk of cancer. Later, she was diagnosed with an autoimmune disease and chronic migraines. Both, along with respiratory issues, have continued despite multiple avenues of treatment.

82. Aspirations of an easy transition into retirement in Hawaiʻi became marred by the water crisis and her new health conditions. Her migraines have drastically changed her ability to focus at work. The medication needed to effectively treat Chief Thompson-Watson's autoimmune disease would make her non-deployable and force her into an early retirement.

83. In the summer of 2023, the family returned to the mainland, no longer willing to fight to stay in the very place they hoped to retire. With nineteen years in service, the choice to retire was once her own to make. Now she must choose between her career and her health. She is troubled by her fears of what else the future holds for the health of her family, and whether she will receive aid for any

harm caused.

84. Though she has relocated, her symptoms remain persistent and require continuous medical management. Chief Thompson-Watson was involuntarily medically retired from military service, effective April 28, 2025. Despite years of service and advancement toward promotion, she was deemed non-deployable due to diagnoses of fibromyalgia and severe psoriasis, both of which necessitated biologic immunosuppressant treatment. Her forced separation from the military ended her career prematurely and altered the trajectory of her professional life. Now retired Chief Thompson-Watson continues to suffer from chronic fibromyalgia, debilitating migraines requiring ongoing Xeomin injections, and daily pain related to autoimmune dysfunction.

85. Within the family, health impacts have continued. Her son developed worsening skin issues and now requires weekly allergy injections. Her husband was diagnosed with melanoma and underwent surgical removal of the cancerous growth within the last year. Emotionally, the family remains deeply affected, plagued by daily concerns about their health and safety. They rely solely on bottled and filtered water and continue to monitor their skin for signs of reaction. The ongoing fear and lack of institutional accountability have left the family feeling abandoned. Trust in leadership has eroded, as she continues to navigate a life of disability, medical appointments, and job uncertainty.

**d. Brian Jessup**

86. During his final duty station before retirement, Navy diver Chief Petty Officer Brian Jessup, his wife, and their four (4) children lived off-base in the Radford Terrace military housing community. With no immediate guidance about the jet fuel leak, Chief Jessup spent his Thanksgiving holiday leave period unaware that he and his family had been exposed to fuel-contaminated water.

87. In late November, Chief Jessup learned of the fuel leak from his wife. He trusted that had the Navy's water supply been compromised, the Navy would have notified affected households. Around that same time, he received an email from a base official that stated there were no concerns about the safety of the Navy's drinking water.

88. Chief Jessup suffered from skin reactions/burning, headaches, and eye irritation. He reported his health issues to his military healthcare team. Gastrointestinal changes that developed while living in Hawai'i continue to affect him.

89. For months, the family acquired potable water for consumption, hygiene, and household chores as they continued to live in their contaminated home. After testing deemed the water in his home "safe," his family's suffering continued. In search of stability and safety, Chief Jessup was forced to make a final decision about his upcoming retirement. The Jessup family returned to the

mainland in the summer of 2022 without him.

90. It would be nearly five months, during which he lived in his work office before the family reunited. The knowledge that his military career placed his family in harm's way, and caused a non-deployment related separation, created guilt and new apprehension about what the future holds for the health of now retired Chief Jessup and his family as he has started a new career serving his community in law enforcement.

91. Now retired Chief Jessup continues to experience significant physical and emotional consequences stemming from his exposure to jet fuel while stationed in Hawaiʻi. Although his gastrointestinal and ocular symptoms have subsided since relocating to the mainland, his chronic skin issues, particularly painful flareups on his abdomen and legs, persist and have required recent biopsy. The trauma of exposure has left him with a deep fear of recontamination; he will not drink tap water, use ice, or consume beverages prepared outside the home. His separation from his family during the crisis, especially from his infant child, left lasting emotional scars.

92. Within the family, his wife suffers from throat inflammation, chronic gastrointestinal issues, and was recently diagnosed with psoriasis. She is currently undergoing care with a gastroenterologist and ENT specialist. Their daughter has developed a serious bleeding disorder requiring evaluation for a clotting disorder

and multiple surgeries to remove endometriosis from her bladder, uterus, and ovaries. She has also exhibited hand tremors and is now being monitored for neurological origin. Their oldest son remains on blood pressure medication to control tremors that began during the exposure and have not resolved. The Jessup family lives with continued medical uncertainty and anxiety about future deterioration, particularly that of their children's health.

**e. Dustin Wallace**

93. Petty Officer First Class Dustin Wallace, United States Navy, his wife, and their two children (9 and 10) lived in the Radford Terrace military housing community, off base and accessible by civilians. Over the week of Thanksgiving, while on holiday leave, Petty Officer Wallace and his family felt sick. The night of Thanksgiving, he and his family experienced nausea, vomiting, and diarrhea. He noticed a fuel-like smell and taste from faucets in his home, but the family had not yet received notification of the Navy's fuel leak.

94. As toxic water flowed through their home, and the family suffered from constant health concerns, they continued their normal use. In late November, when he and his wife noticed a sheen on their water the family stopped consumption of it.

95. From December 3 until mid-March, the family was displaced. The family of four lived for approximately ninety days in one small hotel room. Petty

Officer Wallace experienced a drastic change in his health: afflicted with constant migraines, severe acid reflux, and a deterioration of his vision. Doctors warned him of a higher risk of eventual blindness.

96. On the days that his children felt sick, they missed school for two to three days at a time. Multiple days, Petty Officer Wallace witnessed his daughter doubled over in pain and she was not always able to attend school. Instead of exhibiting compassion and understanding, the military opened up a truancy case against Petty Officer Wallace and his wife. Petty Officer Wallace reported to the Fleet & Family Support Services and explained the situation – the water contamination, the illnesses. Officials assured him the case was resolved and closed. But, back in Tennessee, Petty Officer Wallace has been informed that the case has re-opened. He and his wife have had to conduct intrusive mental health evaluations. His command now treats him like a child neglecter all because of the military's contamination of his water.

97. After he observed the walk back of the initial official base guidance that the water was safe, the foundation of trust built during years of proud service to the Navy has completely eroded. He is burdened with guilt that his career forced him to spend months away from his children who were ultimately contaminated by his employer. But it is the fear of what that exposure means for the family's future health that continues to haunt him.

98. PO1 Wallace continues to suffer chronic and unexplained health issues in the aftermath of his family's jet fuel exposure in Hawai'i. His intermittent migraines have become more frequent, and he has recently developed a hand tremor for which doctors have offered no viable treatment. He was prescribed blood pressure medication, but experienced adverse side effects and was forced to discontinue use. Testing also revealed abnormally low testosterone levels hovering in the low 200s, which remain unexplained.

99. Like her father, PO1 Wallace's daughter has similarly experienced a rapid and abnormal deterioration in eyesight, along with persistent gastrointestinal distress and headaches. These symptoms have persisted following their relocation to Millington.

100. Both children remain behind academically, and his son was held back a grade. The family continues to rely on bottled water and lives with ongoing fear over long-term health impacts, particularly for the children.

**PLAINTIFF SPECIFIC ALLEGATIONS**

101. Plaintiff Jessica Whaley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jessica Whaley suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

102. Plaintiff Amanda Feindt was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Amanda Feindt suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

103. Plaintiff Elizabeth Thompson-Watson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Elizabeth Thompson-Watson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

104. Plaintiff Brian Jessup was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brian Jessup suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

105. Plaintiff Dustin Wallace was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dustin Wallace suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

106. Plaintiff Suzanne Gauvin Abarca was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Suzanne Gauvin Abarca suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

107. Plaintiff Brennan Alexander Abbott was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brennan Alexander Abbott suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

108. Plaintiff James D. Abbott was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James D. Abbott suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

109. Plaintiff David J. Abrams was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David J. Abrams suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

110. Plaintiff Joanna M. Adams was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joanna M. Adams suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

111. Plaintiff Seth J. Adams was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Seth J. Adams suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

112. Plaintiff Andrew Ahlstrom was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andrew Ahlstrom suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

113. Plaintiff Garth Woodland Aldrich was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Garth Woodland Aldrich suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

114. Plaintiff Anamaria Alexander was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anamaria Alexander suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

115. Plaintiff Sebastian Alexander was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sebastian Alexander suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

116. Plaintiff Devin Du'Prece Alexson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Devin Du'Prece Alexson suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

117. Plaintiff Adan Alfaro was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Adan Alfaro suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

118. Plaintiff Perla E. Alfaro was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Perla E. Alfaro suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

119. Plaintiff Ahmedd Isaiah Pimentel Alfonso was on the JBPHH water

line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ahmedd Isaiah Pimentel Alfonso suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

120. Plaintiff Dwight Maurice Allen was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dwight Maurice Allen suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

121. Plaintiff Raymond N. Allen Sr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Raymond N. Allen Sr. suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

122. Plaintiff Luis Fabian Alvarez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Luis Fabian Alvarez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

123. Plaintiff Gabriel Amaya was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Gabriel Amaya suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

124. Plaintiff Joshua Ammann was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Ammann suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

125. Plaintiff Cecil Anderson, III was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cecil Anderson, III suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

126. Plaintiff David Michael Anderson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Michael Anderson suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

127. Plaintiff William M. Anderson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff William M. Anderson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

128. Plaintiff Robert Angell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Robert Angell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

129. Plaintiff Brandon Anthony was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon Anthony suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

130. Plaintiff Jon Leiknell Aponte-Rosa was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jon Leiknell Aponte-Rosa suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

131. Plaintiff Daniel Vincent Appleby was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Daniel Vincent Appleby suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

132. Plaintiff Joshua David Ardoin was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua David Ardoin suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

133. Plaintiff Jessie Arnold was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jessie Arnold suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

134. Plaintiff Jane Marie Santiago Astacio was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jane Marie Santiago Astacio suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

135. Plaintiff Andre L. Austin was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andre L. Austin suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

136. Plaintiff Grant Austin was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Grant Austin suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

137. Plaintiff Luis A. Aviles was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Luis A. Aviles suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

138. Plaintiff Christian Arturo Avina was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christian Arturo Avina suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

139. Plaintiff Angel Perez Avitia was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Angel Perez Avitia suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

140. Plaintiff Walter Ayala was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Walter Ayala suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

141. Plaintiff Shaun Michael Babcock was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Shaun Michael Babcock suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

142. Plaintiff Tyler J. Bailey was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tyler J. Bailey suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

143. Plaintiff James Daniel Balheimer was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Daniel Balheimer suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

144. Plaintiff Jane Ball was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jane Ball suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

145. Plaintiff Labraske Ball was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Labraske Ball suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

146. Plaintiff Rachel Ann Ball was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rachel Ann Ball suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

147. Plaintiff Tyren Bernard Ball was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tyren Bernard Ball suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

148. Plaintiff Donald W. Barnard III was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Donald W. Barnard III suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

149. Plaintiff Lucas Barnett was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Lucas Barnett suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

150. Plaintiff Eugene Michael Barth was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Eugene Michael Barth suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

151. Plaintiff Andrew Dennis Barthol was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andrew Dennis Barthol suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

152. Plaintiff Mathew Barton was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Mathew Barton suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

153. Plaintiff Alex Timothy Bates was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alex Timothy Bates suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

154. Plaintiff Ashlee Nicole Bates was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ashlee Nicole Bates suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

155. Plaintiff Dakota Alexander Baumbach was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dakota Alexander Baumbach suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

156. Plaintiff Carlos Bautista was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Carlos Bautista suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

157. Plaintiff Zachary N. Beal was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachary N. Beal suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

158. Plaintiff Christopher Bean was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Bean suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

159. Plaintiff Amanda Beck was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Amanda Beck suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

160. Plaintiff Damon Aubrey Beck was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Damon Aubrey Beck suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

161. Plaintiff Anthony Keith Bell Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony Keith Bell Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

162. Plaintiff Dewayne Bell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dewayne Bell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

163. Plaintiff Kristopher Bentley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kristopher Bentley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

164. Plaintiff Beau W Berg was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Beau W Berg suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

165. Plaintiff Timothy Michael Berland was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Timothy Michael Berland suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

166. Plaintiff Christian H. Bernabe was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christian H. Bernabe suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

167. Plaintiff Aaron Betancourt was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aaron Betancourt suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

168. Plaintiff Miguel Angel Medina Betancourt was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Miguel Angel Medina Betancourt suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

169. Plaintiff Jacqueline Marie Bethel was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jacqueline Marie Bethel suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

170. Plaintiff Matthew Shawn Biecker was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Shawn Biecker suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

171. Plaintiff Christopher Anthony Birch was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Anthony Birch suffered, without limitation, inconvenience, emotional distress, and/or

personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

172. Plaintiff Corrine Rene Bird was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Corrine Rene Bird suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

173. Plaintiff Dylan James Channing Bird was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dylan James Channing Bird suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

174. Plaintiff Joe C. Bishop was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joe C. Bishop suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

175. Plaintiff Shawn Edward Bishop was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Shawn Edward Bishop suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

176. Plaintiff Christopher Blanton was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Blanton suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

177. Plaintiff William Cepeda Blas Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff William Cepeda Blas Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

178. Plaintiff Corey Alexander Bloom was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Corey Alexander Bloom suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

179. Plaintiff Alexander Bloomfield was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alexander Bloomfield suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

180. Plaintiff John Bobruk was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John Bobruk suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

181. Plaintiff Wendy Bobruk was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Wendy Bobruk suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

182. Plaintiff David Boone Borland was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Boone Borland suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

183. Plaintiff Shalonda Lequrita Bowden was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Shalonda Lequrita Bowden suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

184. Plaintiff Geoffrey Bowman was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Geoffrey Bowman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

185. Plaintiff Matthew A. Bowsher was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew A. Bowsher suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

186. Plaintiff Zachary Alan Brescoll was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachary Alan Brescoll suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

187. Plaintiff Jennatul Naim Brice was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jennatul Naim Brice suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

188. Plaintiff Shane K. Britton was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Shane K. Britton suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

189. Plaintiff Brittany N. Brown was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brittany N. Brown suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

190. Plaintiff David J. Brown was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David J. Brown suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

191. Plaintiff Evan O. Brown was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Evan O. Brown suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

192. Plaintiff Petrina Monique Brown-Spurs was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Petrina Monique Brown-Spurs suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

193. Plaintiff Bryan Bruce was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bryan Bruce suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

194. Plaintiff Joshua T. Bruening was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua T. Bruening suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

195. Plaintiff Zachery A. Brumbaugh was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachery A. Brumbaugh suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

196. Plaintiff Lashonda Bryant was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Lashonda Bryant suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

197. Plaintiff Ian Monroe Buchanan was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ian Monroe Buchanan suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

198. Plaintiff Bradly Paul Bucholz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bradly Paul Bucholz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

199. Plaintiff Garrett Chandler Buckner was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Garrett Chandler Buckner suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

200. Plaintiff Kevin Alan Buckrucker Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kevin Alan Buckrucker Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

201. Plaintiff Bryce Bukowski Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bryce Bukowski Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

202. Plaintiff Steven Joseph Bunner was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Steven Joseph Bunner suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

203. Plaintiff Abbie C. Bunting was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Abbie C. Bunting suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

204. Plaintiff Alexa C. Burger was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alexa C. Burger suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

205. Plaintiff Brandon Michael Burhop was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon Michael Burhop suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

206. Plaintiff Charles Kenneth Butler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Charles Kenneth Butler suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

207. Plaintiff Matthew Michael Byrne was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Michael Byrne suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

208. Plaintiff Kenny David Caceres-Montufar Sr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kenny David Caceres-Montufar Sr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

209. Plaintiff Denise Cady was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Denise Cady suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

210. Plaintiff Elvin Caganap was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Elvin Caganap suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

211. Plaintiff Ralph Simon Calaguas was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ralph Simon Calaguas suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

212. Plaintiff Bradford Cambra was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bradford Cambra suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

213. Plaintiff Bronson K. Cambra was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bronson K. Cambra suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

214. Plaintiff Lynorra Melanie Campbell was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Lynorra Melanie Campbell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

215. Plaintiff Adriana Canedo was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Adriana Canedo suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

216. Plaintiff Nathanial Martin Caner Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathanial Martin Caner Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

217. Plaintiff Timothy Jay Capps was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Timothy Jay Capps suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

218. Plaintiff Jacelyn Kelake Caramonte was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jacelyn Kelake Caramonte suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

219. Plaintiff Gloria C. Cargil-Davis was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Gloria C. Cargil-Davis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

220. Plaintiff Kenneth J. Carpenter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kenneth J. Carpenter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

221. Plaintiff Domenique Marquez Carrillo was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Domenique Marquez Carrillo suffered, without limitation, inconvenience,

emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

222. Plaintiff Joseph Thomas Carter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Thomas Carter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

223. Plaintiff Rahshaney Carter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rahshaney Carter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

224. Plaintiff Lori Beth Case was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Lori Beth Case suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

225. Plaintiff Ashley N. Casillas was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ashley N. Casillas suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

226. Plaintiff Michael S. Cassell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael S. Cassell suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

227. Plaintiff Jose Castilla was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jose Castilla suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

228. Plaintiff Janelle Castillero was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Janelle Castillero suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

229. Plaintiff Christopher Castillo was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Castillo suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

230. Plaintiff Phillip Andrew Catanach was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Phillip Andrew Catanach suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

231. Plaintiff Manuel Cecilio was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Manuel Cecilio suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

232. Plaintiff Anthony M. Cercone was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony M. Cercone suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

233. Plaintiff Derrick James Cerveny was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Derrick James Cerveny suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

234. Plaintiff Leilani Racpan Cesneros was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Leilani Racpan Cesneros suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

235. Plaintiff Nathan Moxon Chappelle was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathan Moxon Chappelle suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

236. Plaintiff Eric Chatham was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Eric Chatham suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

237. Plaintiff David Brian Chechile was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Brian Chechile suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

238. Plaintiff Cristovao P. Cheung was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cristovao P. Cheung suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

239. Plaintiff Chuma G. Chibundu was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Chuma G. Chibundu suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

240. Plaintiff Margaret Farley Choate was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Margaret Farley Choate suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

241. Plaintiff Mark Joevens Chua was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Mark Joevens Chua suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

242. Plaintiff Zachary R. Clark was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachary R. Clark suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

243. Plaintiff Simone Danielle Cleghorne was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Simone Danielle Cleghorne suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

244. Plaintiff Kristina Maria Clements was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kristina Maria Clements suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

245. Plaintiff Rebecca Clemmer was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rebecca Clemmer suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

246. Plaintiff Paul Burton Clifford was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Paul Burton Clifford suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

247. Plaintiff Scott Clutter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Scott Clutter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

248. Plaintiff David Coan was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Coan suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

249. Plaintiff Anthony Coberley Jr. was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony Coberley Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

250. Plaintiff Aaron Coffey was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aaron Coffey suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

251. Plaintiff Kanen Coffey was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kanen Coffey suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

252. Plaintiff Deante Colbert was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Deante Colbert suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

253. Plaintiff Kevin Willis Colbert was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kevin Willis Colbert suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

254. Plaintiff Rodney L. Cole Jr. was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rodney L. Cole Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

255. Plaintiff Terrionce Jerome Cole Sr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Terrionce Jerome Cole Sr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

256. Plaintiff Arthur Coleman was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Arthur Coleman suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

257. Plaintiff Jacob Owen Colley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jacob Owen Colley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

258. Plaintiff Kevin Joseph Connolly was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kevin Joseph Connolly suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

259. Plaintiff Sean M. Conrey was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sean M. Conrey suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

260. Plaintiff Eduardo Contreras Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Eduardo Contreras Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

261. Plaintiff Iesha Cook was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Iesha Cook suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

262. Plaintiff Aaron Matthew Cooper was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aaron Matthew Cooper suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

263. Plaintiff Isabelle E. Corcoran was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Isabelle E. Corcoran suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

264. Plaintiff Brenda I. Gutierrez Cortez was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brenda I. Gutierrez Cortez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

265. Plaintiff Michael Corum was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael Corum suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

266. Plaintiff Kenneth R. Cosgrove was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kenneth R. Cosgrove suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

267. Plaintiff Bruce Cosma was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bruce Cosma suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

268. Plaintiff Matthew Sully cotton was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Sully cotton suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

269. Plaintiff Rahim Coulter was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rahim Coulter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

270. Plaintiff Noah Cousino was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Noah Cousino suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

271. Plaintiff Benjamin James Cox was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Benjamin James Cox suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

272. Plaintiff Bobbie Sue Cox was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bobbie Sue Cox suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

273. Plaintiff Desiree Katrina Cox was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Desiree Katrina Cox suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

274. Plaintiff Timothy Jason Cox was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Timothy Jason Cox suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

275. Plaintiff Brandon Joseph Crawford was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon Joseph Crawford suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

276. Plaintiff Troy E. Cress was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Troy E. Cress suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

277. Plaintiff Bryan Dale M. Crisostomo was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bryan Dale M. Crisostomo suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

278. Plaintiff Elisa Cruz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Elisa Cruz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

279. Plaintiff Cameron Andrew Cunningham was on the JBPHH water line

at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cameron Andrew Cunningham suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

280. Plaintiff Jenna Leigh Cunningham was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jenna Leigh Cunningham suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

281. Plaintiff Brian Christopher Curnutt was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brian Christopher Curnutt suffered, without limitation, inconvenience, emotional distress, and/or

personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

282. Plaintiff Elizabeth Taylor Currie was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Elizabeth Taylor Currie suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

283. Plaintiff William Harold Cusic was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff William Harold Cusic suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

284. Plaintiff Marsha Maristela Damon was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Marsha Maristela Damon suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

285. Plaintiff Wesley Ray Darst was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Wesley Ray Darst suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

286. Plaintiff James Wesley Davey was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Wesley Davey suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

287. Plaintiff Jordan Marquanne Davey was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jordan Marquanne Davey suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

288. Plaintiff Adam Davis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Adam Davis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

289. Plaintiff Christopher Michael DAVIS was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Michael DAVIS suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

290. Plaintiff Jennifer Davis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jennifer DAVIS suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

291. Plaintiff Karla Lowe Davis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Karla Lowe DAVIS suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

292. Plaintiff Richard Lee Davis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Richard Lee DAVIS suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

293. Plaintiff Edward Christian Dekok was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Edward Christian DEKOK suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

294. Plaintiff Donald John Delach was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Donald John Delach suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

295. Plaintiff Samuel D. Delacruz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Samuel D. Delacruz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

296. Plaintiff Marcus Cleveland Delaune was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Marcus Cleveland Delaune suffered, without limitation, inconvenience, emotional distress, and/or

personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

297. Plaintiff Jason M. Delgado was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jason M. Delgado suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

298. Plaintiff Justin Ross Deloss was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Ross Deloss suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

299. Plaintiff Joseph L. Devore was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph L. Devore suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

300. Plaintiff Fernando Diamantino was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Fernando Diamantino suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

301. Plaintiff Alex Joel Marron Diaz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alex Joel Marron Diaz suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

302. Plaintiff Edward Gonzalez Diaz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Edward Gonzalez Diaz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

303. Plaintiff Steven Mckenzie Dickens was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Steven Mckenzie Dickens suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

304. Plaintiff Linda S. Dickey was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Linda S. Dickey suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

305. Plaintiff Bryan Eric Dietz Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bryan Eric Dietz Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

306. Plaintiff Christian Dietz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christian Dietz suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

307. Plaintiff Bon S. Diley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bon S. Diley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

308. Plaintiff Nicholas J. Donovan was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nicholas J. Donovan suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

309. Plaintiff Christopher Baker Doscher was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Baker Doscher suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

310. Plaintiff Caroline Dotson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Caroline Dotson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

311. Plaintiff Emily Douglas was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Emily Douglas suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

312. Plaintiff Kodie Jaikob Dowds was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kodie Jaikob Dowds suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

313. Plaintiff James Robert Downes was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Robert Downes suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

314. Plaintiff Dyamon M. Draper was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dyamon M. Draper suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

315. Plaintiff Brandon Lee Driessen was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon Lee Driessen suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

316. Plaintiff Jason Drummond was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jason Drummond suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

317. Plaintiff Erika Jazmin Duarte was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Erika Jazmin Duarte suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

318. Plaintiff Kai N. Dunlap was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kai N. Dunlap suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

319. Plaintiff Thomas A. Duren was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Thomas A. Duren suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

320. Plaintiff Eric M. Dyar was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Eric M. Dyar suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

321. Plaintiff Kevin Michael Eagen was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kevin Michael Eagen suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

322. Plaintiff Jordan James Earley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jordan James Earley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

323. Plaintiff Blake Robert Edwards was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Blake Robert Edwards suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

324. Plaintiff David Alaka'I Edwards was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Alaka'I Edwards suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

325. Plaintiff Matthew Edwards was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Edwards suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

326. Plaintiff Teresa Edwards was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Teresa Edwards suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

327. Plaintiff John Egizii was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John Egizii suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

328. Plaintiff Theo D. Elisha was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Theo D. Elisha suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

329. Plaintiff Johnathon Ellis was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Johnathon Ellis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

330. Plaintiff Joshua Ellis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Ellis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

331. Plaintiff Pamela Lynn Ellison was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Pamela Lynn Ellison suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

332. Plaintiff Jason Ensweiler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jason Ensweiler suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

333. Plaintiff Tyler John Erickson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tyler John Erickson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

334. Plaintiff Devin Erne was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Devin Erne suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

335. Plaintiff Anthony Christian Escue was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony Christian Escue suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

336. Plaintiff Steven C. Espinet was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Steven C. Espinet suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

337. Plaintiff Ricardo Espinoza was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ricardo Espinoza suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

338. Plaintiff Jeffrey Orlando Estioko was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeffrey Orlando Estioko suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

339. Plaintiff Zachariah Ray Etheridge was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachariah Ray Etheridge suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

340. Plaintiff Joshua David Evensen was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua David Evensen suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

341. Plaintiff Kalena Marie Exner was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kalena Marie Exner suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

342. Plaintiff Joshua Lee Failing was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Lee Failing suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

343. Plaintiff Steven Faisst was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Steven Faisst suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

344. Plaintiff Wendy Y. Kuffel Falcon was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Wendy Y. Kuffel Falcon suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

345. Plaintiff David S. Fanelli was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David S. Fanelli suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

346. Plaintiff Bernard Brandon Fawcett was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bernard Brandon Fawcett suffered, without limitation, inconvenience, emotional distress, and/or

personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

347. Plaintiff Christopher S. Fennell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher S. Fennell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

348. Plaintiff Evan Lee Ferguson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Evan Lee Ferguson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

349. Plaintiff Kevin Ferguson, Jr. was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kevin Ferguson, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

350. Plaintiff Jonathan Fernandez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jonathan Fernandez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

351. Plaintiff Charles Fields was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Charles Fields suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

352. Plaintiff Clarissa L. Fields was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Clarissa L. Fields suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

353. Plaintiff Amanda Figueroa was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Amanda Figueroa suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

354. Plaintiff Diana Isabel Findlayter was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Diana Isabel Findlayter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

355. Plaintiff Jesse Bryant Fine was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jesse Bryant Fine suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

356. Plaintiff John Fisher was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John Fisher suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

357. Plaintiff Thomas M. Fitzpatrick was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Thomas M. Fitzpatrick suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

358. Plaintiff Terry D. Flanagan was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Terry D. Flanagan suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

359. Plaintiff Dana Allen Fleming was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dana Allen Fleming suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

360. Plaintiff Rashie Ahmed Flintroy was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rashie Ahmed Flintroy suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

361. Plaintiff Christhian Floril was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christhian Floril suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

362. Plaintiff Malik Floyd was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Malik Floyd suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

363. Plaintiff Michael Liam Flynn was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael Liam Flynn suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

364. Plaintiff Mark Fontana was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Mark Fontana suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

365. Plaintiff David K. Fontenot was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David K. Fontenot suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

366. Plaintiff Andrew Foor was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andrew Foor suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

367. Plaintiff Ivana Ford was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ivana Ford suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

368. Plaintiff Benjamin Forsman was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Benjamin Forsman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

369. Plaintiff Jason Edward Fountain was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jason Edward Fountain suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

370. Plaintiff James Louis Fowler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Louis Fowler suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

371. Plaintiff Joshua Allen Fox was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Allen Fox suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

372. Plaintiff Armando Franco was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Armando Franco suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

373. Plaintiff Michael Matthew Free was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael Matthew Free suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

374. Plaintiff Scott James Freeland was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Scott James Freeland suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

375. Plaintiff Koda Freeman was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Koda Freeman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

376. Plaintiff Jayme Ryan Alumia Frianeza was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jayme Ryan Alumia Frianeza suffered, without limitation, inconvenience,

emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

377. Plaintiff Andrew Jason Fry was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andrew Jason Fry suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

378. Plaintiff Mark Landrum Fulcher was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Mark Landrum Fulcher suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

379. Plaintiff Carlos Gaitan was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Carlos Gaitan suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

380. Plaintiff Andrew Gaither was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andrew Gaither suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

381. Plaintiff Michael Adrian C. Garcia was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael Adrian C. Garcia suffered, without limitation, inconvenience, emotional distress, and/or

personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

382. Plaintiff Torrey Travaughn Gardiner was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Torrey Travaughn Gardiner suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

383. Plaintiff Raven James Gardner was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Raven James Gardner suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

384. Plaintiff Michael M. Marlando Garel was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael M. Marlando Garel suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

385. Plaintiff Tommy Joe Garner was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tommy Joe Garner suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

386. Plaintiff Joshua Samson Garrett was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Samson Garrett suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

387. Plaintiff Francisco Rene Gaytan was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Francisco Rene Gaytan suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

388. Plaintiff David Sebastian George was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Sebastian George suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

389. Plaintiff Taylor J. Germain was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Taylor J. Germain suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

390. Plaintiff Justin Andre Gholston was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Andre Gholston suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

391. Plaintiff Nicholas Richie Giambattista was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nicholas Richie Giambattista suffered, without limitation, inconvenience,

emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

392. Plaintiff Peter Giangrasso was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Peter Giangrasso suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

393. Plaintiff Patrick Giannico was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Patrick Giannico suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

394. Plaintiff Andrew J. Gibson was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andrew J. Gibson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

395. Plaintiff Matthew Dylan Gilmore was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Dylan Gilmore suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

396. Plaintiff Nichole Marie Gioiello was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nichole Marie Gioiello suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

397. Plaintiff Logan John Glancy was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Logan John Glancy suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

398. Plaintiff Andrew Kenneth Glaser was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andrew Kenneth Glaser suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

399. Plaintiff Jennifer Lynn Glick was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jennifer Lynn Glick suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

400. Plaintiff Matthew Louis Glick was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Louis Glick suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

401. Plaintiff Adriel Gomez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Adriel Gomez suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

402. Plaintiff Donald Anthony Gomez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Donald Anthony Gomez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

403. Plaintiff Yerandy Gongora-Caballero was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Yerandy Gongora-Caballero suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

404. Plaintiff Aaron Gonzales was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aaron Gonzales suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

405. Plaintiff Mercedes Chavez Gonzales was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Mercedes Chavez Gonzales suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

406. Plaintiff Samuel C. Gonzales was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Samuel C. Gonzales suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

407. Plaintiff Victor Antonio Gonzalez Rodriguez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Victor Antonio Gonzalez Rodriguez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

408. Plaintiff Jesus Fernando Gonzalez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jesus Fernando Gonzalez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

409. Plaintiff Jason R. Goodman was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jason R. Goodman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

410. Plaintiff Joshua Brady Gordon was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Brady Gordon suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

411. Plaintiff Michael R. Gordon was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael R. Gordon suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

412. Plaintiff Recardo Grady was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Recardo Grady suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

413. Plaintiff James Mark Graham was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Mark Graham suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

414. Plaintiff Joseph P. Grano was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph P. Grano suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

415. Plaintiff Brian James Gray was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brian James Gray suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

416. Plaintiff Terrian R.S Gray-Gholston was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Terrian R.S Gray-Gholston suffered, without limitation, inconvenience, emotional distress, and/or

personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

417. Plaintiff Adam Green was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Adam Green suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

418. Plaintiff Gerald Wade Greenlee was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Gerald Wade Greenlee suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

419. Plaintiff Edward Lee Gribbins, III was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Edward Lee Gribbins, III suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

420. Plaintiff Justin Griffin was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Griffin suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

421. Plaintiff Joseph Grill was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Grill suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

422. Plaintiff Ryan Grisham was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ryan Grisham suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

423. Plaintiff Christopher Grommes was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Grommes suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

424. Plaintiff Joshua Guerrero was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Guerrero suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

425. Plaintiff Steven Gugliemelli was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Steven Gugliemelli suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

426. Plaintiff Troy Allen Gunter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Troy Allen Gunter suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

427. Plaintiff Brandon A. Guzman was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon A. Guzman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

428. Plaintiff Gene Philip Haayer was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Gene Philip Haayer suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

429. Plaintiff Jeffrey B. Hainsworth was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeffrey B. Hainsworth suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

430. Plaintiff James Ryan Hale was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Ryan Hale suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

431. Plaintiff Jeneida Hall was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeneida Hall suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

432. Plaintiff Markel Vizells Hall was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Markel Vizells Hall suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

433. Plaintiff Nateisha Asha Hall was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nateisha Asha Hall suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

434. Plaintiff Seth Hudson Hall was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Seth Hudson Hall suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

435. Plaintiff Zachary Morgan Hall was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachary Morgan Hall suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

436. Plaintiff James Donald Halsell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Donald Halsell suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

437. Plaintiff Alexander Halverson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alexander Halverson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

438. Plaintiff Kamalu B. Han was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kamalu B. Han suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

439. Plaintiff Brian Hanley was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brian Hanley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

440. Plaintiff William M. Harkins was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff William M. Harkins suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

441. Plaintiff Jesse Harms was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jesse Harms suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

442. Plaintiff Noah J. Harms was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Noah J. Harms suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

443. Plaintiff Jacob Harpenau was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jacob Harpenau suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

444. Plaintiff Jillian Leigh Harpenau was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jillian Leigh Harpenau suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

445. Plaintiff Nicholas Harrell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nicholas Harrell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

446. Plaintiff Marcie Knox Hart was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Marcie Knox Hart suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

447. Plaintiff Morgan Hart was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Morgan Hart suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

448. Plaintiff Thomas Hart was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Thomas Hart suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

449. Plaintiff Benjamin Ron Hartman was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Benjamin Ron Hartman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

450. Plaintiff Daniel Hartney was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Daniel Hartney suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

451. Plaintiff Davondra Shamice Hasley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Davondra Shamice Hasley suffered, without limitation, inconvenience, emotional distress, and/or

personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

452. Plaintiff Christopher Michael Hauf, Sr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Michael Hauf, Sr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

453. Plaintiff Shannon Marie Hauser-Choate was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Shannon Marie Hauser-Choate suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

454. Plaintiff Eric Thomas Heim was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Eric Thomas Heim suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

455. Plaintiff Allen Helenihi was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Allen Helenihi suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

456. Plaintiff Jailyn Henderson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jailyn Henderson suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

457. Plaintiff Dontrelle Henry was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dontrelle Henry suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

458. Plaintiff Jeb Heppner was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeb Heppner suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

459. Plaintiff Cynthia Narie Hernandez was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cynthia Narie Hernandez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

460. Plaintiff James Lucas Hernandez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Lucas Hernandez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

461. Plaintiff Brandon Hewett was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon Hewett suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

462. Plaintiff Sean Higgins was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sean Higgins suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

463. Plaintiff Jack High, III was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jack High, III suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

464. Plaintiff Thomas Hileman was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Thomas Hileman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

465. Plaintiff Christian Noah Hill was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christian Noah Hill suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

466. Plaintiff Jacob Hill was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jacob Hill suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

467. Plaintiff Frederick Hillard was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Frederick Hillard suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

468. Plaintiff Jennifer Hinkley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jennifer Hinkley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

469. Plaintiff Richard Hodgson was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Richard Hodgson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

470. Plaintiff Erin C. Holley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Erin C. Holley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

471. Plaintiff Eric Allen Hollingsworth was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Eric Allen Hollingsworth suffered, without limitation, inconvenience, emotional distress,

and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

472. Plaintiff Michael Holmes was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael Holmes suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

473. Plaintiff Dakota Reed Hood was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dakota Reed Hood suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

474. Plaintiff Jason Horne was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jason Horne suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

475. Plaintiff Hayden C. Hornsby was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Hayden C. Hornsby suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

476. Plaintiff Phenize Howell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Phenize Howell suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

477. Plaintiff Timothy Craig Howland was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Timothy Craig Howland suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

478. Plaintiff Justin Hudgins was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Hudgins suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

479. Plaintiff Josef Hughes was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Josef Hughes suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

480. Plaintiff Keegan Daniel Hughes was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Keegan Daniel Hughes suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

481. Plaintiff Carlton Huguley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Carlton Huguley suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

482. Plaintiff Corey Michael Humphries was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Corey Michael Humphries suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

483. Plaintiff Brandon Hunsaker was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon Hunsaker suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

484. Plaintiff Sedale Lovell Hunter was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sedale Lovell Hunter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

485. Plaintiff James Edward Hutchinson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Edward Hutchinson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

486. Plaintiff Aldenn T. Iga was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aldenn T. Iga suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

487. Plaintiff Ashley Nicole Ihrig was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ashley Nicole Ihrig suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

488. Plaintiff Joberly Ann Pizzuto Ihrig was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joberly Ann Pizzuto Ihrig suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

489. Plaintiff Melanie Ingram was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Melanie Ingram suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

490. Plaintiff David Lee Isotalo was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Lee Isotalo suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

491. Plaintiff Emily A. Ives was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Emily A. Ives suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

492. Plaintiff Dwayne Dwight Ivey was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dwayne Dwight Ivey suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

493. Plaintiff Desmond Armand Jackson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Desmond Armand Jackson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

494. Plaintiff Jeremy Jackson was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeremy Jackson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

495. Plaintiff Jason Douglas Jacobs was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jason Douglas Jacobs suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

496. Plaintiff Peter Jacobs was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Peter Jacobs suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

497. Plaintiff Nishai Iqujah Jamison was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nishai Iqujah Jamison suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

498. Plaintiff Gabriel Jaques was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Gabriel Jaques suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

499. Plaintiff Erika Jaramillo was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Erika Jaramillo suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

500. Plaintiff Ian Mackinnon Jarvis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ian Mackinnon Jarvis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

501. Plaintiff Christian Jenkins was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christian Jenkins suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

502. Plaintiff Cynthia Margarita Jenkins was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cynthia Margarita Jenkins suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

503. Plaintiff Jeremy Daniel Jenkins was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeremy Daniel Jenkins suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

504. Plaintiff Thomas Walter Jensen was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Thomas Walter Jensen suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

505. Plaintiff Rosenda L. Jiao was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rosenda L. Jiao suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

506. Plaintiff Kalin Jimenez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kalin Jimenez suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

507. Plaintiff Adrian Raniar Johnson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Adrian Raniar JOHNSON suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

508. Plaintiff Eli J. Johnson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Eli J. Johnson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

509. Plaintiff Johnny Steven Johnson was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Johnny Steven Johnson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

510. Plaintiff Joseph Edward Johnson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Edward Johnson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

511. Plaintiff Kenneth Johnson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kenneth Johnson suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

512. Plaintiff Monica Nicole Johnson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Monica Nicole Johnson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

513. Plaintiff Rodney Jermaine Johnson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rodney Jermaine Johnson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

514. Plaintiff Wayne Edward Johnson, Jr. was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Wayne Edward Johnson, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

515. Plaintiff Erik C. Jones was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Erik C. Jones suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

516. Plaintiff Justin Jones was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Jones suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

517. Plaintiff Keyona Monique Jones was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Keyona Monique Jones suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

518. Plaintiff Kyle A. Jones was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kyle A. Jones suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

519. Plaintiff Lynwood Ray Jones was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Lynwood Ray Jones suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

520. Plaintiff Robert Adam Jones was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Robert Adam Jones suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

521. Plaintiff Travis Lee Jones was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Travis Lee Jones suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

522. Plaintiff Zackery P. Jones was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zackery P. Jones suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

523. Plaintiff Ryan Andrew Josephs was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ryan Andrew Josephs suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

524. Plaintiff Terrance Demetrius Julius was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Terrance Demetrius Julius suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

525. Plaintiff Ronald J. Jumbelick was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ronald J. Jumbelick suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

526. Plaintiff Ruben G. Jurado was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ruben G. Jurado suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

527. Plaintiff Jeremiah G. Kachel was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeremiah G. Kachel suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

528. Plaintiff James J. Jr Kaiktsian was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James J. Jr Kaiktsian suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

529. Plaintiff Nicholas R. Karp was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nicholas R. Karp suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

530. Plaintiff Austin Winslow Kays-Henry was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Austin Winslow Kays-Henry suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

531. Plaintiff Amanda Lynn Kelley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Amanda Lynn Kelley suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

532. Plaintiff Clara Taumaloto Kelley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Clara Taumaloto Kelley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

533. Plaintiff Lavance Rondel Kennar was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Lavance Rondel Kennar suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

534. Plaintiff Joseph A. Keown was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph A. Keown suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

535. Plaintiff Kristin Lee Kernan was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kristin Lee Kernan suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

536. Plaintiff Karl Kahaleolu Kidder was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Karl Kahaleolu Kidder suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

537. Plaintiff John Austin Kidwell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John Austin Kidwell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

538. Plaintiff Antonio Kilpatrick was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Antonio Kilpatrick suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

539. Plaintiff Seongmin Kim was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Seongmin Kim suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

540. Plaintiff Christopher Philip Kimball was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Philip Kimball suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

541. Plaintiff Dennis Dewitt Kimbrough, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dennis Dewitt Kimbrough, Jr. suffered, without limitation, inconvenience,

emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

542. Plaintiff Gordon Kimura was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Gordon Kimura suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

543. Plaintiff Jonathan King was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jonathan King suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

544. Plaintiff Cinthia Kinney was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cinthia Kinney suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

545. Plaintiff Amanda Joy Kinser was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Amanda Joy Kinser suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

546. Plaintiff Andrew Scott Kinser was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andrew Scott Kinser suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

547. Plaintiff Zachary Thomas Kirchner was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachary Thomas Kirchner suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

548. Plaintiff Anthony Joseph Kirkeeng was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony Joseph Kirkeeng suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

549. Plaintiff David Kirkpatrick was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Kirkpatrick suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

550. Plaintiff Jeffrey C. Kistler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeffrey C. Kistler suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

551. Plaintiff Nicholas Floyd Kizzie was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nicholas Floyd Kizzie suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

552. Plaintiff Matthew Kleman was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Kleman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

553. Plaintiff Kyle A. Kline was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kyle A. Kline suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

554. Plaintiff Cassandra Lynn Kochera was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cassandra Lynn Kochera suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

555. Plaintiff Cyndra Kohfeldt was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cyndra Kohfeldt suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

556. Plaintiff Joel Thomas Kolterjahn was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joel Thomas Kolterjahn suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

557. Plaintiff Richard Ryan Kruer was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Richard Ryan Kruer suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

558. Plaintiff Eric Michael Kruk was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Eric Michael Kruk suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

559. Plaintiff Joseph Krupsky was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Krupsky suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

560. Plaintiff Joshua Kuepper was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Kuepper suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

561. Plaintiff Bryan Kutta was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bryan Kutta suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

562. Plaintiff Jeremy Kuykendall was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeremy Kuykendall suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

563. Plaintiff Ryan Jacob Lackovic was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ryan Jacob Lackovic suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

564. Plaintiff William J. Laduke was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff William J. Laduke suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

565. Plaintiff Joel Lamagna was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joel Lamagna suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

566. Plaintiff Brandon Michael Lami was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon Michael Lami suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

567. Plaintiff Brian Christopher Landry was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brian Christopher Landry suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

568. Plaintiff Jacob Michael Lane was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jacob Michael Lane suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

569. Plaintiff Brady J. Lantz was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brady J. Lantz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

570. Plaintiff Mitchell John Larsen was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Mitchell John Larsen suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

571. Plaintiff Alexander Law was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alexander Law suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

572. Plaintiff Brian Allen Lawton was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brian Allen Lawton suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

573. Plaintiff Cuong Thiet Le was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cuong Thiet Le suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

574. Plaintiff Ngochanh Le was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ngochanh Le suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

575. Plaintiff Mark Julius Leano was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Mark Julius Leano suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

576. Plaintiff Joseph Adrien Daniel Leclerc was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Adrien Daniel Leclerc suffered, without limitation, inconvenience,

emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

577. Plaintiff Jordan D. Ledbetter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jordan D. Ledbetter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

578. Plaintiff Justin David Lee was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin David Lee suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

579. Plaintiff Tiara Nicole Lee was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tiara Nicole Lee suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

580. Plaintiff Shawn Leonard was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Shawn Leonard suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

581. Plaintiff Nathan Andrew Leppert was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathan Andrew Leppert suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

582. Plaintiff Ayana Levine was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ayana Levine suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

583. Plaintiff Bryce Lewis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bryce Lewis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

584. Plaintiff Kevin Patrick Lewis was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kevin Patrick Lewis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

585. Plaintiff Lashondria Lewis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Lashondria Lewis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

586. Plaintiff Morgan T. Lewis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Morgan T. Lewis suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

587. Plaintiff James R. Ley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James R. Ley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

588. Plaintiff Jan Michael Liechty was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jan Michael Liechty suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

589. Plaintiff David Lincoln was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Lincoln suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

590. Plaintiff Shawn Lindsay was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Shawn Lindsay suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

591. Plaintiff Medjine Lindsey was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Medjine Lindsey suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

592. Plaintiff Donavin Payton Lingley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Donavin Payton Lingley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

593. Plaintiff Casey Brian Lipe was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Casey Brian Lipe suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

594. Plaintiff Justin T. Lissimore was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin T. Lissimore suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

595. Plaintiff Matthew Scott Littlefield was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Scott Littlefield suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

596. Plaintiff Stephen Curtis Loeh was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Stephen Curtis Loeh suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

597. Plaintiff Jaquan Loftin was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jaquan Loftin suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

598. Plaintiff Brandon Logsdon was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon Logsdon suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

599. Plaintiff Clarence S. Lombard, II was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Clarence S. Lombard, II suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

600. Plaintiff Mel Louis Loncaric was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Mel Louis Loncaric suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

601. Plaintiff James Long was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Long suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

602. Plaintiff Steven O'Briant Lonix was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Steven O'Briant Lonix suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

603. Plaintiff Griselda A. Lopez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Griselda A. Lopez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

604. Plaintiff Janncovi Lopez was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Janncovi Lopez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

605. Plaintiff Javier Lopez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Javier Lopez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

606. Plaintiff Nathan D. Lopinto was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathan D. Lopinto suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

607. Plaintiff Ronald Lorenzo was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ronald Lorenzo suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

608. Plaintiff Chaise Edward Lowe was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Chaise Edward Lowe suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

609. Plaintiff Darius Lucky was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Darius Lucky suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

610. Plaintiff Tyler R. Lukasik was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tyler R. Lukasik suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

611. Plaintiff Adonys B. Luna was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Adonys B. Luna suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

612. Plaintiff John Luke Lyons was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John Luke Lyons suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

613. Plaintiff Raeann Heather Macalma was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Raeann Heather Macalma suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

614. Plaintiff Aaron Mack was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aaron Mack suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

615. Plaintiff Anthony Maggenti was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony Maggenti suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

616. Plaintiff Thomas Magness was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Thomas Magness suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

617. Plaintiff Christopher Mahmood was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Mahmood suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

618. Plaintiff Mihaela Malawey was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Mihaela Malawey suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

619. Plaintiff Reynaldo G. Maldonado, Jr. was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Reynaldo G. Maldonado, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

620. Plaintiff Darrin Malleis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Darrin Malleis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

621. Plaintiff Zachary Garvin Manafort was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachary Garvin Manafort suffered, without limitation, inconvenience, emotional distress, and/or

personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

622. Plaintiff Justin Mandella was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Mandella suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

623. Plaintiff Gaetano C. Mangano was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Gaetano C. Mangano suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

624. Plaintiff Chad Richard Maniace was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Chad Richard Maniace suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

625. Plaintiff Melissa Anne Maniace was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Melissa Anne Maniace suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

626. Plaintiff Derek Thomas Mann was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Derek Thomas Mann suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

627. Plaintiff Keith Eric Marinics was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Keith Eric Marinics suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

628. Plaintiff Joseph L. Markham was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph L. Markham suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

629. Plaintiff Sashel Johnel Marquis-Wedderburn was on the JBPHH water

line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sashel Johnel Marquis-Wedderburn suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

630. Plaintiff Isaiah Samuel Martin was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Isaiah Samuel Martin suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

631. Plaintiff James Henry Martineau was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Henry Martineau suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

632. Plaintiff Frank J. Martinez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Frank J. Martinez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

633. Plaintiff Joseph Martinez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Martinez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

634. Plaintiff Nicholas Leonard Mastorakos was on the JBPHH water line

at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nicholas Leonard Mastorakos suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

635. Plaintiff Thomas Robert Matelski was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Thomas Robert Matelski suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

636. Plaintiff Lee Oliquino Mateo was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Lee Oliquino Mateo suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

637. Plaintiff Sierra Mattos was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sierra Mattos suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

638. Plaintiff Sebastien Maurrasse was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sebastien Maurrasse suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

639. Plaintiff Justin Tyler Maxey was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Tyler Maxey suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

640. Plaintiff David Allen May was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Allen May suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

641. Plaintiff Joshua Mayer was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Mayer suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

642. Plaintiff Devon W. Mayes was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Devon W. Mayes suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

643. Plaintiff Paige Mccann was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Paige Mccann suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

644. Plaintiff Matthew Robert Mccarthy was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Robert Mccarthy suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

645. Plaintiff Matthew Eric Mccay was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Eric Mccay suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

646. Plaintiff Kristopher A. Mcclain was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kristopher A. Mcclain suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

647. Plaintiff Daniel A. Mccready was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Daniel A. Mccready suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

648. Plaintiff Jasmine Mcfarland was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jasmine Mcfarland suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

649. Plaintiff Brady Mckenzie was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brady Mckenzie suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

650. Plaintiff Isaiha Jamal Mckenzie was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Isaiha Jamal Mckenzie suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

651. Plaintiff Joseph Mclaughlin was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Mclaughlin suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

652. Plaintiff Alex James Mcloughlin was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alex James Mcloughlin suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

653. Plaintiff Thomas Mcmaster was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Thomas Mcmaster suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

654. Plaintiff Paul K. Mcnair was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Paul K. Mcnair suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

655. Plaintiff Lucy Claire Mcnamee was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Lucy Claire Mcnamee suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

656. Plaintiff Ronte Mcneill was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ronte Mcneill suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

657. Plaintiff James Mcquillan was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Mcquillan suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

658. Plaintiff Brian Gilford Meachum was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brian Gilford Meachum suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

659. Plaintiff Martin Medina was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Martin Medina suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

660. Plaintiff Justin Medlen was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Medlen suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

661. Plaintiff Erin E. Meinders was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Erin E. Meinders suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

662. Plaintiff Seth Paul Meitzler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Seth Paul Meitzler suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

663. Plaintiff Ashley T. Velazquez Melendez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ashley T. Velazquez Melendez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

664. Plaintiff Derek Anthony Mendoza was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Derek Anthony Mendoza suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

665. Plaintiff Michael Anthony Merancio was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael Anthony Merancio suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

666. Plaintiff Ross Merrick was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ross Merrick suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

667. Plaintiff Donald Metcalf was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Donald Metcalf suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

668. Plaintiff Megan Renae Metcalf was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Megan Renae Metcalf suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

669. Plaintiff Martin Meyer was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Martin Meyer suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

670. Plaintiff Benjamin Alvaro Mikesell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Benjamin Alvaro Mikesell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

671. Plaintiff Kenneth Milam was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kenneth Milam suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

672. Plaintiff Billy Ray Miles was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Billy Ray Miles suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

673. Plaintiff Justin Mel Millard, Sr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Mel Millard, Sr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

674. Plaintiff Jarrod Miller was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jarrod Miller suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

675. Plaintiff John Michael Miller was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John Michael Miller suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

676. Plaintiff Nathaniel Miller was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathaniel Miller suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

677. Plaintiff Rubin Miller was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rubin Miller suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

678. Plaintiff Andrew J. Miltenberger was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andrew J. Miltenberger suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

679. Plaintiff Ibrahim Kaunda Mintoumba was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ibrahim Kaunda Mintoumba suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

680. Plaintiff Bryan Alexis Molina was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bryan Alexis Molina suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

681. Plaintiff Alan Yadurani Moloy was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alan Yadurani Moloy suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

682. Plaintiff William Abraham Monk was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff William Abraham Monk suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

683. Plaintiff Melody Montaldi was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Melody Montaldi suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

684. Plaintiff Michael Montaldi was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael Montaldi suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

685. Plaintiff William Rodrigo Montenegro was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff William Rodrigo Montenegro suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

686. Plaintiff Ricardo G. Montez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ricardo G. Montez suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

687. Plaintiff Jagger Dennis Montgomery was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jagger Dennis Montgomery suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

688. Plaintiff Tracy L. Montgomery, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tracy L. Montgomery, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

689. Plaintiff Amy Elizabeth Moore was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Amy Elizabeth Moore suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

690. Plaintiff Benjamin Keith Moore was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Benjamin Keith Moore suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

691. Plaintiff Matthew Moore was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Moore suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

692. Plaintiff Raqman Sharrieff Moore was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Raqman Sharrieff Moore suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

693. Plaintiff Jamaal Natiez Moragne was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jamaal Natiez Moragne suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

694. Plaintiff Juakita R. Moragne was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Juakita R. Moragne suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

695. Plaintiff Daniel Rey Morales was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Daniel Rey Morales suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

696. Plaintiff Juan Moreno was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Juan Moreno suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

697. Plaintiff Nelson Moreno was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nelson Moreno suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

698. Plaintiff Keacia Arreafia Morgan-Brown was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Keacia Arreafia Morgan-Brown suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

699. Plaintiff Terry Robert Morphis was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Terry Robert Morphis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

700. Plaintiff Javan Morrison was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Javan Morrison suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

701. Plaintiff Michael Morrison was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael Morrison suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

702. Plaintiff Brittany Morrow was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brittany Morrow suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

703. Plaintiff Jeffrey Morter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeffrey Morter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

704. Plaintiff Jeremy Thomas Moselle was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeremy Thomas Moselle suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

705. Plaintiff Jenna Elle Moss was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jenna Elle Moss suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

706. Plaintiff Angelito Mostajo, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Angelito Mostajo, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

707. Plaintiff Matthew David Mula was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew David Mula suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

708. Plaintiff Martin E. Muniz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Martin E. Muniz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

709. Plaintiff Carlos Renato Munoz was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Carlos Renato Munoz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

710. Plaintiff Oscar Munoz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Oscar Munoz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

711. Plaintiff Omar Murillo was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Omar Murillo suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

712. Plaintiff Austin Charles Murphy was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Austin Charles Murphy suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

713. Plaintiff Stephen Christopher Nagle was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Stephen Christopher Nagle suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

714. Plaintiff Kamuela K. Nahinu was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kamuela K. Nahinu suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

715. Plaintiff Marina Liz Nau was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Marina Liz Nau suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

716. Plaintiff Conrad Howard Nazar, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Conrad Howard Nazar, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

717. Plaintiff Zachary Blackmer Nedwell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachary Blackmer Nedwell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

718. Plaintiff James Robert Neff was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Robert Neff suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

719. Plaintiff Anthony Nelson, Jr. was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony Nelson, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

720. Plaintiff Devin A. Nelson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Devin A. Nelson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

721. Plaintiff Julian A. Neris was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Julian A. Neris suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

722. Plaintiff Luke Benjamin Newton was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Luke Benjamin Newton suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

723. Plaintiff Bret Douglas Neyman was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bret Douglas Neyman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

724. Plaintiff Derek R. Nichols was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Derek R. Nichols suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

725. Plaintiff Amanda Leigh Nielsen was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Amanda Leigh Nielsen suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

726. Plaintiff Ernie Nieves was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ernie Nieves suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

727. Plaintiff Melinda Lorraine Nixon was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Melinda Lorraine Nixon suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

728. Plaintiff Nathan Nixon was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathan Nixon suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

729. Plaintiff Caleb A. Noble was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Caleb A. Noble suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

730. Plaintiff Frederick Norman was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Frederick Norman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

731. Plaintiff Giovanny Nunez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Giovanny Nunez suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

732. Plaintiff Caroline Ochoa was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Caroline Ochoa suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

733. Plaintiff Dominic Emanuel Ochoa was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dominic Emanuel Ochoa suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

734. Plaintiff Nathan Ronald O'Connell was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathan Ronald O'Connell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

735. Plaintiff Apolonio Olivarez, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Apolonio Olivarez, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

736. Plaintiff Sandra Olmos was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sandra Olmos suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

737. Plaintiff Chad William Olsen was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Chad William Olsen suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

738. Plaintiff Joseph Isaiah Orcutt was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Isaiah Orcutt suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

739. Plaintiff Dale Orgas was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dale Orgas suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

740. Plaintiff Nicolas D. Ortega was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nicolas D. Ortega suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

741. Plaintiff Jon Ortiguerra was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jon Ortiguerra suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

742. Plaintiff Joshua A. Ortiz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua A. Ortiz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

743. Plaintiff Nathan Tyler Otterbacher was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathan Tyler Otterbacher suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

744. Plaintiff James Earl Otto was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Earl Otto suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

745. Plaintiff Kari Jean Otto was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kari Jean Otto suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

746. Plaintiff Adam Matthew Overton was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Adam Matthew Overton suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

747. Plaintiff Armando Ozuna, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Armando Ozuna, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

748. Plaintiff Norma Ozuna was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Norma Ozuna suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

749. Plaintiff Aman Nasir Pace was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aman Nasir Pace suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

750. Plaintiff Levi Dalton Pacsuta was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Levi Dalton Pacsuta suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

751. Plaintiff Brendan P. Padellford was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brendan P. Padellford suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

752. Plaintiff Craig Painter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Craig Painter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

753. Plaintiff Brandon Palmer was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon Palmer suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

754. Plaintiff Matthew M. Palmer was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew M. Palmer suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

755. Plaintiff Jonathan Lee Paris was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jonathan Lee Paris suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

756. Plaintiff Brian Patrick Parmerter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brian Patrick Parmerter suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

757. Plaintiff Christopher M. Parrinello was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher M. Parrinello suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

758. Plaintiff Brandon Lee Patrick was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon Lee Patrick suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

759. Plaintiff Sean Patton was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sean Patton suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

760. Plaintiff Frankie Paulino was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Frankie Paulino suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

761. Plaintiff Tyson L. Payne was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tyson L. Payne suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

762. Plaintiff Kevin Peccorini was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kevin Peccorini suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

763. Plaintiff Jonathan Peguero was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jonathan Peguero suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

764. Plaintiff Evan A. Pennington was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Evan A. Pennington suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

765. Plaintiff William Howard Penrose was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff William Howard Penrose suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

766. Plaintiff Daniel A. Perez, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Daniel A. Perez, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

767. Plaintiff Ricardo Perez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ricardo Perez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

768. Plaintiff Savannah Perez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Savannah Perez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

769. Plaintiff Nicholas R. Perunovich was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nicholas R. Perunovich suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

770. Plaintiff Hunter Petrie was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Hunter Petrie suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

771. Plaintiff Rebecca Lynne Petrie was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rebecca Lynne Petrie suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

772. Plaintiff Damon Michael Philipps was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Damon Michael Philipps suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

773. Plaintiff Robert J. Phillips was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Robert J. Phillips suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

774. Plaintiff Nichole Fern Piazzo was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nichole Fern Piazzo suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

775. Plaintiff Francisco Cabrera Picos was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Francisco Cabrera Picos suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

776. Plaintiff Justin Pilgrim was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Pilgrim suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

777. Plaintiff Austen Plant was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Austen Plant suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

778. Plaintiff Joshua Adam Platt was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Adam Platt suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

779. Plaintiff Samuel Adu Poku, Jr. was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Samuel Adu Poku, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

780. Plaintiff Anthony John Polio was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony John Polio suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

781. Plaintiff Zachary Charles Polster was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachary Charles Polster suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

782. Plaintiff Kenneth Carl Polston, III was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kenneth Carl Polston, III suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

783. Plaintiff David Anthony Pomory was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Anthony Pomory suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

784. Plaintiff Brian Alexander Ponce De Leon was on the JBPHH water

line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brian Alexander Ponce De Leon suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

785. Plaintiff Joshua Aaron Pooton was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Aaron Pooton suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

786. Plaintiff Jonathan Popovich was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jonathan Popovich suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

787. Plaintiff Christopher Scott Poss was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Scott Poss suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

788. Plaintiff Eric Lee Poston was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Eric Lee Poston suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

789. Plaintiff Kirsten Mckenzie Powell was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kirsten Mckenzie Powell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

790. Plaintiff Michael A. Powell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael A. Powell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

791. Plaintiff Chase Poynter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Chase Poynter suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

792. Plaintiff Christopher Nelson Presume was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Nelson Presume suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

793. Plaintiff Ryan Price was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ryan Price suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

794. Plaintiff Walter Henry Priebe, III was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Walter Henry Priebe, III suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

795. Plaintiff Benjamin Howard Priga was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Benjamin Howard Priga suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

796. Plaintiff Robert Joseph Prigmore was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Robert Joseph Prigmore suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

797. Plaintiff Casey Probert was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Casey Probert suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

798. Plaintiff Neil Pulver was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Neil Pulver suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

799. Plaintiff Edward Pygott was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Edward Pygott suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

800. Plaintiff Kiandra Marie Raday was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kiandra Marie Raday suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

801. Plaintiff Daniel Michael Rafel, was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Daniel Michael Rafel suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

802. Plaintiff Joshua Christian Rakes was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Christian Rakes suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

803. Plaintiff Aaron Ramirez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aaron Ramirez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

804. Plaintiff Steven Ochoa Ramos was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Steven Ochoa Ramos suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

805. Plaintiff Michael Shy Ramsey, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael Shy Ramsey, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

806. Plaintiff Jamie Latrice Randall was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jamie Latrice Randall suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

807. Plaintiff Dallas Brian Raney, III was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dallas Brian Raney, III suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

808. Plaintiff Justin Paul Raney was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Paul Raney suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

809. Plaintiff David Eric Rayman was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Eric Rayman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

810. Plaintiff Devyn Louis Recinos was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Devyn Louis Recinos suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

811. Plaintiff Joshua Tyler Reed was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Tyler Reed suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

812. Plaintiff Sarah Reed was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sarah Reed suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

813. Plaintiff Spencer John Reed was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Spencer John Reed suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

814. Plaintiff John M. Reeves was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John M. Reeves suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

815. Plaintiff Chase Jacob Byrd Reid was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Chase Jacob Byrd Reid suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

816. Plaintiff Cody Reiling was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cody Reiling suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

817. Plaintiff Michael A. Reinshuttle was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael A. Reinshuttle suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

818. Plaintiff Randy Reiterman was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Randy Reiterman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

819. Plaintiff Jonathon Brent Repak was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jonathon Brent Repak suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

820. Plaintiff Samantha Resada was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Samantha Resada suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

821. Plaintiff Daniel P. Reuter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Daniel P. Reuter suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

822. Plaintiff Antonio L. Reynolds was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Antonio L. Reynolds suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

823. Plaintiff David Sousa Ribeiro was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Sousa Ribeiro suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

824. Plaintiff Alan Dean Ricker was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alan Dean Ricker suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

825. Plaintiff Taylor Sutton Ridge was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Taylor Sutton Ridge suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

826. Plaintiff Monique Rincon was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Monique Rincon suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

827. Plaintiff Chad Rippetue was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Chad Rippetue suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

828. Plaintiff Edwin Rivas, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Edwin Rivas, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

829. Plaintiff Gene Rivera was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Gene Rivera suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

830. Plaintiff David V. Rivera was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David V. Rivera suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

831. Plaintiff Alexander Ryan Rives was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alexander Ryan Rives suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

832. Plaintiff Kelly Robb was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kelly Robb suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

833. Plaintiff Daniel Caleb Robbins was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Daniel Caleb Robbins suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

834. Plaintiff Tristan S. Robbins was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tristan S. Robbins suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

835. Plaintiff Amanda Linn Roberts was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Amanda Linn Roberts suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

836. Plaintiff Samuel Caleb Roberts was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Samuel Caleb Roberts suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

837. Plaintiff Christopher Richard Robinson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Richard Robinson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

838. Plaintiff Cristian Rodriguez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cristian Rodriguez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

839. Plaintiff Luis Ivan Rodriguez was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Luis Ivan Rodriguez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

840. Plaintiff Nativo Jarrod Rodriguez was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nativo Jarrod Rodriguez suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

841. Plaintiff Joseph Rogers was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Rogers suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

842. Plaintiff Christopher Romanick was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Romanick suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

843. Plaintiff Brandon William Romansky was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon William Romansky suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

844. Plaintiff Joseph Rombold was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Rombold suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

845. Plaintiff Justin Richard Romero was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin Richard Romero suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

846. Plaintiff Kent Romney was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kent Romney suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

847. Plaintiff Matthew Joseph Rompca was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Joseph Rompca suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

848. Plaintiff Christopher G. Roness was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher G. Roness suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

849. Plaintiff Joshua P. Rosales was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua P. Rosales suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

850. Plaintiff Jaime Buchanan Ross was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jaime Buchanan Ross suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

851. Plaintiff Matthew Stephen Ross was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Stephen Ross suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

852. Plaintiff Agnes Rowe was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Agnes Rowe suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

853. Plaintiff Irv S. Rowe was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Irv S. Rowe suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

854. Plaintiff Jacob Neil Ruggles was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jacob Neil Ruggles suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

855. Plaintiff Christopher Michael Ruiz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Michael Ruiz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

856. Plaintiff Lawrence Russell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Lawrence Russell suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

857. Plaintiff Paul David Rusu was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Paul David Rusu suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

858. Plaintiff Jamie Foinn Rutter was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jamie Foinn Rutter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

859. Plaintiff Jacob Darrel Rydzewski was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jacob Darrel Rydzewski suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

860. Plaintiff Emerald Ariana Sabecky was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Emerald Ariana Sabecky suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

861. Plaintiff Ronald Salum Salatamos was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ronald Salum Salatamos suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

862. Plaintiff Raul Salazar was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Raul Salazar suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

863. Plaintiff Shamoi Samuel was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Shamoi Samuel suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

864. Plaintiff Diomantino San Nicolas was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Diomantino San Nicolas suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

865. Plaintiff Deric Christopher Sanders was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Deric Christopher Sanders suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

866. Plaintiff James W. Sanders was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James W. Sanders suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

867. Plaintiff Laura Sanders was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Laura Sanders suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

868. Plaintiff Sheldon L. Sanders was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sheldon L. Sanders suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

869. Plaintiff Michael D. Sandoval was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael D. Sandoval suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

870. Plaintiff Andrew M. Santamaria was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andrew M. Santamaria suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

871. Plaintiff Luis R. Santiago was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Luis R. Santiago suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

872. Plaintiff Dominic Santos was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dominic Santos suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

873. Plaintiff Niobel Rafael Santos was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Niobel Rafael Santos suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

874. Plaintiff Paul Marvin Mendoza Santos was on the JBPHH water line

at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Paul Marvin Mendoza Santos suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

875. Plaintiff Matthew Paul Sattler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Paul Sattler suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

876. Plaintiff Arthur Savage was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Arthur Savage suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

877. Plaintiff Brent David Savage was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brent David Savage suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

878. Plaintiff Edward Stephen Savich was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Edward Stephen Savich suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

879. Plaintiff Tristion V. Saysourivong was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tristion V. Saysourivong suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

880. Plaintiff Thomas Joseph Schafhausen was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Thomas Joseph Schafhausen suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

881. Plaintiff Carl James Schimpf was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Carl James Schimpf suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

882. Plaintiff Ryan Michael Schlesinger was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ryan Michael Schlesinger suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

883. Plaintiff Alexandra Schmidt was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alexandra Schmidt suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

884. Plaintiff Erich David Schmidt was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Erich David Schmidt suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

885. Plaintiff Cynthia E. Schmitz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cynthia E. Schmitz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

886. Plaintiff John C. Schneider was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John C. Schneider suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

887. Plaintiff Patrick Schneider was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Patrick Schneider suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

888. Plaintiff Anne Schollmeier was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anne Schollmeier suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

889. Plaintiff Gregory Mark Schollmeier was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Gregory Mark Schollmeier suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

890. Plaintiff Austin Schou was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Austin Schou suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

891. Plaintiff Carlos M. Schuler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Carlos M. Schuler suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

892. Plaintiff Myles Schumacher was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Myles Schumacher suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

893. Plaintiff Sean W. Scott was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sean W. Scott suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

894. Plaintiff Zachary Charles Scott was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachary Charles Scott suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

895. Plaintiff Shaun Patrick Seabold was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Shaun Patrick Seabold suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

896. Plaintiff Samantha Lynn Seals was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Samantha Lynn Seals suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

897. Plaintiff Carson Max Seibert was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Carson Max Seibert suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

898. Plaintiff Miranda Anosi Seloti was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Miranda Anosi Seloti suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

899. Plaintiff Titus Dupree Serrell was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Titus Dupree Serrell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

900. Plaintiff Anthony Michael Service was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony Michael Service suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

901. Plaintiff John Anthony Severo, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John Anthony Severo, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

902. Plaintiff Stephen Anthony Sexton was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Stephen Anthony Sexton suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

903. Plaintiff Deric John Sharkuski was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Deric John Sharkuski suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

904. Plaintiff Andrew Joseph Shaw was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Andrew Joseph Shaw suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

905. Plaintiff Candace N. Shaw was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Candace N. Shaw suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

906. Plaintiff Kathryn Shayer was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kathryn Shayer suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

907. Plaintiff Mark E. Shelly was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Mark E. Shelly suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

908. Plaintiff Shane Shibazaki was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Shane Shibazaki suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

909. Plaintiff Douglas Siemens was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Douglas Siemens suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

910. Plaintiff Korak Robert Simmons was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Korak Robert Simmons suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

911. Plaintiff Ronnell Lamonte Simmons was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ronnell Lamonte Simmons suffered, without limitation, inconvenience, emotional distress, and/or

personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

912. Plaintiff Deonte Travelle Singleton was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Deonte Travelle Singleton suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

913. Plaintiff Krystal Sjostrom was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Krystal Sjostrom suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

914. Plaintiff Joshua Slattery was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Slattery suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

915. Plaintiff Alexis Joy Smith was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alexis Joy Smith suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

916. Plaintiff Brian S. Smith was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brian S. Smith suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

917. Plaintiff Courtney Danielle Smith was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Courtney Danielle Smith suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

918. Plaintiff Curtis William Smith was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Curtis William Smith suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

919. Plaintiff Justin T. Smith was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Justin T. Smith suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

920. Plaintiff Kendall Marcel Smith was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kendall Marcel Smith suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

921. Plaintiff Massinissa Smith was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Massinissa Smith suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

922. Plaintiff Walter Smith was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Walter Smith suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

923. Plaintiff Derrick W. Snell was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Derrick W. Snell suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

924. Plaintiff Anthony Solis was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony Solis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

925. Plaintiff Jake Solis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jake Solis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

926. Plaintiff Dominic M. Solomon was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dominic M. Solomon suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

927. Plaintiff Caleb Somers was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Caleb Somers suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

928. Plaintiff Jonathan Kyle Sonnier was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jonathan Kyle Sonnier suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

929. Plaintiff Steven Sosa was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Steven Sosa suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

930. Plaintiff Ralph Soto was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ralph Soto suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

931. Plaintiff Rahsaan Yacine Souche was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rahsaan Yacine Souche suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

932. Plaintiff Dalton Souza was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dalton Souza suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

933. Plaintiff David Spain was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Spain suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

934. Plaintiff Darius De'Markus Sparks was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Darius De'Markus Sparks suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

935. Plaintiff Kyndra J'Cole Spear was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kyndra J'Cole Spear suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

936. Plaintiff Benjamin Spiegel was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Benjamin Spiegel suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

937. Plaintiff Leonard Joseph Spigiel, II was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Leonard Joseph Spigiel, II suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

938. Plaintiff Travis David Stachowski was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Travis David Stachowski suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

939. Plaintiff Christopher Joseph Staffa was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Christopher Joseph Staffa suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

940. Plaintiff Frederick Manansala Staines was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Frederick Manansala Staines suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

941. Plaintiff Devron Lee Stancil was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Devron Lee Stancil suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

942. Plaintiff Nathan Daniel Stanfield was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathan Daniel Stanfield suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

943. Plaintiff Ebo Labaron Stanford was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ebo Labaron Stanford suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

944. Plaintiff Kathleen Staple was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kathleen Staple suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

945. Plaintiff Brett Robert Steen was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brett Robert Steen suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

946. Plaintiff Maria Kathleen Steen was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Maria Kathleen Steen suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

947. Plaintiff Nathan Stephenson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathan Stephenson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

948. Plaintiff Michael Everett Stevens was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michael Everett Stevens suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

949. Plaintiff Anthony M. Stevenson was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony M. Stevenson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

950. Plaintiff Ronald Stickney was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ronald Stickney suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

951. Plaintiff James Crawford Stirling, IV was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James Crawford Stirling, IV suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

952. Plaintiff Sarah Stirling was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sarah Stirling suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

953. Plaintiff Charles P. Stokes was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Charles P. Stokes suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

954. Plaintiff Jerome Andrew Stradford, Jr. was on the JBPHH water line

at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jerome Andrew Stradford, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

955. Plaintiff Cameron Leegh Straight was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Cameron Leegh Straight suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

956. Plaintiff Austin A. Strickland was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Austin A. Strickland suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

957. Plaintiff Patrick Strouse was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Patrick Strouse suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

958. Plaintiff Brandon Stubbs was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brandon Stubbs suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

959. Plaintiff David Suter was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Suter suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

960. Plaintiff David L. Swofford was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David L. Swofford suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

961. Plaintiff Scott A. Tadevich was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Scott A. Tadevich suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

962. Plaintiff Dylan Talbot was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dylan Talbot suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

963. Plaintiff Brian W. Tate was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brian W. Tate suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

964. Plaintiff Dexter Akili Taylor was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dexter Akili Taylor suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

965. Plaintiff Erik Michael Taylor was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Erik Michael Taylor suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

966. Plaintiff Isaac L. Taylor was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Isaac L. Taylor suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

967. Plaintiff Nathaniel E. Taylor was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathaniel E. Taylor suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

968. Plaintiff Truett C. Taylor, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Truett C. Taylor, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

969. Plaintiff Austin Walter Temple was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Austin Walter Temple suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

970. Plaintiff Amanda Lynnette Tenly was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Amanda Lynnette Tenly suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

971. Plaintiff Brendon Alec Terry was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brendon Alec Terry suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

972. Plaintiff Curtis Terry was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Curtis Terry suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

973. Plaintiff Douglas Edward Teutsch was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Douglas Edward Teutsch suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

974. Plaintiff Jordan Teyshak was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jordan Teyshak suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

975. Plaintiff Colton Ward Thomas was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Colton Ward Thomas suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

976. Plaintiff Samantha Thomas was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Samantha Thomas suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

977. Plaintiff Blake Matthew Thompson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Blake Matthew Thompson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

978. Plaintiff Sarah Emma Thompson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sarah Emma Thompson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

979. Plaintiff Dennis T. Tiangco was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dennis T. Tiangco suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

980. Plaintiff Jonathan W. Tippit was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jonathan W. Tippit suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

981. Plaintiff Griffin Randall Toland was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Griffin Randall Toland suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

982. Plaintiff David Toledano was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Toledano suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

983. Plaintiff Wallace G. Tomason, III was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Wallace G. Tomason, III suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

984. Plaintiff John Morgan Toms was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John Morgan Toms suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

985. Plaintiff Raymond Torres was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Raymond Torres suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

986. Plaintiff Yamil Jorge Torres was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Yamil Jorge Torres suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

987. Plaintiff Jose Ramon Torresdiaz was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jose Ramon Torresdiaz suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

988. Plaintiff John Robert Trahan was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John Robert Trahan suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

989. Plaintiff Diann Elain Traina was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Diann Elain Traina suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

990. Plaintiff Sarah Renee Trambulo was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sarah Renee Trambulo suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

991. Plaintiff Aaron David Trawick was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aaron David Trawick suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

992. Plaintiff Nathaniel Robert Trovinger was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathaniel Robert Trovinger suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

993. Plaintiff John Tucker was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John Tucker suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

994. Plaintiff Nancy Irene Tucker was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nancy Irene Tucker suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

995. Plaintiff Joseph A. Turnage was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph A. Turnage suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

996. Plaintiff Emily H. Turner was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Emily H. Turner suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

997. Plaintiff Robyn M. Ulman was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Robyn M. Ulman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

998. Plaintiff Ian Phillip Underhile was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ian Phillip Underhile suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

999. Plaintiff Mitchell Unger was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Mitchell Unger suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1000. Plaintiff Robert Keith Van Devender was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Robert Keith Van Devender suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1001. Plaintiff Matthew Vanderheyden was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Vanderheyden suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1002. Plaintiff David Vang was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff David Vang suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1003. Plaintiff Joseph Robert Vaughan was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Robert Vaughan suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1004. Plaintiff Michele Mae Veverka was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Michele Mae Veverka suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1005. Plaintiff Daniel Rene Villela was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Daniel Rene Villela suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1006. Plaintiff Shannon Marie Vinson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Shannon Marie Vinson suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1007. Plaintiff Somsanouk Peter Viravong was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Somsanouk Peter Viravong suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1008. Plaintiff Johnny Vu Vo was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Johnny Vu Vo suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1009. Plaintiff Jesse Kenneth Voelk was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jesse Kenneth Voelk suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1010. Plaintiff Jerry E. Wagner was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jerry E. Wagner suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1011. Plaintiff Denver C. Wagoner was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Denver C. Wagoner suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1012. Plaintiff Derek Wahl was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Derek Wahl suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1013. Plaintiff Devin James Walker was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Devin James Walker suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1014. Plaintiff Victor H. Walker was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Victor H. Walker suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1015. Plaintiff Rory N. Walkley was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rory N. Walkley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1016. Plaintiff Britney Wallace was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Britney Wallace suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1017. Plaintiff Rachel C. Wallace was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Rachel C. Wallace suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1018. Plaintiff William Wallace was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff William Wallace suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1019. Plaintiff Kelson Warford was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kelson Warford suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1020. Plaintiff Aiden Robert Warner was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aiden Robert Warner suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1021. Plaintiff Richard Grant Warner, II was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Richard Grant Warner, II suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1022. Plaintiff Clarence D. Washington, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Clarence D. Washington, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1023. Plaintiff Maria Guadalupe Washington was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Maria Guadalupe Washington suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1024. Plaintiff Aaron Waters was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aaron Waters suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1025. Plaintiff Joseph Watkins was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Watkins suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1026. Plaintiff Zachary David Watkins was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Zachary David Watkins suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1027. Plaintiff Caden Michael Watson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Caden Michael Watson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1028. Plaintiff Stacy Watts was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Stacy Watts suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1029. Plaintiff Jacob Aaron Waynick was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jacob Aaron Waynick suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1030. Plaintiff John F. Weakley, Jr. was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff John F. Weakley, Jr. suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1031. Plaintiff Stacy Weaver was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Stacy Weaver suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1032. Plaintiff Dallas Jay Webster was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Dallas Jay Webster suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1033. Plaintiff Jamacio Lavonte Webster was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jamacio Lavonte Webster suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1034. Plaintiff Ryan M. Wells was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ryan M. Wells suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1035. Plaintiff Peter Jackman Wetterauer was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Peter Jackman Wetterauer suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1036. Plaintiff Bradley Wheeler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Bradley Wheeler suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1037. Plaintiff Joseph Thomas Wheeler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joseph Thomas Wheeler suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1038. Plaintiff Karol-Anne Janel Wheeler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Karol-Anne Janel Wheeler suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1039. Plaintiff James R. White was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff James R. White suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1040. Plaintiff Joshua White was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua White suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1041. Plaintiff Richard Kenneth White was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Richard Kenneth White suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1042. Plaintiff Jason A. Whitford was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jason A. Whitford suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1043. Plaintiff Britain F. Wilder was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Britain F. Wilder suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1044. Plaintiff Johnnie Wiley was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Johnnie Wiley suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1045. Plaintiff Sean Lowell Wilkes was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sean Lowell Wilkes suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1046. Plaintiff Jay Thomas Wilkinson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jay Thomas Wilkinson suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1047. Plaintiff Kyle Norris Wilkinson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kyle Norris Wilkinson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1048. Plaintiff Anthony Dewayne Willbanks was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony Dewayne Willbanks suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1049. Plaintiff Ernest R. Williams, III was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ernest R. Williams, III suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1050. Plaintiff Eugene Williams was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Eugene Williams suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1051. Plaintiff Jordan Williams was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jordan Williams suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1052. Plaintiff Kaitlin Renee Williams was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kaitlin Renee Williams suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1053. Plaintiff Quincy Williams was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Quincy Williams suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1054. Plaintiff Tauri Jessica Williams was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tauri Jessica Williams suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1055. Plaintiff Matthew Willis was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Willis suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1056. Plaintiff Anthony Caleb Wilson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Anthony Caleb Wilson suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1057. Plaintiff Matthew Wilson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Matthew Wilson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1058. Plaintiff Sean Patrick Wilson was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sean Patrick Wilson suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1059. Plaintiff Billy Trevor Gian Winfield was on the JBPHH water line at

the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Billy Trevor Gian Winfield suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1060. Plaintiff Molly K. Winnenberg was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Molly K. Winnenberg suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1061. Plaintiff Sydney A. Winnenberg was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Sydney A. Winnenberg suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1062. Plaintiff Alexander Justin Winterberger was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Alexander Justin Winterberger suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1063. Plaintiff Jeffrey Lamarr Wise was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeffrey Lamarr Wise suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1064. Plaintiff Joshua L. Wise was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua L. Wise suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1065. Plaintiff Konner Witt was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Konner Witt suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1066. Plaintiff Scott Wittkopp was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Scott Wittkopp suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1067. Plaintiff Julian Wix was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Julian Wix suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1068. Plaintiff Kimberly Frances Wojciechowski was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kimberly Frances Wojciechowski suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1069. Plaintiff Jakob Sinku Won was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jakob Sinku Won suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1070. Plaintiff Brock Wood was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Brock Wood suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1071. Plaintiff Tyler C. Wood was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tyler C. Wood suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1072. Plaintiff Edward Wayne Woods was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Edward Wayne Woods suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1073. Plaintiff Johnnie G. Worsham, III was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Johnnie G. Worsham, III suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1074. Plaintiff Ethan Wright was on the JBPHH water line at the time of

the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ethan Wright suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1075. Plaintiff Kirk J. Wright was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kirk J. Wright suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1076. Plaintiff Jack David Wrobel was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jack David Wrobel suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1077. Plaintiff Stacie Marie Wrobel was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Stacie Marie Wrobel suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1078. Plaintiff Apryl Wyke was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Apryl Wyke suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1079. Plaintiff Ajay Kumar Yadav was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ajay Kumar Yadav suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1080. Plaintiff Ted T. Yang was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ted T. Yang suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1081. Plaintiff Chris James Yarrington was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Chris James Yarrington suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1082. Plaintiff Kyle Austin Yeager was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Kyle Austin Yeager suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1083. Plaintiff Nathan Christian Yordy was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Nathan Christian Yordy suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1084. Plaintiff Tye Joseph Youmans was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Tye Joseph Youmans suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1085. Plaintiff Joshua Edward Young was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joshua Edward Young suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1086. Plaintiff Jeremie Zabko was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jeremie Zabko suffered, without limitation, inconvenience, emotional distress, and/or personal injury,

including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1087. Plaintiff Marc Andrew Zack was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Marc Andrew Zack suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1088. Plaintiff Aldo I. Zamoracardona was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Aldo I. Zamoracardona suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1089. Plaintiff Jaxon D. Zamudio was on the JBPHH water line at the time

of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Jaxon D. Zamudio suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1090. Plaintiff Celeste Pamela Zavala was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Celeste Pamela Zavala suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1091. Plaintiff Vanessa Nicole Zeigler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Vanessa Nicole Zeigler suffered, without limitation, inconvenience, emotional distress, and/or personal

injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1092. Plaintiff Ryan Armstrong Zeitler was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Ryan Armstrong Zeitler suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1093. Plaintiff Joey Zhao was on the JBPHH water line at the time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Joey Zhao suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel exposure such as headaches, nausea, rashes, vomiting, diarrhea, respiratory issues, and fatigue.

1094. Plaintiff Daniel Keith Zihlman was on the JBPHH water line at the

time of the November 20 incident and its aftermath. As a direct and proximate result of the Government's negligence in causing the November 20 incident and its aftermath described in this Amended Complaint, Plaintiff Daniel Keith Zihlman suffered, without limitation, inconvenience, emotional distress, and/or personal injury, including one or more physical symptoms commonly associated with fuel.

## CAUSES OF ACTION

### COUNT I: NEGLIGENCE

1095. Plaintiffs incorporate by reference the allegations set forth in the preceding paragraphs as if fully set forth here at length.

1096. The United States owns and operates the Red Hill Bulk Fuel Storage Facility.

1097. The United States had a duty to exercise reasonable care in the operation and maintenance of the Red Hill Bulk Fuel Storage Facility.

1098. Federal officers breached the duty to exercise ordinary care at Red Hill in at least the following respects:

a. Officers failed to adhere to the proper valve sequencing in May 2021;

b. Officers failed to implement mandatory corrective actions after the May 2021 leak and prior leaks;

c. Officers violated mandatory provisions of the Safe Drinking Water Act;

d. Officers failed to install or replace pipes with mandatory steel piping;

e. Officers knew or should have known of the fuel buildup in the PVC piping between May and November 2021 and failed to take corrective action;

f. Officers failed to warn residents that the leaks had occurred in violation of federal and state law;

g. Officers ordered junior servicemembers to flush hazardous fuel into groundwater without a permit and in violation of federal and state law;

h. Officers knew that maintenance failures had compromised Red Hill and failed to take corrective action to prevent harm;

i. Officers failed to test water samples for petroleum and destroyed water samples from affected homes; and

j. Various other safety violations and breaches to be determined upon discovery.

1099. As a direct and proximate result of defendant's breach of duty of care, the plaintiffs have been injured.

1100. As a direct and proximate result of the negligence of defendant and its officers, the plaintiffs suffered substantial injuries and damages, including severe mental and emotional distress.

1101. As a direct and proximate result of the negligence of defendant and its officials, the plaintiffs suffered special damages and will require testing/medical

monitoring to be determined by expert testimony.

1102. Plaintiffs are entitled to actual damages in a fair and reasonable sum in an amount to be determined at trial sufficient to compensate the plaintiffs for the negligence of the United States.

COUNT II: NEGLIGENT UNDERTAKING

1103. Plaintiffs incorporate by reference the allegations set forth in the preceding paragraphs as if fully set forth here at length.

1104. "The Supreme Court has repeatedly found that the United States can be held liable under the Federal Tort Claims Act if a private person would face good Samaritan liability under state law." *Williams v. United States*, 711 F. Supp. 2d 1195, 1207 (D. Haw. 2010) (citing *Indian Towing Co. v. United States*, 350 U.S. 61, 69 (1955)).

1105. Hawai'i state law recognizes liability related "to the voluntary assumption of a duty or undertaking." *Id.*

1106. The Navy voluntarily undertook the responsibility to provide safe drinking water to all those on the Navy water line on O'ahu. Having undertaken that responsibility, the Navy was required to do so with reasonable care.

1107. Furthermore, federal law and "regulations can give rise to a state-law duty under the good Samaritan doctrine. *Id.* at 1208.

1108. The United States Congress voluntarily undertook the creation of

laws such as the Safe Drinking Water Act and the Clean Water Act to avoid the foreseeable harms of toxic water contamination. United States agencies such as the Environmental Protection Agency and the Department of Defense undertook to establish specific regulations, orders, and decrees to implement those laws and avoid harms to public drinking water systems, including:

a. Establishing "specific Operations Orders" to conduct appropriate valve opening and closing sequencing to avoid fuel spills.

b. Mandating the use of "schedule 40 steel pipe" instead of PVC plastic piping for fire suppression systems like the Red Hill system under the Unified Facilities Criteria specifications for the Department of Defense's Fire Protection Engineering for Facilities, UFC 3-60-01, Section 9-9.2.1.

c. Requiring the issuance of a Tier 1 public notice "no later than 24 hours" after learning of violations of the national primary drinking water regulations with "significant potential to have serious adverse effects on human health" as required by 40 CFR §141.201.

d. Prohibiting the "discharge of any pollutant into waters of the United States" without authorization under 33 U.S.C. § 1311(a).

1109. Furthermore, the Department of Defense explicitly undertook to pursue "corrective actions" on multiple occasions regarding water contamination at Red Hill, including:

a. Establishing a Final Groundwater Protection Plan with the State of Hawaiʻi in 2008 to "mitigate the risk associated with future releases" from the fuel tanks, including plans to "implement a rigorous tank maintenance program" and "research and investigate a viable leak detection system."

b. Entering into an Administrative Order on Consent in 2014 with agencies including the Hawaiʻi Department of Health and the EPA to take steps to ensure that the groundwater resource in the vicinity of the Facility is protected and the Facility is operated and maintained safely, with a specific focus on a "catastrophic release scenario" involving "a piping failure with a release into the lower access tunnel" that was "being addressed by the Navy and [Defense Logistics Agency]."

c. Undertaking in a 2021 Mitigations Report the proper construction of the pipeline system, safety alarms to be restored and updated to proper working order, and clear instructions to follow the existing rules set forth by the Department of Defense (October 2021 Mitigations Report).

d. After the fuel blast, frequently stating that it accepted responsibility for failures at Red Hill and undertook to "fix" them.

i. In January 2022 Admiral Converse stated, "the Navy caused this problem, we own it, and we're gonna fix it."

ii. On December 6, Secretary of the Navy Carlos Del Toro, publicly

apologized for the crisis and said, "We are committed to rebuilding this trust. We're doing everything we can try to fix the problem."

iii. On December 14, 2021, Deputy Secretary of Defense Dr. Kathleen Hicks stated, "I am committed to ensuring the health and well-being for our Service Members, their families, the people of Hawaiʻi, and the environment."

1110. Follow up audits and reports show that these undertakings were conducted negligently:

a. The Navy's audit confirmed it was not complying with the requirements of the Final Groundwater Protection Plan by finding "four areas of concern" including "groundwater contamination; tank inspection and maintenance requirements and schedule; detection of fuel releases; and completion [non-compliance] of response actions required by the GPP." This audit led to additional commitments in the audit itself to the undertaking to "sufficiently" protect the environment and groundwater sources.

b. The Cavanaugh and Waters Reports show that these undertakings were conducted negligently, and the Navy again undertook to fix the problems: "The Navy has a moral obligation and ethical duty to fix our mistakes, safeguard the environment, and rebuild trust. We must act."

1111. The United States, through Congress and its agencies, rendered these services because Congress and the agencies recognized that they were necessary

for the protection of individuals like the plaintiffs.

1112. Federal officers breached the duty to exercise ordinary care after an undertaking in at least the following respects:

a. Officers failed to adhere to the proper valve sequencing in May 2021;

b. Officers failed to implement mandatory corrective actions after the May 2021 leak and prior leaks;

c. Officers violated mandatory provisions of the Safe Drinking Water Act;

d. Officers failed to install or replace pipes with mandatory steel piping;

e. Officers knew or should have known of the fuel buildup in the PVC piping between May and November 2021 and failed to take corrective action;

f. Officers failed to warn residents that the leaks had occurred in violation of federal and state law;

g. Officers ordered junior servicemembers to flush hazardous fuel into groundwater without a permit and in violation of federal and state law;

h. Officers knew that maintenance failures had compromised Red Hill and failed to take corrective action to prevent harm;

i. Officers failed to properly remediate affected homes;

j. Officers failed to test water samples for petroleum and destroyed water samples from affected homes; and

k. Various other safety violations and breaches to be determined upon discovery.

1113. As a direct and proximate result of defendant's breach of duty of care, the plaintiffs have been injured.

1114. As a direct and proximate result of the negligence of defendant and its officials, the plaintiffs suffered substantial injuries and damages, including severe mental and emotional distress.

1115. As a direct and proximate result of the negligence of defendant and its officials, the plaintiffs suffered special damages and will require testing/medical monitoring to be determined by expert testimony.

1116. Plaintiffs are entitled to actual damages in a fair and reasonable sum in an amount to be determined at trial sufficient to compensate the plaintiffs for the negligence of the United States.

## COUNT III: NUISANCE

1117. Plaintiffs incorporate by reference the allegations set forth in the preceding paragraphs as if fully set forth here at length.

1118. Plaintiffs are, or during some or all of the pertinent times were, in lawful possession of their properties on the Red Hill Navy water line, and used them, or had the right to use them, as residences or for other legitimate uses.

1119. The United States owned and materially controlled the Red Hill Bulk

Fuel Storage Facility in close proximity to the plaintiffs' properties and the water well that provided water to the plaintiffs' properties.

1120. The United States is liable for creating a condition at the plaintiffs' residences that interfered with their right to use and enjoy those properties. The officers' conduct in operating the Red Hill Bulk Fuel Storage Facility thereby caused a nuisance to the plaintiffs.

1121. The plaintiffs' right to use and enjoy their properties has been impaired by the United States allowing fuel to leak from the Red Hill Bulk Fuel Storage Facility into its water well, contaminating the water delivered to the plaintiffs' properties.

1122. The nuisance caused by the United States has substantially impaired the plaintiffs' use and enjoyment of their property, has caused inconvenience, decreased quality of life, exacerbated physical and mental discomfort, and led to reasonable fear of disease and adverse health effects.

1123. The United States has engaged in improper or negligent operation of the Red Hill Bulk Fuel Storage Facility, causing harm to the plaintiffs.

1124. Defendant's conduct has been unreasonable. Reasonable persons, generally, looking at defendant's conduct, the problems caused by it, and by the nature of the harm to the plaintiffs' properties and health, would consider defendant's conduct to be unreasonable.

1125. The invasions, harms, and injuries complained of herein by the plaintiffs are substantial invasions, harms, and injuries to the plaintiffs' health, both physical and mental.

1126. The United States had full knowledge during some or all of the pertinent times when the Red Hill Bulk Fuel Storage Facility leaked fuel into the water supply and caused nuisance injury and harm to the plaintiffs.

1127. The United States knew or should have known that leaking fuel into the water supply would invade the plaintiffs' properties and substantially impair the plaintiffs' health and use and enjoyment of their properties.

1128. While knowing that practicable technologies and methods are available to abate fuel leaks, defendant has failed to abate the causes of nuisance.

1129. Defendant's conduct described above constitutes a series of recurring abatable nuisance, which defendant has failed to remedy within a reasonable period of time, and for which defendant is liable.

1130. As a result of defendant's liability for recurring abatable nuisance, the plaintiffs are entitled to compensatory damages in an amount to be determined at trial.

### COUNT IV: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

1131. Plaintiffs incorporate by reference the allegations set forth in the preceding paragraphs as if fully set forth here at length.

1132. By its acts and omissions, the United States caused fuel to leak into the water system and injure residents, which thereby caused the plaintiffs worry, anxiety, anguish, suffering, and grief.

1133. The United States knew that the Red Hill facility has a history of fuel leak water contamination, and that it was probable that additional leaks would occur and cause substantial damage if it did not act.

1134. The United States must now pay for the exact consequences that it knew would happen and for which it accepted the risk.

1135. Plaintiffs, as well as their children, spouses, and other occupants of their homes, have suffered, are suffering, and will continue to suffer because of the defendant's acts and omissions.

1136. Defendant's conduct was a substantial factor in causing the plaintiffs' severe emotional distress.

1137. Plaintiffs have been damaged in an amount to be proven at the time of trial.

COUNT V: PREMISES LIABILITY, DUTY TO CONTROL FORCE

1138. Plaintiffs incorporate by reference the allegations set forth in the preceding paragraphs as if fully set forth here at length.

1139. The United States is the occupier, owner, and possessor of the following premises: the Red Hill Bulk Fuel Storage Facility, the water system, and

the housing which Plaintiffs leased and resided upon. While generally, "a landowner is not liable for injuries occurring after a lessee takes possession of the land," there are two well established exceptions:

1140. A lessor may be liable for a known but hidden condition. And a lessor may also be liable for nuisance emanations "that invade an individual's property from another location" and "interfere with an individual's right to use and enjoy land." *Mitchell v. United States*, No. 11-00088 HG-KSC, 2011 U.S. Dist. LEXIS 103409, at *18-21 (D. Haw. Sep. 9, 2011) (citing *Renz v. 33rd Dist. Agricultural Assn.*, 39 Cal. App. 4th 61, 46 Cal. Rptr. 2d 67 (Cal. Ct. App. 1995)).

1141. As an occupier, owner, and possessor of land, the United States has a duty to use reasonable care for the safety of all persons reasonably anticipated to be on the premises.

1142. By its acts and omissions, the United States failed to use reasonable care for the safety of persons reasonably anticipated to be on the premises it controlled.

1143. By its acts and omissions, the government failed to warn of a known but latent hazardous condition.

1144. By its acts and omissions, the United States created a nuisance that invaded plaintiffs' property and interfered with their right to use and enjoy the land.

1145. "[T]o prove [a] claim for premises liability under Hawai'i law, [plaintiff] must prove by a preponderance of the evidence that a condition existed . . . which posed an unreasonable risk of harm, and that Defendant failed to take reasonable steps to eliminate that risk or to adequately warn visitors about it." *Paredes v. United States*, No. 19-00161 WRP, 2022 U.S. Dist. LEXIS 63535, at *18 (D. Haw. Feb. 24, 2022).

1146. A condition existed which posed an unreasonable risk of harm. The United States contaminated plaintiffs' water system with fuel and other contaminants. That contamination was known to the government but latent to others.

1147. The United States failed to take reasonable steps to eliminate that risk or to adequately warn residents about it. The government failed to warn residents of the May 2021 leak altogether. And the government waited *twelve days* to disclose the blast that occurred on November 20, 2021. And then, while the government disclosed the presence of JP-5, the government failed to disclose the presence of harmful additives like antifreeze.

1148. The United States knew or should have known of the hazard or defect that caused the injury.

1149. The United States was also in immediate control of a force—jet fuel at Red Hill Bulk Fuel Storage Facility and contaminated water in its drinking water

system—that it knew or had reason to know was in dangerous proximity to persons on the land that it possessed, including Plaintiffs.

1150. The United States failed to control the force to prevent it from doing harm to plaintiffs.

1151. The United States failed to give a warning which was reasonably adequate to enable plaintiffs to protect themselves. The Government could have avoided medical harm to the plaintiffs had the Government disclosed the leaks and warned residents not to drink, bathe in, or otherwise use contaminated water.

1152. As a direct and proximate result of defendant's breach of duty of care to those on its premises and in dangerous proximity to the force controlled by the United States, the plaintiffs have been injured.

1153. As a direct and proximate result of the negligence of defendant and its officials, the plaintiffs suffered substantial injuries and damages, including severe mental and emotional distress.

1154. As a direct and proximate result of the negligence of defendant and its officials, the plaintiffs suffered special damages and will require testing/medical monitoring to be determined by expert testimony.

1155. Plaintiffs are entitled to actual damages in a fair and reasonable sum in an amount to be determined at trial sufficient to compensate the plaintiffs for the negligence of the United States.

1156. Defendant's conduct described above constitutes premises liability, for which the United States is liable.

1157. As a result of defendant's premises liability, the plaintiffs are entitled to compensatory damages in an amount to be determined at trial.

### CAUSATION

1158. But for the conduct of the federal officers at Red Hill, the plaintiff families would not have suffered inconvenience, illness, economic injury, and fear.

1159. As a general matter, the ingestion of jet fuel and its contaminants causes medical harm. Fuel is composed of toxic hydrocarbons that are highly dangerous to the human body. The Agency for Toxic Substances and Disease Registry (ATSDR) of the United States Department of Health and Human Services describes the long-lasting health effects of exposure to fuel chemicals. Such exposure can occur by breathing air in an area where an accident or leak of these jet fuels has occurred, touching contaminated soil, swimming in waters where jet fuels have been spilled, living near a hazardous waste site where jet fuels are disposed or, most directly, drinking such fuel.

1160. In the near-term, symptoms of such exposure regularly include headaches, fatigue, nausea, drowsiness, irritation of the throat and stomach, difficulty breathing, fever, and vomiting. In the long term, permanent damage to the central nervous system can result, as well as pneumonia, cancer, decreased

immune response, decreased neurological function, impaired hearing, and skin alteration. Drinking too much jet fuel can lead to unconsciousness and death. Affected organ systems include the respiratory tract, gastrointestinal tract, nervous system, liver, kidneys, reproductive system, and harm to a developing fetus—miscarriages have been reported. Benzene, just one of the chemicals the EPA identified as present in the Red Hill fuel, causes chronic conditions such as aplastic anemia, leukemia, and potentially multiple myeloma.[3]

1161. Specifically, each plaintiff has suffered inconvenience and life disruption, economic injury, illness, and fear and trauma.

1162. Each plaintiff is also at increased risk of future medical harm and will

[3] Benzene featured prominently as a substance present in another military water contamination case: the Camp Lejeune water contamination crisis. From the 1950s through the 1980s, people living or working at the U.S. Marine Corps Base Camp Lejeune, North Carolina, were exposed to drinking water contaminated with industrial solvents, including benzene. For those exposed to that contaminated water, the Department of Veterans Affairs now considers the following health conditions to be presumptively connected to their service:

- Adult leukemia
- Aplastic anemia and other myelodysplastic syndromes
- Bladder cancer
- Kidney cancer
- Liver cancer
- Multiple myeloma
- Non-Hodgkin's lymphoma
- Parkinson's disease

need medical monitoring for the associated long-term illnesses.

## NO EXCEPTIONS APPLY

1163. None of the plaintiffs' claims asserted herein are subject to any of the exceptions to sovereign immunity found in 28 U.S.C § 2680.

1164. None of the negligent acts described herein were discretionary or subject to policy analysis.

1165. None of the acts or omissions described herein are protected by the misrepresentation exception.

1166. The United States, including the US Navy and its employees, failed to meet the required reporting obligations as described herein.

1167. The United States, including the US Navy and its employees, failed to exercise due care in the execution of its duties under the required report obligations described herein.

## JURISDICTION, VENUE & SERVICE

1168. This Federal District Court has federal-question jurisdiction because this action is brought pursuant to and in compliance with the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*.

1169. Venue is proper in this district pursuant to 28 U.S.C. § 1402(b) because the United States is a defendant, and this is the judicial district where the acts or omissions complained of in this complaint occurred.

1170. The United States of America may be served with process in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. Service is affected by serving a copy of the Summons and Complaint on the United States Attorney for the District of Hawai‘i by certified mail, return receipt requested at her office:

United States Attorney's Office
ATTN: Civil Process Clerk
300 Ala Moana Blvd # 6-100
Honolulu, HI 96850

1171. Service is also affected by serving a copy of the Summons and Complaint on Pamela Bondi, Attorney General of the United States, by certified mail, return receipt requested at:

The Attorney General's Office
ATTN: Civil Process Clerk
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

LIABILITY OF THE UNITED STATES

1172. This case is commenced and prosecuted against the United States of America to and in compliance with Title 28 U.S.C. §§ 2671–80, the Federal Tort Claims Act. Liability of the United States is predicated specifically on 28 U.S.C. § 2674 because the personal injuries and resulting damages of which the Complaint is made were proximately caused by the negligence, wrongful acts or omissions of representatives, employees, or agents of the United States of America working for

the United States Department of the Navy, Army, or Defense, while acting within the scope of their office, employment, or agency under circumstances where the United States of America, if a private person, would be liable to the plaintiffs in the same manner and to the same extent as a private individual.

1173. Through the Federal Torts Claim Act, the United States has waived its sovereign immunity for the acts and omissions described here. *E.g.*, *Evans v. United States*, 876 F.3d 375, 380 (1st Cir. 2017), *cert. denied*, 139 S. Ct. 81 (2018).

1174. The defendant, the United States of America, through its agencies, at all times material to this lawsuit, owned and operated the Red Hill Bulk Fuel Facility and staffed its facilities and vehicles with its agents, servants, and employees.

**CONDITIONS PRECEDENT**

1175. Pursuant to 28 U.S.C. § 2675(a), all plaintiffs timely presented their claims to the United States by submitting Forms SF-95 to the Office of the Judge Advocate General, Tort Claims Unit Norfolk, 9620 Maryland Avenue, Suite 205, Norfolk, Virginia 23511-2949, via electronic email: tortclaimsunit@us.navy.mil. The claims were submitted in multiple batches between March 30, 2023, and November 21, 2023.

1176. Receipt of all the claims  by the Department of the Navy was acknowledged by the Tort Claims Unit Norfolk, Office of the Judge Advocate

General, Department of the Navy.

1177. As of May 22, 2024, more than six (6) months elapsed since the claims were presented to defendant and defendant has not made a final disposition of the plaintiffs' claims. Accordingly, the claims of the plaintiffs are deemed denied pursuant to 28 U.S.C. § 2675(a).

1178. Plaintiffs have exhausted their administrative remedies under the Federal Tort Claims Act and have fully complied with the statutory prerequisites for bringing this tort action against the United States.

## DAMAGES

1179. As a result of the negligence of federal employees, agents, or representatives, the plaintiffs have sustained damages and injuries including:

a. Past and future physical pain and suffering;

b. Past and future mental anguish and emotional distress;

c. Past and future medical, healthcare, and attendant care expenses;

d. Past and future lost income and of earning capacity;

e. Past and future physical impairment;

f. Past and future loss of enjoyment and quality of life;

g. Past and future loss of enjoyment of property;

h. Past and future loss of consortium, marital and filial;

i. Increased risk of future harm and medical monitoring for life;

j. Loss of life expectancy;

k. Nuisance damages, including inconvenience, illness, and fear;

l. Out of pocket expenses;

m. Loss of personal property;

n. Costs;

o. Prejudgment and post-judgment interest as provided by law, at the maximum legal rate; and

p. Such other and further relief to which the plaintiffs may be justly entitled.

## PRAYER

WHEREFORE, plaintiffs pray that this Court:

a. Award the plaintiffs compensatory damages, in an amount to be determined at trial;

b. Award the plaintiffs pre-judgment and post-judgment interest and any other costs, expenses, or fees to which they may be entitled by law; and

c. Grant the plaintiffs such other and further relief as this Court deems just and proper.

DATED: Honolulu, Hawai‘i, August 11, 2025.

*Lyle S. Hosoda*

Lyle S. Hosoda
LYLE S. HOSODA
SPENCER J. LAU

*Attorneys for Plaintiffs*

*/s/ Kristina S. Baehr*
KRISTINA S. BAEHR
JAMES BAEHR
MARY M. NEUSEL

*/s/ Frederick C. Baker*
FREDERICK C. BAKER
JAMES W. LEDLIE
KRISTEN HERMIZ
CYNTHIA A. SOLOMON
SARA O. COUCH

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina S. Baehr*
Kristina S. Baehr