J. PATRICK GLYNN, Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-5145
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA                3964-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com

KRISTINA S. BAEHR            *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law

FREDERICK C. BAKER           *Pro Hac Vice*
CYNTHIA A. SOLOMON           *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; csolomon@motleyrice.com

*Attorneys for Plaintiffs*

(caption continues on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>STIPULATED BRIEFING SCHEDULE FOR *WHALEY* |
| JESSICA WHALEY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

**STIPULATED BRIEFING SCHEDULE FOR *WHALEY***

To facilitate resolution of these consolidated cases, the Parties hereby stipulate

to the below briefing schedule to resolve the threshold legal issue of subject-matter

2

jurisdiction over the active-duty Plaintiffs' claims under *Feres v. United States*, 340 U.S. 135 (1950):

1. By **January 30, 2026**, the United States shall file in *Whaley* a motion to dismiss for lack of subject-matter jurisdiction.

2. By **February 27, 2026**, the *Whaley* Plaintiffs shall file an opposition.

3. By **March 20, 2026**, the United States shall file a reply.

DATED: January 28, 2026

/s/ Kristina Baehr (with permission)　　　/s/ Eric Rey
KRISTINA BAEHR　　　　　　　　　　　　ERIC REY
Attorney for Plaintiffs　　　　　　　　　　Attorney for the United States


APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, January 28, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

---

*Feindt v. United States*, 22-cv-00397 LEK-KJM, *Whaley v. United States*, 23-cv-00457- LEK-KJM, *Hughes v. United States*, 24-cv-00059-LEK-KJM, "Stipulated Briefing Schedule for *Whaley*"

3