19.3    Wastewater Utilities.

19.3.1    The Government shall provide wastewater utilities and services to all Improvements now or hereafter constructed on the Land.  The Government will be under no obligation to provide sewer utility service to the Improvements with respect to any particular portion of the Land following the earlier of:  (x) twelve (12) months after the Government provides the Lessee and the Mortgagee with notice that the Government will no longer provide sewer utility services in the Honolulu, Hawaii, Kaneohe Bay, Hawaii, or Kauai, Hawaii areas, as applicable, and (y) the date on which the Lessee acquires sewer utilities from another utility provider for such portion of the Land.  The Government shall notify the Lessee and the Mortgagee as soon as practicable where the Government announces publicly that it will no longer provide such utility services in the Honolulu, Hawaii, Kaneohe Bay, Hawaii, or Kauai, Hawaii areas, as applicable.

19.3.2    From and after the Amendment Effective Date, the Lessee shall demolish, construct and install the sewer systems for the Improvements to be renovated or constructed on the Land in accordance with the Naval Facilities Engineering Command Hawaii (NAVFAC Hawaii) Public Works Utilities Criteria for Design and Construction: Electrical, Sewer, and Water, April 2006  (as amended).  Any plans for connection, termination or modification not set forth in the Scope of Work shall be approved by the Government.  The Government shall own and maintain (i) all associated sewer lift stations and force mains, existing sewer lines and related infrastructure and (ii) all sewer lines and related infrastructure to be constructed by the Lessee pursuant to the Scope of Work from the point of connection with the Government or publicly owned sewer utility lines to the Sewer Point of Demarcation identified in Exhibit AA (the "**S-POD**").  Except for the Development/Management Obligations with respect to the demolition, construction or installation of the sewer system included within the Scope of Work, the Lessee shall have no responsibility for the sewer system, except to the extent set forth in this Article 19, or maintaining the sewer lines except the Lessee shall own and maintain the sewer line from the S-POD to each Housing Unit or other Improvement, as applicable.  The Government shall deliver to the Lessee each month a bill for water usage.  The Lessee shall pay wastewater bills in accordance with the applicable Utility Sales Agreement.

19.4    Water Utilities.

19.4.1    The Government shall provide water utilities and services up to the W-POD defined in Section 19.4.2 below and shall provide water utility services to the Improvements now or hereafter constructed on the Land.  The Government will be under no obligation to provide water utility service to the Improvements with respect to any particular portion of the Land following the earlier of:  (x) twelve (12) months after the Government provides the Lessee and the Mortgagee with notice that the Government will no longer provide water utility services in the Honolulu, Hawaii, Kaneohe Bay, Hawaii, or Kauai, Hawaii areas, as applicable, and (y) the date on which the Lessee acquires water utilities from another utility

EXHIBIT 1

Electronically Filed
FIRST CIRCUIT
1CCV-25-0000081
20-MAR-2025
05:36 PM
Dkt. 20 EXH

provider for such portion of the Land.  The Government shall notify the Lessee and the Mortgagee as soon as practicable where the Government announces publicly that it will no longer provide such utility services in the Honolulu, Hawaii, Kaneohe Bay, Hawaii, or Kauai, Hawaii areas, as applicable.

19.4.2　The Lessee shall demolish, construct and install certain water systems for the Improvements to be renovated or constructed on the Land.  If demolition of a water line severs a loop in the Government's water system, the Lessee shall repair such Government water system loop.  The Government shall own and maintain such existing and new water lines and related infrastructure from its point of connection to the water point of demarcation identified in Exhibit AA (the "**W-POD**").  If such water lines are connected to a public water system, the public water system will own and maintain these new water lines up to the W-POD.  Once a water meter that meets Government metering specifications is installed by the Lessee at the curbside of each Housing Unit, upon notification to the Government, such water meter will become the W-POD.  If the location of existing area-master meters is insufficient to isolate the Lessee's property from its neighboring Government property, pursuant to the Development/Management Obligations, the Lessee may install a master meter for the existing Housing Units and the Housing Units to be constructed on the Land.  Except for the Development/Management Obligations and Scope of Work with respect to the demolition, construction or installation of the water system and the maintenance of each water Utility Meter on the Land, the Lessee shall have no responsibility for the water system or maintaining the water lines, except the Lessee shall own and maintain the water line from the W-POD to each Housing Unit or other Improvement, as applicable.

19.4.3　The Government shall deliver to the Lessee each month a bill for water and sewer usage.  The Lessee shall pay such water and sewer utility rates charged by the Government in accordance with the applicable Utility Sales Agreement.

19.5　Storm Drains.

19.5.1　The Government shall provide storm drainage facilities to all Improvements now or hereafter constructed on the Land.  The Government will be under no obligation to provide storm drainage facilities to the Improvements with respect to any particular portion of the Land following the earlier of:  (x) twelve (12) months after the Government provides the Lessee and the Mortgagee with notice that the Government will no longer provide sewer utility services in the Honolulu, Hawaii area, and (y) the date on which the Lessee acquires sewer utilities from another utility provider for such portion of the Land.  The Government shall notify the Lessee and the Mortgagee as soon as practicable where the Government announces publicly that it will no longer provide such utility services in the Honolulu, Hawaii, Kaneohe Bay, Hawaii, or Kauai, Hawaii areas, as applicable.

**EXHIBIT AA**

**POINTS OF DEMARCATION**

1.  Electricity Points of Demarcation ("E-POD").

    a.  Overhead Service.

        i.  For portions of the Premises serviced by Naval Facilities Engineering Command Hawaii ("NAVFAC HI"), the E-POD shall be as set forth in the Utility Sales Agreement attached as Exhibit G-4 to this Agreement.

        ii.  For portions of the Premises serviced by Marine Corps Base Hawaii Kaneohe Bay Facilities ("MCBH KBF"), the E-POD shall be at weatherhead connection back to the house, including meters and breaker panels on PPV facilities for overhead service.

    b.  Underground Service.

        i.  For portions of the Premises serviced by NAVFAC HI, the E-POD shall be up to the line side of the meter socket or the service disconnect for underground service at the Improvements.

        ii.  For portions of the Premises serviced by MCBH KBF, the E-POD shall be as set forth in the Utility Sales Agreement attached as Exhibit G-4 to this Agreement.

2.  Sewer Points of Demarcation ("S-POD").

    a.  For portions of the Premises serviced by NAVFAC HI, the S-POD shall be the first sewer manhole or the first collection line containing sewer manholes that is connected to the contributing structure's lateral.

    b.  For portions of the Premises serviced by MCBH KBF, the S-POD shall be as set forth in the Utility Sales Agreement attached as Exhibit G-4 to this Agreement.

3.  Water Points of Demarcation ("W-POD").

    a.  For portions of the Premises serviced by NAVFAC HI, the W-POD shall be the service line corporation stop located on the main distribution line or, where a service corporation stop does not exist, the W-POD shall be the nearest water system upstream area master meter.  The Lessee may request approval from NAVFAC HI to install entire neighborhood curbside water meters meeting Government metering specifications.  If approved such meters may be installed by the Lessee at the curbside of each housing unit; the water meter, once installed, becomes the W-POD.