

**DEPARTMENT OF THE NAVY**
NAVAL FACILITIES ENGINEERING COMMAND, HAWAII
400 MARSHALL ROAD
JBPHH, HAWAII 96860-3139

October 27, 2020

## AMENDED AND RESTATED UTILITY SALES AGREEMENT FOR N62478-20-S-0368 FOR ADDITIONAL NAVY LAND (NAVY – PHASES 1, 2, and 3)

THIS AMENDED AND RESTATED AGREEMENT is entered into as of the signature date below, between the UNITED STATES OF AMERICA, hereafter called the "Government" or Naval Facilities Engineering Command Hawaii ("NAVFAC HI"), represented by the contracting officer executing this agreement, and Ohana Military Communities, LLC (OMC) whose address is 5173 Nimitz Road, Honolulu, Hawaii, 96818, hereafter called the Purchaser. This Agreement supersedes Utility Sales Agreement No. N62478-15-S-0251 for areas described as Phases 1, 2 and 3, respectively, in that certain Fourth Amended and Restated Real Estate Ground Lease and Conveyance of Improvements effective September 30, 2015 ("Ground Lease"), between the United States of America by the Department of the Navy and Ohana Military Communities, LLC.

The Parties desire to modify certain terms in the USA No. N62478-15-S-0251 to reflect the change in the Government's utility payment collection process to comply with the Naval Facilities Engineering Command (NAVFAC) transition in its accounting process from the working capital fund (WCF) to a general fund accounting process on October 1, 2019.

1. The Purchaser agrees to purchase and receive from the Government utility service as follows:

**Description:** This amended and restated Utility Sales Agreement ("Agreement") is for the sale of the electricity, water and wastewater utility services between the Government (service supplier) and the Purchaser (service purchaser) as described in the Ground Lease.

**Requirements:** The Government shall deliver utility services up to the Delivery Point of Demarcation (POD) (as defined below) that conform to quality standards mandated in applicable federal, state and local regulations and statutes. Improvements requested by the Purchaser that would not otherwise be undertaken by NAVFAC HI to operate and maintain its system beyond the Delivery Point are the responsibility of the Purchaser. The Purchaser shall receive utility service from the

EXHIBIT 2

Delivery POD and provide payments to the Government as described below.

**Premises:** Leased areas in Phases, consisting of a Neighborhood or Neighborhoods, as described in the Ground Lease, as follows:
Phase 1:  Halsey Terrace, Moanalua Terrace, McGrew Point, Hokulani and Radford Terrace;
Phase 2:  Manana and Camp Smith; and
Phase 3:  Catlin Park, Doris Miller Park, Ford Island, Halawa, Hale Alii, Hale Moku, Hospital Point, Makalapa, Maloelap, Manana, Marine Barracks, NCTAMS, Camp Stover, Pearl City Peninsula, Red Hill and PMRF - Kauai.

**Utility Delivery Point of Demarcation (POD):**  The POD is the physical location up to which NAVFAC HI utility services are provided to the Purchaser.  In the case of wastewater utility service the POD is the 'point of collection' of the sewage from the Purchaser.  The POD represents the delineation of responsibility between the Government and the Purchaser.  Each party is responsible for the maintenance, repair and operation of the utility system on the party's side of the delineated POD. The Government is responsible on the line side of the utility system up to the POD.  The Purchaser is responsible for the remainder of the utility system in accordance with the Ground Lease.  The Electricity points of demarcation (E-POD) shall be up to the weatherhead of each structure for overhead service and up to the line side of the meter socket or the service disconnect for underground service at the Improvements.  The Sewer points of demarcation (S-POD) shall be the outside sewer manhole wall-face at the first sewer manhole or the wye fitting point of connection on sewer main in between sewer manholes. The Water points of demarcation (W-POD) shall be the service corporation stop located on the main distribution line.  Where a service corporation stop does not exist, the W-POD shall be where the service line connects to the main line.  The Purchaser may request approval from NAVFAC HI to install entire neighborhood curbside water meters meeting Government metering specifications.  If approved, such meters may be installed by the Purchaser at the curbside of each housing unit, and shall be maintained and read by the Purchaser.  Upon completion of the installation of all of the housing unit water meters for an entire neighborhood, the W-POD shall be the supply-side connection to the curbside housing unit water meter.

The street lighting system, including lights that serve named and unnamed streets and alleyways that serve multiple driveways, is the property of Commander Navy Region Hawaii (CNRH)/NAVFAC

HI. CNRH and NAVFAC HI is responsible for the entire infrastructure, including all lines leading to the street light pole and base, conduit and wire, fixture and lamp.

For other lights that serve public areas, including but not limited to, parking lot lights, walkway lights, security lights, recreational lights, etc. is the property of OMC.

For other lights, OMC is responsible for the entire infrastructure, including all lines leading to the light poles, light pole and base, conduit and wire, fixture and lamp.

Any meters installed by Purchaser must meet Government metering specifications and NAVFAC HI metering policies.  Purchaser will be responsible for all expenses incurred with any sub-metering and meter reading.

**Metering**:  Bills for providing potable water, wastewater and electricity are based on Government Area Master Meters for water and electricity.  NAVFAC HI will not bill individual housing unit tenants, nor read meters for such billing.  Written request by the Purchaser to change billing methodology are subject to written Government approval.  NAVFAC HI shall read master meters and bill the Purchaser on a monthly basis.

Utility meter reading and billing responsibilities shall be as follows:

All meters from each housing unit or other Improvement to the POD shall be owned and maintained by the Purchaser.

POTABLE WATER – NAVFAC HI shall read all master meters and bill the Purchaser on a monthly basis.

The water utility bill shall be based on the cumulative reading of each curbside W-POD Meter in the Neighborhoods that have completed installation of the W-POD Meters plus the cumulative water Master Meter readings for each Neighborhood where the installation of all of the W-POD Meters is not completed. Neighborhoods that have completed installation of curbside W-POD Meters shall be maintained and read by the Purchaser.

WASTEWATER – NAVFAC HI shall allocate wastewater consumption and bill the Purchaser on a monthly basis.

For areas without irrigation sub-meters, NAVFAC HI shall allocate wastewater consumption at 82% of the metered water consumption.

For areas that utilize irrigation sub-meters, NAVFAC HI shall determine wastewater consumption as 100% of the metered water consumption, with deductions for amounts of irrigation water provided to unit lawns and/or Navy-approved common areas, as measured by the irrigation sub-meters. Irrigation sub-meters shall be maintained and read by the Purchaser.

Purchaser may request approval to install irrigation sub-meters with a minimum diameter of 1-1/2 inches.  In the event that sub-meters for irrigation areas such as parks, sidewalk planting strips and common areas (excluding yards for unit residences) are installed in accordance with Navy approved plans they will be read and billed based upon master meter consumption with deductions for the metered irrigation areas.  Purchaser will be responsible for all expenses incurred with such sub-metering. If the Purchaser installs individual curbside dwelling water meters that do not include the irrigation of all yard areas for which the tenant is responsible, the wastewater bill will be 100% of the domestic flow at the prevailing wastewater rate.

ELECTRICITY - NAVFAC HI shall read all master meters and bill the Purchaser on a monthly basis.  The Purchaser may request approval from NAVFAC HI to install any number of Photovoltaic panels, ground-mounted or rooftop, to offset Purchaser's consumption of electricity in accordance with NAVFAC policy and Federal Acquisition Regulations.  Purchaser will be responsible for all expenses involved.  The Purchaser shall obtain approval from NAVFAC HI prior to installing individual electric meters on each residential unit, community facilities and common area – lighting fixtures in all Neighborhoods in accordance with the terms and conditions of the Ground Lease.  Approval will be granted upon Navy verification of meeting these conditions and applicable NAVFAC HI metering requirements.

The Purchaser shall notify NAVFAC HI of any work that might impact the NAVFAC HI Utility systems and shall provide a written Notice to NAVFAC HI when the Navy approved installation of the respective meters is complete in each Neighborhood or portion of a Neighborhood currently served by a master meter.

**Advance Payment:**  Purchasers of utility services shall provide funds in advance before recurring utility services are provided. An advance equal to thirty (30) days of estimated monthly cost

of the utility service is required and must be maintained. The monthly billed amount will be deducted from the amount of the advance.  Purchaser shall pay the Government an amount sufficient to continuously maintain the required thirty (30) day advance amount in order to continue service.  For example, if the Purchaser's account is current, the Government will bill the Purchaser for the monthly service cost and deduct the amount of the monthly service cost from the amounts advanced by the Purchaser; the Purchaser will replenish the advanced amount by paying the amount of the billed monthly service cost. The Government may apply advance amounts to the payment of unpaid bills or of any other charges or damages hereunder. Any discrepancies will be credited or billed to Purchaser's account, as the case may be, in the following month.

**Billing**: NAVFAC HI will bill based on actual usage no later than the 28th of each month. OMC will pay the bill no later than the 7th of the following month.

Failure to provide payment within 30 days of delivery of the invoice may constitute a default of the Ground Lease subject to the terms and conditions and upon notification and subject to cure in accordance with the provisions of the Ground Lease.

**Security Deposit**:  The 30-day advance payment satisfies the need for a security deposit.

**Cost of Utility Service**:  The costs of Utilities consist of the monthly actual commercial unit costs for purchased utilities (Electricity) or the actual production costs of Navy produced utilities (Potable Water and Waste Water) plus operation and maintenance costs, and overhead.

Purchaser will also reimburse the Government for the cost of minor work for the limited services that can only be performed by Government personnel at the Purchaser's request, including but not limited to establishing new service connections and/or furnishing of new utility services, supporting scheduled and unscheduled outages, which includes meter calibration and waterline connection.

**Changes to Cost Estimates and Advances**:  Government shall have the right to change estimated cost amounts and advance amounts at any time on thirty (30) calendar day notice, or as authorized by Naval Facilities Engineering Command.

**Compliance:** All utility users shall comply with applicable federal, state and local laws, regulations, government-issued permits and Navy regulations, directives, instructions and permits relating to the use of the respective utility. All persons or entities desiring additional utility services from NAVFAC HI shall complete the necessary applications for the desired services and submit them for approval to the appropriate Utility Commodity Manager of NAVFAC HI Utilities. All utility users agree to comply with any and all Government directives, guidelines and instructions issued in the event of emergency, security or health and safety concerns. All users of wastewater utility services shall comply with any and all requirements of the Navy's monitoring and pretreatment program. The Government will exercise reasonable diligence to deliver utility services to its consumers and avoid shortages or interruptions in services, but will not be liable for any interruption, shortage, in-sufficiency of supply or any loss or damage occasioned thereby. Whenever, in the Government's opinion, special conservation measures or other restrictions on use are advisable in order to forestall or alleviate utility shortages the Government may restrict the use of such utilities by any measure or method of control, provided the Government provides the Purchaser written notice within five (5) days prior to such action. The Government reserves the right at any and all times to shut off utility services without notice for the purpose of making emergency repairs, extensions, or alterations, provided, however, the Government shall endeavor to provide prior reasonable notice of proposed shut off of utility services. The Government shall provide at least ten (10) days written notice prior to any scheduled repairs, extensions, or alterations. Consumers dependent upon continuous utility services shall make other arrangements for emergency water storage or electrical generation. The Government will resume utility services as rapidly as possible. However, if the repairs, shortages or lack of utility service is caused by the Government's negligence, the Government shall provide alternate utility services, at its sole cost and expense, until regular service is restored. The Government reserves the right to assign this Agreement in its sole discretion. The Government agrees to provide thirty (30) days written notice to the Purchaser of any assignment of this Agreement. The Government further agrees to request that any assignment of this Agreement shall be as binding to the assignee as it is to the Government.

**Officer in Charge:** COMMANDING OFFICER, NAVAL FACILITIES ENGINEERING COMMAND, HAWAII

2.    For use exclusively by the Purchaser, with rights to assign or sublet that are consistent and in accordance with the rights to assign or sublet which are already provided under the operating agreement between the Purchaser and the US Navy, at the Purchaser's premises.  Government shall have the right to change said rates annually on thirty (30) calendar day notice, as provided herein or as authorized by Naval Facilities Engineering Command.  Subject to Government's advance approval and supervision, the Purchaser at its sole expense shall furnish, install, operate and maintain all new facilities required for obtaining service as more specifically described above.

3.    The Government has obtained approval under 10 USC 2872a to provide utility services as set forth under this Agreement.  It is the intent of the Government to continue to provide services under this Agreement so long as legal authority including necessary higher-level authority continues to apply.  Either party may terminate this Agreement on twelve (12)-months written notice and upon such terms and conditions of the Ground Lease. The Purchaser may enter into negotiations with alternate utility providers and must provide twelve (12)-months advance notice of its intent to terminate this Agreement.

4.  The Government, its officers, agents and employees shall not be responsible for loss of or damage to property of the Purchaser or property of others, or for personal injuries to the Purchaser's officers, agents, servants or employees, or to other persons arising from or incident to the furnishing of, or the failure to furnish, the service provided for hereunder, nor for any other damage or loss of profit suffered by the Purchaser arising from or incident to the furnishing of, or the failure to furnish the service provided for hereunder unless the said loss arises from a willful act of negligence on the part of the Government.

5.  No member of or delegate to Congress, or resident commissioner, shall be admitted to any share or part of this Agreement, or to any benefit that may arise there from, but this provision shall not be construed to extend to this Agreement if made with a corporation for its general benefit.

6.  It is the responsibility of the Purchaser to advise the Naval Facilities Engineering Command, Hawaii in writing the date when services are to be discontinued for specific facilities at least 90 calendar days prior to date of discontinuance. Utilities provided by this Agreement will continue to be billed

to the Purchaser for the longer of the two following periods:
1) 90 calendar days after receipt of the discontinuance request
or 2) until the date specified on the discontinuance
notification.

7.   This Agreement supersedes all prior agreements and shall
constitute the entire agreement between the parties; this
Agreement shall not be modified except in writing signed by both
parties.   This Agreement is a stand-alone agreement that sets
out the terms and conditions under which NAVFAC HI agrees to
sell utilities services to the Purchaser.   This Agreement is in
support of the Ground Lease to which it refers, and the Lease
does not modify the terms of this Agreement.

(Signature Pages Follow)

THE UNITED STATES OF AMERICA

By:   NAVAL FACILITIES ENGINEERING COMMAND HAWAII

By:   *Tramaine Sims*   SIMS.TRAMAINE.J.1368655810
                         2020.10.27 16:25:28 -10'00'
                         2017.011.30171          27 October 2020
      ————————————————————————————————        ——————————————
      TRAMAINE J. SIMS                                Date
      Contracting Officer

9

By:  OHANA MILITARY COMMUNITIES, LLC, a Hawaii limited liability
company

    By:  Hawaii Military Communities, LLC, Managing Member

        By:  FC Hawaii, Inc., its Managing Member

           By: _____

           Name: John Eble       Date
           Title: EVP       11/20/20

10