IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
---------------------------------------
MARTHA JENNIFER CAMP, ADAM CAMP,     )
WILLIAM E. THOMPSON, and JUANITA     ) CIVIL NO.
THOMPSON, individually and on        ) 1:24-cv-00003 LEK-KJM
behalf of all others similarly       )
situated,                            )
                                     )
     Plaintiffs,                     )
vs.                                  )
                                     )
OHANA MILITARY COMMUNITIES, LLC;     )
HUNT MH PROPERTY MANAGEMENT, LLC     )
and DOE DEFENDANTS 1-10,             )
                                     )
     Defendants.                     )
---------------------------------------
HUNT MH PROPERTY MANAGEMENT, LLC,    )
                                     )
     Third-Party Plaintiff,          )
vs.                                  )
                                     )
UNITED STATES OF AMERICA,            )
                                     )
     Third-Party Defendant.          )
---------------------------------------
CLEOPHAS C. POWELL, on behalf of     )
himself and all similarly situated,  ) CIVIL NO.
                                     ) 1:24-cv-00184 LEK-KJM
     Plaintiffs,                     )
vs.                                  )
                                     )
OHANA MILITARY COMMUNITIES, LLC;     )
HUNT MH PROPERTY MANAGEMENT, LLC     )
and DOE DEFENDANTS 1-10,             )
                                     )       Deposition of
     Defendants.                     )      Cleophas Powell
---------------------------------------
HUNT MH PROPERTY MANAGEMENT, LLC,    )
                                     )
     Third-Party Plaintiff,          )
vs.                                  )
                                     )
UNITED STATES OF AMERICA,            )
                                     )
     Third-Party Defendant.          )
---------------------------------------
```

RALPH ROSENBERG COURT REPORTERS, INC.
808-524-2090 courtreporters@hawaii.rr.com

EXHIBIT 4

DEPOSITION OF CLEOPHAS POWELL

Taken on behalf of the Defendant and Third-Party Plaintiff via online video conference, commencing at 8:02 a.m. on August 12, 2025, pursuant to Notice.

BEFORE:   SANDRA J. GRAN, CSR NO. 424
          Registered Professional Reporter

for the record.  It says, "The Navy is responsible for the 6 May 2021 and 20 November 2021 fuel spills at the Red Hill Bulk Fuel Storage Facility (Red Hill) and subsequent water contamination.  As documented by the investigation, the root cause of the fuel spills and subsequent water contamination emanated from Naval Supply Systems Command, a business-centric organization, tasked at Red Hill with an engineering-focused mission.  Fixing those significant problems demands immediate organizational reforms and improvements supported by a new no-fail operational framework that is singularly designed to ensure safe and effective operations at Red Hill."  And then it kind of goes on to talk more about the Navy being under a moral obligation and ethical duty to, quote, fix our mistakes and safeguard the environment.

And I guess, Mr. Powell, you know, what I wanted to establish early on in this deposition was that it was the Navy that had caused, you know, the fuel spill, and it was responsible for any subsequent contamination.  And I guess my question is:  Does this memo that you may have seen before, maybe not, but does it refresh your recollection that it was the Navy that was responsible for the fuel spill and resulting contamination of the Joint Base Pearl Harbor-Hickam Water System?

MS. HORAN:  Objection:  Form and foundation.

MR. PEREZ-MESA:  You can answer.

Cleophas Powell                                            16

THE WITNESS:  I'm going to go back on this memo. The way the memo is addressed is just to the Vice Chief of Staff, so there is a very -- I've probably never seen this memo before because of who it's addressed to.  So I want to make that correction now, when I said last time I had a lot of memos that were sent to me.  But this is not addressed to the Navy Ohana community; it's addressed to the Vice Chief of Naval Operations.  Now, to answer your question, was the Navy responsible for the fuel leak?  Based on what they're saying here, they admitted to it, so yes, they assumed the responsibility for the cause of the fuel spill -- fuel leak.

MR. WHATTOFF:

Q.    Thank you, Mr. Powell.  And I guess, you know, I don't mean to show you a document -- I asked you if you had seen this document because I think even though it's not addressed to you or to, you know, civilian workers around this area, I believe this one was posted online in a couple of different sources, so that's why -- the basis for my question. I just give you that as additional background, though.  That may -- that shouldn't change your answer if you don't recall seeing this.

MS. HORAN:  Objection:  Form and foundation.

MR. PEREZ-MESA:  The objections are just for purposes of placing it on the record.  Unless I tell you not to answer the question, just go ahead and answer the question.

Cleophas Powell                                    23

MS. HORAN:  Randy, are you done with Exhibit 1? It's still showing on my screen.

MR. WHATTOFF:  I can take Exhibit 1 down.

MR. WHATTOFF:

Q.    Now, this is going to be sort of similar to a question that I asked you, Mr. Powell, before we went down this path.  I think I had asked you if Ohana had any role in the operation or management of the Red Hill Bulk Fuel Storage Facility that you were aware of.  Now I just want to ask you a slightly different answer -- or question.  Are you aware of any role that Ohana Military Communities had with respect to the fuel spill that occurred at the Red Hill Bulk Fuel Storage Facility?

MS. HORAN:  Objection:  Foundation.

THE WITNESS:  I'm not aware of any responsibility Ohana had in regard to the fuel spill at the Red Hill.

MR. WHATTOFF:

Q.    And Mr. Powell, you're not aware of any role that Ohana had with respect to managing the Joint Base Pearl Harbor-Hickam Drinking Water System, correct?

A.    Correct.

MS. HORAN:  Objection:  Foundation.

MR. WHATTOFF:

Q.    Now, Mr. Powell, this will probably kind of circle back to an answer that you gave a little bit earlier, but I

Cleophas Powell                                                    24

want to explore it a little bit.  You know, you've testified that you're not aware of any facts that connect Ohana to the Red Hill Bulk Fuel Storage Facility or to the management of the Joint Base Pearl Harbor-Hickam Water Distribution System, so I'd like to ask you, you know, why are you pursuing this claim against Ohana Military Communities?

MR. PEREZ-MESA:  Well, I'll object to the extent it may call for a legal conclusion.  But you can answer the question if you understand it.

THE WITNESS:  I'm not sure I understand the question.

MR. WHATTOFF:

Q.   Sure.  Why are you suing the Ohana?

A.   Why am I suing Ohana?  Because they're managing the properties on behalf of the Navy, and they should be making the properties safe for the residents that are living there. And if they're not making the residence safe for people living there, then that's cause for a suit.

Q.   What do you think Ohana should have done differently with respect to making the residence safe?

MR. PEREZ-MESA:  Let me just object:  May call for an expert opinion.  If you can answer the question, go ahead.

THE WITNESS:  Okay.  Repeat the question.

MR. WHATTOFF:

Q.   Sure.  You know, from my point of view, you know --

Cleophas Powell                                            25

and I'm obviously biased in this one, Mr. Powell.  I represent Ohana.  But I just don't see what Ohana could have done as the residential manager to, you know, make residents safe from these issues that occurred underneath the control of the United States government.  And so I'm asking you as a potential class representative what you contend, if anything, Ohana should have done differently in this case that would subject them to liability somehow?

MR. PEREZ-MESA:  The same objection.

THE WITNESS:  Answer the question?

MR. PEREZ-MESA:  (Nodding head.)

THE WITNESS:  Okay.  I believe, in my opinion, Ohana should have not charged us rent during the period that it was unsafe to live in the property.  So for the whole time that we were there when it was unsafe to live there, they kept charging us rent even -- you know, for like six or eight months after the fact, they was charging us rent when they -- when the conditions of the house was not suitable.

MR. WHATTOFF:  Okay.

THE WITNESS:  It's kind of like if you buy something in the store and you bring it home and it doesn't work, you should be able to get your money back from it because it's not working.  Well, we were living in the house for that period of time, and it was unsafe to live there.  They shouldn't have been charging us rent during that time.

Cleophas Powell                                          27

time period, it was not appropriate to charge for rent or maybe a reduced rent should be charged.  Is that correct?

A.    Yes.

Q.    All right.  But you're not contending that Ohana, you know, did anything to cause the spill or did anything -- should have done something differently to protect against the spill.  You're not making any allegations like that to your knowledge, Mr. Powell.

MR. PEREZ-MESA:  Objection in that it may call for a legal conclusion.  But you can answer the question if you understand it.

THE WITNESS:  I will not answer.

MR. PEREZ-MESA:  I'm sorry.

THE WITNESS:  Do I need to answer the question?

MR. PEREZ-MESA:  If you understand it, yes.

THE WITNESS:  It sounds like you just repeated the same question again, but Ohana can't be responsible for the fuel plant and the water distribution coming from that.  They don't have the responsibility of the Navy plant.  So to answer your question, yes, so Ohana doesn't have responsibility for what happened at the Navy plant.  What they do have responsibility for is for the residents that are still in there in the housing they're managing to say okay, it's unsafe, we can't charge you the full rent this period or whatever.  That's the responsibility that Ohana has, not for

Cleophas Powell                                                34

car with the amount of water based on your family size.

Q.    Okay.

A.    For a period of, I want to say, seven or eight months.

Q.    And do you recall, Mr. Powell, where the location was that you would pick up water from?

A.    Okay.  One was in the Navy Exchange parking lot, another one was in the housing community close by the airport. I can't remember the name.  It's right next to the housing office by the housing community.  They had one on Pearl Harbor.  They had Hickam Air Force base close to the airmen's -- the airmen's club, whatever.  But they had several of them set up around in this area.  Now, I imagine they had them in some other locations towards Schofield, but I'm not familiar with those.  I didn't go out there.

Q.    No, fair enough.  You're just testifying about the locations that you used, correct, Mr. Powell?

A.    Yeah, everything that was in a three-mile radius between here and Pearl.

Q.    And so I guess, just to be clear, then, within about a three-mile radius of your home, there were at least three locations where you could pick up the water?

A.    Yes.

Q.    Okay.  And was that a pretty convenient process, picking up the water?

Cleophas Powell                                              35

A.    Absolutely.

Q.    Okay.

A.    Absolutely.

Q.    Did they load it into your car for you, or did you have to load it in yourself?

A.    Sometimes they would load it up for you, other times you would -- they would let you just grab and put the water in the car yourself.

Q.    Okay.

A.    Whatever process that they wanted it to be.  Now, maybe -- if my wife was to get the water, of course, they would load it up for her, but if I had to go get the water, I had to load it up myself.

Q.    If you needed help with the water, they were happy to help you load it up.  Is that fair?

A.    With my wife, they helped many times.

Q.    Okay.  And I guess from your point of view, you know, obviously, you would have preferred not to be using bottled water, but did you believe that this was a -- you know, this system that they had in place, given the situation, was an appropriate way to get bottled water out to the community?

A.    I believe it was appropriate because the Navy personnel must have felt that they didn't want residents during that timeframe to be drinking any of the water that was

Cleophas Powell                                    36

coming out of the taps, so they made it accessible to give people bottled water to drink for that seven- or eight-month period free of charge.

Q.    Yeah, and appropriate probably wasn't the right word.  I mean, what I'm kind of trying to get at is, you know, that they were -- you know, they did this -- the water distribution was kind of executed in a reasonable way.  Like they weren't trying to make it hard on you guys, so you'd use less water.  They were trying to make it easy and accessible, and you didn't really have any complaints about that process.  Is that fair, Mr. Powell?

A.    That was an excellent thing that they were doing, yes, and they made it very reasonable for family members to get water, drinking water.

Q.    Okay.  So now kind of moving back a little bit, this -- you hear about this spill in May 2021, maybe you don't hear about it until a little bit after that, but you're aware of it in the summer of 2021, at that point did you do any research into the Red Hill facility or the water system or anything like that?

A.    Not particularly, no.  I didn't have to do any research into Red Hill because you could -- it was in the news.  You could watch the news, and they would explain, you know, with the news feeds, what was going on, and you know.  So I was learning from watching the different shows, different

Cleophas Powell                                    107

this information; it's been really helpful, Mr. Powell.  I thank you for your time, but -- and I hate to revisit this, but I just want to make sure I understand it.  You know, my understanding is that, you know, prior to May 2021, you were using bottled water for most of your water that you were consuming and that after May 2021 and continuing after November 2021, and all the way up to March of 2022, you know, it sounds like the only change that you had to make during that time period for your lifestyle is that, you know, you were using the bottled water a little bit more and that you were using it for maybe washing veggies, maybe washing fruits, maybe using it for cooking, but for you personally, that's really the only lifestyle change that you made during that time period.  Is that a fair statement?

A.    That's a fair statement.  The actual lifestyle change, that was more on my wife completely did everything with bottled water.  But that's a fair statement as far as me personally.  What changed with me was, you know, I was more -- you know, before I would filter the water to make my coffee or powdered drink and I would use the bottled water for that for that nine -- that seven-eight month period where they were giving it to us for free, then I would use the bottled because we had the water.

Q.    Yeah.  And so for your wife, she was a little bit more -- she used the bottled water for more purposes, and then

C E R T I F I C A T E

STATE OF HAWAII              )
                            )    SS.
COUNTY OF MAUI              )

        I, SANDRA J. GRAN, do hereby certify:

        That on August 12, 2025, at 8:02 a.m., appeared before me CLEOPHAS POWELL, the witness whose deposition is contained herein; that prior to being examined, he was by me duly sworn or affirmed pursuant to Act 110 of the 2010 Session of the Hawaii State Legislature.

        That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewritten form under my supervision; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

        That pursuant to Rule 30(e) of the Hawaii Rules of Civil Procedure, a request for an opportunity to review and make changes to the transcript:

        __X__  Was made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.
        _____  Was **not** made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.
        _____  Was waived.

        I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

        DATED this 22nd day of August, 2025, in Maui, Hawaii.

_____
SANDRA J. GRAN, RPR, HI CSR 424

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, #2460, Honolulu, HI 96813
808-524-2090 courtreporters@hawaii.rr.com