J. PATRICK GLYNN, Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-5145
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA          3964-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone:   (808) 524-3700
Facsimile:    (808) 524-3838
Email: lsh@hosodalaw.com

KRISTINA S. BAEHR          *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law

FREDERICK C. BAKER          *Pro Hac Vice*
CYNTHIA A. SOLOMON          *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; csolomon@motleyrice.com

*Attorneys for Plaintiffs*

(caption continues on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>STIPULATED SCHEDULE AND FAST TRACK TRIAL PROCESS |
| JESSICA WHALEY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

**STIPULATED SCHEDULE AND FAST TRACK TRIAL PROCESS**

On August 7, 2025, the Court issued its findings and fact and conclusions of

law for seventeen bellwether Plaintiffs in *Feindt v. United States*, 22-cv-397-LEK-

KJM, Dkt. No. 633 (*Feindt* Decision). In these consolidated cases, the parties have agreed to use the *Feindt* Decision to resolve as many of the remaining 7,210 Plaintiffs' claims as possible (Remaining Plaintiffs). *E.g.*, Dkt. No. 192 (Third Stipulated Am. Rule 16 Scheduling Order) ¶ 6(f); Dkt. No. 590 (Parties' Joint Submission On Using Results of the Feindt Bellwether Trial to Resolve the Remaining Cases). To that end, the United States has reached settlements in principle with approximately 3,350 of the Remaining Plaintiffs, contingent upon these Remaining Plaintiffs providing sufficient proof of residency. *See* Dkt. No. 661 (Second Joint Status Report).

The parties agree to—and the Court enters—this Order to continue the parties' effort to resolve as many of the Remaining Plaintiffs' claims as possible based on the *Feindt* Decision:

## I.    Definitions

1.    The Remaining Plaintiffs are divided into two groups: (1) those who were active-duty servicemembers between May 2021 and March 2022 (Active-Duty Plaintiffs);[1] and (2) all other Remaining Plaintiffs (Civilian

---

[1] The Active-Duty Plaintiffs are all the Plaintiffs in the *Whaley* action, plus the following 54 Plaintiffs: (1) Jacob Jerry Adams; (2) Erich Alwast; (3) Paul Asp; (4) William M. Baldwin; (5) Kelvin K. Birdine; (6) Stacey Conrad Bryant; (7) Neal P. Bueno; (8) Amber Bunch; (9) Brandon Alan Casey; (10) David Cheeks; (11) Shakeisha Cheeks; (12) Angel Alexis Colon; (13) Travis L. Dalton; (14) William Logan Daniels; (15) Breanna K Daniels; (16) Jesus Davalos; (17) Brian B. Durand; (18) Joshua Alexis Findlayter; (19) Leroy Ford; (20) Glenn Anthony Garcia; (21)

Plaintiffs).

2.    The Civilian Plaintiffs are further divided into: (1) those who agree to the Fast Track Trial Process (Fast Track Plaintiffs); and (2) those who do not (Non-Fast Track Plaintiffs).

3.    "Settling Plaintiffs" means those Remaining Plaintiffs who have reached settlements with the United States, including the approximately 3,350 to-date and those thereafter.

4.    "Fast Track Trial Process" means the stipulations set forth in Section V hereto that streamline and expedite the trial process, including by incorporating the *Feindt* Decision, in order to make the Fast Track Trials possible.

5.    "Fast Track Trials" means those trials held in these consolidated cases pursuant to the Fast Track Trial Process.

---

Frederick Vashawn Gill; (22) Carl Edward Haines II; (23) Joseph Scott Herrera; (24) David Paul Hess; (25) Shannon Hewitt; (26) Jennifer Marie Hood; (27) Edward A. James; (28) Robert S. Jansen; (29) Robin O. Taylor Jr.; (30) Alton McMullen Jr.; (31) Jared Christopher Keener; (32) David R. Knutson; (33) Vilaychack Kounhavong; (34) Alexandra English Reeder Kuepper; (35) Joshua C. Kuffel; (36) Jonathan Lackey; (37) Marcos F. Lima; (38) Richard Lewis Mackey; (39) Andrea D. Mann; (40) Jason P. Meinders; (41) Chad O. Parrish; (42) Rommel M. Penaflor; (43) Jamar Damious Perkins; (44) Alexander Peredes Quinones; (45) Ena Cesarina Rojas; (46) Carl James Ronhaar; (47) Ricardo Francisco Ruano; (48) Nuria Hazely Santos; (49) Erin Simonds; (50) Brandon Jalil West Sr.; (51) Freddie Antwine Thomas; (52) Jedediah D. Venable; (53) Sydney Germaine Walters; (54) Chad Watson.

4

## II.    Settlement Approval Process and Status Reports

6.      On **February 27, 2026**, the parties shall move for a determination of good faith settlement pursuant to HRS § 663-15.5 for additional Settling Plaintiffs for whom the parties have finalized settlement. To be included in this motion, Settling Plaintiffs must provide the United States: (a) sufficient proof of residency; and (b) their executed settlement agreement and receive the United States' approval of such verification by **February 20, 2026**. Plaintiffs shall also file any necessary motions for approval of minors' settlements for Settling Plaintiffs included in the February 27, 2026 motion for determination of good faith settlement.

7.      On **March 27, 2026**, the parties shall move for a determination of good faith settlement pursuant to HRS § 663-15.5 for additional Settling Plaintiffs for whom the parties have finalized settlement. To be include in this motion, Settling Plaintiffs must provide the United States: (a) sufficient proof of residency; and (b) their executed settlement agreement and receive the United States' approval of such verification by **March 20, 2026**. Plaintiffs shall also file any necessary motions for approval of minors' settlements for Settling Plaintiffs included in the March 27, 2026 motion for determination of good faith settlement.

8.      Thereafter, the parties shall continue to file joint status reports every 4

weeks updating the Court on their settlement efforts. In these status reports, the parties shall also include the parties' proposal(s) for filing additional motions for good faith settlement pursuant to HRS § 663-15.5.

### III.    Plaintiff Fact Sheets and Document Productions for Civilian Plaintiffs

9.    By **February 17, 2026**, Plaintiffs' counsel shall begin providing the United States a Completed PFS[2] for each Civilian Plaintiff on a rolling basis as they are received by Plaintiffs' counsel.

10.    Subject to Paragraph 11, all Civilian Plaintiffs must provide:

  a.  Their Completed PFS to the United States no later than **June 5, 2026** (Plaintiffs may move for a one-month extension of this deadline for not more than 250 Civilian Plaintiffs); and

  b.  Complete their document productions in response to Question 26 of the PFS by **July 14, 2026** (Plaintiffs may move for a one-month extension of this deadline for not more than 250 Civilian Plaintiffs).

11.    The following Civilian Plaintiffs are not subject to the deadlines in Paragraph 10:

  a.  Settling Plaintiffs for whom the parties have filed a motion for good

---

[2]  Throughout this document, a "Completed PFS" means: (a) a completed Plaintiff Fact Sheet (a version of which is attached hereto as Exhibit A), except for completing the document requests in Question 26 to the PFS, and (b) completed authorizations for the release of health care information.

faith settlement prior to the relevant Paragraph 10 deadline; and

    b. Initial PFS Pool Plaintiffs (defined in Section IV below), for whom different production deadlines apply.

12.    If a Civilian Plaintiff subject to Paragraph 10 does not complete the Paragraph 10 productions by the deadlines provided in Paragraph 10, the United States may move for dismissal of such Plaintiffs' claims. The Civilian Plaintiffs reserve all rights to oppose such a motion.

    a. Absent an Order from the Court granting a request by either or both parties for oral argument, the Court will rule on such motions without hearing argument.

13.    For any productions under Paragraphs 9 or 10:

    a. Plaintiffs' counsel shall contemporaneously file on the docket a certificate of service noting all Civilian Plaintiffs on whose behalf a production was served;

    b. The United States shall have 14 days to object to the completeness of any production, and the Civilian Plaintiff shall have 14 days thereafter to cure; and

    c. These 14-day deadlines may be extended by agreement of the parties or with leave from the Court for good cause shown.

## IV.    Fast Track Trial Schedule

14.    The week of **July 27, 2026**, a **NON-JURY** trial utilizing the Fast Track Trial Process will commence before the Honorable Leslie E. Kobayashi, United States District Judge (Fast Track Trial One).

15.    The week of **August 3, 2026**, a **NON-JURY** trial utilizing the Fast Track Trial Process will commence before the Honorable Leslie E. Kobayashi, United States District Judge (Fast Track Trial Two).

16.    The week of **August 24, 2026**, a **NON-JURY** trial utilizing the Fast Track Trial Process will commence before the Honorable Leslie E. Kobayashi, United States District Judge (Fast Track Trial Three).

17.    By **February 27, 2026**, Plaintiff's counsel shall file on the docket:

a.    A list of those Civilian Plaintiffs who agree to the Fast Track Trial Process (Fast Track Plaintiffs);

b.    A list of those Civilian Plaintiffs who do not agree to the Fast Track Trial Process (Non-Fast Track Plaintiffs), including the categorical reason for their objection; and

c.    A list of Civilian Plaintiffs who are not in the parties' January 30, 2026 motion for a determination of good faith settlement pursuant to HRS § 663-15.5, but who have accepted the United States' September 5, 2025 offer, regardless of whether they are also listed as Fast Track

8

Plaintiffs or not.

18. By **March 4, 2026**, counsel for Plaintiffs and the United States shall randomly select 50 families from those included on the Fast Track Plaintiffs list filed on February 27, 2026 (Initial PFS Pool Plaintiffs). The Initial PFS Pool Plaintiffs shall produce to the United States:

   a. Their Completed PFSs by **March 20, 2026**; and.

   b. Their completed document productions in response to Question 26 of the PFS by **March 20, 2026**.

19. If an Initial PFS Pool Plaintiff does not complete the Paragraph 18 productions by the deadlines provided in Paragraph 18, the United States may move to dismiss the Initial PFS Pool Plaintiff. The Initial Pool Plaintiffs reserve all rights to oppose such a motion.

20. On **March 27, 2026**, counsel for Plaintiffs and the United States shall:

   a. Meet to select 2 families for each of Fast Track Trials One, Two, and Three. For each of these three trials, Plaintiffs shall select 1 family from the Initial PFS Pool Plaintiffs and the United States shall select 1 family from the Initial PFS Pool Plaintiffs.

   b. File on the docket the results of the selections for Fast Track Trials One, Two, and Three.

21. By **April 10, 2026**, Plaintiffs shall identify any Corroborating Fact

9

Witnesses[3] for Fast Track Trial One, Two, and Three.

    a.  On **April 17, 2026**, remote depositions of Potential Trial Witnesses[4] for Fast Track Trial One, Two, and Three may begin. These depositions are subject to the limitations set forth in Section V below.

22.   A virtual final pretrial conference for both Fast Track Trial One and Fast Track Trial Two shall be held on June 16, 2026, at 9:45 a.m. before the Honorable Kenneth J. Mansfield, United States Magistrate Judge. Immediately after this final pretrial conference, a settlement conference for the Fast Track Trial One Plaintiffs' and Fast Track Trial Two Plaintiffs' claims shall be held before the Honorable Kenneth J. Mansfield, United States Magistrate Judge.

    a.  Each party shall deliver to the Magistrate Judge a confidential settlement conference statement by June 9, 2026. The parties are directed to LR 16.5(b) for the requirements of the confidential settlement conference statement.

---

[3] For both parties, Corroborating Fact Witnesses are limited to a Fast Track Plaintiffs' neighbor, housemate, friend, co-worker, or family member.

[4] Potential Trial Witnesses are limited to those who may be deposed per Paragraph 33(e)(ii) below.

    b.  The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

23.  A virtual final pretrial conference for Fast Track Trial Three shall be held on June 30, 2026, at 9:45 a.m. before the Honorable Kenneth J. Mansfield, United States Magistrate Judge. Immediately after this final pretrial conference, a settlement conference for the Fast Track Trial Three Plaintiffs' claims shall be held before the Honorable Kenneth J. Mansfield, United States Magistrate Judge.

    a.  Each party shall deliver to the Magistrate Judge a confidential settlement conference statement by June 23, 2026. The parties are directed to LR 16.5(b) for the requirements of the confidential settlement conference statement.

    b.  The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

24.  A final pretrial conference for Fast Track Trial One shall be held on July 21, 2026, at 10:00 a.m. before the Honorable Leslie E. Kobayashi, United States District Judge. The parties respectfully request that this conference be held virtually.

11

25.    The remaining trial and pretrial deadlines for Fast Track Trial One are set

forth in the chart below:

| Date | Fast Track Trial One Event |
|---|---|
| May 8, 2026 | United States to complete its production of the Fast Track Trial One Plaintiffs' medical records from U.S. medical providers, as well as any other documents the United States may use at trial (excluding demonstratives). |
| May 15, 2026 | Government to identify any Corroborating Fact Witnesses. |
| June 8, 2026 | Fact discovery closes for Fast Track Trial One. |
| June 10, 2026 | United States to identify which Fast Track Trial One Plaintiffs it contends have a pre-existing condition that would trigger apportionment. |
| June 15, 2026 | Parties pre-mark and exchange all proposed exhibits. |
| June 19, 2026 | Parties' deadline to meet and confer on possible stipulations. |
| June 26, 2026 | Motion deadline. Any opposition is due 7 days after the motion is filed and any optional reply is due 7 days after the opposition is filed. |
| July 10, 2026 | Plaintiffs file declarations (with exhibits) from Potential Trial Witnesses. Any exhibits must have been produced by the deadlines in Paragraph 18, except for: (1) any medical records produced by the United States; (2) any exhibits that are responsive to those documents disclosed by the United States on May 8, 2026, and that Plaintiffs produce by no later than one week before the Plaintiff's deposition; and (3) any subsequently discovered documents upon a showing of good cause. |
| July 17, 2026 | Parties file their: (1) exhibit lists; and (2) their consolidated pretrial statements (content not to exceed three pages per plaintiff). <br><br> United States files declarations (with exhibits) for any Corroborating Fact Witnesses disclosed by May 15, 2026. |

| Date | Fast Track Trial One Event |
|---|---|
| | Any exhibits must have been produced by May 8, 2026, except for: (1) any documents the United States produces no later than one week before the relevant Plaintiff's deposition; or (2) any subsequently received documents upon a showing of good cause. |
| July 24, 2026 | Parties file their objections to exhibit lists. |
| July 28, 2026 | Fast Track Trial One. The parties' objections to any direct testimony declarations are to be filed on the docket no later than the night before the witness is to take the stand at trial. |

26.    A final pretrial conference for Fast Track Trial Two shall be held before the Honorable Leslie E. Kobayashi, United States District Judge, as convenient to the Court while the parties are before the Court for the Fast Track Trial One.

27.    The remaining trial and pretrial deadlines for Fast Track Trial Two are set forth in the chart below:

| Date | Fast Track Trial Two Event |
|---|---|
| May 15, 2026 | United States to complete its production of the Fast Track Trial Two Plaintiffs' medical records from U.S. medical providers, as well as any other documents the United States may use at trial (excluding demonstratives). |
| May 22, 2026 | Government to identify any Corroborating Fact Witnesses. |
| June 15, 2026 | Fact discovery closes for Fast Track Trial Two. |
| June 17, 2026 | United States to identify which Fast Track Trial Two Plaintiffs it contends have a pre-existing condition that would trigger apportionment. |

| Date | Fast Track Trial Two Event |
|---|---|
| June 22, 2026 | Parties pre-mark and exchange all proposed exhibits. |
| June 26, 2026 | Parties' deadline to meet and confer on possible stipulations. |
| July 3, 2026 | Motion deadline. Any opposition is due 7 days after the motion is filed and any optional reply is due 7 days after the opposition is filed. |
| July 17, 2026 | Plaintiffs file declarations (with exhibits) from Potential Trial Witnesses. Any exhibits must have been produced by the deadlines in Paragraph 18, except for: (1) any medical records produced by the United States; (2) any exhibits that are responsive to those documents disclosed by the United States on May 15, 2026, and that Plaintiffs produce by no later than one week before the Plaintiff's deposition; and (3) any subsequently discovered documents upon a showing of good cause. |
| July 24, 2026 | Parties file their: (1) exhibit lists; and (2) their consolidated pretrial statements (content not to exceed three pages per plaintiff). United States files declarations (with exhibits) for any Corroborating Fact Witnesses disclosed by May 22, 2026. Any exhibits must have been produced by May 15, 2026, except for: (1) any documents the United States produces no later than one week before the relevant Plaintiff's deposition; or (2) any subsequently received documents upon a showing of good cause. |
| July 31, 2026 | Parties file their objections to exhibit lists. |
| August 3, 2026 | Fast Track Trial Two. The parties' objections to any direct testimony declarations are to be filed on the docket no later than the night before the witness is to take the stand at trial. |

28.    A final pretrial conference for Fast Track Trial Three shall be held before

the Honorable Leslie E. Kobayashi, United States District Judge, as

convenient to the Court while the parties are before the Court for the Fast

14

Track Trial One or Fast Track Trial Two.

29.    The remaining trial and pretrial deadlines for Fast Track Trial Three are set forth in the chart below:

| Date | Fast Track Trial Three Event |
|---|---|
| June 19, 2026 | The United States to complete its production of the Fast Track Trial Three Plaintiffs' medical records from U.S. medical providers, as well as any other documents the United States may use at trial (excluding demonstratives). |
| June 26, 2026 | Government to identify any Corroborating Fact Witnesses. |
| July 17, 2026 | Fact discovery closes for Fast Track Trial Three. |
| July 21, 2026 | United States to identify which Fast Track Trial Three Plaintiffs it contends have a pre-existing condition that would trigger apportionment. |
| July 21, 2026 | Parties pre-mark and exchange all proposed exhibits. |
| July 24, 2026 | Parties' deadline to meet and confer on possible stipulations. |
| July 24, 2026 | Motion deadline. Any opposition is due 7 days after the motion is filed and any optional reply is due 7 days after the opposition is filed. |
| August 7, 2026 | Plaintiffs file declarations (with exhibits) from Potential Trial Witnesses. Any exhibits must have been produced by the deadlines in Paragraph 18, except for: (1) any medical records produced by the United States; (2) any exhibits that are responsive to those documents disclosed by the United States on June 19, 2026, and that Plaintiffs produce by no later than one week before the Plaintiff's deposition; and (3) any subsequently discovered documents upon a showing of good cause. |
| August 14, 2026 | Parties file their: (1) exhibit lists; and (2) their consolidated pretrial statements (content not to exceed three pages per plaintiff). |

| Date | Fast Track Trial Three Event |
|---|---|
| | United States files declarations (with exhibits) for any Corroborating Fact Witnesses disclosed by June 26, 2026. Any exhibits must have been produced by June 19, 2026, except for: (1) any documents the United States produces no later than one week before the relevant Plaintiff's deposition; or (2) any subsequently received documents upon a showing of good cause. |
| August 21, 2026 | Parties file their objections to exhibit lists. |
| August 24, 2026 | Fast Track Trial Three. The parties' objections to any direct testimony declarations are to be filed on the docket no later than the night before the witness is to take the stand at trial. |

## V.    Fast Track Trial Process

30.    The United States agrees that the admissions as to the Bellwether

Plaintiffs contained in the Second Joint Stipulation as to Plaintiffs'

Nuisance and Negligence Claims (Dkt. No. 200) also apply to the Fast

Track Plaintiffs.

31.    For purposes of Fast Track Trials, the Fast Track Plaintiffs waive:

a.  Any claim for special damages;

b.  Any claim for medical negligence;

c.  Any claim for injuries arising prior to the November 2021 spill;

d.  Any claim related to physical injuries, other than the following that

arose after the November 2021 spill and lasted "until approximately

when the [Fast Track Plaintiffs] stopped using the household water

16

supplied by the JBPHH water distribution system," *Feindt* Decision ¶ 15, namely: headaches, nausea, diarrhea, vomiting, headaches, dizziness, loss of balance or coordination, migraines, seizures, abdominal pain, coughing, throat irritation/burning, nose irritation/burning, difficulty breathing, sinus issues, eye irritation, rash, fatigue, dry skin, muscle aches or pains, trouble sleeping, or fever.

    i. Plaintiffs contend that this waiver shall not be construed, and it is not Plaintiffs' intent for this waiver, to waive or apply to any claim for any subsequently manifested physical injury arising after the date of this stipulation. The United States reserves any and all arguments regarding the effect of this stipulation and judgment on subsequent claims.

    ii. The parties reserve all rights to argue specific causation and apportionment of any claimed injuries based on the evidence submitted at the Fast Track Trials or any findings of this Court in the *Feindt* Decision.

e. Any claim for emotional distress or mental condition beyond "garden-variety" emotional distress, which does not include a claim of psychic injury or psychiatric disorder. A garden-variety emotional distress

claim is a claim of generalized insult, hurt feelings, and lingering resentment that does not involve a significant disruption of the plaintiff's work life and rarely involves more than a temporary disruption of the claimant's personal life.

   f.  Any claim for future medical monitoring.

32.  The Fast Track Plaintiffs and the United States agree to be bound by, and the parties agree to apply to those Fact Track Plaintiffs, the Court's findings of fact and conclusions of law in the following Paragraphs of the *Feindt* Decision:

   a.  Findings of Fact:

       i.  1-12 – The JBPHH Water Distribution System and Impact of the November 2021 Fuel Release

       ii.  13-18 – Causation

       iii.  493-505 – Offsets

   b.  Conclusions of Law:

       i.  1-2 – Jurisdiction

       ii.  3-4 – Burden of Proof

       iii.  5-6 – Liability

       iv.  7-12 – Causation

       v.  13-27 – Damages

33.    The Fast Track Plaintiffs and the United States agree to forgo the following:

a.  The submission at a Fast Track Trial of any additional evidence related to the scope, duration, timing, or nature of spills at the Red Hill Bulk Fuel Storage Facility, their impact on the JBPHH water system, and the United States' responses thereto,[5] including any technical or medical response efforts or subsequent studies of the November 2021 spill and its effects.

b.  The submission at a Fast Track Trial of any additional evidence under Federal Rules of Evidence 702, 703, or 705. This shall not limit any party's rights to use evidence from medical records otherwise admissible under FRE 803 and 804.

c.  The submission at a Fast Track Trial of any additional expert testimony, including from witnesses required to be disclosed under Federal Rule of Civil Procedure 26(a)(2).

d.  Seeking additional discovery on the United States in connection with a Fast Track Trial, except for the United States providing the Fast Track Plaintiffs' U.S. provider medical records from January 1, 2016, to

---

[5] Fast Track Plaintiffs are not precluded from offering evidence of their understanding/awareness or lack of understanding/awareness of water use advisories communicated by the United States.

December 31, 2022.

e.  Seeking additional discovery on the Fast Track Plaintiffs in connection with a Fast Track Trial, except for:

   i.  The PFS (attached hereto) and its document requests;

   ii.  Depositions of each Fast Track Plaintiff, their spouse/significant other, and, in the case of minor Fast Track Plaintiffs, their parents/guardians, and any Corroborating Fact Witness disclosed per the Fast Track Trial Schedule (Section IV).

       1.  All depositions will be remote.

       2.  Depositions of those Fast Track Plaintiffs who are minors are limited to 3.5 hours on the record.

       3.  Plaintiffs agree not to submit testimony at trial from—and the United States agrees not to depose—Fast Track Plaintiffs who are under 7 years old as of their trial date.

f.  Seeking additional discovery on third-parties in connection with a Fast Track Trial, except for (1) medical record subpoenas of the Fast Track Plaintiffs' medical providers between January 1, 2016 and December 31, 2022; and (ii) depositions of any Corroborating Fact Witnesses disclosed per the Fast Track Trial Schedule.

g.  Trial witnesses at a Fast Track Trial beyond the Potential Trial Witnesses, *i.e.*, the Fast Track Plaintiffs, their spouses/significant others, the parents/guardians of minor Fast Track Plaintiffs, and any Corroborating Fact Witnesses disclosed per the Fast Track Trial Schedule.


DATED: February 25, 2026

/s/ *Kristina Baehr (with permission)*          /s/ *Eric Rey*
KRISTINA BAEHR                                   ERIC REY
LYLE HOSODA                                      Attorney for the United States
FREDERICK BAKER
Attorney for Plaintiffs



APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, February 25, 2026.



Kenneth J. Mansfield
United States Magistrate Judge


*Feindt v. United States*, 22-cv-00397 LEK-KJM, *Whaley v. United States*, 23-cv-00457- LEK-KJM, *Hughes v. United States*, 24-cv-00059-LEK-KJM, "Stipulated Schedule and Fast Track Trial Process"