# PLAINTIFF FACT SHEET

## United States District Court – District of Hawaii

### *Feindt, Whaley, Hughes, et al. v. United States of America*

**Before You Start**

**Who must complete this form**
- Each Plaintiff who has not accepted the Government's offer must complete and submit a Plaintiff Fact Sheet (PFS).
- If you are making a claim for yourself AND for another person (for example, a minor child or a dependent adult), complete a separate PFS for each person.
- Your attorney will work with you to search for, identify, review, and produce documents responsive to this PFS.

**Why we are asking for this information**
The purpose of this PFS is to collect accurate information about your experience of the jet fuel contamination at the U.S. Navy's Red Hill Bulk Fuel Storage Facility in November 2021.

**Important legal reminders**
- You will sign this form under oath, under penalty of perjury. Please answer truthfully and as completely as you can.
- Your answers may be used as evidence to resolve your claims, including at trial.
- If you need more space, attach extra pages and clearly label the question number you are continuing.

**Use records, not memory alone**
When completing this PFS, do not rely only on memory. Please review any documents you have or can easily access (for example: emails, texts, notices, medical records, photographs, videos, voice memos, or other records).

**Confidential information**
Information that is confidential under an applicable protective order (including Social Security numbers and medical information) will be treated as confidential under the terms of that order.

1

Exhibit A – Plaintiff Fact Sheet

**Defined Terms**

Terms that are in all capital letters are "defined terms." These terms are defined below. When answering questions in this PFS please refer back to these defined terms.

**Key Definitions**

| | |
|---|---|
| CONTAMINATION | The jet fuel spills from JBPHH on or around November 20, 2021, as alleged in the operative Complaints. |
| INCIDENT | The circumstances and events surrounding the CONTAMINATION event alleged in the Complaints. |
| EXPOSED / EXPOSURE | Your contact with chemical substances from the INCIDENT that you claim caused harm or damage. |
| PERSONAL INJURY | Any physical or mental harm or challenges for which you are pursuing a claim, including bodily injury, physical impairments, medical conditions affecting physiology or bodily function, inconvenience or life disruption, emotional distress, loss of enjoyment of life, loss of consortium, or disruption of family relationships. |
| HEALTH CARE PROVIDER | Any doctor or clinician, facility, hospital, temporary facility (e.g., "white tents"), urgent care, pharmacy, diagnostic service (labs/radiology), psychiatrist, psychologist, therapist, physical therapist, occupational therapist, dentist, or other person/entity involved in your care or treatment (including Defense Health Agency providers), regardless of location. |
| COMMUNICATIONS | Any correspondence, including email, letters/mail, announcements, pamphlets, phone calls, voicemails, and text messages (SMS/MMS/iMessage). |

2

Exhibit A – Plaintiff Fact Sheet

**Section 1 — Who are you completing this PFS for? Adults (18+) should complete their own forms. Guardians should complete forms for minors.**

1. Check one:

    ☐ Myself

    ☐ A minor child (Name of minor): _____

    ☐ Another person (Name and relationship): _____

2. Your full legal name (First / Middle / Last):
   _____

3. If you are NOT the Plaintiff, please describe your relationship to the Plaintiff (example: "parent or guardian"):

    **Select One**: Parent / Guardian / Other: _____

*If you are completing this form for a minor or dependent, answer the remaining questions about that person. If you are completing it for yourself, answer about yourself.*

**Section 2 — Basic information**

4. Full legal name (First / Middle / Last):
   _____

5. Date of birth (MM/DD/YYYY): _____

6. Social Security Number: _____

7. DoD ID Number (if applicable): _____

8. Are (or were) you a federal employee? If Yes, please provide:

    a. Employing agency or office:_____

    b. Dates of service: _____ _____

9. Is a member of your immediate family (spouse or parent) a military service member?

    ☐ Yes          ☐ No

    If "Yes," please provide the following information, which may be necessary to obtain your medical records:

3

Exhibit A – Plaintiff Fact Sheet

    a. Name of military service member: _____

    b. Branch of military service: _____

    c. Dates of service: ___ _____

    d. Social Security Number of military service member: _____

**Current residential address**

10. Street address & Apt. No.:
_____

    City / State / ZIP:
_____

    Dates at this current address (from–to): _____

**Historical Residence Information**

11. On November 20, 2021, were you:

    ☐ A resident of Hawaii, living in military housing

    ☐ A resident of Hawaii, living in non-military housing

    ☐ Visiting Oahu

    ☐ Other (please explain)_____

12. Principal place of residence (i.e., permanent dwelling address) on November 20, 2021:

    Street address & Apt. No.:
_____

    City / State / ZIP:
_____

    Dates this was your principal residence (from–to):
_____

Exhibit A – Plaintiff Fact Sheet

13. Please provide any other addresses where you resided between November 20, 2021, and April 1, 2022. Please include all permanent and temporary housing, including hotels, private residences, and military/PPV residences. Please also include the dates you resided at each address, attaching other pages if necessary.

    _____
    Street Address                                                Apt. No.

    _____
    City                    State                      Zip

    Dates at this address: _____

14. Identify all the locations where you allege that you were EXPOSED:

    ☐ Your residence

    ☐ Locations other than your residence (please explain below)

    _____

    _____

    _____

    _____

    _____

15. Except for this action, have you ever filed a personal injury lawsuit or made a written claim or demand for compensation for personal injuries you have suffered (whether or not related to the INCIDENT) since January 1, 2016?

    ☐ Yes            ☐ No

    If yes, for each other lawsuit, claim, or demand, please provide the following information: (a) the date (month and year, if known) of the incident; (b) the location (closest street address or intersection, if known) of the incident; (c) against whom the claim or demand was made (name, address, and telephone number, if known); (d) the court, case name, and case number if a lawsuit was filed; (e) the attorney representing you (name, address, and telephone number, if known); (f) whether the claim or action has been resolved or is pending; and (g) a description of the claimed injury or injuries.

5

Exhibit A – Plaintiff Fact Sheet

    a. Date of incident: _____

    b. Location of incident:_____

    c. Opposing party information:

        i. Name: _____

        ii. Address: _____

        iii. Telephone Number: _____

    d. Case information:

        i. Court: _____

        ii. Case name: _____

        iii. Case number: _____

    e. Counsel information:

        i. Counsel name: _____

        ii. Counsel address: _____

        iii. Counsel number: _____

    f. Case Status

        ☐ Resolved        ☐ Pending

    g. Description of claimed injuries:

_____

_____

_____

_____

Exhibit A – Plaintiff Fact Sheet

**Section 3 — Water usage and exposure**

16. Did you ever cease consuming (e.g., drinking, cooking) water from the Joint Base Pearl Harbor Hickam ("JBPHH") Water System?

    ☐ Yes            ☐ No

    If so, when did you cease and when (if ever) did you resume? If you do not remember the exact date, please provide an approximate date to the best of your recollection.

    Date you ceased consuming water: _____

    Date you resumed consuming water: _____


17. Did you ever cease using (e.g., bathing; laundry; dishwashing) water from the JBPHH Water System?

    ☐ Yes            ☐ No

    If so, when did you cease and when (if ever) did you resume? If you do not remember the exact date, please provide an approximate date to the best of your recollection.

    Date you ceased using water: _____

    Date you resumed using water: _____

**Section 4 —PERSONAL INJURIES that you attribute to the INCIDENT**

18. Check the PERSONAL INJURIES (physical and/or emotional) from the list below that you experienced as a result of the INCIDENT (your "CLAIMED INJURIES").

**Check**

- ☐ Emotional Distress
- ☐ Headaches
- ☐ Nausea
- ☐ Diarrhea
- ☐ Vomiting
- ☐ Dizziness
- ☐ Loss of balance or coordination
- ☐ Migraines
- ☐ Seizures
- ☐ Abdominal pain
- ☐ Coughing
- ☐ Throat irritation/burning
- ☐ Nose irritation/burning
- ☐ Difficulty breathing
- ☐ Sinus issues
- ☐ Eye irritation
- ☐ Rash
- ☐ Fatigue
- ☐ Dry skin

☐         Muscle aches or pains

☐         Trouble sleeping

☐         Fever

☐         Other (describe): _____

19. What was the start date and end date of [CLAIMED INJURY #1]? If you do not remember the exact date, please provide an approximate date to the best of your recollection.

    a. Start date:

    b. End date:

20. Did you see a HEALTH CARE PROVIDER for [CLAIMED INJURY #1]?

    ☐ Yes            ☐ No

        a. If "yes," please provide the following information:

    i.   Provider Name: _____

    ii.  Specialty: _____

    iii. Facility Name: _____

    iv.  Location: _____

21. Did you have [CLAIMED INJURY #1] between January 1, 2016 and November 20, 2021?

    ☐ Yes            ☐ No

    If yes:

        a. What dates did you experience [CLAIMED INJURY #1]?

            i.  Start date:

            ii. End date:

        b. Was [CLAIMED INJURY #1] tied to any previous diagnosis?

9

Exhibit A – Plaintiff Fact Sheet

☐ Yes ☐ No

    i. If yes, what was the diagnosis?

  c. Was [CLAIMED INJURY #1] resolved (non-symptomatic) prior to the jet fuel release on November 20, 2021?

☐ Yes, it was resolved prior to the jet fuel release on November 20, 2021.

☐ No, I was still experiencing these symptoms at the time of the jet fuel release on November 20, 2021.

  d. If no, do you believe the jet fuel release made [CLAIMED INJURY #1] worse?

☐ Yes, the jet fuel release made it worse.

☐ No, the jet fuel release did not make it worse.

## Section 5 — Health care providers (January 1, 2016-December 31, 2022)

22. List every HEALTH CARE PROVIDER you saw between January 1, 2016, and December 31, 2022, for ANY reason (including providers unrelated to the jet fuel claim) and provide the following information for each.

    a. HEALTH CARE PROVIDER Information:

        i. Name: _____

        ii. Address: _____

        iii. Telephone Number: _____

        iv. Specialty: _____

    b. Affiliated Medical Entity: _____

    c. Dates of Exam/Consult/Treatment: _____

    d. Reason: _____

23. Please provide the following information for each medication (prescription or over the counter) that you have taken between January 1, 2016 and December 31, 2022: (a) medication name; (b) if prescribed, who prescribed it, and when; (c) the date(s) taken; (d)

10

the pharmacies that have filled any prescribed medication; and (e) reason for taking the medication (i.e., taken for headaches, taken for GERD).

    a. Medication Name: _____

    b. Prescribing Information:

        i. Prescriber: _____

        ii. Date Prescribed: _____

    c. Dates Taken: _____

    d. Pharmacies: _____

    e. Reason for taking medication: _____

    _____

24. Please provide the following information for any your health insurance (including Tricare) that you have from January 1, 2016, to December 31, 2022.

    a. Name of Insurance: _____

    b. Dates of Coverage: _____

    c. Name of Insured: _____

**Section 6 — Documents to attach**

25. Please attach copies of the following when you complete and sign your PFS:

    a. Signed HIPAA-compliant authorizations to release medical and mental health records from January 1, 2016, through December 31, 2022.

    On each authorization, include permission for the U.S. Department of Justice, Civil Division, Environmental Tort Litigation, to obtain both physical and mental health records.

    b. Completed and signed DD Form 2870 permitting DOJ (Civil Division, Environmental Tort Litigation) to obtain records from all DHA providers.

26. Please provide copies of the following by the requisite date in the schedule for this matter. Your counsel will inform you of the applicable deadline for your production:

    a. Proof of residency as of November 20, 2021, in the form of either:

        i. A signed lease, listing your name, with a specified lease term that included November 20, 2021. If your original lease term did not extend through November 20, 2021, you must also provide a lease renewal or extension for the property that lists your name on the renewal or extension document.

        OR

        ii. Two documents from Attachment A.

    b. Any contemporaneous documentation related to any of your CLAIMED INJURIES. This may include but is not limited to: COMMUNICATIONS with employers, HEALTH CARE PROVIDERS (including the "white tents"), friends, family, co-workers, or others; social media posts; photographs; video; voice memos; or other records in which your CLAIMED INJURIES are described and identified between November 20, 2021 and April 1, 2022. This includes any documentation referencing when your CLAIMED INJURIES started, ended, or changed.

    c. Any medical records related to your CLAIMED INJURIES in your possession.

    d. Any additional documents or records that you referenced or relied upon in completing this PFS.

    e. In the event you do not have some of the records requested in subparts (a) through (d) in your care, custody, or control, consult your counsel about providing a statement to that effect as part of your response.

**Verification under penalty of perjury**

By signing below, I declare:

- The information in this Plaintiff Fact Sheet is true and correct to the best of my knowledge.
- I made a reasonable search and diligent inquiry to answer these questions.
- I understand I can and must supplement or correct this PFS if I later learn information is incomplete or incorrect in an important way.
- I also declare that any authorizations to obtain medical were signed by me and given to my counsel for production to the U.S. Department of Justice, Civil Division.

I declare under penalty of perjury that the foregoing is true and accurate. 28 U.S.C. § 1746.


Print Name: _____

Date: _____

Signature of Plaintiff or Plaintiff Representative:

_____

Location (City/State): _____

Exhibit A – Plaintiff Fact Sheet

**Attachment A – Proof of Principal Residence as of November 21, 2021**

|  | **Modified Criteria for Responses to PFS** |
|---|---|
|  | Driver's license valid as of 11/21/21 |
|  | Vehicle registration or title covering 11/21/21 |
|  | Insurance statement or card covering 11/21/21 (Examples: automobile, homeowners, medical, etc.) |
| . | Mail addressed to the applicant from a government or medical entity between 9/21/21-11/30/21 (Examples: Voter notification postcard (yellow card), Social Security Administration 1099 benefits, hospital statement, etc.) |
|  | Real property tax assessment form covering 11/21/21 |
|  | Utility bill dated 9/21/21-12/30/21 (Examples: electric, water, gas, cable TV, phone, etc.) |
|  | Financial statement issued 9/21/21-12/30/21 (Examples: bank, credit union, or other financial institution checking account or savings account, investment company, credit card, debit card, etc.). Same account numbers from the same business entity will qualify as only one proof for the address document requirement. |
|  | Payroll check or payroll check stub issued by an employer between 9/21/21-12/30/21 |
|  | Mortgage account or proof of home ownership covering 11/21/21 |
|  | Residential rental or time-share agreement including 11/21/21 |
|  | U.S. individual income tax return, W-2 form or income tax form 1099 from tax year 2021 |
|  | Hawaii individual income tax return or HW-2 form for tax year 2021 |
|  | Letter from the Hawaii State Department of Human Services indicating the person is receiving welfare assistance, dated 8/21/21-12/30/21 |
|  | Documentation or valid identification card that the applicant is receiving State of Hawaii public assistance (health benefits, |

14

Exhibit A – Plaintiff Fact Sheet

**Attachment A – Proof of Principal Residence as of November 21, 2021**

|  | **Modified Criteria for Responses to PFS** |
|---|---|
|  | social services program, etc.), dated 8/21/21-12/30/21 |
|  | Receipt for personal property taxes paid covering 11/21/21 |
|  | A stamped Department of Taxation form A-6 (Tax Clearance Application) covering 11/21/21 |
|  | Medical card issued by a health insurance agency covering 11/21/21 |
|  | Hawaii principal residence address affidavit, provided the spouse, parent's, guardian's or other's address can be verified and the affidavit is notarized within two-months of the application date. |
|  |  |

Exhibit A – Plaintiff Fact Sheet