Case 1:23-cv-00457-LEK-KJM     Document 283     Filed 03/02/26     Page 1 of 7
                              PageID.11381

J. PATRICK GLYNN, Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-5145
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA                       3964-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com

KRISTINA S. BAEHR           *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law

FREDERICK C. BAKER          *Pro Hac Vice*
CYNTHIA A. SOLOMON          *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; csolomon@motleyrice.com

*Attorneys for Plaintiffs*

(caption continues on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>STIPULATION REGARDING JULY 7, 2026 FAST TRACK TRIAL |
| JESSICA WHALEY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

**STIPULATION REGARDING JULY 7, 2026 FAST TRACK TRIAL**

On February 25, 2026, the Court entered the parties' Stipulated Schedule and Fast Track Trial Process. Dkt. No. 682 (hereinafter, "FTT Stipulation"). The parties

agree to—and the Court enters—this Order to provide for an additional Fast Track Trial[1] starting July 7, 2026:

1. The week of **July 7, 2026**, a **NON-JURY** trial utilizing the Fast Track Trial Process will commence before the Honorable Leslie E. Kobayashi, United States District Judge (Initial Fast Track Trial)

2. Per the Fast Track Trial Stipulation, on February 27, 2026, Plaintiffs filed on the docket a list of Fast Track Plaintiffs—*i.e.*, those Civilian Plaintiffs who agreed to the Fast Track Trial Process.

3. On **March 3, 2026**, the parties shall randomly select two families from the February 27, 2026 docketed list of Fast Track Plaintiffs for the Initial Fast Track Trial. These two families are hereinafter defined as the "Initial Fast Track Trial Plaintiffs." On **March 3, 2026**, the parties shall file on the docket who was selected as Initial Fast Track Trial Plaintiffs.

4. On **March 11, 2026**, the Initial Fast Track Plaintiffs shall provide the United States their Completed PFS.

5. On **March 16, 2026**, the Initial Fast Track Plaintiffs shall provide the United States their document productions in response to Question 26 of the Plaintiff Fact Sheet (PFS).

6. If an Initial Fast Track Plaintiff does not complete the Paragraph 4 or 5

---

[1] The underlined terms herein are defined in the FTT Stipulation.

productions by the applicable deadline provided in Paragraphs 4 or 5, the United States may move for dismissal of such Plaintiffs' claims. The Initial Fast Track Plaintiffs reserve all rights to oppose such a motion. Absent an Order from the Court granting a request by either or both parties for oral argument, the Court will rule on such motions without hearing argument.

7. For any productions under Paragraphs 4 or 5:

   a. Plaintiffs' counsel shall contemporaneously file on the docket a certificate of service noting all Initial Fast Track Plaintiffs on whose behalf a production was served;

   b. The United States shall have 7 days to object to the completeness of any production, and the Initial Fast Track Plaintiffs shall have 7 days thereafter to cure; and

   c. These 7-day deadlines may be extended by agreement of the parties or with leave from the Court for good cause shown.

8. By **March 18, 2026**, Plaintiffs shall identify any Corroborating Fact Witnesses for the Initial Fast Track Trial.

9. On **March 23, 2026**, remote depositions of Potential Trial Witnesses for the Initial Fast Track Trial may begin. These depositions are subject to the limitations set forth in Section V of the FTT Stipulation.

10. A virtual final pretrial conference for the Initial Fast Track Trial shall be

held on June 10, 2026, at 9:45 a.m. before the Honorable Kenneth J. Mansfield, United States Magistrate Judge. Immediately after this final pretrial conference, a settlement conference for the Initial Fast Track Plaintiffs' claims shall be held before the Honorable Kenneth J. Mansfield, United States Magistrate Judge.

   a. Each party shall deliver to the Magistrate Judge a confidential settlement conference statement by June 3, 2026. The parties are directed to LR 16.5(b) for the requirements of the confidential settlement conference statement.

   b. The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

11. A final pretrial conference for the Initial Fast Track Trial shall be held on July 1, 2026, at 10:00 a.m. before the Honorable Leslie E. Kobayashi, United States District Judge. The parties respectfully request that this conference be held virtually.

12. The remaining trial and pretrial deadlines for the Initial Fast Track Trial are set forth in the chart below:

| Date | Initial Fast Track Trial Event |
|---|---|
| April 17, 2026 | United States to complete its production of the Initial Fast Track Trial Plaintiffs' medical records from U.S. medical providers, as well as any other documents the United States may use at trial (excluding demonstratives). |
| April 24, 2026 | Government to identify any Corroborating Fact Witnesses. |
| May 15, 2026 | Fact discovery closes for the Initial Fast Track Trial. |
| May 19, 2026 | United States to identify which Initial Fast Track Trial Plaintiffs it contends have a pre-existing condition that would trigger apportionment. |
| May 21, 2026 | Parties pre-mark and exchange all proposed exhibits. |
| May 29, 2026 | Parties' deadline to meet and confer on possible stipulations. |
| June 5, 2026 | Motion deadline. Any opposition is due 7 days after the motion is filed and any optional reply is due 7 days after the opposition is filed. |
| June 18, 2026 | Plaintiffs file declarations (with exhibits) from Potential Trial Witnesses. Any exhibits must have been produced by the deadlines in Paragraph 4, except for: (1) any medical records produced by the United States; (2) any exhibits that are responsive to those documents disclosed by the United States on April 17, 2026, and that Plaintiffs produce by no later than one week before the Plaintiff's deposition; and (3) any subsequently discovered documents upon a showing of good cause. |
| June 26, 2026 | Parties file their: (1) exhibit lists; and (2) consolidated pretrial statements (content not to exceed three pages per plaintiff).<br><br>United States files declarations (with exhibits) for any Corroborating Fact Witnesses disclosed by April 24, 2026. Any exhibits must have been produced by April 17, 2026, except for: (1) any documents the United States produces no later than one week before the relevant Plaintiff's deposition; or (2) any subsequently received documents upon a showing of |

6

| Date | Initial Fast Track Trial Event |
|---|---|
|  | good cause. |
| July 2, 2026 | Parties file their objections to exhibit lists. |
| July 7, 2026 | Initial Fast Track Trial. The parties' objections to any direct testimony declarations are to be filed on the docket no later than the night before the witness is to take the stand at trial. |

DATED: March 2, 2026

/s/ *Kristina Baehr (with permission)*
KRISTINA BAEHR
LYLE HOSODA
FREDERICK BAKER
Attorney for Plaintiffs

/s/ *Eric Rey*
ERIC REY
Attorney for the United States

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, March 2, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

---

*Feindt v. United States*, 22-cv-00397 LEK-KJM, *Whaley v. United States*, 23-cv-00457- LEK-KJM, *Hughes v. United States*, 24-cv-00059-LEK-KJM, "Stipulation Regarding July 7, 2026 Fast Track Trial"