J. PATRICK GLYNN, Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-5145
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA            3964-0
SPENCER J. LAU            11105-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone:   (808) 524-3700
Facsimile:    (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR         *Pro Hac Vice*
MARY M. NEUSEL            *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; maggie@well.law

FREDERICK C. BAKER        *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>JOINT NOTICE OF RANDOM SELECTION OF INITIAL FAST TRACK PLAINTIFFS<br><br>TRIAL DATE: July 7, 2026<br>JUDGE:  Hon. Leslie E. Kobayashi |
| JESSICA WHALEY, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |
| JACLYN HUGHES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

## JOINT NOTICE OF RANDOM SELECTION OF
## INITIAL FAST TRACK PLAINTIFFS

Pursuant to Paragraph 3 of the Stipulation Regarding July 7, 2026 Fast Track

Trial (Dkt. No. 688), the parties provide notice that earlier today they randomly

selected the following Plaintiffs for the July 7, 2026 Fast Track Trial:

1. Kelly Jones

2. Marcie Suter

3. Matthew Suter


DATED: March 3, 2026


/s/ *Kristina Baehr (with permission)*          /s/ *Eric Rey*
KRISTINA BAEHR                          ERIC REY
LYLE HOSODA                             Attorney for the United States
FREDERICK BAKER
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on March 3, 2026, a true and correct copy of the foregoing was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Eric Rey*
Eric Rey