# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

JESSICA WHALEY, et al.

     Plaintiffs,

       V.

UNITED STATES OF AMERICA

     Defendant.

JUDGMENT IN A CIVIL CASE

Case: CV 23-00457 LEK-KJM

> FILED IN THE
> UNITED STATES DISTRICT COURT
> DISTRICT OF HAWAII
> May 20, 2026, 2:09 pm
> Lucy H. Carrillo, Clerk of Court

[   ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant United States of America, pursuant to the "Order Granting in Part and Denying in Part Defendant's Partial Motion to Dismiss Complaint [ECF No. 1]", ECF No. 54, filed March 28, 2024 and the "Order Granting Defendant's Motion to Dismiss *Whaley* First Amended Complaint for Lack of Subject-Matter Jurisdiction", ECF No. 333, filed on May 5, 2026.  It is further ordered that the Clerk's Office shall close this case.  The closure of Whaley does not affect the remaining claims in the Feindt and Hughes cases.

| | |
|---|---|
| May 20, 2026 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |