LYLE S. HOSODA                 3964-0
SPENCER J. LAU                 11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone:  (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com


KRISTINA S. BAEHR        *Pro Hac Vice*
MARY M. NEUSEL           *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law; maggie@well.law


FREDERICK C. BAKER       *Pro Hac Vice*
JAMES W. LEDLIE          *Pro Hac Vice*
KRISTEN HERMIZ           *Pro Hac Vice*
CYNTHIA A. SOLOMON       *Pro Hac Vice*
SARA O. COUCH            *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for Plaintiffs*


*(case caption continued on next page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL NO. 1:22-cv-00397-LEK-KJM<br>(FEDERAL TORT CLAIMS ACT)<br><br><br><br>JUDGE:  Hon. Leslie E. Kobayashi |
| JESSICA WHALEY, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL NO. 1:23-cv-00457-LEK-KJM<br>(FEDERAL TORT CLAIMS ACT)<br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br>JUDGE:  Hon. Leslie E. Kobayashi |
| JACLYN HUGHES, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL NO. 1:24-cv-00059-LEK-KJM<br>(FEDERAL TORT CLAIMS ACT)<br><br><br><br>JUDGE:  Hon. Leslie E. Kobayashi |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiff Jessica Whaley and all other Plaintiffs in the *Whaley* action, No 1:23-cv-00457, appeal to the United States Court of Appeals for the Ninth Circuit from the "Judgment in a Civil Case" entered as Document 338 on May 20, 2026, and all orders merged therein, including but not limited to the "Order Granting Defendant's Motion to Dismiss *Whaley* First Amended Complaint for Lack of Subject-Matter Jurisdiction" entered as Document 333 on May 5, 2026, and the "Order Granting in Part and Denying in Part Defendant's Partial Motion to Dismiss Complaint (ECF No. 1)" entered as Document 54 on March 28, 2024.

DATED: Honolulu, Hawaii, July 17, 2026.

*/s/ Lyle Hosoda*                        */s/ Frederick C. Baker*
LYLE S. HOSODA                   FREDERICK C. BAKER
SPENCER J. LAU                     CYNTHIA A. SOLOMON
                                              JAMES W. LEDLIE
*/s/ Kristina S. Baehr*               KRISTEN HERMIZ
KRISTINA S. BAEHR               SARA O. COUCH
MARY M. NEUSEL

                                              *Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina Baehr*
Kristina Baehr