## PLAINTIFFS' NOTICE OF APPEAL
## REPRESENTATION STATEMENT

| Defendants / Appellees | Counsel – Trial |
|---|---|
| United States of America | J. Patrick Glynn<br>Eric Rey<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20005<br>(202) 305-5145 |

| Plaintiffs / Appellants | Counsel – Appellate Only |
|---|---|
| Jessica Whaley<br>Suzanne Gauvin Abarca<br>Brennan Alexander Abbott<br>James D. Abbott<br>David J. Abrams<br>Joanna M. Adams<br>Seth J. Adams<br>Andrew Ahlstrom<br>Garth Woodland Aldrich<br>Anamaria Alexander<br>Sebastian Alexander<br>Devin Du'prece Alexson<br>Adan Alfaro<br>Perla E. Alfaro<br>Ahmedd Isaiah Pimentel Alfonso<br>Dwight Maurice Allen<br>Raymond N. Allen, Sr.<br>Luis Fabian Alvarez<br>Gabriel Amaya<br>Joshua Ammann<br>Cecil Anderson, III<br>David Michael Anderson<br>William M Anderson<br>Robert Angell<br>Brandon Anthony | Chad Flores<br>Flores Law PLLC<br>917 Franklin Street, Suite 600<br>Houston, TX 77002<br>(713) 364-6640<br><br>**Counsel – Trial & Appellate**<br><br>Lyle Hosoda<br>Spence J. Lau<br>Hosoda Law Group, AAL, ALC<br>Three Waterfront Plaza, Suite 499<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>(808) 524-3700<br><br>Kristina S. Baehr<br>Mary M. Neusel<br>Just Well Law PLLC<br>2606 W 8th St, Unit 2<br>Austin, TX 78703<br>(512) 994-6241<br><br>Frederick C. Baker<br>James W. Ledlie |

| | |
|---|---|
| Jon Lieknel Aponte-Rosa<br>Daniel Vincent Appleby<br>Joshua David Ardoin<br>Jesse Arnold<br>Jane Marie Santiago Astacio<br>Andre Austin<br>Grant Austin<br>Luis A. Aviles<br>Christian Arturo Avina<br>Angel Perez Avitia<br>Walter Ayala<br>Shaun Michael Babcock<br>Tyler J. Bailey<br>James Daniel Balheimer<br>Jane Ball<br>Labraske Ball<br>Rachel Ann Ball<br>Tyren Bernard Ball<br>Donald W. Barnard, III<br>Lucas Barnett<br>Eugene Michael Barth<br>Andrew Dennis Barthol<br>Matthew Barton<br>Alex Timothy Bates<br>Ashlee Nicole Bates<br>Dakota Alexander Baumbach<br>Carlos Bautista<br>Zachary N. Beal<br>Christopher Bean<br>Amanda Beck<br>Damon Aubrey Beck<br>Anthony Keith Bell, Jr.<br>Dewayne Bell<br>Kristopher Bentley<br>Beau W Berg<br>Timothy Michael Berland<br>Christian H. Bernabe<br>Aaron Betancourt<br>Miguel Angel Medina Betancourt<br>Jacqueline Marie Bethel | Kristen Hermiz<br>Cynthia A. Solomon<br>Sara O. Couch<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>(843) 216-9000 |

Matthew Shawn Biecker
Christopher Anthony Birch
Corrine Rene Bird
Dylan James Channing Bird
Joe C. Bishop
Shawn Edward Bishop
Christopher Blanton
William Cepeda Blas, Jr.
Corey Alexander Bloom
Alexander Bloomfield
John Bobruk
Wendy Bobruk
David Boone Borland
Shalonda Lequrita Bowden
Geoffrey Bowman
Matthew A. Bowsher
Zachary Alan Brescoll
Jennatul Naim Brice
Shane K. Britton
Petrina Monique Brown-Spurs
Brittany N. Brown
David J. Brown
Evan O. Brown
Bryan Bruce
Joshua T. Bruening
Zachery A. Brumbaugh
LaShonda Bryant
Ian Monroe Buchanan
Bradly Paul Bucholz
Garrett Chandler Buckner
Kevin Alan Buckrucker, Jr.
Bryce Bukowski, Jr.
Steven Joseph Bunner
Abbie C. Bunting
Alexa C. Burger
Brandon Michael Burhop
Charles Kenneth Butler
Matthew Michael Byrne
Kenny David Caceres-Montufar, Sr.
Denise Cady

3

Elvin Caganap
Ralph Simon Calaguas
Bradford Cambra
Bronson K Cambra
Lynorra Melanie Campbell
Adriana Canedo
Nathanial Martin Caner, Jr.
Timothy Jay Capps
Jacelyn Kelake Caramonte
Gloria C Cargil-Davis
Kenneth Carpenter
Domenique Marquez Carrillo
Joseph Thomas Carter
Rahshaney Carter
Lori Beth Case
Ashley N. Casillas
Michael S. Cassell
Jose Castilla
Janelle Castillero
Christopher Castillo
Phillip Andrew Catanach
Manuel Cecilio
Anthony M. Cercone
Derrick James Cerveny
Leilani Racpan Cesneros
Nathan Moxon Chapelle
Eric Chatham
David Brian Chechile
Cristovao P. Cheung
Chuma G. Chibundu
Margaret Farley Choate
Mark Joevens Chua
Zachary R. Clark
Simone Danielle Cleghorne
Kristina Maria Clements
Rebecca Clemmer
Paul Burton Clifford
Scott Clutter
David Coan
Anthony Coberley, Jr.

4

Aaron Coffey
Kanen Coffey
Deante Colbert
Kevin Willis Colbert
Rodney L Cole, Jr.
Terrionce Jerome Cole, Sr.
Arthur Coleman
Jacob Owen Colley
Kevin Joseph Connolly
Sean M. Conrey
Eduardo Contreras, Jr.
Iesha Cook
Aaron Matthew Cooper
Isabelle E. Corcoran
Brenda I. Gutierrez Cortez
Michael Corum
Kenneth R. Cosgrove
Bruce Cosma
Matthew Sully Cotten
Rahim Coulter
Noah Cousino
Benjamin James Cox
Bobbie Sue Cox
Desiree Katrina Cox
Timothy Jason Cox
Brandon Joseph Crawford
Troy E. Cress
Bryan Dale M. Crisostomo
Elisa Cruz
Cameron Andrew Cunningham
Jenna Leigh Cunningham
Brian Christopher Curnutt
Elizabeth Taylor Currie
William Harold Cusic
Marsha Maristela Damon
Wesley Ray Darst
James Wesley Davey
Jordan Marquanne Davey
Adam Davis
Christopher Michael Davis

Jennifer Davis
Karla Lowe Davis
Richard Lee Davis
Edward Christian Dekok
Donald John Delach
Samuel D. Delacruz
Marcus Cleveland Delaune
Jason M. Delgado
Justin Ross Deloss
Joseph L. Devore
Fernando Diamantino
Alex Joel Marron Diaz
Edward Gonzalez Diaz
Steven McKenzie Dickens
Linda S. Dickey
Bryan Eric Dietz, Jr.
Christian Dietz
Bon S. Diley
Nicholas J Donovan
Christopher Baker Doscher
Caroline Dotson
Emily Douglas
Kodie Jaikob Dowds
James Robert Downes
Dyamon M. Draper
Brandon Lee Driessen
Jason Drummond
Erika Jazmin Duarte
Kai N. Dunlap
Thomas A. Duren
Eric M. Dyar
Kevin Michael Eagen
Jordan James Earley
Blake Robert Edwards
David Alaka'i Edwards
Matthew Edwards
Teresa Edwards
John Egizii
Theo D. Elisha
Johnathon Ellis

| | |
|---|---|
| Joshua Ellis | |
| Pamela Lynn Ellison | |
| Jason Ensweiler | |
| Tyler John Erickson | |
| Devin Erne | |
| Anthony Christian Escue | |
| Steven C Espinet | |
| Ricardo Espinoza | |
| Jeffrey Orlando Estioko | |
| Zachariah Ray Etheridge | |
| Joshua David Evensen | |
| Kalena Marie Exner | |
| Joshua Lee Failing | |
| Steven Faisst | |
| Wendy Y. Kuffel Falcon | |
| David S Fanelli | |
| Bernard Brandon Fawcett | |
| Amanda Feindt | |
| Christopher S. Fennell | |
| Evan Lee Ferguson | |
| Kevin Ferguson, Jr. | |
| Jonathan Fernandez | |
| Charles Fields | |
| Clarissa L Fields | |
| Amanda Figueroa | |
| Dianna Isabel Findlayter | |
| Jesse Bryant Fine | |
| John Fisher | |
| Thomas M. Fitzpatrick | |
| Terry D Flanagan | |
| Dana Allen Fleming | |
| Rashie Ahmed Flintroy | |
| Christhian Floril | |
| Malik Floyd | |
| Michael Liam Flynn | |
| Mark Fontana | |
| David K. Fontenot | |
| Andrew Foor | |
| Ivana Ford | |
| Benjamin Forsman | |

Jason Edward Fountain
James Louis Fowler
Joshua Allen Fox
Armando Franco
Michael Matthew Free
Scott James Freeland
Koda Freeman
Jayme Ryan Alumia Frianeza
Andrew Jason Fry
Mark Landrum Fulcher
Carlos Gaitan
Andrew Gaither
Michael Adrian C Garcia
Torrey Travaughn Gardiner
Raven James Gardner
Michael M. Marlando Garel
Tommy Joe Garner
Joshua Samson Garrett
Francisco Rene Gaytan
David Sebastian George
Taylor J. Germain
Justin Andre Gholston
Nicholas Richie Giambattista
Peter Giangrasso
Patrick Giannico
Andrew J. Gibson
Matthew Dylan Gilmore
Nichole Marie Gioiello
Logan J. Glancy
Andrew Kenneth Glaser
Jennifer Lynn Glick
Matthew Louis Glick
Adriel Gomez
Donald Anthony Gomez
Yerandy Gongora-Caballero
Aaron Gonzales
Mercedes Chavez Gonzales
Samuel C. Gonzales
Victor Antonio Gonzalez Rodriguez
Jesus Fernando Gonzalez

Jason Goodman
Joshua Brady Gordon
Michael R Gordon
Recardo Grady
James Mark Graham
Joseph P. Grano
Terrian R.S Gray-Gholston
Brian James Gray
Adam Green
Gerald Wade Greenlee
Edward Lee Gribbins, III
Justin Griffin
Joseph Grill
Ryan Grisham
Christopher Grommes
Joshua Guerrero
Steven Gugliemelli
Troy Allen Gunter
Brandon A. Guzman
Gene Philip Haayer
Jeffrey Hainsworth
James Ryan Hale
Jeneida Hall
Markel Vizells Hall
Nateisha Asha Hall
Seth Hudson Hall
Zachary Morgan Hall
James Donald Halsell
Alexander Halverson
Kamalu B. Han
Brian Hanley
William M. Harkins
Jesse Harms
Noah J. Harms
Jacob Harpenau
Jillian Leigh Harpenau
Nicholas Harrell
Marcie Knox Hart
Morgan Hart
Thomas Hart

Benjamin Ron Hartman
Daniel Hartney
Davondra Shamice Hasley
Christopher Michael Hauf, Sr.
Shannon Marie Hauser-Choate
Eric Thomas Heim
Allen Helenihi
Jailyn Henderson
Dontrelle Henry
Jeb Heppner
Cynthia Narie Hernandez
James Lucas Hernandez
Brandon Hewett
Sean Higgins
Jack High, III
Thomas Hileman
Christian Noah Hill
Jacob Hill
Frederick Hillard
Jennifer Hinkley
Richard Hodgson
Erin C Holley
Eric Allen Hollingsworth
Michael Holmes
Dakota Reed Hood
Jason Horne
Hayden C. Hornsby
Phenize Howell
Timothy Craig Howland
Justin Hudgins
Josef Hughes
Keegan Daniel Hughes
Carlton Huguley
Corey Michael Humphries
Brandon Hunsaker
Sedale Lovell Hunter
James Edward Hutchinson
Aldenn T. Iga
Ashley Nicole Ihrig
Joberly Ann Pizzuto Ihrig

Melanie Ingram
David Lee Isotalo
Emily A. Ives
Dwayne Dwight Ivey
Desmond Armand Jackson
Jeremy Jackson
Jason Douglas Jacobs
Peter Jacobs
Nishai Iqujah Jamison
Gabriel Jaques
Erika Jaramillo
Ian Mackinnon Jarvis
Christian Jenkins
Cynthia Margarita Jenkins
Jeremy Daniel Jenkins
Thomas Jensen
Brian Jessup
Rosenda L. Jiao
Kalin Jimenez
Adrian Raniar Johnson
Eli J. Johnson
Johnny Steven Johnson
Joseph Edward Johnson
Kenneth Johnson
Monica Nicole Johnson
Rodney Jermaine Johnson
Wayne Edward Johnson, Jr.
Alexis Joy Jones
Erik C. Jones
Justin Jones
Keyona Monique Jones
Kyle A. Jones
Lynwood Ray Jones
Robert Adam Jones
Travis Lee Jones
Zackery P. Jones
Ryan Andrew Josephs
Terrance Demetrius Julius
Ronald J. Jumbelick
Ruben G. Jurado

11

Jeremiah G. Kachel
James J. Kaiktsian, Jr.
Nicholas R Karp
Austin Winslow Kays-Henry
Amanda Lynn Kelley
Clara Taumaloto Kelley
LaVance Rondel Kennar
Joseph A. Keown
Kristin Lee Kernan
Karl Kahaleolu Kidder
John Austin Kidwell
Antonio Kilpatrick
Seongmin Kim
Christopher Philip Kimball
Dennis Dewitt Kimbrough, Jr.
Gordon Kimura
Jonathan King
Cinthia Kinney
Amanda Joy Kinser
Andrew Scott Kinser
Zachary Thomas Kirchner
Anthony Joseph Kirkeeng
David Kirkpatrick
Jeffrey C. Kistler
Nicholas Floyd Kizzie
Matthew Kleman
Kyle A. Kline
Cassandra Lynn Kochera
Cyndra Kohfeldt
Joel Thomas Kolterjahn
Richard Ryan Kruer
Eric Michael Kruk
Jospeh Krupsky
Joshua Kuepper
Bryan Kutta
Jeremy Kuykendall
Ryan Jacob Lackovic
William J. Laduke
Joel Lamagna
Brandon Michael Lami

12

Brian Christopher Landry
Jacob Michael Lane
Brady J. Lantz
Mitchell John Larsen
Alexander Law
Brian Allen Lawton
Cuong Thiet Le
Ngochanh Le
Mark Julius Leano
Joseph Adrien Daniel Leclerc
Jordan D. Ledbetter
Justin David Lee
Tiara Nicole Lee
Shawn Leonard
Nathan Andrew Leppert
Ayana Levine
Bryce Lewis
Kevin Patrick Lewis
Lashondria Lewis
James R. Ley
Jan Michael Liechty
David Lincoln
Shawn Lindsay
Medjine Lindsey
Donavin Payton Lingley
Casey Brian Lipe
Justin T. Lissimore
Matthew Scott Littlefield
Stephen Curtis Loeh
Jaquan Loftin
Brandon Logsdon
Clarence S. Lombard, II
Mel Loncaric
James Long
Steven O'Briant Lonix
Griselda A. Lopez
Janncovi Lopez
Javier Lopez
Nathan D. Lopinto
Ronald Lorenzo

13

Chaise Edward Lowe
Darius Lucky
Tyler R. Lukasik
Adonys B Luna
John Luke Lyons
Raeann Heather Macalma
Aaron Mack
Anthony Maggenti
Thomas Magness
Christopher Mahmood
Mihaela Malawey
Reynaldo G. Maldonado, Jr.
Darrin Malleis
Zachary Garvin Manafort
Justin Mandella
Gaetano Mangano
Chad Richard Maniace
Melissa Anne Maniace
Derek Thomas Mann
Keith Eric Marinics
Joseph L. Markham
Sashel Johnel Marquis-Wedderburn
Isaiah Samuel Martin
James Henry Martineau
Frank J. Martinez
Joseph Martinez
Nicholas Leonard Mastorakos
Thomas Robert Matelski
Lee Oliquino Mateo
Sierra Mattos
Sebastien Maurrasse
Justin Tyler Maxey
David Allen May
Joshua Mayer
Devon W. Mayes
Paige McCann
Matthew Robert McCarthy
Matthew Eric McCay
Kristopher A. McClain
Daniel A. McCready

Jasmine McFarland
Brady McKenzie
Isaiha Jamal McKenzie
Joseph McLaughlin
Alex James McLoughlin
Thomas McMaster
Paul K McNair
Lucy Claire McNamee
Ronte McNeill
James McQuillan
Brian Gilford Meachum
Martin Medina
Justin Medlen
Erin E. Meinders
Seth Paul Meitzler
Ashley T. Velazquez Melendez
Derek Anthony Mendoza
Michael Anthony Merancio
Ross Merrick
Donald Metcalf
Megan Renae Metcalf
Martin Meyer
Benjamin Alvaro Mikesell
Kenneth Milam
Billy Ray Miles
Justin Mel Millard, Sr.
Jarrod Miller
John Michael Miller
Nathaniel Miller
Rubin Miller
Andrew J. Miltenberger
Ibrahim Kaunda Mintoumba
Bryan Alexis Molina
Alan Yadurani Moloy
William Abraham Monk
Melody Montaldi
Michael Montaldi
William Rodrigo Montenegro
Ricardo G. Montez
Jagger Dennis Montgomery

| | |
|---|---|
| Tracy L Montgomery, Jr. | |
| Amy Elizabeth Moore | |
| Benjamin Keith Moore | |
| Matthew Moore | |
| Raqman Sharrieff Moore | |
| Jamaal Natiez Moragne | |
| Juakita R. Moragne | |
| Daniel Rey Morales | |
| Juan Moreno | |
| Nelson Moreno | |
| Keacia Arreafia Morgan-Brown | |
| Terry Robert Morphis | |
| Javan Morrison | |
| Michael Morrison | |
| Brittany Morrow | |
| Jeffrey Morter | |
| Jeremy Thomas Moselle | |
| Jenna Elle Moss | |
| Angelito Mostajo, Jr. | |
| Matthew David Mula | |
| Martin Muniz | |
| Carlos Renato Munoz | |
| Oscar Munoz | |
| Omar Murillo | |
| Austin Charles Murphy | |
| Stephen Christopher Nagle | |
| Kamuela K. Nahinu | |
| Marina Nau | |
| Conrad Howard Nazar, Jr. | |
| Zachary Blackmer Nedwell | |
| James Robert Neff | |
| Anthony Nelson, Jr. | |
| Devin A. Nelson | |
| Julian A. Neris | |
| Luke Benjamin Newton | |
| Morgan T. Neyland | |
| Bret Douglas Neyman | |
| Derek R. Nichols | |
| Amanda Leigh Nielsen | |
| Ernie Nieves | |

16

| | |
|---|---|
| Melinda Lorraine Nixon | |
| Nathan Nixon | |
| Caleb A. Noble | |
| Frederick Norman | |
| Giovanny Nunez | |
| Nathan Ronald O'Connell | |
| Caroline Ochoa | |
| Dominic Emanuel Ochoa | |
| Apolonio Olivarez, Jr. | |
| Sandra Olmos | |
| Chad William Olsen | |
| Joseph Isaiah Orcutt | |
| Dale Orgas | |
| Nicolas D. Ortega | |
| Jon Ortiguerra | |
| Joshua A. Ortiz | |
| Nathan Tyler Otterbacher | |
| James Earl Otto | |
| Kari Jean Otto | |
| Adam Matthew Overton | |
| Armando Ozuna, Jr. | |
| Norma Ozuna | |
| Aman Nasir Pace | |
| Levi Dalton Pacsuta | |
| Brendan P. Padellford | |
| Craig Painter | |
| Brandon Palmer | |
| Matthew M. Palmer | |
| Jonathan Lee Paris | |
| Brian Patrick Parmerter | |
| Christopher M. Parrinello | |
| Brandon Lee Patrick | |
| Sean Patton | |
| Frankie Paulino | |
| Tyson L. Payne | |
| Kevin Peccorini | |
| Jonathan Peguero | |
| Evan Pennington | |
| William Howard Penrose | |
| Daniel A. Perez, Jr. | |

Ricardo Perez
Savannah Perez
Nicholas R. Perunovich
Hunter Petrie
Rebecca Lynne Petrie
Damon Michael Philipps
Robert J. Phillips
Nichole Fern Piazzo
Francisco Cabrera Picos
Justin Pilgrim
Austen Plant
Joshua Adam Platt
Samuel Adu Poku, Jr.
Anthony John Polio
Zachary Charles Polster
Kenneth Carl Polston, III
David Anthony Pomory
Brian Alexander Ponce De Leon
Joshua Aaron Pooton
Jonathan Popovich
Christopher Scott Poss
Eric Lee Poston
Kirsten McKenzie Powell
Michael A. Powell
Chase Poynter
Chistopher Nelson Presume
Ryan Price
Walter H Priebe, III
Benjamin Howard Priga
Robert Joseph Prigmore
Casey Probert
Neil Pulver
Edward Pygott
Kiandra Marie Raday
Daniel Michael Rafel
Joshua Christian Rakes
Aaron Ramirez
Steven Ochoa Ramos
Michael Shy Ramsey, Jr.
Jamie Latrice Randall

18

Dallas Brian Raney, III
Justin Paul Raney
David Eric Rayman
Devyn Louis Recinos
Joshua Tyler Reed
Sarah Reed
Spencer John Reed
John M. Reeves
Chase Jacob Byrd Reid
Cody Reiling
Michael A. Reinshuttle
Randy Reiterman
Jonathon Brent Repak
Samantha Resada
Daniel P. Reuter
Antonio L. Reynolds
David Sousa Ribeiro
Alan Dean Ricker
Taylor Sutton Ridge
Monique Rincon
Chad Rippetue
Edwin Rivas, Jr.
Gene Rivera
David V. Rivera
Alexander Ryan Rives
Kelly Robb
Daniel Caleb Robbins
Tristan S. Robbins
Amanda Linn Roberts
Samuel Caleb Roberts
Christopher Richard Robinson
Cristian Rodriguez
Luis Ivan Rodriguez
Nativo Jarrod Rodriguez
Joseph Rogers
Christopher Romanick
Brandon William Romansky
Joseph Rombold
Justin Richard Romero
Kent Romney

19

Matthew Joseph Rompca
Christopher G. Roness
Joshua P. Rosales
Jaime Buchanan Ross
Matthew Stephen Ross
Agnes Rowe
Irv S. Rowe
Jacob Neil Ruggles
Christopher Michael Ruiz
Lawrence Russell
Paul David Rusu
Jamie Foinn Rutter
Jacob Darrel Rydzewski
Emerald Ariana Sabecky
Ronald Salum Salatamos
Raul Salazar
Shamoi Samuel
Diomantino San Nicolas
Deric Christopher Sanders
James W. Sanders
Laura Sanders
Sheldon L. Sanders
Michael D. Sandoval
Andrew M. Santamaria
Luis R. Santiago
Dominic Santos
Niobel Rafael Santos
Paul Marvin Mendoza Santos
Matthew Paul Sattler
Arthur Savage
Brent David Savage
Edward Stephen Savich
Tristion V. Saysourivong
Thomas Joseph Schafhausen
Carl James Schimpf
Ryan Michael Schlesinger
Alexandra Schmidt
Erich David Schmidt
Cynthia E. Schmitz
John C Schneider

Patrick Schneider
Anne Schollmeier
Gregory Mark Schollmeier
Austin Schou
Carlos M. Schuler
Myles Schumacher
Sean W Scott
Zachary Charles Scott
Shaun Patrick Seabold
Samantha Lynn Seals
Carson Max Seibert
Miranda Anosi Seloti
Titus Dupree Serrell
Anthony Michael Service
John Anthony Severo, Jr.
Stephen Anthony Sexton
Deric John Sharkuski
Andrew Joseph Shaw
Candace N. Shaw
Kathryn Shayer
Mark E. Shelly
Shane Shibazaki
Douglas Siemens
Korak Robert Simmons
Ronnell Lamonte Simmons
Deonte Travelle Singleton
Krystal Sjostrom
Joshua Slattery
Brian S. Smith
Courtney Danielle Smith
Curtis William Smith
Justin T. Smith
Kendall Marcel Smith
Massinissa Smith
Walter Smith
Derrick W. Snell
Anthony Solis
Jake Solis
Dominic M. Solomon
Caleb Somers

21

Jonathan Kyle Sonnier
Steven Sosa
Ralph Soto
Rahsaan Yacine Souche
Dalton Souza
David Spain
Darius De'markus Sparks
Kyndra J'Cole Spear
Benjamin Spiegel
Leonard Joseph Spigiel, II
Travis David Stachowski
Christopher Joseph Staffa
Frederick Manansala Staines
Devron Lee Stancil
Nathan Daniel Stanfield
Ebo Labaron Stanford
Kathleen Staple
Brett Robert Steen
Maria Kathleen Steen
Nathan Stephenson
Michael Everett Stevens
Anthony M. Stevenson
Ronald Stickney
James Crawford Stirling, IV
Sarah Stirling
Charles P. Stokes
Jerome Andrew Stradford, Jr.
Cameron Leegh Straight
Austin A. Strickland
Patrick Strouse
Brandon Stubbs
David Suter
David L. Swofford
Scott A. Tadevich
Dylan Talbot
Brian W. Tate
Dexter Akili Taylor
Erik Michael Taylor
Isaac L. Taylor
Nathaniel E. Taylor

Truett C. Taylor, Jr.
Austin Walter Temple
Amanda Lynnette Tenly
Brendon Alec Terry
Curtis Terry
Douglas Edward Teutsch
Jordan Teyshak
Colton Ward Thomas
Samantha Thomas
Elizabeth Thompson-Watson
Blake Matthew Thompson
Sarah Emma Thompson
Dennis T. Tiangco
Jonathan W. Tippit
Griffin Randall Toland
David Toledano
Wallace G Tomason, III
John Morgan Toms
Raymond Torres
Yamil Jorge Torres
Jose Ramon Torresdiaz
John Robert Trahan
Diann Elain Traina
Sarah Renee Trambulo
Aaron David Trawick
Nathaniel Robert Trovinger
John Tucker
Nancy Irene Tucker
Joseph A. Turnage
Emily H Turner
Robyn M. Ulman
Ian Phillip Underhile
Mitchell Unger
Robert Keith Van Devender
Matthew Vanderheyden
David Vang
Joseph Robert Vaughan
Michele Mae Veverka
Daniel Rene Villela
Shannon Marie Vinson

23

Somsanouk Peter Viravong
Johnny Vu Vo
Jesse Kenneth Voelk
Jerry E. Wagner
Denver C. Wagoner
Derek Wahl
Devin James Walker
Victor H Walker
Rory N. Walkley
Britney Wallace
Dustin Wallace
Rachel C. Wallace
William Wallace
Kelson Warford
Aiden Robert Warner
Richard Grant Warner, II
Clarence D. Washington, Jr.
Maria Guadalupe Washington
Aaron Waters
Joseph Watkins
Zachary David Watkins
Caden Michael Watson
Stacy Watts
Jacob Aaron Waynick
John F Weakley, Jr.
Stacy Weaver
Dallas Jay Webster
Jamacio Lavonte Webster
Ryan M. Wells
Peter Jackman Wetterauer

Bradley Wheeler
Joseph Thomas Wheeler
Karol-Anne Janel Wheeler
James R. White
Joshua White
Richard Kenneth White
Jason A. Whitford
Britain F. Wilder
Johnnie Wiley

24

Sean Lowell Wilkes
Jay Thomas Wilkinson
Kyle Norris Wilkinson
Anthony Dewayne Willbanks
Ernest R Williams, III
Eugene Williams
Jordan Williams
Kaitlin Renee Williams
Quincy Williams
Tauri Jessica Williams
Matthew Willis
Anthony Caleb Wilson
Matthew Wilson
Sean Patrick Wilson
Billy Trevor Gian Winfield
Molly K. Winnenberg
Sydney A. Winnenberg
Alexander Justin Winterberger
Jeffrey Lamarr Wise
Joshua L. Wise
Konner Witt
Scott Wittkopp
Julian Wix
Kimberly Frances Wojciechowski
Jakob Sinku Won
Brock Wood
Tyler C. Wood
Edward Wayne Woods
Johnnie G. Worsham, III
Ethan Wright
Kirk J. Wright
Jack David Wrobel
Stacie Marie Wrobel
Apryl Wyke
Ajay Kumar Yadav
Ted T. Yang
Chris James Yarrington
Kyle Austin Yeager
Nathan Christian Yordy
Tye Joseph Youmans

| | |
|---|---|
| Joshua Edward Young<br>Jeremie Zabko<br>Marc Andrew Zack<br>Aldo I. Zamoracardona<br>Jaxon D. Zamudio<br>Celeste Pamela Zavala<br>Vanessa Nicole Zeigler<br>Ryan Armstrong Zeitler<br>Joey Zhao<br>Daniel Keith Zihlman | |