

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



# FILED

JUL 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:        26-4687
Originating Case Number:   1:23-cv-00457-LEK-KJM

Short Title:        Plaintiffs in Whaley action, No. 1:23-cv-00457 v. United
States of America

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your
notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication
you have with the court about this case. If you are ordering any transcript from the lower
court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to
separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your
case: (1) involves a corporation, association, joint venture, partnership, limited liability
company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an
organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit
Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**