Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:          26-4687
Originating Case Number:  1:23-cv-00457-LEK-KJM

Case Title:             Plaintiffs in Whaley action, No. 1:23-cv-00457 v.
                        United States of America

**7/27/2026**

Plaintiffs in Whaley action, No. 1:23-cv-00457                                    Mediation Questionnaire due

**7/31/2026**

Plaintiffs in Whaley action, No. 1:23-cv-00457                                    Appeal Transcript Order Due

**8/31/2026**

Plaintiffs in Whaley action, No. 1:23-cv-00457                                    Appeal Transcript Due

**10/9/2026**

Plaintiffs in Whaley action, No. 1:23-cv-00457                                    Appeal Opening Brief Due

**11/9/2026**

United States of America                                    Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case.  *See* 9th Cir. R. 42-1.**