UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PLAINTIFFS IN WHALEY ACTION, NO. 1:23-CV-00457,<br><br>          Plaintiffs- Appellants,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant - Appellee. | No. 26-4687<br><br>D.C. No.<br>1:23-cv-00457-LEK-KJM<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

For court efficiency and administration, the court has decided to process this case as a Large Party Case.

Instead of listing each plaintiff-appellant on the docket, the plaintiffs-appellants in Exhibit A to this order, as listed on the Representation Statement filed with the Notice of Appeal in the district court, Docket Entry No. 349, will proceed under the grouping name of: Plaintiffs in Whaley Action, No. 1:23-CV-00457.

Moving forward, the phrase "Plaintiffs in Whaley Action, No. 1:23-CV-00457" in any court notice, order, or opinion in this case will refer to all appellants

listed in Exhibit A. The case will proceed under the name: *Plaintiffs in Whaley*

*Action, No. 1:23-CV-00457 v. United States of America.*


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2

26-4687