# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**LUCY H. CARRILLO**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 24, 2026

To All Counsel of Record as Appellees:

IN RE:    Jessica Whaley, et al. *(Plaintiffs in Whaley Action, 1:23-cv-00457)*  V.
United States of America

CIV NO.        CV 23-00457 LEK-KJM

CA NO.         26-4687

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby  notified that a Notice of Appeal was filed in the above-entitled case on July 17, 2026 .

All counsel (or Pro Se) please read and follow the enclosed instructions.  Thank You.

Sincerely Yours,

Lucy H. Carrillo,  CLERK

by: /s/ EA, Deputy Clerk

Enclosures

cc:    All Counsel of Record for appellants
Instructions for Civil Appeals
Transcript Desig. & Ordering Form with instructions
Copy of the Docket Sheet

Clerk, 9th CCA via ECF