IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM |
| JESSICA WHALEY, et al.,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |
| JACLYN HUGHES, et al.,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |
| JAMIE WILLIAMS, et al.<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 23-cv-00028- LEK-KJM |

| | |
|---|---|
| ARIANNA WYATT, et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 23-cv-00065-LEK-KJM |
| ELISAPETA ALAIMALEATA, et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 23-cv-00164-LEK-KJM |

## DEPOSITION COORDINATION ORDER

The Court has entered Discovery Coordination Orders in: (1) the consolidated cases of *Feindt v. United States*, Civil No. 22-00397-LEK-KJM (ECF No. 498), *Whaley v. United States*, Civil No. 23-00457-LEK-KJM (ECF No. 133), and *Hughes v. United States*, Civil No. 24-cv-00059-LEK-KJM (ECF No. 105); (2) *Williams v. United States*, Civil No. 23-00028-LEK-KJM (ECF No. 52); (3) *Wyatt v. United States*, Civil No. 23-00065-LEK-KJM (ECF No. 61); and (4) *Alaimaleata v. United States*, Civil No. 23-00164-LEK-KJM (ECF No. 64), (collectively, "Coordinated Cases"). This Deposition Protocol Order states the provisions applicable to depositions in the Coordinated Cases. To the extent this

Deposition Protocol Order explicitly conflicts with the Discovery Coordination Orders in the Coordinated Cases, this Deposition Protocol Order governs.

1. Any witness may be deposed only one time in the Coordinated Cases, except for those deposed in the *Feindt* first bellwether proceeding before September 5, 2023 ("*Feindt* First Round Witnesses"). For *Feindt* First Round Witnesses, they may be deposed only one more time in the Coordinated Cases. Depositions of treating physicians who treated more than one plaintiff shall be excluded from this limitation. Each deposition shall be taken on a single, mutually agreeable date with 30 days' notice.

2. For any witnesses (except those who must provide a report under Federal Rule of Civil Procedure 26(a)(2)(B)), the limits of Federal Rule of Civil Procedure 30(d)(1) shall not apply and instead the following limits shall apply:

   a. For *Feindt* First Round Witnesses, the Plaintiffs in the Coordinated Cases may depose the witness again for no more than 7 hours on the record.

   b. For depositions of any other current or former U.S. employees, the Plaintiffs in the Coordinated Cases may depose the witness for no more than 10 hours on the record. If the deposition extends beyond 7 hours on the record, the witness shall have the option either to

continue the deposition the same day or adjourn for the day and complete the remainder of the deposition the next business day or a mutually agreed upon day thereafter.

c. For depositions of any Plaintiffs or their family members, the United States may depose the witness for no more than 7 hours on the record.

d. For any non-party not covered in Paragraphs 2(a)-(c):

  i. If the United States notices the deposition, then the United States shall have four (4) hours to question the deponent and the Plaintiffs shall collectively have three (3) hours to question the deponent.

  ii. If any Plaintiff notices the deposition, then the Plaintiffs shall collectively have four (4) hours to question the deponent and the United States shall have three (3) hours to question the deponent.

  iii. For purposes of Paragraph 2(d), any unused time remaining after each Party's initial round of questioning shall be divided equally among the parties (*e.g.*, if the United States and Plaintiffs each use three hours, then the remaining one hour shall be divided equally with thirty minutes to the United States and thirty minutes to Plaintiffs).

e. For the deposition times allocated to Plaintiffs in Paragraph 2, Plaintiffs' counsel may reach agreement amongst themselves as how to allocate the time allotted to Plaintiffs. If they reach such agreement, they shall notify the United States in writing of the allocation prior to the start of the deposition. To the extent that Plaintiffs' counsel cannot reach agreement in allocating their time, Plaintiffs' time shall be split equally among the Plaintiff groups being represented by counsel appearing at the deposition. The Plaintiff groups are: (i) *Feindt/Whaley/Hughes*; (ii) *Wyatt*; (iii) *Williams*; and (iv) *Alaimaleata*.

4. Plaintiffs in each of the Coordinated Cases will not issue duplicative 30(b)(6) notices and may issue the notices independently or together through coordination. Each Rule 30(b)(6) deposition shall be taken on a mutually agreeable date with 60 days' notice. The Discovery Coordination Orders govern the number of topics.

5. By joining in this stipulation, no party waives the right to seek leave from the Court for additional or reduced time to depose a witness for good cause shown.

6. Plaintiffs across all Coordinated Cases may take an aggregated total of forty depositions without leave of court, as opposed to ten set forth in Federal Rule of Civil Procedure 30(a)(1)(A)(i), to be allocated equally among the (a) *Williams*,

(b) *Wyatt*, (c) *Alaimaleata*, and (d) *Feindt/Whaley/Hughes* (one group) Plaintiffs, or in any other allocation among themselves as they may agree. Depositions of experts who provide reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) do not count toward this limitation.

7. Any deposition of any U.S. or third-party witness in any of the Coordinated Cases shall be deemed to have been taken in all Coordinated Cases. All deposition transcripts, video recordings, and exhibits of U.S. and third-party witnesses from any of the Coordinated Cases shall be available to all counsel of record in the Coordinated Cases and no further process or procedure is necessary for those depositions of U.S. or third-party witnesses to be utilized in any of the actions. Such material shall be otherwise subject to the same provisions under which the material was produced regarding confidentiality, inadvertent disclosure, and the like.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, July 17, 2024.



Kenneth J. Mansfield
United States Magistrate Judge

Feindt, et al. v. USA, Civil No. 22-00397 LEK-KJM; Whaley, et al. v. USA, Civil No. 23-00457 LEK-KJM; Hughes, et al. v. USA, Civil No. 24-00059 LEK-KJM; Williams, et al. v. USA, Civil No. 22-00028 LEK-KJM; Wyatt, et al. v. USA, Civil No. 23-00065 LEK-KJM; Alaimaleata, et al. v. USA, Civil No. 23-00164 LEK-KJM; Deposition Coordination Order